| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEW JERSEY |
| Case number *(if known)* _____  Chapter  **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  **703 Bakery Corp.**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**DBA  Patis**

**3. Debtor's federal Employer Identification Number** (EIN)  **47-3786422**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **323 Ridge Road** <br> **Lyndhurst, NJ 07071** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Bergen** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **703 Bakery Corp.**　　　　　　　　　　　　　　　　　　　　　　Case number (*if known*)　_____
　　　　　Name

**7.　Describe debtor's business**　　A. *Check one:*

☐　Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐　Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐　Railroad (as defined in 11 U.S.C. § 101(44))

☐　Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐　Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐　Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑　None of the above

B. *Check all that apply*

☐　Tax-exempt entity (as described in 26 U.S.C. §501)

☐　Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐　Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.　Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐　Chapter 7

☐　Chapter 9

☑　Chapter 11. *Check **all** that apply*:

　　☐　The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☑　The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐　A plan is being filed with this petition.

　　☐　Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐　The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐　The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐　Chapter 12

**9.　Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑　No.
☐　Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10.　Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑　No
☐　Yes.

| Debtor | **703 Bakery Corp.** | Case number (*if known*) |
|---|---|---|
| | Name | |

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

[✓] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

[ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

[✓] No

[ ] Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

[ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

[ ] It needs to be physically secured or protected from the weather.

[ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

[ ] Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

[ ] No

[ ] Yes.  Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

[✓] Funds will be available for distribution to unsecured creditors.

[ ] After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

[ ] 1-49    [ ] 1,000-5,000    [ ] 25,001-50,000
[✓] 50-99    [ ] 5001-10,000    [ ] 50,001-100,000
[ ] 100-199   [ ] 10,001-25,000   [ ] More than 100,000
[ ] 200-999

**15. Estimated Assets**

[ ] $0 - $50,000              [ ] $1,000,001 - $10 million         [ ] $500,000,001 - $1 billion
[ ] $50,001 - $100,000        [ ] $10,000,001 - $50 million        [ ] $1,000,000,001 - $10 billion
[ ] $100,001 - $500,000       [ ] $50,000,001 - $100 million       [ ] $10,000,000,001 - $50 billion
[✓] $500,001 - $1 million     [ ] $100,000,001 - $500 million      [ ] More than $50 billion

**16. Estimated liabilities**

[ ] $0 - $50,000              [✓] $1,000,001 - $10 million         [ ] $500,000,001 - $1 billion
[ ] $50,001 - $100,000        [ ] $10,000,001 - $50 million        [ ] $1,000,000,001 - $10 billion
[ ] $100,001 - $500,000       [ ] $50,000,001 - $100 million       [ ] $10,000,000,001 - $50 billion
[ ] $500,001 - $1 million     [ ] $100,000,001 - $500 million      [ ] More than $50 billion

Debtor **703 Bakery Corp.**                                                                 Case number (*if known*)
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **05/21/2024**
              MM / DD / YYYY

**X /s/ Oleg Azizov**                                                 **Oleg Azizov**
Signature of authorized representative of debtor                       Printed name

Title   **President**

**18. Signature of attorney**

**X /s/ Anthony Sodono, III**                                         Date **05/21/2024**
Signature of attorney for debtor                                             MM / DD / YYYY

**Anthony Sodono, III**
Printed name

**McManimon, Scotland & Baumann, LLC**
Firm name

**75 Livingston Avenue**
**Second Floor**
**Roseland, NJ 07068**
Number, Street, City, State & ZIP Code

Contact phone  **973-622-1800**       Email address  **asodono@msbnj.com**

_____
Bar number and State

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 4

266 Kingston Ave. Realty LLC
8210 Baxter Avenue
Elmhurst, NY 11373


3611 Joint Venture LLC
PO Box 180240
Brooklyn, NY 11218


750 8th Avenue LLC
c/o Eric H. Kahan, Esq.
SKH Heiberger LLP
228 East 45th Street, 14th Fl.
New York, NY 10017


88 Global Partners LLC
125-10 Queens Blvd., Ste. 222
Kew Gardens, NY 11415


9 Crosby, LLC
261 Madison Ave., 17th Fl.
New York, NY 10016


A-1 Bakery Supply Inc.
35 Taylor Drive
Wayne, NJ 07470


Air Stream Air Conditioning Corporation
400 Crossways Park Drive
Woodbury, NY 11797


