**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Ste. 201
Roseland, NJ 07068
(973) 622-1800
Sari B. Placona (splacona@msbnj.com)
*Attorneys for 703 Bakery Corp.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re: | Case No. 24-15150 |
|---|---|
| 703 BAKERY CORP., | Chapter 11 |
| Debtor. | |

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b), the undersigned enters an appearance in this case on behalf of 703 Bakery Corp. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

Sari B. Placona, Esq.
McManimon Scotland & Baumann, LLC
75 Livingston Avenue, Ste. 201
Roseland, NJ 07068
973-622-1800 (phone)
Email: splacona@msbnj.com

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

*/s/ Sari B. Placona*
Sari B. Placona

Dated: May 21, 2024