703 BAKERY CORP
24-15150-VFP

|  | Jun-24 | Jul-24 | Aug-24 |
|---|---:|---:|---:|
| Total Sales | $ 1,235,700 | $ 1,263,174 | $ 1,250,551 |
| COGS | 278,033 | 284,214 | 281,374 |
| Payroll & Taxes | 572,046 | 591,153 | 585,350 |
| Rent | 165,000 | 165,000 | 165,000 |
| Utilities | 41,000 | 41,000 | 41,000 |
| Sales Tax | 74,142 | 75,790 | 75,033 |
| Credit Card Fees | 37,071 | 37,895 | 37,517 |
| Insurance | 13,000 | 13,000 | 13,000 |
| Software Expenses | 12,500 | 12,500 | 12,500 |
| Advertising & marketing | 3,000 | 3,000 | 3,000 |
| Repairs & Maintenance | 5,000 | 5,000 | 5,000 |
| Vehicle gas & fuel | 4,000 | 4,000 | 4,000 |
| Supplies | 5,000 | 5,000 | 5,000 |
| Rabinical Supervision | 7,500 | 7,500 | 7,500 |
| Travel & Delivery | 3,800 | 3,800 | 3,800 |
| Truck Lease | 3,778 | 3,778 | 3,778 |
| Office Expenses | 4,500 | 4,500 | 4,500 |
| Total Expenses | 951,337 | 972,917 | 965,977 |
| Cash Flow From Operations | 6,330 | 6,043 | 3,200 |
| SubChapter V Trustee | 1,000 | 1,000 | 1,000 |
| SBA | 741 | 741 | 741 |
| Beginning Cash | 125,000 | 129,589 | 134,892 |
| Ending Cash | $ 129,589 | $ 134,892 | $ 137,350 |