| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **McMANIMON, SCOTLAND & BAUMANN, LLC**<br>75 Livingston Avenue, Suite 201<br>Roseland, NJ 07068<br>(973) 622-1800<br>Anthony Sodono, III (asodono@msbnj.com)<br>Sari B. Placona (splacona@msbnj.com)<br>*Proposed Counsel for 703 Bakery Corp., Chapter 11 Debtor and Debtor-in-Possession* |
| In re:<br><br>703 BAKERY CORP.,<br><br>        Debtor. |

Chapter 11; Subchapter V

Case No. 24-15150 (VFP)

# CERTIFICATION OF PROFESSIONAL IN SUPPORT OF
## APPLICATION FOR RETENTION OF PROFESSIONAL

I, **Irv Schwarzbaum,** being of full age, certify as follows:

1. I am seeking authorization for Vestcorp, LLC to be retained as accountant for 703 Bakery Corp., Chapter 11 debtor and debtor-in-possession (the "Debtor").

2. My professional credentials include: I am a Certified Public Accountant, certified in forensic and certified fraud examiner. Vestcorp, LLC has the appropriate accounting skills and personnel needed to perform the accounting services required by the Debtor.

3. Vestcorp, LLC is located at 623 Eagle Rock Avenue, Ste 364, West Orange, NJ 07052

4. The proposed arrangement for compensation, including range of hourly rates, if applicable, is as follows:

    Managing Director:    $400.00 per hour
    Principal:    $350.00 per hour
    Accountant:    $250.00 per hour
    Associate:    $195.00 per hour

☐ Pursuant to D.N.J. LBR 2014-3, I request a waiver of the requirements of D.N.J. LBR 2016-1

5. To the best of my knowledge, after reasonable and diligent investigation, my connection with the debtors, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

    ☒ None

    ☐ Describe connection:

6. To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its members, shareholders, partners, associates, officers and/or employees with the debtors, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

    ☒ None

    ☐ Describe connection:

7. To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers and/or employees and I (check all that apply):

    ☒ do not hold an adverse interest to the estate.

    ☒ do not represent an adverse interest to the estate.

    ☒ are disinterested under 11 U.S.C. § 101(14).

    ☒ do not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which I will be retained under 11 U.S.C. § 327(e).

    ☐ Other, explain:

8. If the professional is an auctioneer,

    a. The following are my qualifications and experience with the liquidation or sale of similar property:

    b. The proposed method of calculation of my compensation, including rates and formulas, is: _____

2

Pursuant to D.N.J. 2014-2, I ☐ do or ☐ do not request a waiver of the requirements of D. N. J. LBR 2016-1.

c. The following is an estimate of all costs and expenses, including labor, security, advertising, delivery, mailing, and insurance, for which I will seek reimbursement from the sale proceeds: _____

d. Have you, or a principal of your firm, been convicted of a criminal offense?

☐ No    ☐ Yes (explain below)

_____

_____

e. I certify that a surety bond as described in D. N. J. LBR 2014-2(a)(6) is in effect and will remain so through the date of turnover of the auction proceeds.

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows:

_____

I certify that the foregoing statements made by me are true.

Dated: May 30, 2024            */s/ Irv Schwarzbaum*
                               Signature of Professional