**Fill in this information to identify the case:**

Debtor name    **703 Bakery Corp.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    **24-15150 (VFP)**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    **Disclosure of Compensation of Attorney for Debtors Corporate Ownership Statement (Rule 7007.1)**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 24, 2024**        X /s/ **Oleg Azizov**
                                            Signature of individual signing on behalf of debtor

                                            **Oleg Azizov**
                                            Printed name

                                            **President**
                                            Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **703 Bakery Corp.** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEW JERSEY** |
| Case number (if known): | **24-15150 (VFP)** |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Order Co. 156 Fifth Avenue, 7th Fl. New York, NY 10010** | **Katya Bure**<br><br>**katya.bure@order. com**<br>**914-278-7944** | | | | | **$800,000.00** |
| **ABG 2021 CLAT 2416 Avenue J Brooklyn, NY 11210** | | **CLAT** | | | | **$539,641.00** |
| **750 8th Avenue LLC c/o Eric H. Kahan, Esq. SKH Heiberger LLP 228 East 45th Street, 14th Fl. New York, NY 10017** | | **Rent for premises located at: 750 Eighth Avenue New York, NY 10036** | **Contingent Unliquidated Disputed** | | | **$421,000.00** |
| **Dependable Food 25 Executive Avenue Edison, NJ 08817** | | **Trade debt** | | | | **$289,657.29** |
| **Ridgefield Kosher Bakery 501 Broad Avenue Ridgefield, NJ 07657** | | **Trade debt** | | | | **$148,036.70** |
| **American Food Connection 46 Russell Street Roslyn Heights, NY 11577** | | **Trade debt** | | | | **$130,851.00** |
| **Frank M. Gargiulo and Son, Inc. 535 Sweetland Avenue Hillside, NJ 07205** | **Anna Kuchno**<br><br>**AKuchno@gargiul oproduce.com**<br>**908-858-4344** | **Trade debt** | | | | **$114,817.44** |
| **Bowery Farming Inc. 151 W. 26th Street, 12th Fl. New York, NY 10001** | **Edward Lavish**<br><br>**ar@boweryfarming .com** | **Trade debt** | | | | **$110,768.23** |

| Debtor | 703 Bakery Corp. | | | Case number *(if known)* | 24-15150 (VFP) | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Pawn Funding 2167 E. 21st Street, Ste. 252 Brooklyn, NY 11229 | | | | | | $100,000.00 |
| Mehadrin Dairy 100 Trumbull St. Elizabeth, NJ 07206 | Joel F. Joelf@mehadrin.com 718-578-8150 | Trade debt | | | | $91,710.74 |
| McDonald Paper & Restaurant Supplies 999 3rd Avenue Brooklyn, NY 11232 | Nickolai Karpuchok nick@mcdonaldpaper.com 646-662-3410 | Trade debt | | | | $90,910.00 |
| Paradise Distributors, LLC 3592 Bedford Avenue Brooklyn, NY 11210 | Ruben Beityakov ruben@paradisedistributor.com 347-743-9640 | Trade debt | | | | $85,225.96 |
| Dairyland The Chefs' Warehouse 240 Food Centr Drive Bronx, NY 10474 | Marisol Aciemo; Gregg woods macierno@chefwarehouse.com; gwoods@chefwarehouse.com 718-842-8700 | Trade debt | | | | $77,000.00 |
| ConEdison PO Box 1701 New York, NY 10116-1701 | | Services | | | | $65,000.00 |
| David Rosen Bakery Supply Co. 59-21 Queens Midtown Expressway Maspeth, NY 11378 | Yoni Friedman yoni@bakersauthority.com 718-381-0600 | Trade debt | | | | $62,607.77 |
| Silver Lake 37-09 Main Street, Ste. 3B Flushing, NY 11354 | management.office@aol.com 718-460-8878 | Rent | | | | $60,000.00 |
| Limitless Packaging LLC 2361 Nostrand Avenue, Ste. 402 Brooklyn, NY 11210 | info@limitlesspackaging.com | Trade debt | | | | $54,378.37 |
| Correlative Smart Engineering 8225 5th Avenue, #353 Brooklyn, NY 11209 | | | | | | $50,000.00 |

| Debtor | **703 Bakery Corp.** | | | Case number *(if known)* | **24-15150 (VFP)** |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **3611 Joint Venture LLC PO Box 180240 Brooklyn, NY 11218** | **shaindy@theweiss realty.com 718-855-2000** | **Rent** | | | | **$48,319.25** |
| **G&P Gourmet PO Box 340978 Brooklyn, NY 11234** | **Josh Cohen** **gpgourmet12@gm ail.com 760-567-0844** | **Trade debt** | | | | **$47,543.35** |

**Fill in this information to identify the case:**

Debtor name     **703 Bakery Corp.**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)     **24-15150 (VFP)**

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $    **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................. $    **392,178.82**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $    **392,178.82**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $    **323,233.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................... $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................................. +$    **4,124,812.39**

4.  **Total liabilities** ......................................................................................................
    Lines 2 + 3a + 3b                                 $    **4,448,045.39**

**Fill in this information to identify the case:**

Debtor name    **703 Bakery Corp.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    **24-15150 (VFP)**

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$22,000.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America** | | **4694** | **$102,609.64** |
| 3.2. | **Bank of America** | | **8990** | **$21,027.06** |
| 3.3. | **Dime** | | **3369** | **$1,290.38** |
| 3.4. | **Dime** | | **5900** | **$2,709.49** |
| 3.5. | **Dime** | | **6007** | **$2,522.25** |

4.    **Other cash equivalents** *(Identify all)*

| Debtor | **703 Bakery Corp.** | Case number *(If known)* | **24-15150 (VFP)** |
|---|---|---|---|
| | Name | | |

5.    **Total of Part 1.**                                                                        $152,158.82

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit
**Security deposits held by landlords:**
**Lyndhurst - Normaze Associates Inc.; $14,000**
**Times Square - 750 Ave LLC; $20,000**
**Avenue M - Midwood Realty LLC; $15,600**
**Brooklyn Square - $4,000**
7.1.    **Lakewood - Lakewood Madison Plaza LP/Lakewood Madison Plaza DE 2 LLC; $59,520**        $113,120.00

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                                        $113,120.00

Add lines 7 through 8. Copy the total to line 81.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:        **4,500.00**    -    **0.00**   = ....        $4,500.00
                             face amount              doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                                        $4,500.00

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.    **Raw materials**

| Debtor | **703 Bakery Corp.** | Case number *(If known)* **24-15150 (VFP)** |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| | **Raw materials; perishable; purchased within 20 days of filing** | | Unknown | $20,000.00 |
| 20. | **Work in progress** | | | |
| 21. | **Finished goods, including goods held for resale** **Baked frozen goods; perishable** | | Unknown | $20,000.00 |
| 22. | **Other inventory or supplies** **Paper goods** | | Unknown | $20,000.00 |

| 23. | **Total of Part 5.** | $60,000.00 |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
- ■ No
- ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ■ No
- ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No.  Go to Part 8.
- ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Misc. office furniture** | Unknown | Liquidation | $2,000.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Misc office equipment** | Unknown | Liquidation | $2,000.00 |

| Debtor | **703 Bakery Corp.** | Case number *(If known)* **24-15150 (VFP)** |
|---|---|---|
| | Name | |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** $4,000.00
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2022 Ford Transit 250 Refrigerated Vehicle 1FTBR3U87NKA85205** | Unknown | Comparable sale | $40,000.00 |
| 47.2. **2013 GMC Savanna 3500 Cutaway VIN 1GTZ7TCG7D1142245** | Unknown | | $13,400.00 |
| 47.3. **2021 Isuzu NQR Truck VIN JALESW168C7900734 (inoperable)** | $5,000.00 | Liquidation | $5,000.00 |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **Miscellaneous machinery and equipment listed on attached schedule.** | Unknown | | Unknown |

51. **Total of Part 8.** $58,400.00
Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

| Debtor | **703 Bakery Corp.** | Case number *(If known)* **24-15150 (VFP)** |
|---|---|---|
| | Name | |

■ No
☐ Yes

**Real property**

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

**Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

**All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | **703 Bakery Corp.** | Case number *(If known)* **24-15150 (VFP)** |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $152,158.82 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $113,120.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $4,500.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $60,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $58,400.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $392,178.82 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $392,178.82 |

|  |  | Quantity | Net book Value | Valuation method | Value of Debtor's Interest |
|---|---|---|---|---|---|
|  |  |  |  | Liquidation | Unknown |

**Patis Lyndhurst**

| Item | Quantity | Net book Value |
|---|---|---|
| bread slicer | 1 | 800 |
| bakery showcase | 1 | 2000 |
| undercounter lowbox refrigerat | 4 | 700 |
| soup warmers | 1 | 50 |
| clover pos system | 2 | 1000 |
| alkoholt oven | 1 | 2000 |
| bakery sandwich refrigerator | 1 | 800 |
| cbi bread toaster | 1 | 200 |
| panini machine | 2 | 300 |
| walk in refrigerator | 4 | 5500 |
| double connection oven | 1 | 1000 |
| deck oven | 1 | 7000 |
| sheeter | 1 | 8000 |
| proofing cabinet | 2 | 400 |
| mixer | 8 | 3000 |
| pan washer | 2 | 2000 |
| large ice machine | 1 | 3000 |
| rotex deck oven | 1 | 10000 |
| rotex rotating oven | 1 | 10000 |
| dough divider | 1 | 5000 |
| rotex loader | 1 | 1000 |
| doughnut frying machine | 1 | 3000 |
| large proofing cabinet | 1 | 7000 |
| medium proofing cabinet | 1 | 5000 |
| cookie depositor | 1 | 5000 |
| dough devider | 1 | 5000 |

**Patis Teaneck**

| Item | Quantity | Net book Value |
|---|---|---|
| gradingy refrigerator | 1 | 1200 |
| bread slicer | 1 | 800 |
| bakery showcase | 2 | 2000 |
| undercounter lowbox refrigerat | 2 | 700 |
| small connection oven | 1 | 300 |
| soup warmers | 2 | 50 |
| clover pos system | 2 | 1000 |
| single door refrigerators | 2 | 500 |
| electric pizza oven | 1 | 750 |
| vantoc griddle | 1 | 300 |
| berkoc sandwich refridgeration | 1 | 800 |
| cbi bread toaster | 1 | 200 |
| sammic electrolux panini mach | 1 | 3000 |
| 3 compartment sink | 1 | 700 |
| stainless steel preptable | 3 | 200 |
| ice Machine | 1 | 500 |

**Patis Lawrence**

| Item | Quantity | Net book Value |
|---|---|---|
| bread slicer | 1 | 800 |
| bakery showcase | 2 | 2000 |
| undercounter lowbox refrigerat | 1 | 700 |
| small connection oven | 2 | 300 |
| soup warmers | 2 | 50 |
| clover pos system | 2 | 1000 |
| electric pizza oven | 1 | 750 |
| vantoc griddle | 1 | 300 |
| berkoc sandwich refrigerator | 1 | 800 |
| cbi bread toaster | 1 | 200 |
| sammic electrolux panini mach | 1 | 3000 |
| 3 compartment sink | 1 | 700 |
| stainless steel preptable | 3 | 200 |
| ice Machine | 1 | 500 |

**Patis Ave M**

| Item | Quantity | Net book Value |
|---|---|---|
| gradingy refrigerator | 1 | 1200 |
| bread slicer | 1 | 800 |
| 8 ft salad bar refrigerator | 1 | 3000 |
| bakery showcase | 3 | 2000 |
| undercounter lowbox refrigerat | 1 | 700 |
| small connection oven | 2 | 300 |
| soup warmers | 3 | 50 |
| clover pos system | 2 | 1000 |
| single door refrigerators | 2 | 500 |
| electric pizza oven | 1 | 750 |
| vantoc griddle | 1 | 300 |
| berkoc sandwich refridgeration | 1 | 800 |
| cbi bread toaster | 1 | 200 |
| sammic electrolux panini mach | 1 | 3000 |
| cooltech pizza lowbox fridge | 1 | 800 |
| 3 compartment sink | 1 | 700 |
| stainless steel preptable | 3 | 200 |
| ice Machine | 1 | 500 |

**Patis Times Square**

| Item | Quantity | Net book Value |
|---|---|---|
| gradingy refrigerator | 2 | 1200 |
| bakery showcase | 2 | 2000 |
| undercounter lowbox refrigerat | 2 | 700 |
| small connection oven | 1 | 300 |
| soup warmers | 2 | 50 |
| clover pos system | 2 | 1000 |
| alkoholt oven | 1 | 2000 |
| vantoc griddle | 1 | 300 |
| berkoc sandwich refridgeration | 1 | 800 |
| cbi bread toaster | 1 | 200 |
| sammic electrolux panini mach | 1 | 3000 |
| cooltech pizza lowbox fridge | 1 | 800 |
| 3 compartment sink | 1 | 700 |
| stainless steel preptable | 1 | 200 |
| ice Machine | 1 | 500 |

**Patis Amsterdam Ave**

| Item | Quantity | Net book Value |
|---|---|---|
| 8 ft salad bar refrigerator | 1 | 3000 |
| bakery showcase | 1 | 2000 |
| undercounter lowbox refrigerat | 2 | 700 |
| small connection oven | 1 | 300 |
| soup warmers | 1 | 50 |
| clover pos system | 2 | 1000 |
| electric pizza oven | 1 | 750 |
| griddle | 1 | 300 |
| berkoc sandwich refridgeration | 1 | 800 |
| cbi bread toaster | 1 | 200 |
| sammic electrolux panini mach | 1 | 3000 |
| cooltech pizza lowbox fridge | 1 | 800 |
| 3 compartment sink | 1 | 700 |
| stainless steel preptable | 3 | 200 |
| ice Machine | 1 | 500 |

**Park**

| Item | Quantity | Net book Value |
|---|---|---|
| gradingy refrigerator | 1 | 1200 |
| bread slicer | 1 | 800 |
| 8 ft salad bar refrigerator | 1 | 3000 |
| bakery showcase | 1 | 2000 |
| undercounter lowbox refrigerat | 1 | 700 |
| soup warmers | 1 | 50 |
| clover pos system | 2 | 1000 |
| walk in refrigerator | 1 | 3000 |
| alkoholt oven | 1 | 2000 |
| vantoc griddle | 1 | 300 |
| berkoc sandwich refridgeration | 1 | 800 |
| cbi bread toaster | 1 | 200 |
| sammic electrolux panini mach | 1 | 3000 |
| cooltech pizza lowbox fridge | 1 | 800 |
| 3 compartment sink | 1 | 700 |
| ice Machine | 1 | 500 |

**Patis Brooklyn Square**

| Item | Quantity | Net book Value |
|---|---|---|
| gradingy refrigerator | 1 | 1200 |
| bakery showcase | 1 | 2000 |
| undercounter lowbox refrigerat | 1 | 700 |
| small connection oven | 1 | 300 |
| soup warmers | 2 | 50 |
| clover pos system | 2 | 1000 |
| double door refrigerators | 2 | 500 |
| electric pizza oven | 1 | 750 |
| berkoc sandwich refridgeration | 1 | 800 |
| cbi bread toaster | 1 | 200 |
| sammic electrolux panini mach | 1 | 3000 |
| cooltech pizza lowbox fridge | 1 | 800 |
| 3 compartment sink | 1 | 700 |
| stainless steel preptable | 1 | 200 |
| ice Machine | 1 | 500 |

**Patis Lakewood**

| Item | Quantity | Net book Value |
|---|---|---|
| 8 ft salad bar refrigerator | 1 | 3000 |
| bakery showcase | 2 | 2000 |
| undercounter lowbox refrigerat | 1 | 700 |
| small connection oven | 1 | 300 |
| soup warmers | 1 | 50 |
| clover pos system | 2 | 1000 |
| single door refrigerators | 1 | 500 |
| alkoholt oven | 1 | 2000 |
| griddle | 1 | 300 |
| berkoc sandwich refridgeration | 1 | 800 |
| cbi bread toaster | 1 | 200 |
| sammic electrolux panini mach | 1 | 3000 |
| cooltech pizza lowbox fridge | 1 | 800 |
| 3 compartment sink | 1 | 700 |
| stainless steel preptable | 2 | 200 |
| ice Machine | 1 | 500 |

**Patis Kissasnz Ave**

| Item | Quantity | Net book Value |
|---|---|---|
| gradingy refrigerator | 1 | 1200 |
| bread slicer | 1 | 800 |
| 8 ft salad bar refrigerator | 1 | 3000 |
| bakery showcase | 1 | 2000 |
| undercounter lowbox refrigerat | 1 | 700 |
| small connection oven | 1 | 300 |
| soup warmers | 2 | 50 |
| clover pos system | 2 | 1000 |
| single door refrigerators | 1 | 500 |
| electric pizza oven | 1 | 750 |
| alkoholt oven | 1 | 4000 |
| vantoc griddle | 1 | 300 |
| universal lowbox fridge | 1 | 800 |
| cbi bread toaster | 1 | 200 |
| panispro remco panini machine | 1 | 1000 |
| universal salad bar fridge | 1 | 1000 |
| cooltech pizza lowbox fridge | 1 | 800 |
| 2 compartment sink | 1 | 500 |
| stainless steel preptable | 3 | 200 |
| ice Machine | 1 | 500 |

**Fill in this information to identify the case:**

Debtor name    **703 Bakery Corp.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    **24-15150 (VFP)**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Balboa Capital**<br>Creditor's Name<br><br>**Collection Dept.**<br>**575 Anton Blvd., 12th Fl.**<br>**Costa Mesa, CA 92626**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br>**9126** | Describe debtor's property that is subject to a lien<br>**Various kitchen equipment**<br><br><br>Describe the lien<br>**Equipment lien**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **Unknown** | **Unknown** |

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2** **Banclease Acceptance Corp.**<br>Creditor's Name<br><br>**8221 Tristar Drive**<br>**Irving, TX 75063**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**5/2021**<br>**Last 4 digits of account number**<br>**8102** | Describe debtor's property that is subject to a lien<br>**Kitchen equipment**<br><br><br>Describe the lien<br>**Equipment lease**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **Unknown** | **Unknown** |

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor   **703 Bakery Corp.**                                            Case number (if known)    **24-15150 (VFP)**
_____Name_____

■ No
☐ Yes. Specify each creditor,          ■ Contingent
including this creditor and its relative  ☐ Unliquidated
priority.                                ☐ Disputed

---

| 2.3 | **Centra Funding** | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |
| | Creditor's Name | **Walk-in freezer** | | |

**1400 Preston Road, #115
Plano, TX 75093**
Creditor's mailing address

**Describe the lien**
**Equipment lease**
**Is the creditor an insider or related party?**
■ No
☐ Yes
Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**
**8/2022**                              ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**8458**

**Do multiple creditors have an
interest in the same property?**        **As of the petition filing date, the claim is:**
                                        Check all that apply
■ No                                    ■ Contingent
☐ Yes. Specify each creditor,           ☐ Unliquidated
including this creditor and its relative ☐ Disputed
priority.

