| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| In Re: | Case No.: _____<br><br>Chapter:  11 (Small Business Subchapter V)<br><br>Judge:   _____ |

## SUBCHAPTER V STATUS REPORT

*Note: must be filed 14 days prior to initial status conference in accordance with 11 § U.S.C. 1188(c)*

Date of order for relief: _____

Trustee: _____


Has the debtor served the *Notice of Status Hearing and § 1111(b) Election Deadline* on all creditors and parties in interest?    Yes ❑    No ❑

If no, please explain:
_____

Has the debtor attended an initial debtor interview?    Yes ❑    No ❑

If no, please explain:
_____

Has the trustee concluded the 341 meeting?    Yes ❑    No ❑

If no, please explain:
_____

Has the debtor filed all postpetition financial reports?    Yes ❑    No ❑

If no, please explain:
_____

Has the debtor filed all monthly operating reports?    Yes ❑    No ❑

If no, please explain:
_____

Is all relevant insurance in place and current?    Yes ❑    No ❑

    If no, please explain:

_____

Has the debtor filed all applicable tax returns?    Yes ❑    No ❑

    If no, please explain:

_____

Has the debtor paid all taxes entitled to administrative expense priority?  Yes ❑    No ❑

    If no, please explain:

_____


Please detail the efforts the debtor has undertaken and will undertake to attain a consensual plan of reorganization:

_____
_____
_____
_____

Other relevant information:

_____
_____
_____
_____

 Note: **Debtor must file a plan not later than 90 days after entry of order for relief.** Unless the court extends the deadline upon a finding that extension is "attributable to circumstances for which the debtor should not justly be held accountable." See, 11 U.S.C. § 1189(b).


This status report must be served on the trustee, as well as on all creditors and parties in interest.


Date: _____        _____
                                                            Debtor


Date: _____        _____
                                                            Joint Debtor

rev.2/06/2023