| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re: **703 Bakery Corp.,**<br>**Debtor.** | Case No.: **24-15150 (VFP)**<br>Adversary No.: <br>Chapter: **11**<br>Judge: **Vincent F. Papalia** |

# CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.
**NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated.  A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: **G&P Gourmet, Creditor**
(Example: John Smith, creditor)

Old address: **PO Box 340978**
**Brooklyn, NY  11234**

New address: **110 Beard Street**
**Brooklyn, NY  11231**

New phone no.::
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:  **July 31, 2024**            */s/ Anthony Sodono, III*
                                                                    Signature  **Anthony Sodono, III**

*rev. 8/1/2021*