| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004-1** |
| **BECKER LLC**<br>Eisenhower Plaza Two, Suite 1500<br>354 Eisenhower Parkway<br>Livingston, New Jersey 07039<br>(973) 422-1100<br>Counsel to Balboa Capital Corporation<br>JUSTIN S. BAUMGARTNER, ESQ.<br>Email: jbaumgartner@becker.legal |

| | |
|---|---|
| In re:<br><br>703 BAKERY CORP.,<br><br>　　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 24-15150 (VFP)<br><br>Judge: Hon. Vincent F. Papalia, U.S.B.J. |

## NOTICE OF ELECTION OF BALBOA CAPITAL CORPORATION PURSUANT TO 11 U.S.C. § 1111(b)

Balboa Capital Corporation ("Balboa"), by and through its counsel Becker LLC, hereby gives notice of its election to have all of its claims against the above-captioned debtor and debtor in possession (the "Debtor"), treated as fully secured pursuant to 11 U.S.C. § 1111(b)(2) with respect to the Debtor's Chapter 11 Plan of Reorganization filed on September 27, 2024 (the "Plan").

Balboa reserves the right to revoke the foregoing election if the Plan, or any of its provisions affecting the rights of Balboa or the treatment of Balboa's claims, is amended or modified in any material respect, other than as required to reflect Balboa's section 1111(b) election. This election is without prejudice to Balboa's right to object confirmation of the Debtor's Plan, and is without waiver of such rights, each of which are expressly reserved.

　　　　　　　　　　　　　　　　　　　　**BECKER LLC**


　　　　　　　　　　　　　　　　　　　　/s/ Justin S. Baumgartner, Esq._____
　　　　　　　　　　　　　　　　　　　　Justin S. Baumgartner, Esq.

Dated:  October 11, 2024

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

### NOTICE TO THE BAR AND PUBLIC CONCERNING MODIFIED 11 U.S.C. § 1111(b) ELECTION DEADLINE IN SUBCHAPTER V CASES

Federal Rule of Bankruptcy Procedure 3014 specifies when secured creditors may elect the application of 11 U.S.C. § 1111(b)(2) of the Bankruptcy Code in a chapter 9 or 11 case and, with respect to cases filed under subchapter V of chapter 11, states that "the election may be made not later than a date the court may fix."

In accordance with FRBP 3014, please be advised that the Court will direct creditors seeking a § 1111(b)(2) election to make such election **no later than 14 days** from the filing of the debtor's plan, unless extended by further order of the Court.

This modified deadline supersedes the deadline set forth in the *Notice to the Bar and Public Concerning 11 U.S.C. §1111(b) Election Deadline in Subchapter V Cases*, dated February 6, 2023, which set a previous deadline of no later than 60 days from the petition date.

Dated: January 22, 2024                                                    Jeanne A. Naughton, Clerk