| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b) |
| **McMANIMON, SCOTLAND & BAUMANN, LLC**<br>75 Livingston Avenue, Suite 201<br>Roseland, NJ 07068<br>(973) 622-1800<br>Anthony Sodono, III (asodono@msbnj.com)<br>Sari B. Placona (splacona@msbnj.com)<br>*Counsel to 703 Bakery Corp., Subchapter V Chapter 11 Debtor and Debtor-in-Possession* |

| | |
|---|---|
| In re:<br><br>703 Bakery Corp.,<br><br>                    Debtor. | Chapter 11; Subchapter V<br><br>Case No. 24-15150 (VFP)<br><br>Honorable Vincent J. Papalia<br><br>Confirmation Hearing and Time:<br>December 12, 2024 at 11:00 a.m. |

**CERTIFICATION OF BALLOTS REGARDING DEBTOR'S COMBINED FIRST AMENDED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT PURSUANT TO 11 U.S.C. § 1191(b)**

I, Sari B. Placona, of full age, hereby certify to the Court as follows:

1. I am an attorney-at-law of the State of New Jersey and a partner with the law firm of McManimon, Scotland & Baumann, LLC, counsel for 703 Bakery Corp., Subchapter V Chapter 11 debtor and debtor-in-possession (the "Debtor").

2. The Debtor's Combined Plan of Reorganization and Disclosure Statement, filed September 27, 2024 [Doc. 155], contained thirteen (13) classes of creditors.

3. On October 23, 204, the Debtor filed its Combined First Amended Plan of Reorganization and Disclosure Statement (the "Plan") [Doc. 178], containing thirteen (13) classes of creditors.

4. Ballots to accept or reject the Plan were due to my office by December 5, 2024. As of today's date, my office received nine (9) ballots.

5. Triborough Bridge & Tunnel Authority, Class 13, voted to accept the Plan. Channel Partners Capital LLC, Class 4, voted to accept the Plan.  M2 Equipment Finance, LLC, Class 7, voted to accept the Plan.

6. Redway Group, Inc., Class 13, voted to reject the Plan. Normaze Associates, Inc. ("Normaze"),[1] Class 13, voted to reject the Plan. Tokyo Century, Inc. ("Tokyo")[2] filed two ballots, Class 13 rejected the Plan and Class 3 rejected the Plan. Balboa Capital Corporation, Class 9, rejected the Plan.  750 8th Avenue[3], Class 13, voted to reject the Plan.

7. The following chart reflects the votes cast on the Debtor's Plan or as deemed accepted in favor of the Plan:

|  | Impaired Yes/No | Number of Ballots Cast | Number of Ballots Accepting | Number of Ballots Rejecting | Percentage of Ballots Accepting | Dollar Amount of Ballots Accepting | Dollar Amount of Ballots Rejecting | Percentage of Dollar Amount Accepting | Accept Yes/No |
|---|---|---|---|---|---|---|---|---|---|
| CLASS 1 | Y | 0 | 0 | 0 | 0 | 0 | 0 | 0 | No |
| CLASS 2 | Y | 0 | 0 | 0 | 0 | 0 | 0 | 0 | No |
| CLASS 3 | Y | 1 | 0 | 1 | 0 | 0 | $76,650 | 0 | No |
| CLASS 4 | Y | 1 | 1 | 0 | 100% | $65,066.15 | 0 | 100% | Yes |
| CLASS 5 | Y | 0 | 0 | 0 | 0 | 0 | 0 | 0 | No |
| CLASS 6 | Y | 0 | 0 | 0 | 0 | 0 | 0 | 0 | No |
| CLASS 7 | Y | 1 | 1 | 0 | 100% | $147,043.84 | 0 | 100% | Yes |
| CLASS 8 | Y | 0 | 0 | 0 | 0 | 0 | 0 | 0 | No |
| CLASS 9 | Y | 1 | 0 | 1 | 0 | 0 | $154,547.54 | 0 | No |
| CLASS 10 | Y | 0 | 0 | 0 | 0 | 0 | 0 | 0 | No |
| CLASS 11 | Y | 0 | 0 | 0 | 0 | 0 | 0 | 0 | No |
| CLASS 12 | Y | 0 | 0 | 0 | 0 | 0 | 0 | 0 | No |
| CLASS 13 | Y | 5 | 1 | 4 | 20% | $43,604.32 | $1,292,691.92 | 3.3% | No |

---

[1] The Debtor and Normaze have resolved Normaze's objection. The parties will be entering into a Consent Order which will be filed on the docket.

[2] Tokyo financed certain of the Debtor's vehicles and holds a purchase money secured interest claim for such vehicles. The Debtor advised Toyko of the location of one of the vehicles, specifically, LN138517. The other vehicle, specifically LN143964, is at an impound lot.  Counsel for Tokyo is expected to send the Debtor a consent order to resolve the objection or reduce and reclassify part of its claim.

[3] The Debtor and 750 8th Avenue are discussing a resolution.

4897-4689-5877, v. 1

**WHEREFORE,** pursuant to 11 U.S.C. § 1129,[4] the requisite creditor approvals have been obtained for confirmation of the Debtor's Plan under the cramdown provisions of 11 U.S.C. § 1191(b).

I, Sari B. Placona, the attorney for the Debtor, certify under penalty of perjury that the above is true.

Dated: December 10, 2024

*/s/ Sari B. Placona*
Sari B. Placona

---

[4] 11 U.S.C. § 1191(b) provides that, if all of the applicable requirements of section 1129(a) of this title, other than paragraphs (8), (19), and (15) of that section, are met with respect to a plan, the court, on request of the debtor, shall confirm the plan notwithstanding the requirements of such paragraphs if the plan does not discriminate unfairly, and is fair and equitable, with respect to each class of claims or interests that is impaired under, and has not accepted, the plan.

4897-4689-5877, v. 1