703 BAKERY CORP      12/11/2024 15:19
24-15150-VFP
Five Year Projected Cash Flow

|  | Dec-24 | 2025 | 2026 | 2027 | 2028 | 2029 | Total |
|---|---:|---:|---:|---:|---:|---:|---:|
| Total Sales | $ 800,000 | $ 11,750,000 | $ 11,985,000 | $ 12,104,850 | $ 12,225,899 | $ 12,348,157 | $ 61,213,906 |
| COGS @ 21.5% | 142,000 | 2,476,250 | 2,518,775 | 2,602,543 | 2,628,568 | 2,654,854 | 13,022,990 |
| Payroll & Taxes | 432,407 | 5,320,887 | 5,320,887 | 5,446,134 | 5,499,395 | 5,553,189 | 27,572,900 |
| Rent | 96,000 | 1,224,000 | 1,248,480 | 1,273,450 | 1,298,919 | 1,324,897 | 6,465,745 |
| Utilities | 41,000 | 495,500 | 495,500 | 495,500 | 495,500 | 495,500 | 2,518,500 |
| Sales Tax | 48,000 | 705,000 | 719,100 | 726,291 | 733,554 | 740,889 | 3,672,834 |
| Credit Card Fees | 24,000 | 352,500 | 359,550 | 363,146 | 366,777 | 370,445 | 1,836,417 |
| Insurance | 13,000 | 156,000 | 156,000 | 156,000 | 156,000 | 156,000 | 793,000 |
| Software Expenses | 12,500 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 762,500 |
| Advertising & marketing | 10,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 510,000 |
| Repairs & Maintenance | 5,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 305,000 |
| Vehicle gas & fuel | 4,000 | 50,400 | 50,400 | 50,400 | 50,400 | 50,400 | 256,000 |
| Supplies | 5,000 | 63,000 | 63,000 | 63,000 | 63,000 | 63,000 | 320,000 |
| Rabinical Supervision | 7,500 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 457,500 |
| Travel & Delivery | 3,800 | 47,880 | 47,880 | 47,880 | 47,880 | 47,880 | 243,200 |
| Truck Lease | 3,778 | 45,336 | 45,336 | 45,336 | 45,336 | 45,336 | 230,458 |
| Equipment Leases | 7,500 | 108,000 | 108,000 | 108,000 | 108,000 | 108,000 | 547,500 |
| Office Expenses | 4,500 | 54,000 | 54,000 | 54,000 | 54,000 | 54,000 | 274,500 |
| Total Expenses | 717,985 | 9,022,503 | 9,068,133 | 9,229,136 | 9,318,761 | 9,409,536 | 46,766,054 |
| Cash Flow From Operations | (59,985) | 251,247 | 398,092 | 273,171 | 278,570 | 283,767 | 1,424,862 |
| Money from Investor | 75,000 | 250,000 |  |  |  |  | 325,000 |
| **Less Plan Payments:** |  |  |  |  |  |  |  |
| SBA | 741 | 7,414 | 7,414 | 7,414 | 7,414 | 7,414 | 37,813 |
| Priority Sales Taxes |  | 28,800 | 28,800 | 28,800 | 28,800 | 28,800 | 144,000 |
| Admin Claims |  | 220,000 | 155,000 |  |  |  | 375,000 |
| DM Brands |  | 156,750 |  |  |  |  | 156,750 |
| Secured Claims | 6,734 | 84,440 | 34,963 | 34,963 | 34,963 | 34,963 | 231,028 |
| DIP Loan Repayment |  |  | 110,000 | 125,000 | 119,500 |  | 354,500 |
| Unsecured Claims |  | 60,000 | 60,000 | 60,000 | 60,000 | 180,000 | 420,000 |
| Beginning Cash | 50,000 | 57,539 | 1,382 | 3,296 | 20,289 | 48,181 | 50,000 |
| Ending Cash | $ 57,539 | $ 1,382 | $ 3,296 | $ 20,289 | $ 48,181 | $ 80,770 | $ 80,770 |