American Food Connection
46 Russell Street
Roslyn Heights, NY 11577


Artprop Perty LLC (Arthouse)
2178 Broadway at W. 77th St.
New York, NY 10024


Avenue M Midwood Realty LLC
1716 Avenue M
Brooklyn, NY 11230


B.P. Electric Corp.
1425 37th Street
Brooklyn, NY 11218

Bakemark/Valente
N92 W14401 Anthony Avenue
Menomonee Falls, WI 53051


Balboa Capital
Collection Dept.
575 Anton Blvd., 12th Fl.
Costa Mesa, CA 92626


Banner Smoked Fish Inc.
2715 W. 15th Street
Brooklyn, NY 11224


BH Eggs
110 Park Lane
Monsey, NY 10952


Bowery Farming Inc.
151 W. 26th Street, 12th Fl.
New York, NY 10001


Central Funding
1400 Preston Road, #115
Plano, TX 75093


Chabad Shul of the West Side Inc. (The)
166 W. 97th Street
New York, NY 10025


Cheshin, Eli
704 Cedar Lawn Avenue
Far Rockaway, NY 11691


Chose Bean and Beveraage, LLC (The)
2955 NW 27th Street
Bldg. 12
Fort Lauderdale, FL 33311


Cintas Corp.
PO Box 630803
Cincinnati, OH 45263-0803


Cogent Waste Solutions, LLC
5835 47th Street
Maspeth, NY 11378

ConEdison
PO Box 1701
New York, NY 10116-1701


Correlative Smart Engineering


CPC Equipment
10900 Wayzata Blvd., Ste. 300
Minnetonka, MN 55305


Dairyland The Chefs' Warehouse
240 Food Centr Drive
Bronx, NY 10474


David Rosen Bakery Supply Co.
59-21 Queens Midtown Expressway
Maspeth, NY 11378


Dependable Food
25 Executive Avenue
Edison, NJ 08817


Deutsch, Herschel, CPA
1440 46th Street
Brooklyn, NY 11219


Devash Farms
PO Box 846
Whitehouse Station, NJ 08889


Domestic Linen Supply Company
30555 Northwestern ighway, Ste. 300
Farmington Hills, MI 48334


E-Z Edge Incorporated
6119 Adams Street
West New York, NJ 07093


Ecolab
1 Ecolab Placed
Saint Paul, MN 55102

EPA Co.
2970 West 27th St., Apt. 709
Brooklyn, NY 11224


Epic Fish Co.
1860 Utica Avenue
Brooklyn, NY 11234


EZPass
375 McCarter Highway
Newark, NJ 07114


Financial Pacific
3455 S. 344th Way, Ste. 300
Federal Way, WA 98001


First Utah Bank
3826 South 2300, E
Salt Lake City, UT 84109


Frank M. Gargiulo and Son, Inc.
535 Sweetland Avenue
Hillside, NJ 07205


Fresh Checked Dist.
5510 16 Avenue, 3rd Fl.
Brooklyn, NY 11204


G&P Gourmet
PO Box 340978
Brooklyn, NY 11234


Gold, Avi/Data Points Enterprise LLC
7129 Via Firenza
Boca Raton, FL 33433


Gorjian, Joel
12 Wesey Court
Great Neck, NY 11024


Halpert, Kate and Phil
734 Hillcrest Place
Valley Stream, NY 11581

Hammerman, Jacob
32 Wilder Road
Monsey, NY 10952


HNB DES
17 S. High Street
Columbus, OH 43215


Inernal Revenue Service
Centralized Insolvency Operation
PO Box
Philadelphia, PA 19101-7346


Interstate Waste Services, Inc.
300 Frank W. Burr Blvd., Ste. 39
Teaneck, NJ 07666


Isuzu Finance of America, Inc.
2500 Westchester Avenue, Ste. 312
Purchase, NY 10577