---

| 2.4 | **Citizens Capital** | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |
| | Creditor's Name | **Kitchen equipment from Direct Kitchen** | | |

**501 w. Broadway, 8th Fl.
San Diego, CA 92101**
Creditor's mailing address

**Describe the lien**
**Equipment lease**
**Is the creditor an insider or related party?**
■ No
☐ Yes
Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**                ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**1074**

**Do multiple creditors have an
interest in the same property?**        **As of the petition filing date, the claim is:**
                                        Check all that apply
■ No                                    ■ Contingent
☐ Yes. Specify each creditor,           ☐ Unliquidated
including this creditor and its relative ☐ Disputed
priority.

---

| 2.5 | **Citizens Capital** | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |
| | Creditor's Name | **Gas oven** | | |

**501 W. Broadway, 8th Fl.
San Diego, CA 92101**
Creditor's mailing address

**Describe the lien**
**Equipment lease from Direct Kitchen
Equipment**

---

Debtor    **703 Bakery Corp.**                                    Case number (if known)    **24-15150 (VFP)**
_____
Name

|  | Is the creditor an insider or related party? |
|---|---|
|  | ■ No |
| _____ | ☐ Yes |
| Creditor's email address, if known | Is anyone else liable on this claim? |
|  | ☐ No |
| **Date debt was incurred** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **67/26/2022** |  |
| **Last 4 digits of account number** | As of the petition filing date, the claim is: |
| **015A** | Check all that apply |
| **Do multiple creditors have an interest in the same property?** | ■ Contingent |
| ■ No | ☐ Unliquidated |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Disputed |

---

| 2.6 | **Commercial Funding Partners, LLC** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|
|  | Creditor's Name | **Kitchen Equipment** |  |  |

**12198 S. State Street, Ste. 4
Draper, UT 84020**
_____
Creditor's mailing address

Describe the lien
**Equipment lease**

Is the creditor an insider or related party?
■ No
☐ Yes
_____
Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/2022 and 5/2023**
**Last 4 digits of account number**
**0001**

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.7 | **CPC Equipment** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|
|  | Creditor's Name | **Kitchen equipment** |  |  |

**10900 Wayzata Blvd., Ste. 300
Minnetonka, MN 55305**
_____
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
_____
Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2022**
**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page  3 of 11

| Debtor | **703 Bakery Corp.** | Case number (if known) | **24-15150 (VFP)** |
|---|---|---|---|
| | Name | | |

---

| 2.8 | **CT Corporation System, as Representative** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**Attn: SRPS**
**330 N. Brand Blvd., Ste. 700**
**Glendale, CA 91203**

**Kitchen equipment**

Creditor's mailing address

Describe the lien
**Equipment leases**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**Misc. UCCs**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.9 | **Financial Pacific Leasing, Inc.** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**3455 S. 344th Way, Ste. 300**
**Federal Way, WA 98001**

**Misc. kitchen equipment**

Creditor's mailing address

Describe the lien
**Equipment lease**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**7/2022**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 0 | **First Citizens Bank & Trust** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**Attn: Recovery**
**10201 Centurion Parkway, N**
**Jacksonville, FL 32256**

**Walk-in freezer and walk-in refrigerator**

Creditor's mailing address

Describe the lien
**UCC-1 Financing Statement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

---

| Debtor | **703 Bakery Corp.** | Case number *(if known)* | **24-15150 (VFP)** |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2557**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 1 | **First Utah Bank** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Kitchen equipment** | | |

**3826 South 2300, E**
**Salt Lake City, UT 84109**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0001**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 2 | **HNB DES** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Kitchen equipment** | | |

**17 S. High Street**
**Columbus, OH 43215**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| Debtor | **703 Bakery Corp.** | Case number (if known) | **24-15150 (VFP)** |
|---|---|---|---|
| | Name | | |

---

| **2.1 3** | **Huntington National Bank (The)** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**1405 Xenium Lane, N (PCC180)**
**Plymouth, MN 55441**

Creditor's mailing address

**Kitchen equipment**

**Describe the lien**
**Equipment lease**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**8/26/2022**

**Last 4 digits of account number**
**6198**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.1 4** | **Isuzu Finance of America, Inc.** | Describe debtor's property that is subject to a lien | **$40,000.00** | **$40,000.00** |
|---|---|---|---|---|

Creditor's Name

**2500 Westchester Avenue, Ste. 312**
**Purchase, NY 10577**

Creditor's mailing address

**2022 Ford Transit 250 Refrigerated Vehicle**
**1FTBR3U87NKA85205**

**Describe the lien**
**Automobile Loan**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/9/2022**

**Last 4 digits of account number**
**8517**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.1 5** | **LCA Bank Corporation** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**1441 W. Ute Blvd., Ste. 250**
**Park City, UT 84098**

Creditor's mailing address

**Kitchen equipment**

**Describe the lien**
**Equipment lease**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

| Debtor | **703 Bakery Corp.** | Case number (if known) | **24-15150 (VFP)** |
|---|---|---|---|
| | Name | | |

**6/21/2022**
**Last 4 digits of account number**
**1485**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | **m2 Equipment** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**175 N. Patrick Blvd., Ste. 140**
**Brookfield, WI 53045**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**8/1/2022**
**Last 4 digits of account number**
**6381**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Walk-in refrigerator; freezer per Direct Kitchen Equipment Inv. 9369 6/27/2022**

**Describe the lien**
**Equipment lease**
**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 7 | **Nebenzahl, Samuel** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**370 Lexington Avenue, Ste. 201**
**New York, NY 10017**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**11/05/2019**
**Last 4 digits of account number**
**1263**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe the lien**
**Blanket Lien on Debtor's Assets**
**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.1 8 | **NYM Services LLC** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|

Debtor    **703 Bakery Corp.**                                    Case number (if known)    **24-15150 (VFP)**
_____
Name

Creditor's Name                              **Clover Station and Kitchen Printer**

**dba Fidelity Payment Services**
**Attn:  Legal Depaartment**
**141 Flushing Avenue, Ste. 501**
**Brooklyn, NY 11205**
_____
Creditor's mailing address                   **Describe the lien**
                                             **Equipment Rental Agreement**
                                             **Is the creditor an insider or related party?**
_____
Creditor's email address, if known           ■ No
                                             ☐ Yes
                                             **Is anyone else liable on this claim?**

**Date debt was incurred**                   ■ No
**4/10/2024**                                ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**0189**
**Do multiple creditors have an**            **As of the petition filing date, the claim is:**
**interest in the same property?**           Check all that apply

■ No                                         ☐ Contingent
☐ Yes. Specify each creditor,                ☐ Unliquidated
including this creditor and its relative      ■ Disputed
priority.

---

| 2.1 9 | **Pawnee Leasing Corporation** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |

Creditor's Name                              **Oven**

**3801 Automaation Way, Ste. 207**
**Fort Collins, CO 80525**
_____
Creditor's mailing address                   **Describe the lien**
                                             **Equipment lease**
                                             **Is the creditor an insider or related party?**
_____
Creditor's email address, if known           ■ No
                                             ☐ Yes
                                             **Is anyone else liable on this claim?**

**Date debt was incurred**                   ☐ No
**7/2022**                                   ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**            **As of the petition filing date, the claim is:**
**interest in the same property?**           Check all that apply

■ No                                         ☐ Contingent
☐ Yes. Specify each creditor,                ☐ Unliquidated
including this creditor and its relative      ☐ Disputed
priority.

---

| 2.2 0 | **Regents Capital Corporation** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |

Creditor's Name                              **2 Wiesheu Dibas bread oven; 1 pot/pan**
                                             **washer**

**3200 Bristol Street, Ste. 400**
**Costa Mesa, CA 92626**
_____
Creditor's mailing address                   **Describe the lien**
                                             **Equipment lease**
                                             **Is the creditor an insider or related party?**
_____
Creditor's email address, if known           ■ No
                                             ☐ Yes
                                             **Is anyone else liable on this claim?**

**Date debt was incurred**

| Debtor | **703 Bakery Corp.** | Case number (if known) | **24-15150 (VFP)** |
|---|---|---|---|
| | Name | | |

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**5434**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☑ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 1 | **Secured Lender Solutions, LLC** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**PO Box 2576**
**Springfield, IL 62708**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**3/10/2023**

**Last 4 digits of account number**
**1941**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**1 Thermalite walk-in refrigerator 131 x 13**
**1 Thermalite walk-in freezer 21 x 130**

**Describe the lien**
**Equipment Lease**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

---

| 2.2 2 | **Square Financial Services** | **Describe debtor's property that is subject to a lien** | **$148,233.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**3165 E. Millrock Drive, Ste. 160**
**Salt Lake City, UT 84121**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**1/11/2024**

**Last 4 digits of account number**
**xB9H**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Square Account**

**Describe the lien**
**Loan Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☑ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 3 | **Targeted Lending** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

Debtor    **703 Bakery Corp.**                                      Case number (if known)    **24-15150 (VFP)**
_____
Name

Creditor's Name
_____          **Kitchen equipment**

**5500 Main Street, Ste. 300**
**Williamsville, NY 14221**
_____
Creditor's mailing address                        **Describe the lien**
                                                  **Equipment leases - $82,510.06**
                                                  **Is the creditor an insider or related party?**
                                                  ■ No
_____          ☐ Yes
Creditor's email address, if known                **Is anyone else liable on this claim?**
                                                  ☐ No
**Date debt was incurred**                        ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**6/2022**
**Last 4 digits of account number**

**Do multiple creditors have an**                 **As of the petition filing date, the claim is:**
**interest in the same property?**                Check all that apply
■ No                                              ☐ Contingent
☐ Yes. Specify each creditor,                     ☐ Unliquidated
including this creditor and its relative           ☐ Disputed
priority.

---

| 2.2 4 | **U.S. Small Business** | **Describe debtor's property that is subject to a lien** | $135,000.00 | Unknown |

**Administration**
_____          **Blanket lien**
Creditor's Name

**2 North Street, Ste. 320**
**Birmingham, AL 35203**
_____
Creditor's mailing address                        **Describe the lien**
                                                  **UCC-1 Financing Statement**
                                                  **Is the creditor an insider or related party?**
                                                  ■ No
_____          ☐ Yes
Creditor's email address, if known                **Is anyone else liable on this claim?**
                                                  ☐ No
**Date debt was incurred**                        ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**9/2020**
**Last 4 digits of account number**

**Do multiple creditors have an**                 **As of the petition filing date, the claim is:**
**interest in the same property?**                Check all that apply
■ No                                              ☐ Contingent
☐ Yes. Specify each creditor,                     ☐ Unliquidated
including this creditor and its relative           ☐ Disputed
priority.

---

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.      $323,233.00

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Moishie M. Klein, Esq.**<br>**40 Airport Road**<br>**Lakewood, NJ 08701** | Line _**2.17**_ | |

Debtor    **703 Bakery Corp.**

Name

Case number (if known)    **24-15150 (VFP)**

**Natalia Batista Vazquez, Esq.**
**U.S. Small Business Administration**
**New Jersey District Office**
**Two Gateway Center, Ste. 1002**
**Newark, NJ 07102**

Line    **2.24**

**Fill in this information to identify the case:**

Debtor name        **703 Bakery Corp.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    **24-15150 (VFP)**

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|  | **Internal Revenue Service** | *Check all that apply.* |  |  |
|  | **PO Box 7346** | ☐ Contingent |  |  |
|  | **Philadelphia, PA 19101-7346** | ☐ Unliquidated |  |  |
|  |  | ☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  |  | **For Notice Purposes** |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY | ■ No |  |  |
|  | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes |  |  |
| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|  | **New Jersey Dept. of Labor** | *Check all that apply.* |  |  |
|  | **Division of Employer Accounts** | ☐ Contingent |  |  |
|  | **1 John Fitch Plaza** | ☐ Unliquidated |  |  |
|  | **PO Box 389** | ☐ Disputed |  |  |
|  | **Trenton, NJ 08611-0389** |  |  |  |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  |  | **For Notice Purposes** |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY | ■ No |  |  |
|  | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes |  |  |

| Debtor | **703 Bakery Corp.** | Case number *(if known)* | **24-15150 (VFP)** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**New Jersey Division of Taxation Compliance/Enforcement - Bankruptcy Unit**
**3 John Fitch Way, 5th Fl.**
**Trenton, NJ 08695-0245**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**New York State Dept of Tax & Finance**
**Bankruptcy Section**
**PO Box 5300**
**Albany, NY 12205-0300**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**NY City Dept. of Finance**
**Office of Legal Affairs**
**375 Pearl Street, 30th Fl.**
**New York, NY 10038**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**NYS Department of Labor**
**Building 12**
**w.A. Harriman Campus**
**Albany, NY 12226**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **703 Bakery Corp.** | | Case number *(if known)* | **24-15150 (VFP)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,000.00** |
|---|---|---|---|

**266 Kingston Ave. Realty LLC**
**8210 Baxter Avenue**
**Elmhurst, NY 11373**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Rent__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48,319.25** |
|---|---|---|---|

**3611 Joint Venture LLC**
**PO Box 180240**
**Brooklyn, NY 11218**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Rent__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$421,000.00** |
|---|---|---|---|

**750 8th Avenue LLC**
**c/o Eric H. Kahan, Esq.**
**SKH Heiberger LLP**
**228 East 45th Street, 14th Fl.**
**New York, NY 10017**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Rent for premises located at:__
__750 Eighth Avenue__
__New York, NY  10036__

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**88 Global Partners LLC**
**125-10 Queens Blvd., Ste. 222**
**Kew Gardens, NY 11415**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Rent__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,000.00** |
|---|---|---|---|

**9 Crosby, LLC**
**261 Madison Ave., 17th Fl.**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Rent__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**99 LD Truck Lease**
**99 Washington Avenue**
**Suffern, NY 10901**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred  12/15/2022**

**Basis for the claim:** __Vehicle Lease Agreements for two (2) 2020 Ford__
__Transit 350 XL__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$214.32** |
|---|---|---|---|

**A New Age Auto Glass**
**Attn:  Nancy Candelaria**
**PO Box 1081**
**Bloomfield, NJ 07003**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Services__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **703 Bakery Corp.** | Case number *(if known)* | **24-15150 (VFP)** |
|---|---|---|---|
| | Name | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,329.00** |
|---|---|---|---|

**A-1 Bakery Supply Inc.**
**35 Taylor Drive**
**Wayne, NJ 07470**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$539,641.00** |
|---|---|---|---|

**ABG 2021 CLAT**
**2416 Avenue J**
**Brooklyn, NY 11210**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **CLAT**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,240.00** |
|---|---|---|---|