Kayco B&W Foods
75 New Hook Road
PO Box 82
Bayonne, NJ 07002


Lakewood Plaza DE LLC
PO Box 580
Lakewood, NJ 08701


Leasing Services Contract


Levine, Josh
Levine and Associates
135 Rockaway Turnpike, Ste. 111
Lawrence, NY 11559


Limitless Packaging LLC
2361 Nostrand Avenue, Ste. 402
Brooklyn, NY 11210


m2 Equipment
20800 Swenson Drive, Ste. 475
Waukesha, WI 53186

Marmorstein, A., Rabbi
276 Riverside Drive
New York, NY 10025


McDonald Paper & Restaurant Supplies
999 3rd Avenue
Brooklyn, NY 11232


Mehadrin Dairy
100 Trumbull St.
Elizabeth, NJ 07206


Mokhtar, Ben
89-61 164th Street
Jamaica, NY 11432


Mr. Line Distributor Inc.
3-06 Dorothy Street
Fair Lawn, NJ 07410


NASK LLC
431-441B Cedar Lane
Teaneck, NJ 07666


Nebenzahl, Sam
22 Esty Circle
Lakewood, NJ 08701


New Jersey Attorney General's Office
Div. of Law; RJ Hughes Justice Complex
25 Market Street
PO Box 112
Trenton, NJ 08625-0112


New Jersey Dept. of Labor
Division of Employer Accounts
1 John Fitch Plaza
PO Box 389
Trenton, NJ 08611-0389


New Jersey Division of Taxation
Compliance/Enforcement - Bankruptcy Unit
3 John Fitch Way, 5th Fl.
Trenton, NJ 08695-0245

New York State Dept of Tax & Finance
Bankruptcy Section
PO Box 5300
Albany, NY 12205-0300


New York State Dept. Tax & Finance
Bankruptcy Unit - tCD
Bldg. 8, Rm. 455
W.A. Harriman State Campus
Albany, NY 12227


Normaze Associates, Inc.
17 Lawrence Way
Cedar Grove, NJ 07009


NRCF 2GC LLC
140 E. 45th Street
New York, NY 10017


NY City Dept. of Finance
Office of Legal Affairs
375 Pearl Street, 30th Fl.
New York, NY 10038


NYC Electricians


Office of the NYS Attorney General
The Capitol
Albany, NY 12224-0341


Order Co.
156 Fifth Avenue, 7th Fl.
New York, NY 10010


Orthodox Union
40 Rector Street, 4th Fl.
New York, NY 10006


Paradise Distributors, LLC
3592 Bedford Avenue
Brooklyn, NY 11210


Pawn Funding

PSE&G
Attn: Alexandra Grant, Esq.
80 Park Plaza
Newark, NJ 07102


Rabanipur, Daniel
25 Newbridge Road, Ste. 405
Hicksville, NY 11801


Raskin's Fish Market Inc.
320 Kingston Ave.
Brooklyn, NY 11213


RE&RU Corp.


Redway Group Inc.
17020 Five Waters Ave.
Boca Raton, FL 33496


Ridgefield Kosher Bakery
501 Broad Avenue
Ridgefield, NJ 07657


S. OH Group, LLC (The)
1055 river Road, #1010
Edgewater, NJ 07020


Sani-Lab Corporation
43 Westminster Way
Pomona, NY 10970


Silver Lake
37-09 Main Street, Ste. 3B
Flushing, NY 11354


Sinayskaya Yuniver PC
710 Avenue U
Brooklyn, NY 11223


Soleimani, Isaac
10 Cuttermill Road, Ste. 302
Great Neck, NY 11021

Square Financial Services
3165 E. Millrock Drive, Ste. 160
Salt Lake City, UT 84121


Targeted Lending
5500 Main Street, Ste. 300
Williamsville, NY 14221


Uline
Attn: Accounts Receivable
PO Box 88741
Chicago, IL 60680-1741


United States Attorney
Peter Rodino Federal Building
970 Broad Street, Ste. 700
Newark, NJ 07102


United States Attorney General
United States Department of Justice
Ben Franklin Station
PO Box 683
Washington, DC 20044


Wilder Fields
1717 E. West Road
Calumet City, IL 60409


Woolco Foods Inc.
135 Amity Street
Jersey City, NJ 07304