**Air Stream Air Conditioning Corporation**
**400 Crossways Park Drive**
**Woodbury, NY 11797**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Services**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$130,851.00** |
|---|---|---|---|

**American Food Connection**
**46 Russell Street**
**Roslyn Heights, NY 11577**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Artprop Perty LLC (Arthouse)**
**2178 Broadway at W. 77th St.**
**New York, NY 10024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Rent**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,000.00** |
|---|---|---|---|

**Avenue M Midwood Realty LLC**
**1716 Avenue M**
**Brooklyn, NY 11230**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Rent**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,490.00** |
|---|---|---|---|

**B.P. Electric Corp.**
**1425 37th Street**
**Brooklyn, NY 11218**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Services**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **703 Bakery Corp.** | Case number (if known) | **24-15150 (VFP)** |
|---|---|---|---|
| | Name | | |

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,110.77** |
|---|---|---|---|

**Bakemark/Valente**
**N92 W14401 Anthony Avenue**
**Menomonee Falls, WI 53051**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,323.25** |
|---|---|---|---|

**Banner Smoked Fish Inc.**
**2715 W. 15th Street**
**Brooklyn, NY 11224**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,800.00** |
|---|---|---|---|

**BH Eggs**
**110 Park Lane**
**Monsey, NY 10952**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$110,768.23** |
|---|---|---|---|

**Bowery Farming Inc.**
**151 W. 26th Street, 12th Fl.**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |
|---|---|---|---|

**Chabad Shul of the West Side Inc. (The)**
**166 W. 97th Street**
**New York, NY 10025**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cheshin, Eli**
**704 Cedar Lawn Avenue**
**Far Rockaway, NY 11691**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,328.38** |
|---|---|---|---|

**Chosen Bean and Beveraage, LLC (The)**
**2955 NW 27th Street**
**Bldg. 12**
**Fort Lauderdale, FL 33311**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **703 Bakery Corp.** | Case number *(if known)* | **24-15150 (VFP)** |
|---|---|---|---|
| | Name | | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,709.93 |

**Cintas Corp.**
**PO Box 630803**
**Cincinnati, OH 45263-0803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,000.00 |

**Cogent Waste Solutions, LLC**
**5835 47th Street**
**Maspeth, NY 11378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $65,000.00 |

**ConEdison**
**PO Box 1701**
**New York, NY 10116-1701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |

**Correlative Smart Engineering**
**8225 5th Avenue, #353**
**Brooklyn, NY 11209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77,000.00 |

**Dairyland The Chefs' Warehouse**
**240 Food Centr Drive**
**Bronx, NY 10474**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $62,607.77 |

**David Rosen Bakery Supply Co.**
**59-21 Queens Midtown Expressway**
**Maspeth, NY 11378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Degale, Elaine Joy**
**12-30 31 Drive, #1A**
**Astoria, NY 11106**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2/2023**

Basis for the claim:  **EEOC employment discrimination claim**

Last 4 digits of account number  **2626**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **703 Bakery Corp.** | Case number (if known) | **24-15150 (VFP)** |
|---|---|---|---|
| | Name | | |

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$289,657.29** |
|---|---|---|---|

**Dependable Food**
**25 Executive Avenue**
**Edison, NJ 08817**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**Deutsch, Herschel, CPA**
**1440 46th Street**
**Brooklyn, NY 11219**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,457.37** |
|---|---|---|---|

**Devash Farms**
**PO Box 846**
**Whitehouse Station, NJ 08889**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,658.01** |
|---|---|---|---|

**Domestic Linen Supply Company**
**30555 Northwestern ighway, Ste. 300**
**Farmington Hills, MI 48334**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,500.00** |
|---|---|---|---|

**Domestic Uniform Rental**
**PO Box 38**
**Belleville, NJ 07109**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$713.29** |
|---|---|---|---|

**E-Z Edge Incorporated**
**6119 Adams Street**
**West New York, NJ 07093**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
|---|---|---|---|

**Ecolab**
**1 Ecolab Placed**
**Saint Paul, MN 55102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **703 Bakery Corp.** | Case number (if known) | **24-15150 (VFP)** |
|---|---|---|---|
| | Name | | |

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,062.00** |
|---|---|---|---|

**EPA Co.**
**2970 West 27th St., Apt. 709**
**Brooklyn, NY 11224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,400.12** |
|---|---|---|---|

**Epic Fish Co.**
**1860 Utica Avenue**
**Brooklyn, NY 11234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,290.93** |
|---|---|---|---|

**EZPass**
**375 McCarter Highway**
**Newark, NJ 07114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$114,817.44** |
|---|---|---|---|

**Frank M. Gargiulo and Son, Inc.**
**535 Sweetland Avenue**
**Hillside, NJ 07205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,015.00** |
|---|---|---|---|

**Fresh Checked Dist.**
**5510 16 Avenue, 3rd Fl.**
**Brooklyn, NY 11204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,000.00** |
|---|---|---|---|

**Friedman, Goldie**
**320 Empire Blvd.**
**Apt. 2L**
**Brooklyn, NY 11225**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47,543.35** |
|---|---|---|---|

**G&P Gourmet**
**PO Box 340978**
**Brooklyn, NY 11234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **703 Bakery Corp.** | Case number (if known) | **24-15150 (VFP)** |
|---|---|---|---|
| | Name | | |

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$29,500.00** |
|---|---|---|---|

**Gashi, Arlind**
**1057 Swinton Avenue**
**Bronx, NY 10465**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Gestener, Abe**
**441 Brenwood Avenue**
**Toms River, NJ 08755**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Gold, Avi/Data Points Enterprise LLC**
**7129 Via Firenza**
**Boca Raton, FL 33433**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Gorjian, Joel**
**12 Wesey Court**
**Great Neck, NY 11024**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Halpert, Kate and Phil**
**734 Hillcrest Place**
**Valley Stream, NY 11581**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Hammerman, Jacob**
**32 Wilder Road**
**Monsey, NY 10952**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**HMAUU LLC**
**1091 Fordham Lane**
**Woodmere, NY 11598**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **703 Bakery Corp.** | | Case number (if known) | **24-15150 (VFP)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00** |
|---|---|---|---|
| | **Imperial Dade** | ☐ Contingent | |
| | **255 US-1 & 9** | ☐ Unliquidated | |
| | **Jersey City, NJ 07306** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$17,480.00** |
|---|---|---|---|
| | **Interstate Waste Services, Inc.** | ☐ Contingent | |
| | **300 Frank W. Burr Blvd., Ste. 39** | ☐ Unliquidated | |
| | **Teaneck, NJ 07666** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,372.50** |
|---|---|---|---|
| | **Kayco B&W Foods** | ☐ Contingent | |
| | **75 New Hook Road** | ☐ Unliquidated | |
| | **PO Box 82** | ☐ Disputed | |
| | **Bayonne, NJ 07002** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$14,000.00** |
|---|---|---|---|
| | **Lakewood Plaza DE LLC** | ☐ Contingent | |
| | **PO Box 580** | ☐ Unliquidated | |
| | **Lakewood, NJ 08701** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15,000.00** |
|---|---|---|---|
| | **Levine, Josh** | ☐ Contingent | |
| | **Levine and Associates** | ☐ Unliquidated | |
| | **135 Rockaway Turnpike, Ste. 111** | ☐ Disputed | |
| | **Lawrence, NY 11559** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$54,378.37** |
|---|---|---|---|
| | **Limitless Packaging LLC** | ☐ Contingent | |
| | **2361 Nostrand Avenue, Ste. 402** | ☐ Unliquidated | |
| | **Brooklyn, NY 11210** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,515.71** |
|---|---|---|---|
| | **Marmorstein, A., Rabbi** | ☐ Contingent | |
| | **276 Riverside Drive** | ☐ Unliquidated | |
| | **New York, NY 10025** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **703 Bakery Corp.** | Case number *(if known)* | **24-15150 (VFP)** |
|---|---|---|---|
| | Name | | |

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90,910.00** |
|---|---|---|---|

**McDonald Paper & Restaurant Supplies**
**999 3rd Avenue**
**Brooklyn, NY 11232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$91,710.74** |
|---|---|---|---|

**Mehadrin Dairy**
**100 Trumbull St.**
**Elizabeth, NJ 07206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mokhtar, Ben**
**89-61 164th Street**
**Jamaica, NY 11432**

☒ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,277.80** |
|---|---|---|---|

**Mr. Line Distributor Inc.**
**3-06 Dorothy Street**
**Fair Lawn, NJ 07410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**NASC LLC**
**431-441B Cedar Lane**
**Teaneck, NJ 07666**

☒ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rent for Teaneck location**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Nebenzahl, Samuel**
**22 Esty Circle**
**Lakewood, NJ 08701**

☒ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Nishmat LLC**
**1824 E. 22 St.**
**Brooklyn, NY 11229**

☒ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| Debtor | **703 Bakery Corp.** | Case number *(if known)* | **24-15150 (VFP)** |
|---|---|---|---|
| | Name | | |

---

**3.64** | **Nonpriority creditor's name and mailing address**

**Normaze Associates, Inc.**
**17 Lawrence Way**
**Cedar Grove, NJ 07009**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$30,000.00**

---

**3.65** | **Nonpriority creditor's name and mailing address**

**NRCF 2GC LLC**
**140 E. 45th Street**
**New York, NY 10017**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

**$42,000.00**

---

**3.66** | **Nonpriority creditor's name and mailing address**

**NYC Electricians**
**50 Saint Marks Placed**
**New York, NY 10003**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,100.00**

---

**3.67** | **Nonpriority creditor's name and mailing address**

**Odeko**
**125 State Street**
**Moonachie, NJ 07074**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,000.00**

---

**3.68** | **Nonpriority creditor's name and mailing address**

**Order Co.**
**156 Fifth Avenue, 7th Fl.**
**New York, NY 10010**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$800,000.00**

---

**3.69** | **Nonpriority creditor's name and mailing address**

**Orthodox Union**
**40 Rector Street, 4th Fl.**
**New York, NY 10006**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$28,827.00**

---

**3.70** | **Nonpriority creditor's name and mailing address**

**Paradise Distributors, LLC**
**3592 Bedford Avenue**
**Brooklyn, NY 11210**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$85,225.96**

---

Debtor      **703 Bakery Corp.**                                   Case number *(if known)*    **24-15150 (VFP)**
_____
Name

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Pawn Funding**
**2167 E. 21st Street, Ste. 252**
**Brooklyn, NY 11229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,358.00** |
|---|---|---|---|

**PSE&G**
**Attn:  Alexandra Grant, Esq.**
**80 Park Plaza**
**Newark, NJ 07102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rabanipur, Daniel**
**25 Newbridge Road, Ste. 405**
**Hicksville, NY 11801**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rabinovici, David**
**1091 Fordham Lane**
**Woodmere, NY 11598**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,470.50** |
|---|---|---|---|

**Raskin's Fish Market Inc.**
**320 Kingston Ave.**
**Brooklyn, NY 11213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,051.00** |
|---|---|---|---|

**RE&RU Corp.**
**1015 St. Johns Place**
**Apt. A3**
**Brooklyn, NY 11213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **April 2023**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37,643.55** |
|---|---|---|---|

**Redway Group Inc.**
**17020 Five Waters Ave.**
**Boca Raton, FL 33496**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **703 Bakery Corp.**
<u>Name</u>

Case number (if known) **24-15150 (VFP)**

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$148,036.70** |

**Ridgefield Kosher Bakery**
**501 Broad Avenue**
**Ridgefield, NJ 07657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |

**Rossman Farms**
**770 3rd Avenue**
**Brooklyn, NY 11232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,000.00** |

**S. OH Group, LLC (The)**
**1055 river Road, #1010**
**Edgewater, NJ 07020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,317.00** |

**Sani-Lab Corporation**
**43 Westminster Way**
**Pomona, NY 10970**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,000.00** |

**Shkolnik, Yudi**
**1606 Caffrey Avenue**
**Far Rockaway, NY 11691**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00** |

**Silver Lake**
**37-09 Main Street, Ste. 3B**
**Flushing, NY 11354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,000.00** |

**Sinayskaya Yuniver PC**
**710 Avenue U**
**Brooklyn, NY 11223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **703 Bakery Corp.** | Case number (if known) | **24-15150 (VFP)** |
|---|---|---|---|
| | Name | | |

---

**3.85** | **Nonpriority creditor's name and mailing address**
**Soleimani, Isaac**
10 Cuttermill Road, Ste. 302
Great Neck, NY 11021

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Investor__

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.86** | **Nonpriority creditor's name and mailing address**
**Uline**
Attn:  Accounts Receivable
PO Box 88741
Chicago, IL 60680-1741

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ☐ No ☐ Yes

**$2,389.86**

---

**3.87** | **Nonpriority creditor's name and mailing address**
**Vida Remote**
101 Marketside Avenue, Ste. 404-344
Ponte Vedra, FL 32081

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Bookkeeping services__

Is the claim subject to offset? ☑ No ☐ Yes

**$10,000.00**

---

**3.88** | **Nonpriority creditor's name and mailing address**
**Wilder Fields**
1717 E. West Road
Calumet City, IL 60409

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

**$600.00**

---

**3.89** | **Nonpriority creditor's name and mailing address**
**Woolco Foods Inc.**
135 Amity Street
Jersey City, NJ 07304

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

**$4,800.00**

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **New Jersey Attorney General's Office**<br>**Div. of Law; RJ Hughes Justice Complex**<br>**25 Market Street**<br>**PO Box 112**<br>**Trenton, NJ 08625-0112** | Line __2.2__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **New Jersey Attorney General's Office**<br>**Div. of Law; RJ Hughes Justice Complex**<br>**25 Market Street**<br>**PO Box 112**<br>**Trenton, NJ 08625-0112** | Line __2.3__<br><br>☐ Not listed. Explain ____ | _ |

---

| Debtor | **703 Bakery Corp.** | Case number *(if known)* | **24-15150 (VFP)** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **New York State Dept. Tax & Finance**<br>**Bankruptcy Unit - tCD**<br>**Bldg. 8, Rm. 455**<br>**W.A. Harriman State Campus**<br>**Albany, NY 12227** | Line **2.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Office of the NYS Attorney General**<br>**The Capitol**<br>**Albany, NY 12224-0341** | Line **2.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **United States Attorney**<br>**Peter Rodino Federal Building**<br>**970 Broad Street, Ste. 700**<br>**Newark, NJ 07102** | Line **2.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **United States Attorney General**<br>**United States Department of Justice**<br>**Ben Franklin Station**<br>**PO Box 683**<br>**Washington, DC 20044** | Line **2.1**<br><br>☐ Not listed. Explain ____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 4,124,812.39 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 4,124,812.39 |

**Fill in this information to identify the case:**

Debtor name    **703 Bakery Corp.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    **24-15150 (VFP)**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease for premises located at:**<br>**266 Kingston Avenue, Brooklyn, NY  11213**<br>**$7,000/mo.**<br>**2 yrs**<br><br>**286 Kingston Ave. Realty LLC**<br>**266 Kingston Avenue**<br>**Brooklyn, NY 11213** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease for premises located at:**<br>**3611 14th Avenue, Brooklyn, NY  11218**<br>**$7,000/mo.**<br>**3 yrs**<br><br>**3611 Joint Venture LLC**<br>**PO Box 180240**<br>**Brooklyn, NY 11218** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease for premises located at:**<br>**750 8th Avenue New York, NY  10036**<br>**$62,000/mo.**<br>**6 yrs.**<br><br>**750 8th Avenue LLC**<br>**c/oTorkin Group**<br>**1650 Broadway, Ste. 910**<br>**228 East 45th Street, 14th Fl.**<br>**New York, NY 10019** |

Debtor 1    **703 Bakery Corp.**                                                          Case number (*if known*)    **24-15150 (VFP)**
First Name        Middle Name            Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest<br><br>**Master Commercial Vehicle Lease Agreement dated 12/15/2022 for: 2020 Ford Transit 350 XL VIN 1FTBW3X85LKB69931 $1,889/mo.** | |
| State the term remaining **Approx. 43 mos.** | **99 LD Truck Lease 99 Washington Avenue Suffern, NY 10901** |
| List the contract number of any government contract | |
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest<br><br>**Master Commercial Vehicle Lease Agreement dated 12/15/2022 for: 2020 Ford Transit 350 XL VIN 1FTBW3X87LKB69929 $1,889/mo.** | |
| State the term remaining **Approx. 43 mos.** | **99 LD Truck Lease 99 Washington Avenue Suffern, NY 10901** |
| List the contract number of any government contract | |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest<br><br>**Lease for premises located at: 2178 Broadway, New York, NY 10024 $15,000/mo.** | |
| State the term remaining **Month-to-Month** | **Arthouse Hotel 2178 Broadway New York, NY 10024** |
| List the contract number of any government contract | |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest<br><br>**Lease for premises located at: 44 West 37th Street, New York, NY 10018 $17,000/mo.** | |
| State the term remaining **Month-to-Month** | **Azul NYC LLC 1370 Broadway, Ste. 613 New York, NY 10018** |
| List the contract number of any government contract | |

Debtor 1  **703 Bakery Corp.**

First Name          Middle Name          Last Name

Case number (*if known*)  **24-15150 (VFP)**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest | **Lease for premises locaated at: 676 Amsterdam Avenue, New York, NY 10025 $10,000/mo.** | |
| State the term remaining | **5 yrs** | |
| List the contract number of any government contract | | **E.O.M. Realty Corp. 676 Amsterdam Avenue New York, NY 10025** |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest | **Lease for premises located at: 295 Burnside Avenue, Lawrence, NY  11559 $4,000/mo.** | |
| State the term remaining | **Month-to-Month** | |
| List the contract number of any government contract | | **Flavored Frozen Yogurt LLC 704 Cedar Lawn Avenue Lawrence, NY 11691** |
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest | **Lease for premises located at: 1700 Madison Avenue, Lakewood, NJ  08701 $14,000/mo.** | |
| State the term remaining | **6 yrs** | **Lakewood Madison Plaza LP/ Lakewood Madison Plaza DE 2 LLC c/o AJH Managemenet PO Box 580 Lakewood, NJ 08701** |
| List the contract number of any government contract | | |
| **2.11.** State what the contract or lease is for and the nature of the debtor's interest | **Lease for premises located at: 1716 Avenue M, Brooklyn, NY  11230 $9,000/mo.** | |
| State the term remaining | **5 yrs** | |
| List the contract number of any government contract | | **Midwood Realty LLC 187 Avenue U Brooklyn, NY 11223** |
| **2.12.** State what the contract or lease is for and the nature of the debtor's interest | **Lease for premises located at: 439 Cedar Lane, Teaneck, NJ 07666 $5,500/mo.** | |
| State the term remaining | **Month-to-Month** | |
| List the contract number of any government contract | | **NASC LLC 431-441B Cedar Lane Teaneck, NJ 07666** |

| Debtor 1 | **703 Bakery Corp.** | | | Case number (*if known*) | **24-15150 (VFP)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for premises located at: 323 Ridge Road, Lynchurst, NJ  07071 $8,000/mo.** | |
|---|---|---|---|
| | State the term remaining | **3 yrs** | **Normaze Associates Inc. 17 Lawrence Way Cedar Grove, NJ 07009** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name   **703 Bakery Corp.**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)   **24-15150 (VFP)**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Azizov, Oleg** | **1773 E. 29th Street**<br>**Brooklyn, NY 11229** | **Targeted Lending** | ■ D   **2.23**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Azizov, Oleg** | **1773 E. 29th Street**<br>**Brooklyn, NY 11229** | **Citizens Capital** | ■ D   **2.4**<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Azizov, Oleg** | **1773 E. 29th Street**<br>**Brooklyn, NY 11229** | **m2 Equipment** | ■ D   **2.16**<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Azizov, Oleg** | **1773 E. 29th Street**<br>**Brooklyn, NY 11229** | **Citizens Capital** | ■ D   **2.5**<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Azizov, Oleg** | **1773 E. 29th Street**<br>**Brooklyn, NY 11229** | **Centra Funding** | ■ D   **2.3**<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **703 Bakery Corp.** | | Case number *(if known)* | **24-15150 (VFP)** |

---

■ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |

| 2.6 | **Azizov, Oleg** | **1773 E. 29th Street**<br>**Brooklyn, NY 11229** | **Pawnee Leasing**<br>**Corporation** | ■ D __2.19__<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | **Azizov, Oleg** | **1773 E. 29th Street**<br>**Brooklyn, NY 11229** | **Commercial Funding**<br>**Partners, LLC** | ■ D __2.6__<br>☐ E/F ____<br>☐ G ____ |
| 2.8 | **Azizov, Oleg** | **1773 E. 29th Street**<br>**Brooklyn, NY 11229** | **Regents Capital**<br>**Corporation** | ■ D __2.20__<br>☐ E/F ____<br>☐ G ____ |
| 2.9 | **Azizov, Oleg** | **1773 E. 29th Street**<br>**Brooklyn, NY 11229** | **First Citizens Bank &**<br>**Trust** | ■ D __2.10__<br>☐ E/F ____<br>☐ G ____ |
| 2.10 | **Azizov, Oleg** | **1773 E. 29th Street**<br>**Brooklyn, NY 11229** | **U.S. Small Business**<br>**Administration** | ■ D __2.24__<br>☐ E/F ____<br>☐ G ____ |
| 2.11 | **Azizov, Oleg** | **1773 E. 29th Street**<br>**Brooklyn, NY 11229** | **Square Financial**<br>**Services** | ■ D __2.22__<br>☐ E/F ____<br>☐ G ____ |

**Fill in this information to identify the case:**

Debtor name    **703 Bakery Corp.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    **24-15150 (VFP)**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$5,557,000.00** |
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$15,735,000.00** |
| **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$9,500,550.00** |

2. **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|
|  |  |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
|  |  |  |  |

| Debtor | 703 Bakery Corp. | | Case number *(if known)* 24-15150 (VFP) |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.    **See attached Schedule** | | **$15,882,776.00** | ■ Secured debt<br>■ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>■ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    **Azizov, Oleg** | **07/07/2023 - 04/08/2024** | **$162,914.60** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.    **750 8th Avenue LLC v. 703 Bakery Corp. d/b/a Patis**<br>**Index No. LT-305567-24/NY** | **Landlord/Tenant** | **New York Civil Court - L&T** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.    **U.S. Equal Employment Opportunity Commission - Claim of Elaine Joy Degale**<br>**520-2023-02626** | **Employment Discrimination** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | **703 Bakery Corp.** | | Case number *(if known)* **24-15150 (VFP)** |
|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **NRCF 2GC LLC v. 703 Bakery Corp.** | **Landlord/Tenant** | **Civil Court of the City of NY, NY County** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Bowery Farming, Inc. v. 703 Bakery Corp.** | **Landlord/Tenant** | | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Kenover Maraket Corp. d/b/a Kayco v. 703 Bakery Corp., et al.** | **Goods/Services Performed** | **Supreme Court of NY, Kings County** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **David Rosen Bakery Supplies Inc. dba David Rosen Company v. 703 Bakery dba Patais Bakery** | **Contract** | **Queens County Supreme Ct., Civil, NY** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

**Part 4:  Certain Gifts and Charitable Contributions**

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:  Certain Losses**

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:  Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

| Debtor | **703 Bakery Corp.** | Case number *(if known)* **24-15150 (VFP)** |
|---|---|---|

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **McManimon, Scotland & Baumann, LLC 75 Livingston Avenue Second Floor Roseland, NJ 07068** | **Attorney Fees** | **5/20/2024** | **$32,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor? Avi Gold/Data Points Enterprise LLC** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

| Debtor | **703 Bakery Corp.** | Case number *(if known)* **24-15150 (VFP)** |
|---|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

| Debtor | **703 Bakery Corp.** | Case number *(if known)* **24-15150 (VFP)** |
|---|---|---|

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Herschel Deutsch CPA**<br>**1440 46th Street**<br>**Brooklyn, NY 11219** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1. **Joshua Levine, CPA**<br>**135 Rockaway Turnpike, Ste. 111**<br>**Lawrence, NY 11559** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Debtor | **703 Bakery Corp.** | Case number (if known) | **24-15150 (VFP)** |
|---|---|---|---|

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Herschel Deutsch, CPA**<br>**1440 46th Street**<br>**Brooklyn, NY 11219** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Azizov, Oleg** | **1773 E. 29th Street**<br>**Brooklyn, NY 11229** | **President** | **99.75** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| Debtor | **703 Bakery Corp.** | Case number *(if known)* **24-15150 (VFP)** |
| --- | --- | --- |

---

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 24, 2024**

**/s/ Oleg Azizov**                                            **Oleg Azizov**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

STATEMENT OF FINANCIAL AFFAIRS - No. 3.1

# SOFA Part 2 3.  90 day transfers to creditors

### February 21 - May 21, 2024

| Date | Transaction Type | Num | Name | Split | Clr | Account | Credit |
|---|---|---|---|---|---|---|---|
| 03/05/2024 | Expense | | Commercial Funding Partner | Short-term business loans | R | 4694 | 3,496.40 |
| 04/01/2024 | Expense | | Commercial Funding Partner | Short-term business loans | R | 4694 | 6,629.07 |
| 04/05/2024 | Expense | | Commercial Funding Partner | Short-term business loans | R | 4694 | 3,737.53 |
| 03/01/2024 | Expense | | Commercial Funding Partner | Short-term business loans | R | 4694 | 6,629.07 |
| | **Commercial Funding Partner Total** | | | | | | 20,492.07 |
| 03/04/2024 | Expense | | Square Inc | Office expenses:Merchant account fees | R | 4694 | 425.00 |
| 03/04/2024 | Expense | | Square Inc | Office expenses:Merchant account fees | R | 4694 | 10.00 |
| 03/04/2024 | Expense | | Square Inc | Office expenses:Merchant account fees | R | 4694 | 1,720.00 |
| 04/03/2024 | Expense | | Square Inc | Office expenses:Merchant account fees | R | 4694 | 675.00 |
| 04/03/2024 | Expense | | Square Inc | Office expenses:Merchant account fees | R | 4694 | 1,720.00 |
| 04/03/2024 | Expense | | Square Inc | Office expenses:Merchant account fees | R | 4694 | 10.00 |
| 04/09/2024 | Expense | | Square Inc | Office expenses:Merchant account fees | R | 4694 | 675.00 |
| 05/03/2024 | Expense | | Square Inc | Office expenses:Merchant account fees | C | 4694 | 1,720.00 |
| 05/03/2024 | Expense | | Square Inc | Office expenses:Merchant account fees | C | 4694 | 675.00 |
| 05/03/2024 | Expense | | Square Inc | Office expenses:Merchant account fees | C | 4694 | 10.00 |
| | **Square Inc Total** | | | | | | 7,640.00 |
| 05/07/2024 | Expense | 2090 | Yidi Scholnick | Payroll expenses:Salaries & wages | C | 4694 | 2,125.17 |
| 02/21/2024 | Check | VV1876 | Yidi Scholnick | Payroll expenses:Salaries & wages | R | 4694 | 2,125.17 |
| 02/28/2024 | Check | VV1900 | Yidi Scholnick | Payroll expenses:Salaries & wages | R | 4694 | 2,125.17 |

| Date | Transaction Type | Num | Name | Split | Clr | Account | Credit |
|------|------------------|-----|------|-------|-----|---------|--------|
| 03/06/2024 | Check | VV1926 | Yidi Scholnick | Payroll expenses:Salaries & wages | R | 4694 | 2,125.17 |
| 03/13/2024 | Check | VV1952 | Yidi Scholnick | Payroll expenses:Salaries & wages | R | 4694 | 2,125.17 |
| 03/20/2024 | Check | VV1975 | Yidi Scholnick | Payroll expenses:Salaries & wages | R | 4694 | 2,125.17 |
| 03/27/2024 | Check | VV2014 | Yidi Scholnick | Payroll expenses:Salaries & wages | R | 4694 | 2,125.17 |
| 04/03/2024 | Check | VV2039 | Yidi Scholnick | Payroll expenses:Salaries & wages | R | 4694 | 2,125.17 |
| 04/17/2024 | Check | VV2090 | Yidi Scholnick | Payroll expenses:Salaries & wages | C | 4694 | 2,125.17 |
| 04/19/2024 | Check | VV2118 | Yidi Scholnick | Payroll expenses:Salaries & wages | C | 4694 | 2,125.17 |
| 05/01/2024 | Check | VV2143 | Yidi Scholnick | Payroll expenses:Salaries & wages | C | 4694 | 2,125.17 |
| | | | **Yidi Scholnick Total** | | | | 23,376.87 |
| 03/06/2024 | Expense | | 266 Kingston Ave Realty | Rent:Rent - Crown Heights | R | 8990 | 3,500.00 |
| 03/13/2024 | Expense | | 266 Kingston Ave Realty | Rent:Rent - Crown Heights | R | 8990 | 3,000.00 |
| 03/22/2024 | Expense | | 266 Kingston Ave Realty | Rent:Rent - Crown Heights | R | 8990 | 1,000.00 |
| 04/05/2024 | Expense | | 266 Kingston Ave Realty | Rent:Rent - Crown Heights | R | 8990 | 3,000.00 |
| 05/13/2024 | Expense | | 266 Kingston Ave Realty | Rent:Rent - Crown Heights | C | 8990 | 7,000.00 |
| | | | **266 Kingston Ave Realty Total** | | | | 17,500.00 |
| 03/13/2024 | Expense | | 3611 Joint Venture LLC | Rent:Rent - Brooklyn Square | R | 8990 | 2,000.00 |
| 03/22/2024 | Expense | | 3611 Joint Venture LLC | Rent:Rent - Brooklyn Square | R | 8990 | 2,000.00 |
| 03/29/2024 | Expense | | 3611 Joint Venture LLC | Rent:Rent - Brooklyn Square | R | 8990 | 2,000.00 |
| 04/08/2024 | Expense | | 3611 Joint Venture LLC | Rent:Rent - Brooklyn Square | R | 8990 | 2,000.00 |
| 05/03/2024 | Expense | | 3611 Joint Venture LLC | Rent:Rent - Brooklyn Square | C | 8990 | 6,000.00 |
| | | | **3611 Joint Venture LLC Total** | | | | 14,000.00 |
| 03/13/2024 | Expense | | 750 8th Avenue | Rent:Rent - Time Square | R | 8990 | 15,000.00 |

| Date | Transaction Type | Num | Name | Split | Clr | Account | Credit |
|------|------------------|-----|------|-------|-----|---------|--------|
| 03/22/2024 | Expense | | 750 8th Avenue | Rent:Rent - Time Square | R | 8990 | 15,000.00 |
| 03/29/2024 | Expense | | 750 8th Avenue | Rent:Rent - Time Square | R | 8990 | 15,000.00 |
| 04/08/2024 | Expense | | 750 8th Avenue | Rent:Rent - Time Square | R | 8990 | 15,000.00 |
| | | | **750 8th Avenue Total** | | | | 60,000.00 |
| 03/12/2024 | Expense | | 88 Global Partners LLC | Rent:Rent - Chelsea | R | 8990 | 5,000.00 |
| 03/22/2024 | Expense | | 88 Global Partners LLC | Rent:Rent - Chelsea | R | 8990 | 2,500.00 |
| 03/29/2024 | Expense | | 88 Global Partners LLC | Rent:Rent - Chelsea | R | 8990 | 2,500.00 |
| 04/08/2024 | Expense | | 88 Global Partners LLC | Rent:Rent - Chelsea | R | 8990 | 2,500.00 |
| | | | **88 Global Partners LLC Total** | | | | 12,500.00 |
| 03/05/2024 | Expense | | 99 LD Truck Lease | Leasing Services | R | 8990 | 1,889.00 |
| 03/05/2024 | Expense | | 99 LD Truck Lease | Leasing Services | R | 8990 | 1,889.00 |
| 04/02/2024 | Expense | | 99 LD Truck Lease | Leasing Services | R | 8990 | 1,889.00 |
| 04/02/2024 | Expense | | 99 LD Truck Lease | Leasing Services | R | 8990 | 1,889.00 |
| 05/06/2024 | Expense | | 99 LD Truck Lease | Leasing Services | C | 8990 | 1,889.00 |
| 05/06/2024 | Expense | | 99 LD Truck Lease | Leasing Services | C | 8990 | 1,889.00 |
| | | | **99 LD Truck Lease Total** | | | | 11,334.00 |
| 04/05/2024 | Expense | | A1 Bakery Supply Inc | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 1,134.40 |
| 04/15/2024 | Expense | | A1 Bakery Supply Inc | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 5,407.60 |
| 04/19/2024 | Expense | | A1 Bakery Supply Inc | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 4,671.10 |
| 05/03/2024 | Expense | | A1 Bakery Supply Inc | Cost of goods sold:Food Supplies & materials - COGS | C | 8990 | 7,308.00 |
| 05/13/2024 | Expense | | A1 Bakery Supply Inc | Cost of goods sold:Food Supplies & materials - COGS | C | 8990 | 4,310.00 |
| 05/20/2024 | Expense | | A1 Bakery Supply Inc | Cost of goods sold:Food Supplies & materials - COGS | C | 8990 | 6,770.00 |

| Date | Transaction Type | Num | Name | Split | Clr | Account | Credit |
|------|------------------|-----|------|-------|-----|---------|--------|
| | | | **A1 Bakery Supply Inc Total** | | | | 29,601.10 |
| 02/21/2024 | Expense | | Action Environmental | Utilities:Disposal & waste fees | R | 8990 | 5,000.00 |
| 03/15/2024 | Expense | | Action Environmental | Utilities:Disposal & waste fees | R | 8990 | 4,280.81 |
| 03/25/2024 | Expense | | Action Environmental | Utilities:Disposal & waste fees | R | 8990 | 5,835.84 |
| 04/15/2024 | Expense | | Action Environmental | Utilities:Disposal & waste fees | R | 8990 | 5,000.00 |
| 05/15/2024 | Expense | | Action Environmental | Utilities:Disposal & waste fees | C | 8990 | 835.80 |
| | | | **Action Environmental Total** | | | | 20,952.45 |
| 02/23/2024 | Expense | | Aje Produce LLC | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 5,540.00 |
| 03/01/2024 | Expense | | Aje Produce LLC | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 6,000.00 |
| 03/07/2024 | Expense | | Aje Produce LLC | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 10,000.00 |
| 03/14/2024 | Expense | | Aje Produce LLC | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 7,000.00 |
| 03/21/2024 | Expense | | Aje Produce LLC | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 7,700.00 |
| 03/29/2024 | Expense | | Aje Produce LLC | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 8,000.00 |
| 04/08/2024 | Expense | | Aje Produce LLC | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 5,800.00 |
| 04/12/2024 | Expense | | Aje Produce LLC | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 849.00 |
| | | | **Aje Produce LLC Total** | | | | 50,889.00 |
| 03/04/2024 | Expense | | American Food Connect | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 5,000.00 |
| 03/06/2024 | Expense | | American Food Connect | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 3,134.00 |
| | | | **American Food Connect Total** | | | | 8,134.00 |
| 02/21/2024 | Expense | | Arlind Gashi | Payroll expenses:Salaries & wages | R | 8990 | 3,350.54 |
| 02/28/2024 | Expense | | Arlind Gashi | Payroll expenses:Salaries & wages | R | 8990 | 2,500.00 |
| 03/06/2024 | Expense | | Arlind Gashi | Payroll expenses:Salaries & wages | R | 8990 | 2,500.00 |

| Date | Transaction Type | Num | Name | Split | Clr | Account | Credit |
|------|------------------|-----|------|-------|-----|---------|--------|
| 03/14/2024 | Expense | | Arlind Gashi | Payroll expenses:Salaries & wages | R | 8990 | 2,500.00 |
| 03/20/2024 | Expense | | Arlind Gashi | Payroll expenses:Salaries & wages | R | 8990 | 2,500.00 |
| 03/29/2024 | Expense | | Arlind Gashi | Payroll expenses:Salaries & wages | R | 8990 | 4,072.46 |
| 04/05/2024 | Expense | | Arlind Gashi | Payroll expenses:Salaries & wages | R | 8990 | 2,500.00 |
| 04/12/2024 | Expense | | Arlind Gashi | Payroll expenses:Salaries & wages | R | 8990 | 2,500.00 |
| 04/19/2024 | Expense | | Arlind Gashi | Payroll expenses:Salaries & wages | R | 8990 | 2,500.00 |
| 05/03/2024 | Expense | | Arlind Gashi | Payroll expenses:Salaries & wages | C | 8990 | 2,500.00 |
| | | | **Arlind Gashi Total** | | | | 27,423.00 |
| 05/15/2024 | Expense | | Artprop Property LLC | Rent:Rent - Arthouse | C | 8990 | 5,000.00 |
| | | | **Artprop Property LLC Total** | | | | 5,000.00 |
| 03/06/2024 | Expense | | Avenue M Midwood Realty | Rent:Rent - Ave M | R | 8990 | 2,000.00 |
| 03/13/2024 | Expense | | Avenue M Midwood Realty | Rent:Rent - Ave M | R | 8990 | 2,000.00 |
| 03/22/2024 | Expense | | Avenue M Midwood Realty | Rent:Rent - Ave M | R | 8990 | 2,000.00 |
| 03/29/2024 | Expense | | Avenue M Midwood Realty | Rent:Rent - Ave M | R | 8990 | 2,000.00 |
| 04/08/2024 | Expense | | Avenue M Midwood Realty | Rent:Rent - Ave M | R | 8990 | 2,000.00 |
| 05/03/2024 | Expense | | Avenue M Midwood Realty | Rent:Rent - Ave M | C | 8990 | 2,000.00 |
| | | | **Avenue M Midwood Realty Total** | | | | 12,000.00 |
| 03/06/2024 | Expense | | Azul NYC LLC | Rent:Rent - Bryant Park | R | 8990 | 5,000.00 |
| 03/13/2024 | Expense | | Azul NYC LLC | Rent:Rent - Bryant Park | R | 8990 | 5,000.00 |
| 03/25/2024 | Expense | | Azul NYC LLC | Rent:Rent - Bryant Park | R | 8990 | 5,000.00 |
| 04/01/2024 | Expense | | Azul NYC LLC | Rent:Rent - Bryant Park | R | 8990 | 5,000.00 |
| 04/05/2024 | Expense | | Azul NYC LLC | Rent:Rent - Bryant Park | R | 8990 | 5,000.00 |

| Date | Transaction Type | Num | Name | Split | Clr | Account | Credit |
|------|------------------|-----|------|-------|-----|---------|--------|
| 04/26/2024 | Expense | | Azul NYC LLC | Rent:Rent - Bryant Park | R | 8990 | 15,000.00 |
| 05/03/2024 | Expense | | Azul NYC LLC | Rent:Rent - Bryant Park | C | 8990 | 5,000.00 |
| 05/15/2024 | Expense | | Azul NYC LLC | Rent:Rent - Bryant Park | C | 8990 | 4,000.00 |
| 05/20/2024 | Expense | | Azul NYC LLC | Rent:Rent - Bryant Park | C | 8990 | 4,000.00 |
| | | | **Azul NYC LLC Total** | | | | 53,000.00 |
| 04/08/2024 | Expense | | Capital One CC Payment | Shareholders' equity:Distributions:Capital One CC Payments | R | 8990 | 119.34 |
| 04/19/2024 | Expense | | Capital One CC Payment | Shareholders' equity:Distributions:Capital One CC Payments | R | 8990 | 46,401.00 |
| | | | **Capital One CC Payment Total** | | | | 46,520.34 |
| 02/21/2024 | Expense | | Cappellanes | Payroll expenses:Salaries & wages | R | 8990 | 4,273.71 |
| 02/29/2024 | Expense | | Cappellanes | Payroll expenses:Salaries & wages | R | 8990 | 1,545.54 |
| 03/06/2024 | Expense | | Cappellanes | Payroll expenses:Salaries & wages | R | 8990 | 3,033.77 |
| 03/14/2024 | Expense | | Cappellanes | Payroll expenses:Salaries & wages | R | 8990 | 3,592.17 |
| 03/20/2024 | Expense | | Cappellanes | Payroll expenses:Salaries & wages | R | 8990 | 4,810.31 |
| 03/29/2024 | Expense | | Cappellanes | Payroll expenses:Salaries & wages | R | 8990 | 3,860.29 |
| 04/05/2024 | Expense | | Cappellanes | Payroll expenses:Salaries & wages | R | 8990 | 3,701.69 |
| 04/12/2024 | Expense | | Cappellanes | Payroll expenses:Salaries & wages | R | 8990 | 4,385.97 |
| 04/19/2024 | Expense | | Cappellanes | Payroll expenses:Salaries & wages | R | 8990 | 4,461.74 |
| 04/26/2024 | Expense | | Cappellanes | Payroll expenses:Salaries & wages | R | 8990 | 4,308.00 |
| 05/07/2024 | Expense | | Cappellanes | Payroll expenses:Salaries & wages | C | 8990 | 4,327.00 |
| 05/13/2024 | Expense | | Cappellanes | Payroll expenses:Salaries & wages | C | 8990 | 10,456.00 |
| | | | **Cappellanes Total** | | | | 52,756.19 |
| 02/21/2024 | Expense | | Chef's Warehouse | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 499.59 |

| Date | Transaction Type | Num | Name | Split | Clr | Account | Credit |
|------|------------------|-----|------|-------|-----|---------|--------|
| 02/22/2024 | Expense | | Chef's Warehouse | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 558.02 |
| 02/22/2024 | Expense | | Chef's Warehouse | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 355.69 |
| 02/23/2024 | Expense | | Chef's Warehouse | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 473.42 |
| 02/23/2024 | Expense | | Chef's Warehouse | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 1,628.16 |
| 02/23/2024 | Expense | | Chef's Warehouse | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 613.81 |
| 02/26/2024 | Expense | | Chef's Warehouse | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 316.35 |
| 02/27/2024 | Expense | | Chef's Warehouse | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 413.43 |
| 02/27/2024 | Expense | | Chef's Warehouse | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 792.26 |
| 02/27/2024 | Expense | | Chef's Warehouse | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 746.92 |
| 02/29/2024 | Expense | | Chef's Warehouse | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 621.67 |
| 03/01/2024 | Expense | | Chef's Warehouse | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 504.82 |
| 03/18/2024 | Expense | | Chef's Warehouse | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 24,889.63 |
| | | | **Chef's Warehouse Total** | | | | **32,413.77** |
| 03/13/2024 | Expense | | CNA | Insurance | R | 8990 | 7,735.47 |
| 04/11/2024 | Expense | | CNA | Insurance | R | 8990 | 7,735.47 |
| 05/13/2024 | Expense | | CNA | Insurance | C | 8990 | 7,735.47 |
| | | | **CNA Total** | | | | **23,206.41** |
| 03/05/2024 | Expense | | Cogent Waste Solutions LLC | Utilities:Disposal & waste fees | R | 8990 | 1,447.82 |
| 03/29/2024 | Expense | | Cogent Waste Solutions LLC | Utilities:Disposal & waste fees | R | 8990 | 3,500.00 |
| 04/02/2024 | Expense | | Cogent Waste Solutions LLC | Utilities:Disposal & waste fees | R | 8990 | 8,000.00 |
| 05/06/2024 | Expense | | Cogent Waste Solutions LLC | Utilities:Disposal & waste fees | C | 8990 | 1,447.82 |
| 05/17/2024 | Expense | | Cogent Waste Solutions LLC | Utilities:Disposal & waste fees | C | 8990 | 4,000.00 |

| Date | Transaction Type | Num | Name | Split | Clr | Account | Credit |
|------|------|-----|------|-------|-----|---------|--------|
| | | | **Cogent Waste Solutions LLC Total** | | | | 18,395.64 |
| 03/06/2024 | Expense | | Con Edison | Utilities:Electricity / Gas | R | 8990 | 10,000.00 |
| 03/26/2024 | Expense | | Con Edison | Utilities:Electricity / Gas | R | 8990 | 6,334.92 |
| 03/26/2024 | Expense | | Con Edison | Utilities:Electricity / Gas | R | 8990 | 2,192.53 |
| 03/26/2024 | Expense | | Con Edison | Utilities:Electricity / Gas | R | 8990 | 373.12 |
| 03/26/2024 | Expense | | Con Edison | Utilities:Electricity / Gas | R | 8990 | 3,507.61 |
| 04/23/2024 | Expense | | Con Edison | Utilities:Electricity / Gas | R | 8990 | 2,235.13 |
| 04/23/2024 | Expense | | Con Edison | Utilities:Electricity / Gas | R | 8990 | 257.17 |
| 04/23/2024 | Expense | | Con Edison | Utilities:Electricity / Gas | R | 8990 | 3,507.61 |
| 04/23/2024 | Expense | | Con Edison | Utilities:Electricity / Gas | R | 8990 | 7,818.65 |
| 05/16/2024 | Expense | | Con Edison | Utilities:Electricity / Gas | C | 8990 | 6,596.12 |
| 05/21/2024 | Expense | | Con Edison | Utilities:Electricity / Gas | C | 8990 | 1,000.00 |
| 05/21/2024 | Expense | | Con Edison | Utilities:Electricity / Gas | C | 8990 | 1,000.00 |
| | | | **Con Edison Total** | | | | 44,822.86 |
| 03/15/2024 | Expense | | CPC Equipment | Short-term business loans | R | 8990 | 2,040.64 |
| 04/15/2024 | Expense | | CPC Equipment | Short-term business loans | R | 8990 | 2,040.64 |
| 05/15/2024 | Expense | | CPC Equipment | Short-term business loans | C | 8990 | 2,040.64 |
| | | | **CPC Equipment Total** | | | | 6,121.92 |
| 04/01/2024 | Expense | | Daror Associates LLC | Improvements | R | 8990 | 9,000.00 |
| | | | **Daror Associates LLC Total** | | | | 9,000.00 |
| 04/11/2024 | Expense | | David Rosen Company | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 3,868.20 |
| 04/17/2024 | Expense | | David Rosen Company | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 1,948.00 |

| Date | Transaction Type | Num | Name | Split | Clr | Account | Credit |
|------|------------------|-----|------|-------|-----|---------|--------|
| 05/13/2024 | Expense | | David Rosen Company | Cost of goods sold:Food Supplies & materials - COGS | C | 8990 | 3,781.01 |
| | | | **David Rosen Company Total** | | | | 9,597.21 |
| 02/21/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 2,233.47 |
| 02/21/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 1,980.93 |
| 02/21/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 514.97 |
| 02/22/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 1,817.92 |
| 02/23/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 2,189.64 |
| 02/26/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 1.59 |
| 02/26/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 1,732.61 |
| 02/26/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 1,290.62 |
| 02/27/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 453.55 |
| 02/27/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 72.60 |
| 02/27/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 1,794.05 |
| 02/27/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 19.09 |
| 02/28/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 1,525.15 |
| 02/29/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 1,635.19 |
| 03/01/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 1,843.56 |
| 03/04/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 1,972.59 |
| 03/04/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 538.70 |
| 03/04/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 1,225.02 |
| 03/05/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 418.33 |
| 03/05/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 2,072.17 |

| Date | Transaction Type | Num | Name | Split | Clr | Account | Credit |
|------|------------------|-----|------|-------|-----|---------|--------|
| 03/06/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 1,701.52 |
| 03/08/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 1,749.85 |
| 03/08/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 1,892.85 |
| 03/11/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 1,769.01 |
| 03/11/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 1,283.24 |
| 03/12/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 1,801.72 |
| 03/12/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 409.07 |
| 03/13/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 3.83 |
| 03/13/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 1,701.26 |
| 03/13/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 2.30 |
| 03/14/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 2,009.09 |
| 03/15/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 2,110.64 |
| 03/18/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 1,522.92 |
| 03/18/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 2,045.17 |
| 03/19/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 2,022.95 |
| 03/19/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 501.02 |
| 03/19/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 2.51 |
| 03/20/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 1,670.27 |
| 03/21/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 203.28 |
| 03/21/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 359.61 |
| 03/21/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 302.60 |
| 03/21/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 266.62 |

| Date | Transaction Type | Num | Name | Split | Clr | Account | Credit |
|------|------|------|------|------|------|------|------|
| 03/21/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 131.78 |
| 03/21/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 5.64 |
| 03/21/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 2.55 |
| 03/21/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 720.31 |
| 03/21/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 147.79 |
| 03/21/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 50.61 |
| 03/21/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 1,780.71 |
| 03/21/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 330.66 |
| 03/22/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 1,973.18 |
| 03/25/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 1,377.03 |
| 03/25/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 1,245.00 |
| 03/26/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 970.26 |
| 03/26/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 487.99 |
| 03/26/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 4.68 |
| 03/27/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 1,741.40 |
| 03/28/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 3.09 |
| 03/28/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 1,865.44 |
| 03/29/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 2,137.67 |
| 03/29/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 9.18 |
| 03/29/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 1.42 |
| 04/01/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 1,912.97 |
| 04/01/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 1,485.10 |

| Date | Transaction Type | Num | Name | Split | Clr | Account | Credit |
|------|------------------|-----|------|-------|-----|---------|--------|
| 04/02/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 576.13 |
| 04/02/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 478.96 |
| 04/02/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 1,992.21 |
| 04/03/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 1,683.11 |
| 04/04/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 1,902.32 |
| 04/05/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 2.45 |
| 04/05/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 1,676.39 |
| 04/05/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 9.68 |
| 04/08/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 1,899.29 |
| 04/09/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 78.71 |
| 04/09/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 1,704.87 |
| 04/10/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 137.92 |
| 04/10/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 109.00 |
| 04/10/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 1,460.67 |
| 04/10/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 182.39 |
| 04/10/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 82.51 |
| 04/10/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 217.43 |
| 04/10/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 961.80 |
| 04/10/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 79.77 |
| 04/10/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 62.58 |
| 04/11/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 1,735.33 |
| 04/11/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 1.90 |

| Date | Transaction Type | Num | Name | Split | Clr | Account | Credit |
|------|------------------|-----|------|-------|-----|---------|--------|
| 04/12/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 1,877.79 |
| 04/12/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 96.06 |
| 04/15/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 1,304.48 |
| 04/15/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 15.08 |
| 04/15/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 1,813.19 |
| 04/15/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 24.76 |
| 04/16/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 1,683.78 |
| 04/16/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 457.31 |
| 04/17/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 1,463.75 |
| 04/18/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 1,711.84 |
| 04/19/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 1,857.78 |
| 04/22/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 1,924.50 |
| 04/22/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 1,264.80 |
| 04/23/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 32.13 |
| 04/23/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 1,372.13 |
| 04/23/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 0.53 |
| 04/23/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 566.94 |
| 04/24/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 45.23 |
| 04/25/2024 | Expense | | Davo Technologies | Sales Tax | R | 8990 | 0.48 |
| 05/02/2024 | Expense | | Davo Technologies | Sales Tax | C | 8990 | 478.96 |
| 05/02/2024 | Expense | | Davo Technologies | Sales Tax | C | 8990 | 4.51 |
| 05/03/2024 | Expense | | Davo Technologies | Sales Tax | C | 8990 | 499.72 |

| Date | Transaction Type | Num | Name | Split | Clr | Account | Credit |
|------|------|------|------|------|------|------|------|
| 05/06/2024 | Expense | | Davo Technologies | Sales Tax | C | 8990 | 905.01 |
| 05/06/2024 | Expense | | Davo Technologies | Sales Tax | C | 8990 | 1,263.19 |
| 05/07/2024 | Expense | | Davo Technologies | Sales Tax | C | 8990 | 1,253.28 |
| 05/07/2024 | Expense | | Davo Technologies | Sales Tax | C | 8990 | 486.21 |
| 05/08/2024 | Expense | | Davo Technologies | Sales Tax | C | 8990 | 1,200.62 |
| 05/09/2024 | Expense | | Davo Technologies | Sales Tax | C | 8990 | 1,621.49 |
| 05/10/2024 | Expense | | Davo Technologies | Sales Tax | C | 8990 | 1,671.26 |
| 05/13/2024 | Expense | | Davo Technologies | Sales Tax | C | 8990 | 1,488.58 |
| 05/13/2024 | Expense | | Davo Technologies | Sales Tax | C | 8990 | 911.66 |
| 05/14/2024 | Expense | | Davo Technologies | Sales Tax | C | 8990 | 1,521.39 |
| 05/14/2024 | Expense | | Davo Technologies | Sales Tax | C | 8990 | 2.84 |
| 05/14/2024 | Expense | | Davo Technologies | Sales Tax | C | 8990 | 327.26 |
| 05/14/2024 | Expense | | Davo Technologies | Sales Tax | C | 8990 | 16.78 |
| 05/15/2024 | Expense | | Davo Technologies | Sales Tax | C | 8990 | 1,024.92 |
| 05/16/2024 | Expense | | Davo Technologies | Sales Tax | C | 8990 | 1,369.40 |
| 05/17/2024 | Expense | | Davo Technologies | Sales Tax | C | 8990 | 1,629.40 |
| 05/20/2024 | Expense | | Davo Technologies | Sales Tax | C | 8990 | 1,647.12 |
| 05/20/2024 | Expense | | Davo Technologies | Sales Tax | C | 8990 | 879.30 |
| 05/21/2024 | Expense | | Davo Technologies | Sales Tax | C | 8990 | 463.68 |
| 05/21/2024 | Expense | | Davo Technologies | Sales Tax | C | 8990 | 1,114.55 |
| | | | **Davo Technologies Total** | | | | 125,376.65 |
| 02/23/2024 | Expense | | Dependable Food | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 10,000.00 |

| Date | Transaction Type | Num | Name | Split | Clr | Account | Credit |
|------|------------------|-----|------|-------|-----|---------|--------|
| 02/26/2024 | Expense | | Dependable Food | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 5,000.00 |
| 02/28/2024 | Expense | | Dependable Food | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 5,000.00 |
| 02/29/2024 | Expense | | Dependable Food | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 5,000.00 |
| 03/01/2024 | Expense | | Dependable Food | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 5,000.00 |
| 03/05/2024 | Expense | | Dependable Food | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 25,000.00 |
| 03/21/2024 | Expense | | Dependable Food | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 18,000.00 |
| 03/22/2024 | Expense | | Dependable Food | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 31,469.92 |
| 03/29/2024 | Expense | | Dependable Food | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 11,244.59 |
| 04/05/2024 | Expense | | Dependable Food | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 20,000.00 |
| 04/12/2024 | Expense | | Dependable Food | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 16,000.00 |
| 04/19/2024 | Expense | | Dependable Food | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 14,000.00 |
| 05/03/2024 | Expense | | Dependable Food | Cost of goods sold:Food Supplies & materials - COGS | C | 8990 | 6,774.84 |
| 05/07/2024 | Expense | | Dependable Food | Cost of goods sold:Food Supplies & materials - COGS | C | 8990 | 32,000.00 |
| | | | **Dependable Food Total** | | | | 204,489.35 |
| 02/21/2024 | Expense | | DEVASH FARMS | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 2,000.00 |
| 02/28/2024 | Expense | | DEVASH FARMS | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 2,000.00 |
| 03/14/2024 | Expense | | DEVASH FARMS | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 2,000.00 |
| 03/20/2024 | Expense | | DEVASH FARMS | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 2,000.00 |
| 03/29/2024 | Expense | | DEVASH FARMS | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 2,000.00 |
| 04/05/2024 | Expense | | DEVASH FARMS | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 2,000.00 |
| 04/12/2024 | Expense | | DEVASH FARMS | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 2,000.00 |
| 04/19/2024 | Expense | | DEVASH FARMS | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 2,000.00 |

| Date | Transaction Type | Num | Name | Split | Clr | Account | Credit |
|------|------------------|-----|------|-------|-----|---------|--------|
| 05/03/2024 | Expense | | DEVASH FARMS | Cost of goods sold:Food Supplies & materials - COGS | C | 8990 | 2,000.00 |
| | | | **DEVASH FARMS Total** | | | | 18,000.00 |
| 03/01/2024 | Expense | | EZ Pass | Vehicle expenses:Parking & tolls | R | 8990 | 2,444.03 |
| 03/08/2024 | Expense | | EZ Pass | Vehicle expenses:Parking & tolls | R | 8990 | 1,137.95 |
| 03/18/2024 | Expense | | EZ Pass | Vehicle expenses:Parking & tolls | R | 8990 | 1,027.35 |
| 03/22/2024 | Expense | | EZ Pass | Vehicle expenses:Parking & tolls | R | 8990 | 1,031.37 |
| 04/01/2024 | Expense | | EZ Pass | Vehicle expenses:Parking & tolls | R | 8990 | 1,032.70 |
| 04/08/2024 | Expense | | EZ Pass | Vehicle expenses:Parking & tolls | R | 8990 | 1,034.20 |
| 04/15/2024 | Expense | | EZ Pass | Vehicle expenses:Parking & tolls | R | 8990 | 1,014.59 |
| | | | **EZ Pass Total** | | | | 8,722.19 |
| 02/21/2024 | Expense | | Fridman | Payroll expenses:Salaries & wages | R | 8990 | 2,000.00 |
| 02/28/2024 | Expense | | Fridman | Payroll expenses:Salaries & wages | R | 8990 | 2,000.00 |
| 03/06/2024 | Expense | | Fridman | Payroll expenses:Salaries & wages | R | 8990 | 2,000.00 |
| 03/14/2024 | Expense | | Fridman | Payroll expenses:Salaries & wages | R | 8990 | 2,000.00 |
| 03/20/2024 | Expense | | Fridman | Payroll expenses:Salaries & wages | R | 8990 | 2,000.00 |
| 03/29/2024 | Expense | | Fridman | Payroll expenses:Salaries & wages | R | 8990 | 2,000.00 |
| 04/05/2024 | Expense | | Fridman | Payroll expenses:Salaries & wages | R | 8990 | 2,000.00 |
| 04/12/2024 | Expense | | Fridman | Payroll expenses:Salaries & wages | R | 8990 | 2,000.00 |
| 04/19/2024 | Expense | | Fridman | Payroll expenses:Salaries & wages | R | 8990 | 2,000.00 |
| | | | **Fridman Total** | | | | 18,000.00 |
| 03/15/2024 | Expense | | Isuzu | Automobile Expense:Auto Lease | R | 8990 | 1,119.90 |
| 03/22/2024 | Expense | | Isuzu | Automobile Expense:Auto Lease | R | 8990 | 1,924.46 |

| Date | Transaction Type | Num | Name | Split | Clr | Account | Credit |
|------|------------------|-----|------|-------|-----|---------|--------|
| 04/01/2024 | Expense | | Isuzu | Automobile Expense:Auto Lease | R | 8990 | 1,210.54 |
| 04/10/2024 | Expense | | Isuzu | Automobile Expense:Auto Lease | R | 8990 | 2,026.27 |
| 04/15/2024 | Expense | | Isuzu | Automobile Expense:Auto Lease | R | 8990 | 1,312.35 |
| | | | **Isuzu Total** | | | | 7,593.52 |
| 02/28/2024 | Expense | | Lakewood Plaza DE LLC | Rent:Rent - Lakewood | R | 8990 | 4,147.53 |
| 03/06/2024 | Expense | | Lakewood Plaza DE LLC | Rent:Rent - Lakewood | R | 8990 | 3,000.00 |
| | | | **Lakewood Plaza DE LLC Total** | | | | 7,147.53 |
| 03/07/2024 | Expense | | Lease Corporation | Short-term business loans | R | 8990 | 3,111.44 |
| 04/01/2024 | Expense | | Lease Corporation | Short-term business loans | R | 8990 | 3,111.44 |
| | | | **Lease Corporation Total** | | | | 6,222.88 |
| 02/26/2024 | Expense | | Limitless Packaging | Supplies:Supplies & materials | R | 8990 | 2,400.00 |
| 03/14/2024 | Expense | | Limitless Packaging | Supplies:Supplies & materials | R | 8990 | 2,350.00 |
| 04/18/2024 | Expense | | Limitless Packaging | Supplies:Supplies & materials | R | 8990 | 2,000.00 |
| | | | **Limitless Packaging Total** | | | | 6,750.00 |
| 03/04/2024 | Expense | | M2 Equipment Finance | Short-term business loans | R | 8990 | 2,399.09 |
| 03/11/2024 | Expense | | M2 Equipment Finance | Short-term business loans | R | 8990 | 1,819.72 |
| 03/11/2024 | Expense | | M2 Equipment Finance | Short-term business loans | R | 8990 | 2,410.20 |
| 04/02/2024 | Expense | | M2 Equipment Finance | Short-term business loans | R | 8990 | 2,456.83 |
| 04/10/2024 | Expense | | M2 Equipment Finance | Short-term business loans | R | 8990 | 1,819.72 |
| 04/10/2024 | Expense | | M2 Equipment Finance | Short-term business loans | R | 8990 | 2,410.20 |
| | | | **M2 Equipment Finance Total** | | | | 13,315.76 |
| 04/01/2024 | Expense | | McDonald Paper | Supplies:Supplies & materials | R | 8990 | 3,991.42 |

| Date | Transaction Type | Num | Name | Split | Clr | Account | Credit |
|------|------------------|-----|------|-------|-----|---------|--------|
| 04/09/2024 | Expense | | McDonald Paper | Supplies:Supplies & materials | R | 8990 | 13,000.00 |
| 04/15/2024 | Expense | | McDonald Paper | Supplies:Supplies & materials | R | 8990 | 8,000.00 |
| | | | **McDonald Paper Total** | | | | 24,991.42 |
| 03/04/2024 | Expense | | Mehadrin Dairy | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 13,630.60 |
| | | | **Mehadrin Dairy Total** | | | | 13,630.60 |
| 02/28/2024 | Check | 77 | Mr Line Distributor | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 2,000.00 |
| 03/06/2024 | Expense | | Mr Line Distributor | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 3,000.00 |
| 03/07/2024 | Check | 80 | Mr Line Distributor | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 500.00 |
| 03/28/2024 | Expense | | Mr Line Distributor | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 1,150.00 |
| 04/09/2024 | Expense | | Mr Line Distributor | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 1,145.00 |
| 05/17/2024 | Expense | | Mr Line Distributor | Cost of goods sold:Food Supplies & materials - COGS | C | 8990 | 1,080.80 |
| | | | **Mr Line Distributor Total** | | | | 8,875.80 |
| 03/06/2024 | Expense | | Nask LLC | Rent:Rent - Teaneck | R | 8990 | 5,998.00 |
| 03/29/2024 | Expense | | Nask LLC | Rent:Rent - Teaneck | R | 8990 | 2,500.00 |
| 04/05/2024 | Expense | | Nask LLC | Rent:Rent - Teaneck | R | 8990 | 2,500.00 |
| 04/08/2024 | Expense | | Nask LLC | Rent:Rent - Teaneck | R | 8990 | 2,500.00 |
| 05/03/2024 | Expense | | Nask LLC | Rent:Rent - Teaneck | C | 8990 | 2,500.00 |
| | | | **Nask LLC Total** | | | | 15,998.00 |
| 03/13/2024 | Expense | | NY Broadway Hotel | Rent:Rent - Arthouse | R | 8990 | 5,000.00 |
| 03/25/2024 | Expense | | NY Broadway Hotel | Rent:Rent - Arthouse | R | 8990 | 3,000.00 |
| 04/01/2024 | Expense | | NY Broadway Hotel | Travel:Hotels | R | 8990 | 2,500.00 |
| 04/08/2024 | Expense | | NY Broadway Hotel | Travel:Hotels | R | 8990 | 2,500.00 |

| Date | Transaction Type | Num | Name | Split | Clr | Account | Credit |
|------|------------------|-----|------|-------|-----|---------|--------|
| 05/03/2024 | Expense | | NY Broadway Hotel | Rent:Rent - Arthouse | C | 8990 | 5,000.00 |
| | | | **NY Broadway Hotel Total** | | | | 18,000.00 |
| 04/09/2024 | Expense | | Nym Services LLC | Uncategorized Expense | R | 8990 | 10,400.00 |
| | | | **Nym Services LLC Total** | | | | 10,400.00 |
| 03/29/2024 | Expense | | Oleg Azizov | Payroll expenses:Salaries & wages | R | 8990 | 5,000.00 |
| 04/08/2024 | Expense | | Oleg Azizov | Payroll expenses:Salaries & wages | R | 8990 | 5,000.00 |
| | | | **Oleg Azizov Total** | | | | 10,000.00 |
| 03/06/2024 | Expense | | Orthodox Union | Kosher Supervision | R | 8990 | 2,000.00 |
| 03/14/2024 | Expense | | Orthodox Union | Kosher Supervision | R | 8990 | 2,000.00 |
| 03/20/2024 | Expense | | Orthodox Union | Kosher Supervision | R | 8990 | 2,000.00 |
| 03/29/2024 | Expense | | Orthodox Union | Kosher Supervision | R | 8990 | 2,000.00 |
| 04/05/2024 | Expense | | Orthodox Union | Kosher Supervision | R | 8990 | 2,000.00 |
| 04/19/2024 | Expense | | Orthodox Union | Kosher Supervision | R | 8990 | 2,000.00 |
| 05/03/2024 | Expense | | Orthodox Union | Kosher Supervision | C | 8990 | 2,000.00 |
| | | | **Orthodox Union Total** | | | | 14,000.00 |
| 02/23/2024 | Expense | | Paradise Distributors, LLC | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 10,000.00 |
| 02/26/2024 | Expense | | Paradise Distributors, LLC | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 5,000.00 |
| 02/29/2024 | Expense | | Paradise Distributors, LLC | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 1,500.00 |
| 03/01/2024 | Expense | | Paradise Distributors, LLC | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 13,000.00 |
| 03/04/2024 | Expense | | Paradise Distributors, LLC | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 10,000.00 |
| 03/06/2024 | Expense | | Paradise Distributors, LLC | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 3,000.00 |
| 03/12/2024 | Expense | | Paradise Distributors, LLC | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 4,000.00 |

| Date | Transaction Type | Num | Name | Split | Clr | Account | Credit |
|------|------------------|-----|------|-------|-----|---------|--------|
| 03/18/2024 | Expense | | Paradise Distributors, LLC | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 15,374.00 |
| 03/22/2024 | Expense | | Paradise Distributors, LLC | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 17,610.72 |
| 04/01/2024 | Expense | | Paradise Distributors, LLC | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 12,163.89 |
| 04/08/2024 | Expense | | Paradise Distributors, LLC | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 15,032.00 |
| 04/15/2024 | Expense | | Paradise Distributors, LLC | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 18,000.00 |
| 04/22/2024 | Expense | | Paradise Distributors, LLC | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 13,580.76 |
| 05/06/2024 | Expense | | Paradise Distributors, LLC | Cost of goods sold:Food Supplies & materials - COGS | C | 8990 | 16,519.39 |
| 05/13/2024 | Expense | | Paradise Distributors, LLC | Cost of goods sold:Food Supplies & materials - COGS | C | 8990 | 12,247.00 |
| 05/20/2024 | Expense | | Paradise Distributors, LLC | Cost of goods sold:Food Supplies & materials - COGS | C | 8990 | 14,831.00 |
| | | | **Paradise Distributors, LLC Total** | | | | 181,858.76 |
| 05/16/2024 | Expense | | Patis America LLC | Uncategorized Expense | C | 8990 | 20,000.00 |
| | | | **Patis America LLC Total** | | | | 20,000.00 |
| 02/22/2024 | Check | 76 | PSEG | Utilities:Electricity / Gas | R | 8990 | 15,000.00 |
| | | | **PSEG Total** | | | | 15,000.00 |
| 03/05/2024 | Expense | | Public Service Enterprise Group Inc | Utilities:Electricity / Gas | R | 8990 | 1,832.90 |
| 04/02/2024 | Expense | | Public Service Enterprise Group Inc | Utilities:Electricity / Gas | R | 8990 | 8,253.45 |
| 04/04/2024 | Expense | | Public Service Enterprise Group Inc | Utilities:Electricity / Gas | R | 8990 | 1,365.23 |
| 05/06/2024 | Expense | | Public Service Enterprise Group Inc | Utilities:Electricity / Gas | C | 8990 | 1,294.77 |
| | | | **Public Service Enterprise Group Inc Total** | | | | 12,746.35 |
| 02/23/2024 | Expense | | Raskins Fish Market | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 4,500.00 |
| 03/06/2024 | Expense | | Raskins Fish Market | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 2,000.00 |
| 03/14/2024 | Expense | | Raskins Fish Market | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 2,000.00 |

| Date | Transaction Type | Num | Name | Split | Clr | Account | Credit |
|------|------------------|-----|------|-------|-----|---------|--------|
| 03/19/2024 | Expense | | Raskins Fish Market | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 2,000.00 |
| 03/26/2024 | Expense | | Raskins Fish Market | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 1,900.00 |
| 04/01/2024 | Expense | | Raskins Fish Market | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 4,500.00 |
| 04/12/2024 | Expense | | Raskins Fish Market | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 2,000.00 |
| 04/19/2024 | Expense | | Raskins Fish Market | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 2,000.00 |
| 05/13/2024 | Expense | | Raskins Fish Market | Cost of goods sold:Food Supplies & materials - COGS | C | 8990 | 2,000.00 |
| 05/15/2024 | Expense | | Raskins Fish Market | Cost of goods sold:Food Supplies & materials - COGS | C | 8990 | 3,000.00 |
| 05/21/2024 | Expense | | Raskins Fish Market | Cost of goods sold:Food Supplies & materials - COGS | C | 8990 | 3,000.00 |
| | | | **Raskins Fish Market Total** | | | | 28,900.00 |
| 02/26/2024 | Expense | | Redway Group Inc | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 8,500.00 |
| 03/04/2024 | Expense | | Redway Group Inc | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 7,000.00 |
| 03/11/2024 | Expense | | Redway Group Inc | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 8,000.00 |
| 03/18/2024 | Expense | | Redway Group Inc | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 9,310.00 |
| 03/26/2024 | Expense | | Redway Group Inc | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 10,930.00 |
| | | | **Redway Group Inc Total** | | | | 43,740.00 |
| 04/09/2024 | Expense | | Rimini Farms | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 3,398.00 |
| 04/12/2024 | Expense | | Rimini Farms | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 5,300.00 |
| | | | **Rimini Farms Total** | | | | 8,698.00 |
| 04/19/2024 | Expense | | Rossman Fruit & Vegetables | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 6,413.00 |
| 05/03/2024 | Expense | | Rossman Fruit & Vegetables | Cost of goods sold:Food Supplies & materials - COGS | C | 8990 | 4,162.00 |
| 05/21/2024 | Expense | | Rossman Fruit & Vegetables | Cost of goods sold:Food Supplies & materials - COGS | C | 8990 | 2,400.00 |
| | | | **Rossman Fruit & Vegetables Total** | | | | 12,975.00 |

| Date | Transaction Type | Num | Name | Split | Clr | Account | Credit |
|------|------------------|-----|------|-------|-----|---------|--------|
| 02/23/2024 | Expense | | Sinayskaya Univer Law | Legal & Professional Fees | R | 8990 | 1,000.00 |
| 03/01/2024 | Expense | | Sinayskaya Univer Law | Legal & Professional Fees | R | 8990 | 1,000.00 |
| 03/08/2024 | Expense | | Sinayskaya Univer Law | Legal & Professional Fees | R | 8990 | 1,000.00 |
| 03/18/2024 | Expense | | Sinayskaya Univer Law | Legal & Professional Fees | R | 8990 | 1,000.00 |
| 04/01/2024 | Expense | | Sinayskaya Univer Law | Legal & Professional Fees | R | 8990 | 1,000.00 |
| 04/08/2024 | Expense | | Sinayskaya Univer Law | Legal & Professional Fees | R | 8990 | 1,000.00 |
| 04/15/2024 | Expense | | Sinayskaya Univer Law | Legal & Professional Fees | R | 8990 | 1,000.00 |
| 04/22/2024 | Expense | | Sinayskaya Univer Law | Legal & Professional Fees | R | 8990 | 1,000.00 |
| 05/06/2024 | Expense | | Sinayskaya Univer Law | Legal & Professional Fees | C | 8990 | 1,000.00 |
| 05/20/2024 | Expense | | Sinayskaya Univer Law | Legal & Professional Fees | C | 8990 | 1,000.00 |
| | | | **Sinayskaya Univer Law Total** | | | | 10,000.00 |
| 02/21/2024 | Expense | | State Farm Insurance | Insurance | R | 8990 | 859.97 |
| 03/01/2024 | Expense | | State Farm Insurance | Insurance | R | 8990 | 776.26 |
| 03/20/2024 | Expense | | State Farm Insurance | Insurance | R | 8990 | 859.97 |
| 03/26/2024 | Expense | | State Farm Insurance | Insurance | R | 8990 | 2,180.49 |
| 04/01/2024 | Expense | | State Farm Insurance | Insurance | R | 8990 | 726.90 |
| 04/22/2024 | Expense | | State Farm Insurance | Insurance | R | 8990 | 859.97 |
| 05/13/2024 | Expense | | State Farm Insurance | Insurance | C | 8990 | 4,380.98 |
| | | | **State Farm Insurance Total** | | | | 10,644.54 |
| 04/17/2024 | Expense | | TD Bank Payment | TD Bank 9018 | R | 8990 | 5,000.00 |
| 05/15/2024 | Expense | | TD Bank Payment | Uncategorized Expense | C | 8990 | 10,000.00 |
| | | | **TD Bank Payment Total** | | | | 15,000.00 |

| Date | Transaction Type | Num | Name | Split | Clr | Account | Credit |
|------|------------------|-----|------|-------|-----|---------|--------|
| 02/21/2024 | Expense | | The Chabad Shul | Rent:Rent - Amsterdam | R | 8990 | 6,000.00 |
| 04/05/2024 | Expense | | The Chabad Shul | Rent:Rent - Amsterdam | R | 8990 | 2,500.00 |
| | | | **The Chabad Shul Total** | | | | 8,500.00 |
| 02/23/2024 | Expense | | The Chosen Bean and Beverage LLC | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 5,000.00 |
| 03/05/2024 | Expense | | The Chosen Bean and Beverage LLC | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 5,000.00 |
| 03/13/2024 | Expense | | The Chosen Bean and Beverage LLC | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 5,000.00 |
| 03/21/2024 | Expense | | The Chosen Bean and Beverage LLC | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 5,000.00 |
| 03/29/2024 | Expense | | The Chosen Bean and Beverage LLC | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 5,000.00 |
| 04/05/2024 | Expense | | The Chosen Bean and Beverage LLC | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 5,000.00 |
| 04/12/2024 | Expense | | The Chosen Bean and Beverage LLC | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 5,000.00 |
| 04/19/2024 | Expense | | The Chosen Bean and Beverage LLC | Cost of goods sold:Food Supplies & materials - COGS | R | 8990 | 5,000.00 |
| 05/15/2024 | Expense | | The Chosen Bean and Beverage LLC | Cost of goods sold:Food Supplies & materials - COGS | C | 8990 | 5,000.00 |
| | | | **The Chosen Bean and Beverage LLC Total** | | | | 45,000.00 |
| 02/21/2024 | Expense | | Waking Creative LLC | Advertising & marketing | R | 8990 | 1,000.00 |
| 02/28/2024 | Expense | | Waking Creative LLC | Advertising & marketing | R | 8990 | 1,000.00 |
| 03/06/2024 | Expense | | Waking Creative LLC | Advertising & marketing | R | 8990 | 1,000.00 |
| 03/14/2024 | Expense | | Waking Creative LLC | Advertising & marketing | R | 8990 | 1,000.00 |
| 03/20/2024 | Expense | | Waking Creative LLC | Advertising & marketing | R | 8990 | 1,000.00 |
| 04/19/2024 | Expense | | Waking Creative LLC | Advertising & marketing | R | 8990 | 1,000.00 |
| 05/03/2024 | Expense | | Waking Creative LLC | Advertising & marketing | C | 8990 | 1,000.00 |
| 05/13/2024 | Expense | | Waking Creative LLC | Advertising & marketing | C | 8990 | 2,000.00 |
| | | | **Waking Creative LLC Total** | | | | 9,000.00 |

| Date | Transaction Type | Num | Name | Split | Clr | Account | Credit |
|------|------|-----|------|-------|-----|---------|--------|
| 02/23/2024 | Expense | | Wex Inc | Vehicle expenses:Vehicle gas & fuel | R | 8990 | 873.97 |
| 03/01/2024 | Expense | | Wex Inc | Vehicle expenses:Vehicle gas & fuel | R | 8990 | 962.80 |
| 03/08/2024 | Expense | | Wex Inc | Vehicle expenses:Vehicle gas & fuel | R | 8990 | 1,200.90 |
| 03/18/2024 | Expense | | Wex Inc | Vehicle expenses:Vehicle gas & fuel | R | 8990 | 899.45 |
| 03/22/2024 | Expense | | Wex Inc | Vehicle expenses:Vehicle gas & fuel | R | 8990 | 795.04 |
| 04/02/2024 | Expense | | Wex Inc | Vehicle expenses:Vehicle gas & fuel | R | 8990 | 961.88 |
| 04/10/2024 | Expense | | Wex Inc | Vehicle expenses:Vehicle gas & fuel | R | 8990 | 878.33 |
| 04/16/2024 | Expense | | Wex Inc | Vehicle expenses:Vehicle gas & fuel | R | 8990 | 1,875.72 |
| 04/23/2024 | Expense | | Wex Inc | Vehicle expenses:Vehicle gas & fuel | R | 8990 | 174.83 |
| 05/07/2024 | Expense | | Wex Inc | Vehicle expenses:Vehicle gas & fuel | C | 8990 | 1,399.90 |
| 05/17/2024 | Expense | | Wex Inc | Vehicle expenses:Vehicle gas & fuel | C | 8990 | 2,500.00 |
| | | | **Wex Inc Total** | | | | 12,522.82 |
| | | | **Grand Total** | | | | 1,582,776.00 |

## SOFA Part 2 4. 1 year Insider Payments

### May 22, 2023 - May 21, 2024

| Date | Transaction Type | Num | Posting | Memo/Description | | Account | Amount |
|------|------------------|-----|---------|-----------------|--|---------|--------|
| **Oleg Azizov** | | | | | | | |
| 07/07/2023 | Expense | | Yes | TRANSFER 703 BAKERY CORP:Oleg Azizov | Confirmation# XXXXX44697 | Bank of America 4694 | -5,000.00 |
| 07/10/2023 | Expense | | Yes | TRANSFER 703 BAKERY CORP:Oleg Azizov | Confirmation# XXXXX54734 | Bank of America 4694 | -5,000.00 |
| 07/17/2023 | Expense | | Yes | TRANSFER 703 BAKERY CORP:Oleg Azizov | Confirmation# XXXXX20551 | Bank of America 4694 | -5,000.00 |
| 07/24/2023 | Expense | | Yes | TRANSFER 703 BAKERY CORP:Oleg Azizov | Confirmation# XXXXX11803 | Bank of America 4694 | -5,000.00 |
| 07/31/2023 | Expense | | Yes | TRANSFER 703 BAKERY CORP:Oleg Azizov | Confirmation# XXXXX82219 | Bank of America 4694 | -5,000.00 |
| 08/11/2023 | Expense | | Yes | TRANSFER 703 BAKERY CORP:Oleg Azizov | Confirmation# XXXXX37391 | Bank of America 4694 | -5,000.00 |
| 08/14/2023 | Expense | | Yes | TRANSFER 703 BAKERY CORP:Oleg Azizov | Confirmation# XXXXX37791 | Bank of America 4694 | -5,000.00 |
| 09/08/2023 | Expense | | Yes | TRANSFER 703 BAKERY CORP:Oleg Azizov | Confirmation# XXXXX27275 | Bank of America 8990 | -10,000.00 |
| 09/18/2023 | Expense | | Yes | TRANSFER 703 BAKERY CORP:Oleg Azizov | Confirmation# XXXXX73591 | Bank of America 8990 | -10,000.00 |
| 09/21/2023 | Expense | | Yes | TRANSFER 703 BAKERY CORP:Oleg Azizov | Confirmation# XXXXX35092 | Bank of America 8990 | -5,000.00 |
| 09/28/2023 | Expense | | Yes | TRANSFER 703 BAKERY CORP:Oleg Azizov | Confirmation# XXXXX24692 | Bank of America 8990 | -5,000.00 |
| 10/05/2023 | Expense | | Yes | TRANSFER 703 BAKERY CORP:Oleg Azizov | Confirmation# XXXXX97199 | Bank of America 8990 | -5,000.00 |
| 10/12/2023 | Expense | | Yes | TRANSFER 703 BAKERY CORP:Oleg Azizov | Confirmation# XXXXX72849 | Bank of America 8990 | -5,000.00 |
| 10/19/2023 | Expense | | Yes | TRANSFER 703 BAKERY CORP:Oleg Azizov | Confirmation# XXXXX48361 | Bank of America 8990 | -5,000.00 |
| 10/26/2023 | Expense | | Yes | TRANSFER 703 BAKERY CORP:Oleg Azizov | Confirmation# XXXXX34502 | Bank of America 8990 | -5,000.00 |
| 11/02/2023 | Expense | | Yes | TRANSFER 703 BAKERY CORP:Oleg Azizov | Confirmation# XXXXX22298 | Bank of America 8990 | -5,000.00 |
| 11/09/2023 | Expense | | Yes | TRANSFER 703 BAKERY CORP:Oleg Azizov | Confirmation# XXXXX50967 | Bank of America 8990 | -5,000.00 |
| 11/16/2023 | Expense | | Yes | TRANSFER 703 BAKERY CORP:Oleg Azizov | Confirmation# XXXXX34489 | Bank of America 8990 | -5,000.00 |
| 11/22/2023 | Expense | | Yes | TRANSFER 703 BAKERY CORP:Oleg Azizov | Confirmation# XXXXX20759 | Bank of America 8990 | -5,000.00 |
| 11/30/2023 | Check | 11292 | Yes | Check 11292 | | Bank of America 8990 | -2,914.60 |
| 12/07/2023 | Expense | | Yes | TRANSFER 703 BAKERY CORP:Oleg Azizov | Confirmation# XXXXX74527 | Bank of America 8990 | -5,000.00 |
| 12/14/2023 | Expense | | Yes | TRANSFER 703 BAKERY CORP:Oleg Azizov | Confirmation# XXXXX58221 | Bank of America 8990 | -5,000.00 |
| 12/21/2023 | Expense | | Yes | TRANSFER 703 BAKERY CORP:Oleg Azizov | Confirmation# XXXXX35764 | Bank of America 8990 | -5,000.00 |
| 12/28/2023 | Expense | | Yes | TRANSFER 703 BAKERY CORP:Oleg Azizov | Confirmation# XXXXX25480 | Bank of America 8990 | -5,000.00 |
| 01/04/2024 | Expense | | Yes | TRANSFER 703 BAKERY CORP:Oleg Azizov | Confirmation# XXXXX97685 | Bank of America 8990 | -5,000.00 |
| 01/11/2024 | Expense | | Yes | TRANSFER 703 BAKERY CORP:Oleg Azizov | Confirmation# XXXXX74277 | Bank of America 8990 | -5,000.00 |
| 01/18/2024 | Expense | | Yes | TRANSFER 703 BAKERY CORP:Oleg Azizov | Confirmation# XXXXX55128 | Bank of America 8990 | -5,000.00 |
| 01/25/2024 | Expense | | Yes | TRANSFER 703 BAKERY CORP:Oleg Azizov | Confirmation# XXXXX36669 | Bank of America 8990 | -5,000.00 |
| 01/31/2024 | Expense | | Yes | TRANSFER 703 BAKERY CORP:Oleg Azizov | Confirmation# XXXXX52488 | Bank of America 8990 | -5,000.00 |
| 03/29/2024 | Expense | | Yes | TRANSFER 703 BAKERY CORP:Oleg Azizov | Confirmation# XXXXX32212 | Bank of America 8990 | -5,000.00 |
| 04/08/2024 | Expense | | Yes | TRANSFER 703 BAKERY CORP:Oleg Azizov | Confirmation# XXXXX75267 | Bank of America 8990 | -5,000.00 |
| | | | | | | | -162,914.60 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of New Jersey

In re **703 Bakery Corp.** _____   Case No. _____
Debtor(s)   Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept _____ **McManimon, Scotland & Baumann, LLC ("MS&B"), will be paid for its fees and expenses as allowed by the Court upon the filing and approval of fee applications**

Prior to the filing of this statement I have received _____ **MS&B was paid a retainer in the amount of $32,000 ("Retainer") on behalf of the within Debtor. Pre-petition MS&B received $7055 for services rendered and $1,738 as reimbursement for the Ch. 11 filing fee.**

Balance Due _____

2.   The source of the compensation paid to me was:

☐ Debtor      ☑ Other (specify):   **Avi Gold/Data Points Enterprise LLC**

3.   The source of compensation to be paid to me is:

☑ Debtor      ☐ Other (specify):

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

**General representation of the Debtor in this Chapter 11 case as will be set forth in the application for retention of McManimon, Scotland & Baumann, LLC, as counsel to the Debtor.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 21, 2024** _____        **/s/ Anthony Sodono, III** _____
_Date_                                          **Anthony Sodono, III**
                                                _Signature of Attorney_
                                                **McManimon, Scotland & Baumann, LLC**
                                                **75 Livingston Avenue**
                                                **Second Floor**
                                                **Roseland, NJ 07068**
                                                **973-622-1800  Fax: 973-712-1463**
                                                **asodono@msbnj.com**
                                                _Name of law firm_

# United States Bankruptcy Court
### District of New Jersey

In re  **703 Bakery Corp.**

Debtor(s)

Case No.  **24-15150 (VFP)**

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Azizov, Oleg**<br>**1773 E. 29th Street**<br>**Brooklyn, NY 11229** | | **99.75%** | |
| **Hammerman, Jacob**<br>**32 Wilder Road**<br>**Monsey, NY 10952** | | **0.25%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **June 24, 2024**

Signature  **/s/ Oleg Azizov**

**Oleg Azizov**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**District of New Jersey**

In re   703 Bakery Corp. _____   Case No.   24-15150 (VFP) _____

_____ Debtor(s)   Chapter   11 _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

266 Kingston Ave. Realty LLC
8210 Baxter Avenue
Elmhurst, NY 11373


286 Kingston Ave. Realty LLC
266 Kingston Avenue
Brooklyn, NY 11213


3611 Joint Venture LLC
PO Box 180240
Brooklyn, NY 11218


750 8th Avenue LLC
c/o Eric H. Kahan, Esq.
SKH Heiberger LLP
228 East 45th Street, 14th Fl.
New York, NY 10017


750 8th Avenue LLC
c/oTorkin Group
1650 Broadway, Ste. 910
228 East 45th Street, 14th Fl.
New York, NY 10019


88 Global Partners LLC
125-10 Queens Blvd., Ste. 222
Kew Gardens, NY 11415


9 Crosby, LLC
261 Madison Ave., 17th Fl.
New York, NY 10016


99 LD Truck Lease
99 Washington Avenue
Suffern, NY 10901


A New Age Auto Glass
Attn: Nancy Candelaria
PO Box 1081
Bloomfield, NJ 07003


A-1 Bakery Supply Inc.
35 Taylor Drive
Wayne, NJ 07470

ABG 2021 CLAT
2416 Avenue J
Brooklyn, NY 11210


Air Stream Air Conditioning Corporation
400 Crossways Park Drive
Woodbury, NY 11797


American Food Connection
46 Russell Street
Roslyn Heights, NY 11577


Arthouse Hotel
2178 Broadway
New York, NY 10024


Artprop Perty LLC (Arthouse)
2178 Broadway at W. 77th St.
New York, NY 10024


Avenue M Midwood Realty LLC
1716 Avenue M
Brooklyn, NY 11230


Azizov, Oleg
1773 E. 29th Street
Brooklyn, NY 11229


Azul NYC LLC
1370 Broadway, Ste. 613
New York, NY 10018


B.P. Electric Corp.
1425 37th Street
Brooklyn, NY 11218


Bakemark/Valente
N92 W14401 Anthony Avenue
Menomonee Falls, WI 53051


Balboa Capital
Collection Dept.
575 Anton Blvd., 12th Fl.
Costa Mesa, CA 92626

Banclease Acceptance Corp.
8221 Tristar Drive
Irving, TX 75063


Banner Smoked Fish Inc.
2715 W. 15th Street
Brooklyn, NY 11224


BH Eggs
110 Park Lane
Monsey, NY 10952


Bowery Farming Inc.
151 W. 26th Street, 12th Fl.
New York, NY 10001


Centra Funding
1400 Preston Road, #115
Plano, TX 75093


Chabad Shul of the West Side Inc. (The)
166 W. 97th Street
New York, NY 10025


Cheshin, Eli
704 Cedar Lawn Avenue
Far Rockaway, NY 11691


Chosen Bean and Beveraage, LLC (The)
2955 NW 27th Street
Bldg. 12
Fort Lauderdale, FL 33311


Cintas Corp.
PO Box 630803
Cincinnati, OH 45263-0803


Citizens Capital
501 w. Broadway, 8th Fl.
San Diego, CA 92101


Cogent Waste Solutions, LLC
5835 47th Street
Maspeth, NY 11378

Commercial Funding Partners, LLC
12198 S. State Street, Ste. 4
Draper, UT 84020


ConEdison
PO Box 1701
New York, NY 10116-1701


Correlative Smart Engineering
8225 5th Avenue, #353
Brooklyn, NY 11209


CPC Equipment
10900 Wayzata Blvd., Ste. 300
Minnetonka, MN 55305


CT Corporation System, as Representative
Attn: SRPS
330 N. Brand Blvd., Ste. 700
Glendale, CA 91203


Dairyland The Chefs' Warehouse
240 Food Centr Drive
Bronx, NY 10474


David Rosen Bakery Supply Co.
59-21 Queens Midtown Expressway
Maspeth, NY 11378


Degale, Elaine Joy
12-30 31 Drive, #1A
Astoria, NY 11106


Dependable Food
25 Executive Avenue
Edison, NJ 08817


Deutsch, Herschel, CPA
1440 46th Street
Brooklyn, NY 11219


Devash Farms
PO Box 846
Whitehouse Station, NJ 08889

Domestic Linen Supply Company
30555 Northwestern ighway, Ste. 300
Farmington Hills, MI 48334


Domestic Uniform Rental
PO Box 38
Belleville, NJ 07109


E-Z Edge Incorporated
6119 Adams Street
West New York, NJ 07093


E.O.M. Realty Corp.
676 Amsterdam Avenue
New York, NY 10025


Ecolab
1 Ecolab Placed
Saint Paul, MN 55102


EPA Co.
2970 West 27th St., Apt. 709
Brooklyn, NY 11224


Epic Fish Co.
1860 Utica Avenue
Brooklyn, NY 11234


EZPass
375 McCarter Highway
Newark, NJ 07114


Financial Pacific Leasing, Inc.
3455 S. 344th Way, Ste. 300
Federal Way, WA 98001


First Citizens Bank & Trust
Attn: Recovery
10201 Centurion Parkway, N
Jacksonville, FL 32256


First Utah Bank
3826 South 2300, E
Salt Lake City, UT 84109

Flavored Frozen Yogurt LLC
704 Cedar Lawn Avenue
Lawrence, NY 11691


Frank M. Gargiulo and Son, Inc.
535 Sweetland Avenue
Hillside, NJ 07205


Fresh Checked Dist.
5510 16 Avenue, 3rd Fl.
Brooklyn, NY 11204


Friedman, Goldie
320 Empire Blvd.
Apt. 2L
Brooklyn, NY 11225


G&P Gourmet
PO Box 340978
Brooklyn, NY 11234


Gashi, Arlind
1057 Swinton Avenue
Bronx, NY 10465


Gestener, Abe
441 Brenwood Avenue
Toms River, NJ 08755


Gold, Avi/Data Points Enterprise LLC
7129 Via Firenza
Boca Raton, FL 33433


Gorjian, Joel
12 Wesey Court
Great Neck, NY 11024


Halpert, Kate and Phil
734 Hillcrest Place
Valley Stream, NY 11581


Hammerman, Jacob
32 Wilder Road
Monsey, NY 10952

HMAUU LLC
1091 Fordham Lane
Woodmere, NY 11598


HNB DES
17 S. High Street
Columbus, OH 43215


Huntington National Bank (The)
1405 Xenium Lane, N (PCC180)
Plymouth, MN 55441


Imperial Dade
255 US-1 & 9
Jersey City, NJ 07306


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Interstate Waste Services, Inc.
300 Frank W. Burr Blvd., Ste. 39
Teaneck, NJ 07666


Isuzu Finance of America, Inc.
2500 Westchester Avenue, Ste. 312
Purchase, NY 10577


Kayco B&W Foods
75 New Hook Road
PO Box 82
Bayonne, NJ 07002


Lakewood Madison Plaza LP/
Lakewood Madison Plaza DE 2 LLC
c/o AJH Managemenet
PO Box 580
Lakewood, NJ 08701


Lakewood Plaza DE LLC
PO Box 580
Lakewood, NJ 08701

LCA Bank Corporation
1441 W. Ute Blvd., Ste. 250
Park City, UT 84098


Levine, Josh
Levine and Associates
135 Rockaway Turnpike, Ste. 111
Lawrence, NY 11559


Limitless Packaging LLC
2361 Nostrand Avenue, Ste. 402
Brooklyn, NY 11210


m2 Equipment
175 N. Patrick Blvd., Ste. 140
Brookfield, WI 53045


Marmorstein, A., Rabbi
276 Riverside Drive
New York, NY 10025


McDonald Paper & Restaurant Supplies
999 3rd Avenue
Brooklyn, NY 11232


Mehadrin Dairy
100 Trumbull St.
Elizabeth, NJ 07206


Midwood Realty LLC
187 Avenue U
Brooklyn, NY 11223


Moishie M. Klein, Esq.
40 Airport Road
Lakewood, NJ 08701


Mokhtar, Ben
89-61 164th Street
Jamaica, NY 11432


Mr. Line Distributor Inc.
3-06 Dorothy Street
Fair Lawn, NJ 07410

NASC LLC
431-441B Cedar Lane
Teaneck, NJ 07666


Natalia Batista Vazquez, Esq.
U.S. Small Business Administration
New Jersey District Office
Two Gateway Center, Ste. 1002
Newark, NJ 07102


Nebenzahl, Samuel
370 Lexington Avenue, Ste. 201
New York, NY 10017


Nebenzahl, Samuel
22 Esty Circle
Lakewood, NJ 08701


New Jersey Attorney General's Office
Div. of Law; RJ Hughes Justice Complex
25 Market Street
PO Box 112
Trenton, NJ 08625-0112


New Jersey Dept. of Labor
Division of Employer Accounts
1 John Fitch Plaza
PO Box 389
Trenton, NJ 08611-0389


New Jersey Division of Taxation
Compliance/Enforcement - Bankruptcy Unit
3 John Fitch Way, 5th Fl.
Trenton, NJ 08695-0245


New York State Dept of Tax & Finance
Bankruptcy Section
PO Box 5300
Albany, NY 12205-0300


New York State Dept. Tax & Finance
Bankruptcy Unit - tCD
Bldg. 8, Rm. 455
W.A. Harriman State Campus
Albany, NY 12227

Nishmat  LLC
1824  E.  22  St.
Brooklyn, NY 11229


Normaze  Associates  Inc.
17  Lawrence  Way
Cedar Grove, NJ 07009


Normaze  Associates,  Inc.
17  Lawrence  Way
Cedar Grove, NJ 07009


NRCF  2GC  LLC
140  E.  45th  Street
New York, NY 10017


NY  City  Dept.  of  Finance
Office  of  Legal  Affairs
375  Pearl  Street,  30th  Fl.
New York, NY 10038


NYC  Electricians
50  Saint  Marks  Placed
New York, NY 10003


NYM  Services  LLC
dba Fidelity Payment Services
Attn:  Legal  Depaartment
141  Flushing  Avenue,  Ste.  501
Brooklyn, NY 11205


NYS  Department  of  Labor
Building  12
w.A.  Harriman  Campus
Albany, NY 12226


Odeko
125  State  Street
Moonachie, NJ 07074


Office  of  the  NYS  Attorney  General
The  Capitol
Albany, NY 12224-0341

Order Co.
156 Fifth Avenue, 7th Fl.
New York, NY 10010


Orthodox Union
40 Rector Street, 4th Fl.
New York, NY 10006


Paradise Distributors, LLC
3592 Bedford Avenue
Brooklyn, NY 11210


Pawn Funding
2167 E. 21st Street, Ste. 252
Brooklyn, NY 11229


Pawnee Leasing Corporation
3801 Automaation Way, Ste. 207
Fort Collins, CO 80525


PSE&G
Attn: Alexandra Grant, Esq.
80 Park Plaza
Newark, NJ 07102


Rabanipur, Daniel
25 Newbridge Road, Ste. 405
Hicksville, NY 11801


Rabinovici, David
1091 Fordham Lane
Woodmere, NY 11598


Raskin's Fish Market Inc.
320 Kingston Ave.
Brooklyn, NY 11213


RE&RU Corp.
1015 St. Johns Place
Apt. A3
Brooklyn, NY 11213


Redway Group Inc.
17020 Five Waters Ave.
Boca Raton, FL 33496

Regents Capital Corporation
3200 Bristol Street, Ste. 400
Costa Mesa, CA 92626


Ridgefield Kosher Bakery
501 Broad Avenue
Ridgefield, NJ 07657


Rossman Farms
770 3rd Avenue
Brooklyn, NY 11232


S. OH Group, LLC (The)
1055 river Road, #1010
Edgewater, NJ 07020


Sani-Lab Corporation
43 Westminster Way
Pomona, NY 10970


Secured Lender Solutions, LLC
PO Box 2576
Springfield, IL 62708


Shkolnik, Yudi
1606 Caffrey Avenue
Far Rockaway, NY 11691


Silver Lake
37-09 Main Street, Ste. 3B
Flushing, NY 11354


Sinayskaya Yuniver PC
710 Avenue U
Brooklyn, NY 11223


Soleimani, Isaac
10 Cuttermill Road, Ste. 302
Great Neck, NY 11021


Square Financial Services
3165 E. Millrock Drive, Ste. 160
Salt Lake City, UT 84121

Targeted Lending
5500 Main Street, Ste. 300
Williamsville, NY 14221


U.S. Small Business Administration
2 North Street, Ste. 320
Birmingham, AL 35203


Uline
Attn:  Accounts Receivable
PO Box 88741
Chicago, IL 60680-1741


United States Attorney
Peter Rodino Federal Building
970 Broad Street, Ste. 700
Newark, NJ 07102


United States Attorney General
United States Department of Justice
Ben Franklin Station
PO Box 683
Washington, DC 20044


Vida Remote
101 Marketside Avenue, Ste. 404-344
Ponte Vedra, FL 32081


Wilder Fields
1717 E. West Road
Calumet City, IL 60409


Woolco Foods Inc.
135 Amity Street
Jersey City, NJ 07304

# United States Bankruptcy Court
### District of New Jersey

In re    **703 Bakery Corp.**                                    Case No.    **24-15150 (VFP)**

Debtor(s)                                                            Chapter    **11**


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **703 Bakery Corp.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


■ None [*Check if applicable*]


**June 24, 2024**                                    **/s/ Anthony Sodono, III**

Date                                                            **Anthony Sodono, III**

Signature of Attorney or Litigant

Counsel for   **703 Bakery Corp.**

**McManimon, Scotland & Baumann, LLC**
**75 Livingston Avenue**
**Second Floor**
**Roseland, NJ 07068**
**973-622-1800 Fax:973-712-1463**
**asodono@msbnj.com**