UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue
Roseland, NJ 07068
(973) 622-1800
Anthony Sodono, III (asodono@msbnj.com)
Sari B. Placona (splacona@msbnj.com)
*Counsel to 703 Bakery Corp., Subchapter V Chapter 11 Debtor and Debtor-in-Possession*

Order Filed on December 16, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

703 Bakery Corp.,

        Debtor.

Chapter 11; Subchapter V

Case No. 24-15150 (VFP)

Honorable Vincent J. Papalia

Hearing Date: December 12, 2024

## ORDER CONFIRMING DEBTOR'S COMBINED FIRST AMENDED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT PURSUANT TO 11 U.S.C. § 1191(b)

       The relief set forth on the following pages, numbered two (2) through twenty-three (23), is hereby **ORDERED**.

**DATED: December 16, 2024**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor:         703 Bakery Crop.
Case No:        24-15150 (VFP)
Caption:        Order Confirming Debtor's Combined First Amended Plan of Reorganization and
                Disclosure Statement Pursuant to 11 U.S.C. § 1191(b)

_____

 703 Bakery Corp., Subchapter V Chapter 11 debtor and debtor-in-possession (the "Debtor"), by and through its attorneys, McManimon, Scotland & Bauman, LLC, hereby submits this Order Confirming Debtor's Combined First Amended Plan of Reorganization and Disclosure Statement Pursuant to 11 U.S.C. § 1191(b), based upon the filing of *Debtor's First Amended Plan of Reorganization and Disclosure Statement* [ECF 178] (the "Plan") under chapter 11 of Title 11, United States Code (the "Bankruptcy Code"); and it appearing that due notice of the hearing to consider confirmation of the Plan (the "Confirmation Hearing") having been given; and the solicitation of acceptances or rejections of the Plan having been made in the manner required by this Court and by law; and a Confirmation Hearing having been held before the Court on December 12, 2024, and upon the entire record of this case, the argument of counsel for the Debtor, and the evidence proffered at the Confirmation Hearing, including the Certification of Oleg Azizov in support of confirmation of the Plan [ECF 209]; and the Certification of Sari B. Placona, Esq. on the tabulation of the ballots cast in favor of and against the Plan (the "Certification of Ballots") [ECF 210]; and the Court having considered the objections to the Plan ("Objections"), if any; and the Court having considered the supporting papers filed by the Debtor, and, unless otherwise stated, all capitalized terms used herein having the meaning set forth in the Plan; and after due deliberation and good and sufficient cause appearing thereof;

 **IT IS HEREBY FOUND THAT**:

 A. The Plan attached as Exhibit A and as modified herein complies with all applicable provisions of the Bankruptcy Code.

 B. The Plan has been proposed in good faith and not by any means forbidden by law.

Debtor:          703 Bakery Crop.
Case No:         24-15150 (VFP)
Caption:         Order Confirming Debtor's Combined First Amended Plan of Reorganization and
                 Disclosure Statement Pursuant to 11 U.S.C. § 1191(b)

_____

C.       The Debtor has disclosed to the Court any payments made or promised for services

or for costs and expenses in connection with this case or the Plan, and such payments have been

approved by, or are subject to the approval of, the Court as reasonable.

D.       No government regulatory commission has jurisdiction over any rates charged by

the Debtor.

E.       All Allowed Administrative claims and Non-Tax Priority claims will be paid in full

within the first two (2) years after entry of the order confirming the Plan  as set forth in the Plan

or in this order confirming the Plan. With regard to the aforementioned which will be paid after

the Effective Date, it is with the consent of all affected parties.

F.       All Classes through and including 1-13 are impaired under the Plan. As reflected

in the filed Certification of Ballots Classes 4 and 7 voted to accept the Plan.  Since this is a

Subchapter V, Title 11 case, and because all classes have not voted to accept the Plan, the Plan

was not consensual, the Debtor acknowledges it will not receive its discharge until the Plan

payments are complete.  At the Confirmation Hearing, all objections were resolved on the record.

G.       The Plan is feasible. The Debtor will be and has sufficiently demonstrated its ability

to meet its financial obligations under the Plan. Moreover, any shortfall in the Debtor's ability to

pay its operating expenses will be back-stopped by the infusion of debtor-in-possession exit

financing up to $500,000. Confirmation and consummation of the Plan is not likely to be

followed by the need for further financial reorganization of the Debtor.

H.       The Debtor has no retiree benefits as that term is defined in section 1114 of the

Bankruptcy Code.

Debtor:        703 Bakery Crop.
Case No:       24-15150 (VFP)
Caption:       Order Confirming Debtor's Combined First Amended Plan of Reorganization and
               Disclosure Statement Pursuant to 11 U.S.C. § 1191(b)
_____

I.        Bankruptcy Code sections 1129(a)(14) and 1129(a)(15) are not applicable to this case.

J.        If applicable, all transfers of property under the Plan will be made in accordance with any applicable provisions of non-bankruptcy law that govern the transfer of property by a corporation or trust that is not a moneyed, business, or commercial corporation or trust.

K.        The Plan meets all the applicable requirements of sections 1129(a), and 1129(b) of the Bankruptcy Code.

L.        The classification of claims and interests under the Plan is consistent with section 1122 of the Bankruptcy Code.

M.        The Plan specifies the classes of claims and interests impaired under the Plan and specifies the treatment of claims or interests in such classes.

N.        The Plan provides the same treatment for each claim or interest of a particular class.

O.        The Plan provides adequate means for its execution and implementation.

P.        The procedures by which the Ballots were distributed and tabulated were fair, properly conducted, and complied with the prior Orders of this Court.

Q.        The service of notice of the Confirmation Hearing and the solicitation of acceptances and rejections of the Plan were appropriate and satisfactory and were in compliance with the provisions of the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.

Based upon the above findings of fact; and good and sufficient cause appearing therefor,

Debtor:  703 Bakery Crop.
Case No:  24-15150 (VFP)
Caption:  Order Confirming Debtor's Combined First Amended Plan of Reorganization and
    Disclosure Statement Pursuant to 11 U.S.C. § 1191(b)

_____

**IT IS ORDERED, ADJUDGED AND DECREED THAT**:

1.  The Plan[1] [ECF 178] annexed as Exhibit A, and as amended and modified herein, be and hereby is confirmed in accordance with, among other sections, the applicable provisions of sections 1129(a), 1129(b) and 1191(b) of the Bankruptcy Code; *provided, however*, if there is any direct conflict between the terms of the Plan and the terms of this Confirmation Order, the terms of this Confirmation Order shall control. The terms of the Plan are an integral part of this Confirmation Order and hereby are incorporated herein by reference and "So Ordered" in their entirety.

2.  If any objections to the Plan were not withdrawn, all objections, whether raised formally or informally, and specifically including the Objections, are overruled.

3.  If the Debtor fails to make any payment or to perform any other obligation required under the confirmed Plan,[2] and such failure continues for a period of thirty (30) days after the due date of such payment or performance, the following shall apply:

> a. Notice of Default: The Creditor(s) shall provide written notice of the default to the Debtor and the Debtor's attorney(s). The notice shall be by regular mail and email, shall specify the nature of the default and provide the Debtor with an additional fifteen (15) days to cure the default.

---

[1] All capitalized terms not defined herein shall have the same meaning as prescribed in the Plan.
[2] This default provision applies to all Creditors under the Debtor's Plan. If a specific default provision for a particular Creditor(s) is outlined in this Confirmation Order, it will supersede this general default provision.

Debtor:         703 Bakery Crop.
Case No:        24-15150 (VFP)
Caption:        Order Confirming Debtor's Combined First Amended Plan of Reorganization and
                Disclosure Statement Pursuant to 11 U.S.C. § 1191(b)
_____

    b.   Opportunity to Cure: If the Debtor fails to cure the default within the fifteen

(15) day period, the Creditor(s) may file a Certification of Default with the

Court seeking appropriate relief.

    c.   Hearing on Default: Upon the filing of such a motion, the Court shall schedule

a hearing to determine whether the Debtor has defaulted under the terms of the

Plan and whether the Creditor is entitled to the requested relief.

    d.   Remedies: If the Court finds that the Debtor has defaulted and failed to cure the

default, the Court may grant the Creditor(s) relief, allowing the Creditor to

pursue its state law remedies, including foreclosure, eviction or repossession,

or any other relief deemed appropriate by the Court.

    e.   Continued Obligations: The Debtor's obligations under the Plan shall continue

in full force and effect, and the Debtor shall remain liable for any deficiency or

other amounts due under the Plan.

4.     750 8th Avenue LLC ("8th Avenue") is hereby deemed to have an Administrative

Expense related to repair and cleanup costs from the Debtor's occupancy and move-out from the

premises located at 750 Eighth Avenue, New York, New York 10036 ("Time Square Location").

8th Avenue's administrative claim for repair/costs is fixed at $2,720.00. Furthermore, the

$2,720.00 claim shall be added to 8th Avenue's administrative rent claim of $123,281.83.

Therefore, 8th Avenue's total Administrative Expense under the Plan is $126,001.83.

5.     8th Avenue's Administrative Expense shall be treated similarly as all

other  Administrative Expense claims in the Plan. The projections filed by the Debtor anticipates

paying all Administrative Expenses over two years.

Debtor:       703 Bakery Crop.
Case No:      24-15150 (VFP)
Caption:      Order Confirming Debtor's Combined First Amended Plan of Reorganization and
              Disclosure Statement Pursuant to 11 U.S.C. § 1191(b)

_____

6.      E.O.M. Realty NY Corp. (the "E.O.M.") entered into a sublease with the Debtor on March 10, 2022 (the "Lease") covering a portion of the ground floor at the building located at 676 Amsterdam Avenue, New York, NY (the "Premises"). E.O.M. and the Debtor negotiated a global settlement, filed with the Court on December 4, 2024, of all outstanding claims, counterclaims, defenses and set-offs, as memorialized in the Stipulation and Consent Order Re: Disposition of Sublease for Premises and Settlement of Arrears ("E.O.M. Settlement Order").[3] ECF 199. The terms of the E.O.M. Settlement Order implemented into the Plan are as follows:

(i)     Notwithstanding any timeline issues under 11 U.S.C. §365(d)(4), E.O.M. consented to the assumption of the Lease upon entry of the E.O.M. Settlement Order.

(ii)    The Debtor acknowledges that E.O.M.'s obligation to reimburse the Debtor for all of the costs of improvements at the Premises is fixed at $120,000, which has previously been paid in full before September 30, 2024, except for the cost of installing a movable wall at the Premises at a cost of $21,985. This cost of $21,985 shall be split between the Debtor and E.O.M.  on a 50%-50% basis such that E.O.M. owes the Debtor a credit of $10,992.50 (the "Credit").

(iii)   The outstanding Lease arrears owed by the Debtor to E.O.M. as of the date hereof aggregates the sum of $32,811.00 net of the Credit and all prior payments made by the Debtor (the "Net Arrears"). The Net Arrears shall be

_____

[3] Insofar as the Debtor's confirmation order relates to E.O.M. and the Premises, E.O.M Settlement Order shall have control over the Debtor's confirmation order.

Debtor:         703 Bakery Crop.
Case No:        24-15150 (VFP)
Caption:        Order Confirming Debtor's Combined First Amended Plan of Reorganization and
                Disclosure Statement Pursuant to 11 U.S.C. § 1191(b)

_____

paid by the Debtor to E.O.M. over a period of twelve (12) months, beginning on December 1, 2024 and continuing through November 30, 2025, in equal monthly installments of $2,734.34 per month, which monthly payments are due on the first day of each month starting on December 1, 2024.

(iv)    As of November 1, 2024, monthly base rent under the Lease shall be calculated based upon twenty (20%) percent of gross sales for the preceding month, with monthly rent payments due on the first day of each month. The November rent payment shall be due on December 2, 2024, after November gross sales are fully calculated, based on 20% thereof.

(v)     All of the Debtor's payment obligations hereunder, together with the Debtor's payment obligations under the assumed Lease, shall be secured by a state court judgment of possession and warrant of eviction to be executed upon entry of the E.O.M. Settlement Order (the "Eviction Documents"). The Eviction Documents shall be held in escrow by E.O.M.'s attorneys and may be released from escrow and filed by E.O.M. in the Civil Court, New York County if a  default by the Debtor under this Consent Order or the Lease after issuance to the Debtor by email of a written notice of default which is not cured within  fifteen (15) days thereafter.

7.      CIT Bank, A Division of First Citizens Bank or its successors or assignees ("CIT"), filed a motion under Bankruptcy Code §362(a) for relief from the automatic stay as to certain property set forth below. On December 4, 2024, CIT Bank and the Debtor filed a Consent

Debtor:        703 Bakery Crop.
Case No:       24-15150 (VFP)
Caption:       Order Confirming Debtor's Combined First Amended Plan of Reorganization and
               Disclosure Statement Pursuant to 11 U.S.C. § 1191(b)

_____

Order Resolving Motion for Relief from the Automatic Stay ("CIT Settlement Order"). ECF 198.

The CIT Settlement Order terms and conditions are hereby incorporated into the Plan as set forth

below:

    (i)    Prior to the Debtor filing the instant Chapter 11 proceeding, CIT and the Debtor entered into three (3) Contracts[4] financing the Debtor's purchase of commercial kitchen equipment, with said Contracts further obligating the Debtor to make regular monthly and/or quarterly payments to repay the borrowed sums and further granting Movant a security interest in the Equipment;

    (ii)    CIT perfected its security interests in the Equipment by filing a UCC Financing Statement as to each Contract and related Equipment prior to the Debtor's filing of this Chapter 11 case;

    (iii)    Debtor defaulted on all three Contracts and owed CIT pre and post-petition arrears; the Debtor shall retain possession of the Equipment described in Exhibit A of the CIT Settlement Order and the Automatic Stay shall remain in full force and effect, subject to the following repayment conditions:

        a.    Cure of pre and post-petition arrears: As of the date of entry into the CIT Settlement Order,[5] the Debtor is:

---

[4] See Exhibit A of the CIT Settlement Order. ECF 198.
[5] CIT Settlement Order was executed by CIT's attorney, Cameron Deane, Esq., on November 13, 2024 and Debtor's attorney, Sari B. Placona, Esq., on November 22, 2024. ECF 198.

Debtor:        703 Bakery Crop.
Case No:      24-15150 (VFP)
Caption:      Order Confirming Debtor's Combined First Amended Plan of Reorganization and
              Disclosure Statement Pursuant to 11 U.S.C. § 1191(b)
_____

    b.   currently past due on each contract in the aggregate sum of $82,459.19, as further described below:

       i.   Contract ending in 8000 (Motion at Docket 93) - Pre and post-petition arrears due in the amount of $28,394.40;

      ii.   Contract ending in 3000 (Motion at Docket 94) - Pre and post-petition arrears due in the amount of $33,058.17;

     iii.   Contract ending in 2000 (Motion at Docket 95) - Pre and post-petition arrears due in the amount of $21,006.62;

    c.   Debtor shall cure the arrears stated in paragraph 1 of the CIT Settlement Order via monthly installments of $2,000 per month payable to CIT beginning December 1, 2024 and continuing on the 1st day of each month thereafter until the arrears stated in paragraph a are satisfied.

    d.   The payments described in paragraph 2 of the CIT Settlement Order shall be applied on a pro rata basis towards the arrears owed on each Contract.

    e.   The Debtor shall resume contractual payments on each contract by submitting payments directly to CIT, beginning with the next contractual payment due.

  (iv)   Events of Default:

    a.   If the Debtor fails to remit payment as stated above or fails to make any regular monthly payment within thirty (30) days of

Debtor:          703 Bakery Crop.
Case No:         24-15150 (VFP)
Caption:         Order Confirming Debtor's Combined First Amended Plan of Reorganization and
                 Disclosure Statement Pursuant to 11 U.S.C. § 1191(b)

_____

the date the payments are due, then CIT may obtain an Order

Vacating the Automatic Stay.[6] as to the Collateral by filing,

with the Bankruptcy Court, a Certification specifying the

Debtor's failure to comply with the CIT Settlement Order. At

the time the Certification is filed with the court, a copy of the

Certification shall be sent to the Chapter 11 SubV

Trustee, the Debtor, and the Debtor's counsel.

(v)      If the Debtor converts its case to a Chapter 7, Debtor shall cure all pre-

petition and post-petition arrears within ten (10) days from the date of

conversion. Failure to cure the arrears shall constitute a default under the

CIT Settlement Order, and CIT may certify default as set forth in paragraph

3 of the CIT Settlement Order.

(vi)     Nothing contained in the CIT Settlement Order shall in any way prejudice,

impair, or otherwise affect the interests of any other party in and to the

Equipment, if any such interests exist.

8.       CFP New York LP's ("CFP") secured claim shall be allowed as a fully secured

claim in the amount of $116,053.23; with CFP to retain its liens; provided, however that the

amount of CFP's secured claim will be reduced, and the monthly plan payment revised

accordingly pursuant to the proposed treatment set forth in the Debtor's Plan, following the

application by CFP of any net sale proceeds received by CFP from any sale or other disposition

_____

[6] The automatic stay is vacated upon confirmation of a plan.  If a default occurs and such default is not cured, and the creditor files a certification of default, the creditor may take any action it deems appropriate.

Debtor:          703 Bakery Crop.
Case No:         24-15150 (VFP)
Caption:         Order Confirming Debtor's Combined First Amended Plan of Reorganization and
                 Disclosure Statement Pursuant to 11 U.S.C. § 1191(b)

_____

of any equipment or other collateral returned by the Debtor to CFP following confirmation of the

Plan.

9.       Frank Gargiulo and Son Inc. d/b/a Gargiulo Produce ("Gargiulo"),[7] is hereby

deemed to have a secured claim in the amount of $114,817.00. Upon approval of the Plan, the

Debtor will tender sixty (60) equal monthly payments in the amount of $1,913.61 to Gargiulo.

The first payment will be due on March 1, 2025, and each subsequent payment will be due on

the 1st day of each month thereafter until all sixty (60) payments are made.

10.      Normaze Associates, Inc. ("Normaze") filed an Objection to Confirmation of

Chapter 11 Plan of Reorganization ("Normaze Objection"). Normaze and the Debtor resolved all

issues related to the Normaze Objection. On December 11, 2024, Normaze and the Debtor filed

a consent order resolving the Normaze Objection ("Normaze Settlement Order"). A Certification

Concerning the Normaze Settlement Order was filed. ECF 211. The Normaze Settlement Order

terms and conditions are hereby incorporated into the Plan as set forth below:

(i)      The Debtor is the sole tenant at 323 Ridge Road, Lyndhurst, New Jersey

         ("Lyndhurst Location") where Normaze is the landlord under a lease dated

         August 16, 2017 ("Normaze Lease"). Currently the Debtor's monthly rent

         due to Normaze pursuant to the terms of the Normaze Lease is

         $8,508.54/month.

(ii)     The Lyndhurst Location is essential to the Debtor's business.

(iii)    Debtor wishes to assume all obligations under the Normaze Lease.

_____

[7] Gargiulo filed Proof of Claim 6 on June 5, 2024.

Debtor:         703 Bakery Crop.
Case No:        24-15150 (VFP)
Caption:        Order Confirming Debtor's Combined First Amended Plan of Reorganization and
                Disclosure Statement Pursuant to 11 U.S.C. § 1191(b)

_____

(iv)    As of the Petition Date, Debtor owed Normaze $55,430.28.

(v)     Post-petition, Debtor was in arrears for obligations under the Normaze
        Lease which were previously resolved by a consent order entered on
        September 17, 2024 ("Normaze Consent Order"), the terms of which are
        incorporated into the Normaze Settlement Order and hereto into this
        confirmation order.

(vi)    At the time of the Normaze Consent Order, the Debtor was in arrears post-
        petition in the amount of $32,011.02 for rent and utilities through
        September 1, 2024. Subsequently, the Debtor failed to pay a utility charge
        (water) in the amount of $6,959.09 for a total of $38,970.11.

(vii)   From October 2024 through December 1, 2024, rent was due in the
        amount of $25,525.62 for a total post-petition obligation through
        December 1, 2024 of $64,495.73.

(viii)  Through December 1, 2024, the Debtor paid to Normaze the sum of
        $48,000.00 leaving post-petition balance due of $16,495.73.

(ix)    Pursuant to the Normaze Consent Order, Debtor is to pay the sum of
        $12,000.00/month on account of rent accruing at $8,508.54 with the
        monthly balance of $3,491.46 being applied to the indicated post-petition
        balance.

(x)     If payments are made in a timely manner, the post-petition arrears will be
        paid by April 15, 2025 (with the final payment being $11,038.43).

Debtor:         703 Bakery Crop.
Case No:        24-15150 (VFP)
Caption:        Order Confirming Debtor's Combined First Amended Plan of Reorganization and
                Disclosure Statement Pursuant to 11 U.S.C. § 1191(b)

_____

(xi)     The Debtor has agreed to continue to make all payments due pursuant to the Normaze Consent Order.

(xii)    In addition, to cure pre-petition sums due, the Debtor has agreed to pay the $55,430.28 due in six (6) equal monthly installments in the amount of $9,238.38 commencing on January 15, 2025 and continuing on the 15th of each subsequent month through June 15, 2025.

(xiii)   All payments are to be received no later than ten (10) calendar days after the date due.

(xiv)    All payments are to be delivered to Normaze at 17 Lawrence Way, Cedar Grove, NJ 07009, or such address as may be provided to the Debtor.

(xv)     Pursuant to the Normaze Settlement Order, the Debtor was ordered to pay the sums set forth above in addition to all rent and other charges due pursuant to the Normaze Lease in according with the schedule set forth above.

(xvi)    If any payment is not received by Normaze within ten (10) days of the date due, Normaze may commence appropriate tenancy proceeding in the Superior Court of New Jersey without obtaining further relief from the United States Bankruptcy Court seeking possession of the Lyndhurst Location.

(xvii)   The Debtor hereby assumes the Normaze Lease pursuant to the terms of the Normaze Lease.

(xviii)  Normaze's Objection should be and hereby is withdrawn.

Debtor:       703 Bakery Crop.
Case No:      24-15150 (VFP)
Caption:      Order Confirming Debtor's Combined First Amended Plan of Reorganization and
              Disclosure Statement Pursuant to 11 U.S.C. § 1191(b)
_____

(xix)   Normaze will withdraw the ballot rejecting the Plan.

11.     Tokyo Century (USA), Inc. ("Tokyo") filed a motion to vacate the automatic stay regarding the, (1) 2012 Isuzu NQR VIN No.: JALE5W168C7900734 with 16' Insulated Van Body ("Isuzu"), and the (2) 2022 Ford Transit 250 VIN NO.: 1FTBR387NKA85205 ("Ford") (the Isuzu and Ford collectively the "Vehicles") ("Tokyo Motion"). On December 12, 2024, Tokyo and the Debtor filed a consent order resolving the Tokyo Objection ("Tokyo Settlement Order"). ECF 213. The Tokyo Settlement Order terms and conditions are hereby incorporated into the Plan as set forth below:

(i)     On October 30, 2024 the Court entered an order granting Tokyo's relief pursuant to the Tokyo Motion, subsequent to the Debtor filing a Certification of No Objection wherein the Debtor stated it did not oppose the Tokyo Motion.

(ii)    The Debtor represented it would return the Vehicles to Tokyo, however as of December 11, 2024 the Isuzu is at a garage charging storage of $90.00 per day with a total due for storage of $4,026.00 as of September 25, 2024 such that the Administrative Claim is approximately $6,930.00 as of December 11, 2024. Tokyo sought the return of the Ford that is at a location of 624 Page Ave., Lyndhurst, New Jersey 07071.

(iii)   Although the Debtor has abandoned the Vehicles ("Collateral"), the Debtor agrees it will cooperate with returning the Collateral to Tokyo.

(iv)    The Debtor agrees to provide Tokyo with, (1) an Administrative Claim for all storage fees of at least $6,930.00, and (2) including $90.00 per day

| Debtor: | 703 Bakery Crop. |
|---|---|
| Case No: | 24-15150 (VFP) |
| Caption: | Order Confirming Debtor's Combined First Amended Plan of Reorganization and Disclosure Statement Pursuant to 11 U.S.C. § 1191(b) |

_____

thereafter until the date of the Confirmation Order is entered by the Court, said Administrative Claim is hereby amended and incorporated into the Debtor's Plan.

12.    Balboa Capital Corporation ("Balboa") and the Debtor have reached an agreement regarding Balboa's rejection of the Debtor's Plan via its vote on the ballot regarding Balboa's treatment of its Class 9 Claim in the unpaid principal amount of $154,547.54. On October 11, 2024 Balboa filed a Notice of Election of Balboa Pursuant to 11 U.S.C. § 1111(b) ("Balboa Election"). ECF 170. On December 5, 2024 Balboa filed the Secured Creditor Balboa's Objection to the Debtor's Plan (ECF No. 178) ("Balboa Objection"). ECF 201. Balboa and the Debtor have resolved the Balboa Election and Balboa Objection, with a forthcoming consent order to be submitted to the Court, subject to the following terms and conditions to be incorporated into the Debtor's Plan:

(i)    The Debtor shall pay Balboa $3,600.00 per month over forty-four (44) months upon approval of the Debtor's Plan.

(ii)    Balboa will receive an Automated Clearing House ("ACH") payment on the ongoing debt payments.

(iii)    The Debtor shall provide Balboa with pictures of the Collateral in its current condition, included in the Balboa proof of claim list.

(iv)    The Debtor shall obtain insurance on the Collateral within thirty (30) days of filing Balboa and the Debtor's consent order with the Court. Proof of insurance shall be provided to Balboa within the aforementioned timeframe.

Debtor:        703 Bakery Crop.
Case No:       24-15150 (VFP)
Caption:       Order Confirming Debtor's Combined First Amended Plan of Reorganization and
               Disclosure Statement Pursuant to 11 U.S.C. § 1191(b)

_____

(v)     The Debtor shall provide Balboa with a copy of the first page of the

        Debtor's principal bank account to disclose the balance of same to Balboa.

(vi)    Balboa shall retain a lien on the Collateral with the right of repossession

        should the Debtor default on its payment(s) to Balboa.

(vii)    The first payment of $3,600.00 shall be tendered by the Debtor to Balboa

        within ten (10) days of entry of the forthcoming consent order between the

        Debtor and Balboa.

13.    On October 21, 2025, Targeted Lending Co., LLC ("Targeted") and the Debtor

filed a Consent Order Resolving Motion for Relief from the Automatic Stay and for Adequate

Protection Payments ("Targeted Consent Order"). ECF 176. The Targeted Consent Order's terms

and conditions are hereby incorporated into the Debtor's Plan as follows:

(i)     On or about May 23, 2022, Targeted financed Debtor's purchase of

        twenty-one (21) items of commercial kitchen equipment and appliances

        (collectively the "Equipment"), and in exchange the Debtor promised to

        make certain payments set forth in an equipment finance agreement

        number 124724 (the "EFA"), granting Targeted a security interest in the

        Equipment.

(ii)    Targeted perfected its security interest in the Equipment by filing a UCC-

        1 Financing Statement with the New York Secretary of State on June 2,

        2022.

(iii)   The Debtor defaulted under the terms of the EFA prior to the Petition Date.

Debtor:        703 Bakery Crop.
Case No:       24-15150 (VFP)
Caption:       Order Confirming Debtor's Combined First Amended Plan of Reorganization and
               Disclosure Statement Pursuant to 11 U.S.C. § 1191(b)

_____

     (iv)     Pursuant to the Targeted Consent Order, the Debtor shall be permitted to remain in possession, and maintain use, of the Equipment so long as the Debtor:

     a.     Makes monthly adequate protection payments of two-thousand dollars ($2,000) to Targeted beginning October 15, 2024 and continuing on the 15th of each month thereafter (the "Adequate Protection Payment"); and

     b.     The Debtor maintains adequate insurance on the Equipment naming Targeted as loss payee.

     (v)     In the event the Debtor fails to timely make any Adequate Protection Payment as required by the Targeted Consent Order, Targeted or its counsel shall provide written notice of default ("Targeted's Notice") by mail to the Debtor and to the Debtor's counsel. The Debtor shall then have ten (10) calendar days from the date of the Targeted Notice to cure such default. If the Debtor fails to cure such default within ten (10) calendar days, the automatic stay shall terminate as to Equipment without further notice, hearing or action by this Court with respect to the Equipment, and Targeted shall be entitled to exercise its rights and remedies pursuant to contract and/or applicable non-bankruptcy law, including but not limited to taking all actions to obtain possession and dispose of said Equipment.

     (vi)     The Debtor shall be entitled to a maximum of two (2) Targeted Notices and opportunities to cure as set forth above. If a default occurs after the second

Debtor:        703 Bakery Crop.
Case No:       24-15150 (VFP)
Caption:       Order Confirming Debtor's Combined First Amended Plan of Reorganization and
               Disclosure Statement Pursuant to 11 U.S.C. § 1191(b)

_____

Targeted Notice, the automatic stay shall terminate as to Targeted without

further notice, hearing or action by this Court with respect to the Debtor and

the Equipment and Targeted shall be entitled to exercise its rights and

remedies pursuant to contract and/or applicable non-bankruptcy law,

including but not limited to taking all actions to obtain possession and dispose

of said Equipment.

(vii)    Any stay of the Targeted Order under Bankruptcy Rule 4001 or any similar

rules are hereby waived for cause, and the Targeted Order shall be effective

immediately upon entry of the Debtor's Confirmation Order.

(viii)   Any such relief from stay shall apply to Debtor's successors, transferees, and

assigns.

(ix)     The relief from stay shall continue to be binding and effective upon any

conversion of the Debtor's case to a case under any chapter of the Bankruptcy

Code.

(x)      The Court shall retain jurisdiction over any matters arising from or related to

implementation or interpretation of the Targeted Consent Order.

14.    All administrative fees, including but not limited to Subchapter V Trustee,

Debtor's counsel, and the Debtor's retained accountant shall be paid within the first two (2) years

after entry of the order confirming the Plan.  Professionals shall have sixty (60) days to file final

fee applications from entry of this Order.

15.    Immediately upon the entry of the Confirmation Order, the Plan and this

Confirmation Order shall be binding upon and inure to benefit of the Debtor, any heirs, executors,

Debtor:        703 Bakery Crop.
Case No:       24-15150 (VFP)
Caption:       Order Confirming Debtor's Combined First Amended Plan of Reorganization and
               Disclosure Statement Pursuant to 11 U.S.C. § 1191(b)

_____

administrators, successors and assigns thereof, and all holders of Claims or interests, and their

respective successors and assigns, whether or not they voted to accept the Plan.

16.     Failure specifically to include or reference particular sections or provisions of the

Plan or any related agreement in this Confirmation Order shall not diminish or impair the

effectiveness of such sections or provisions, it being the intent of the Bankruptcy Code that the

Plan be confirmed and such provisions and related agreements be approved in their entirety.

17.     This Order shall not be subject to a stay pursuant to Bankruptcy Rule 3020(e).

18.     In accordance with 11 U.S.C. Section 1183(c)(1), the Subchapter V Trustee's

services shall automatically terminate upon the plan's substantial consummation. During the post-

confirmation period and until substantial consummation of the Plan, the Subchapter V Trustee's

duties shall be limited to monitoring to ensure plan payments commence and distribution reports

are filed in accordance with paragraph 23 of this Confirmation Order.

19.     The Court shall retain exclusive jurisdiction over this reorganization case,

including exclusive jurisdiction over all controversies, disputes, and suits which may arise in

connection with the interpretation or enforcement of the Plan and this Confirmation Order or in

connection with the enforcement of remedies under the Plan and this Confirmation Order.

20.     The discharge provision contained in the Plan is deemed incorporated herein by

reference, as if set forth herein in full, and is approved in all respects and shall be effective as

provided for in the Plan and sections 1191(b) and 1192 of the Bankruptcy Code.

21.     Notwithstanding anything to the contrary in the Plan, pursuant to section 1194(b)

of the Bankruptcy Code, the Debtor shall be responsible for all distributions to be made under the

Plan.

Debtor:          703 Bakery Crop.
Case No:         24-15150 (VFP)
Caption:         Order Confirming Debtor's Combined First Amended Plan of Reorganization and
                 Disclosure Statement Pursuant to 11 U.S.C. § 1191(b)
_____

22.      Pursuant to the terms of the Plan, the Debtor shall make disbursements to the

following Classes:

    a.  Class 1: The Debtor shall make monthly payments to the United States Small

Business Administration in the amount of $617.87 pursuant to the $146,522.03

total outstanding amount, which is amortized over thirty (30) years at 3%

interest.

    b.  Class 2: The Debtor shall make payment to First Citizens Bank on the claim

amount of $120,944.36 on the value of collateral over five (5) years at 7%

interest.

    c.  Class 3: The Debtor shall make payment to Tokyo Century Inc. ("Tokyo") on

the claim amount of $76,650 on the value of collateral over five (5) years at 7%

interest. In addition, Tokyo holds (1) an Administrative Claim for all storage

fees of at least $6,930.00, and (2) including $90.00 per day thereafter until the

date of the Confirmation Order is entered by the Court.

    d.  Class 4: The Debtor shall make payment to Channel Partners Capital, LLC on

the claim amount of $10,000 on the value of collateral over five (5) years at 7%

interest.

    e.  Class 5: The Debtor shall make payment to Huntington National Bank on the

claim amount of $102,061.64 on the value of collateral over five (5) years at

7% interest.

Debtor:       703 Bakery Crop.
Case No:     24-15150 (VFP)
Caption:     Order Confirming Debtor's Combined First Amended Plan of Reorganization and
             Disclosure Statement Pursuant to 11 U.S.C. § 1191(b)

_____

f.   Class 6: The Debtor shall make payment to Targeted in monthly adequate

     protection payments of $2,000 beginning October 15, 2024 and continuing on

     the 15th of each month thereafter (the "Adequate Protection Payment").

g.   Class 7: The Debtor shall make payment to M2 Equipment Finance, LLC on

     the claim amount of $147,043.84 on the value of collateral over five (5) years

     at 7% interest.

h.   Class 8: The Debtor shall make payment to Milestone Bank FKA LLC Bank in

     the claim amount of $126,924.99 of the value of collateral over five (5) years

     at 7% interest.

i.   Class 9: The Debtor shall make payment to Balboa in the amount of $3,600.00

     per month over forty-four (44) months upon approval of the Debtor's Plan, with

     the first payment due within ten (10) days of entry of the forthcoming consent

     order between the Debtor and Balboa.[8].[9]

j.   Class 10: The Debtor shall make payment to Centra Funding, LLC in the claim

     amount of $118,300 on the of value of collateral over five (5) years at 7%

     interest.

k.   Class 11: The Debtor shall make payment to CFP in the amount of $116,053.28

     over five (5) years at 7% interest, by making sixty (60) equal monthly payments

     in the amount of $2,297.99 each, and subject to paragraph 8 above.

---

[8] See Paragraph 12(i)-(vii) of this Confirmation Order.
[9] Class 9, Balboa Capital, on October 11, 2024 filed a Notice of Election pursuant to 11 U.S.C. § 1111(b)(2). ECF 170. Balboa Capital filed its claim in the amount of $154,547.54 alleging $141,197 to be secured and $13,350.54 as unsecured. The Plan suggested to pay Balboa over thirty (30) years but the Debtor has proposed this amount instead.

Debtor:        703 Bakery Crop.
Case No:       24-15150 (VFP)
Caption:       Order Confirming Debtor's Combined First Amended Plan of Reorganization and
               Disclosure Statement Pursuant to 11 U.S.C. § 1191(b)

_____

l.   Class 12: The Debtor shall make payment to First Utah Bank in the amount of
     $248,783.73 on the value of collateral over five (5) years at 7% interest.

m.   Class 13: The Debtor shall make a pro rata payment to unsecured creditors in
     quarterly dividends over sixty (60) months per year for five (5) years. Such
     payment shall be $15,000 per quarter. The amended projections filed on
     December 11, 2024 shows an increase in projections to unsecured creditors on
     year 5.

23.     Post-confirmation, within thirty (30) days after the end of each quarter, the Debtor
shall file with the Court a report detailing each disbursement the Debtor made during said period,
including but not limited to, the date, amount, and recipient of each disbursement.

24.     No later than fourteen (14) days after the Plan's substantial consummation (or the
Effective Date), the Debtor shall file the notice required under section 1183(c)(2). Notwithstanding
anything to the contrary in the Plan, all assets of the Debtor shall vest in 703 Bakery Corp. as a
reorganized debtor who has emerged from bankruptcy in accordance with sections 1191(b) and
1184 of the Bankruptcy Code, subject to the retention of liens in assets of the Debtor securing the
claims of secured creditors under the Plan as set forth in this Confirmation Order and as otherwise
provided for by law.

# EXHIBIT A

**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Second Floor
Roseland, New Jersey 07068
(973) 622-1800
Anthony Sodono, III (asodono@msbnj.com)
Sari B. Placona (splacona@msbnj.com)
*Counsel for 703 Bakery Corp., Subchapter V*
*Chapter 11 Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| 703 BAKERY CORP., | Case No. 24-15150 (VFP) |
| Debtor. | |

**DEBTOR'S COMBINED FIRST AMENDED PLAN OF**
**REORGANIZATION AND DISCLOSURE STATEMENT**

This Plan of Reorganization is presented to you to inform you of the proposed Plan for restructuring the debt of 703 Bakery Corp., and to seek your vote to accept the Plan.

You are encouraged to carefully review the full text of this document, including all exhibits and attachments, before deciding how to vote on the Plan. To assist you in your review, please note that a list of definitions and a section of frequently asked questions appear at the end of this document.

**IN ADDITION TO CASTING YOUR VOTE TO ACCEPT OR REJECT THE PLAN, YOU MAY OBJECT TO CONFIRMATION OF THE PLAN. IF YOU WISH TO OBJECT TO CONFIRMATION OF THE PLAN, YOU MUST DO SO BY NOVEMBER _____, 2024.**

**YOUR BALLOT STATING HOW YOU ARE VOTING ON THE PLAN MUST BE RETURNED BY NOVEMBER _____, 2024. THE BALLOT MUST BE MAILED TO THE FOLLOWING ADDRESS: ANTHONY SODONO, III ESQ., AND SARI B. PLACONA, ESQ., AT MCMANIMON, SCOTLAND & BAUMANN, LLC, 75 LIVINGSTON AVENUE, SECOND FLOOR, ROSELAND, NEW JERSEY 07068.**

**A HEARING ON THE CONFIRMATION OF THE PLAN IS SCHEDULED FOR _____, 2024 AT 11:00 A.M. IN COURTROOM No. 3B[1] AT UNITED STATES BANKRUPTCY COURT, DISTRICT OF NEW JERSEY, 50 WALNUT STREET, 3RD FLOOR, NEWARK, NEW JERSEY 07102.**

---

[1] Parties may appear telephonically through CourtSolutions in lieu of in-person participation.

Your rights may be affected by this Plan. You should consider discussing this document with an attorney.

Date: October 23, 2024

**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, NJ 07068
(973) 622-1800
Anthony Sodono, III, Esq. (asodono@msbnj.com)
Sari B. Placona, Esq. (splacona@msbnj.com)
*Counsel for 703 Bakery Corp.,*
*Subchapter V Chapter 11 Debtor and Debtor-in-Possession*

# TABLE OF CONTENTS

**PAGE**

SUMMARY OF THE PLAN AND DISTRIBUTIONS TO CREDITORS ................................................. 1

ARTICLE 1: HISTORY OF THE BUSINESS OPERATIONS OF THE DEBTOR .................................. 4

    1.1.   Filing of the Debtor's Chapter 11 Case. ................................................................. 4

    1.2.   Nature of the Debtor's Business. ........................................................................... 4

    1.3.   History of Business Operations of the Debtor ....................................................... 4

    1.4.   Legal Structure and Ownership. ........................................................................... 4

    1.5.   Debtor's Assets. .................................................................................................... 5

    1.6.   Debtor's Liabilities. .............................................................................................. 5

    1.7.   Current and Historical Financial Conditions. ....................................................... 6

    1.8.   Events Leading to the Filing of the Bankruptcy Case. ........................................ 6

    1.9.   Significant Events During the Bankruptcy Case. ................................................. 6

    1.10.  Projected Recovery of Avoidable Transfers ......................................................... 9

ARTICLE 2: THE PLAN. ....................................................................................................... 9

    2.1.   Unclassified Claims. ............................................................................................. 9

      A.   Administrative Expenses .................................................................................... 10

      B.   Priority Tax Claims. ........................................................................................... 11

    2.2.   Classes of Claims and Equity Interests. ............................................................. 12

      A.   Classes of Secured Claims ................................................................................. 12

      B.   Classes of Priority Unsecured Claims. ............................................................... 14

      C.   Class of Equity Interest Holders. ....................................................................... 15

    2.3.   Estimated Number and Amount of Claims Objections. ....................................... 15

    2.4.   Treatment of Executory Contracts and Unexpired Leases. .................................. 15

    2.5.   Means for Implementation of the Plan. ............................................................... 16

    2.6.   Payments. ........................................................................................................... 17

    2.7.   Post-Confirmation Management. ......................................................................... 17

    2.8.   Tax Consequences of the Plan. ........................................................................... 17

    2.9.   Projections in Support of Debtor's Ability to Make Payments Under the Proposed Plan.......... 18

ARTICLE 3: FEASIBILITY OF PLAN. .................................................................................... 18

    3.1.   Ability to Initially Fund Plan. ............................................................................. 18

    3.2.   Ability to Make Future Plan Payments and Operate Without Further Reorganization. ............. 18

ARTICLE 4: LIQUIDATION ANALYSIS. .................................................................................. 18

ARTICLE 5: DISCHARGE. .................................................................................................... 19

ARTICLE 6: GENERAL PROVISIONS. .................................................................................... 19

    6.1.   Title to Assets. .................................................................................................... 19

6.2.    Binding Effect.................................................................................................................... 19

6.3.    Severability........................................................................................................................ 20

6.4.    Retention of Jurisdiction by the Bankruptcy Court. .................................................... 20

6.5.    Captions. ............................................................................................................................ 20

6.6.    Modification of Plan. ........................................................................................................ 20

6.7.    Final Decree....................................................................................................................... 20

ARTICLE 7: ATTACHMENTS............................................................................................... 20

ARTICLE 8: FREQUENTLY ASKED QUESTIONS. .......................................................... 21

ARTICLE 9: DEFINITIONS.................................................................................................... 22

## **SUMMARY OF THE PLAN AND DISTRIBUTIONS TO CREDITORS**

*703 Bakery Corp.* (the "Debtor" or "703"), is the Debtor and Debtor-in-Possession in the instant Chapter 11, Subchapter V bankruptcy case.  On May 21, 2024, the Debtor commenced a bankruptcy case by filing a voluntary Chapter 11 Subchapter V petition under the United States Bankruptcy Code, 11 U.S.C. § 101, et seq.  Chapter 11 of the Bankruptcy Code allows the Debtor to propose a plan of reorganization.

The plan may provide for the Debtor to reorganize by continuing to operate, to liquidate by selling assets of the estate, or a combination of both.  This is a reorganizing plan ("Plan").

On August 30, 2020, pursuant to a U.S. Small Business Administration ("SBA") Loan Authorization and Agreement dated August 30, 2020, Debtor borrowed $36,700.00. In connection with the SBA Loan, the Debtor executed a Security Agreement. The SBA recorded a UCC-1 lien. On February 19, 2022, the Debtor executed and delivered to SBA an Amended Loan Agreement, through the Disaster Loan Application, in the principal amount of $146,500.00. The Debtor executed an Amended Security Agreement, which granted the SBA a security interest in and to certain goods, including, but not limited to, inventory, equipment, fixtures, instruments, documents, accounts, chattel paper, deposit accounts, letter of creditor rights, investment property, general intangibles and proceeds thereof. As of the Petition Date, there remained due and owing to the SBA under the SBA Loan of approximately $135,000.00. On May 28, 2024, the SBA filed its proof of claim in the amount of $146,552.03 (the "SBA Claim"). See Claim 2.  The SBA Claim shall be amortized over thirty (30) years at 3% interest.  The monthly payment is $617.87 monthly. The SBA holds a secured claim on all of the Debtor's assets but for purchase money security interest creditors.

Pursuant to the Final Order Authorizing Use of Cash Collateral, the Debtor ensured the SBA will be adequately protected during the pendency of the bankruptcy case. ECF 107.

On January 11, 2024, 703 entered into a Loan Agreement with Square Financial Services Inc. ("Square") for 703 Bryant Park Location. In the Agreement, 703 borrowed $148,233.00 at a repayment rate of 20%. Upon information and belief, Square has a secured interest in (a) all Square Accounts, Receivables, and all balances in all Square Accounts; (b) all accounts, chattel paper, commercial tort claims, deposit accounts, documents, general intangibles, goods, instruments, investment property, letter-of-credit rights, letters of credit and money, however, after the purchase money security interest liens on the assets at the 703 Bryant Park location , there is no value in the Square's collateral. Thus, Square's claim is unsecured.

703 accrued between $300,000 and $400,000 in debt from Rossman Fruit & Vegetables Dist. Inc. ("Rossman"), a Perishable Agricultural Commodities Act ("PACA") licensed organization. Rossman, however, has not established a viable PACA claim under the law.   Thus, Rossman holds an unsecured claim.

Upon information and belief, on January 31, 2020, 703 borrowed $190,000 from Share Zion Catering, LLC to purchase equipment from Direct Kitchen Equipment with a 61-month term.

Upon information and belief, on June 1, 2022, 703 borrowed $82,510.06 from Targeted Lending Co., LLC ("Targeted Lending") for kitchen equipment with a 60-month term at a rate of $2,095.00 per month. On or about October 18, 2024, Targeted and the Debtor entered into a Consent Order Resolving Motion for Relief from the Automatic Stay for Adequate Protection Payments (the "Consent Order") (ECF 173). The Consent Order indicates the Debtor will make monthly adequate protection payments of $2,000 to Targeted Lending beginning on October 15, 2024 and continuing each month thereafter.

Upon information and belief, on June 2, 2022, 703 borrowed $149,080.75 from Banclease Acceptance Corp. for kitchen equipment with a 60-month term at a rate of $3,114.83 per month.

Upon information and belief, on July 5, 2022, 703 borrowed $55,000 from Citizens Capital for equipment purchased from Direct Kitchen Equipment with a 60-month term. The Debtor's plan shall provide for payment to the equipment financiers the "value" of such equipment over five (5) years at 7%.

Upon information and belief, 703 entered into an Equipment Finance Agreement with m2 Equipment Finance LLC for $83,180.50 to purchase a walk-in refrigerator and walk-in freezer from Direct Kitchen Equipment at a rate of $1,764.37 per month with a 60-month loan term. The Debtor's plan shall provide for payment to the equipment financiers the "value" of such equipment over five (5) years at 7%.

Upon information and belief, on July 26, 2022, 703 leased a gas oven from Direct Kitchen Equipment for $30,000 with a 60-month lease term That same day, 703 completed an Equipment Financing Agreement with Citizens Capital at a rate of $1,295 per month with a 60-month lease term. Upon information and belief, on August 3, 2022, 703 borrowed $70,768.75 from Centra Funding, LLC to purchase a walk-in freezer from Direct Kitchen Equipment.

Upon information and belief, on August 9, 2022, 703 Bakery signed a Lease Addendum with Pawnee Leasing Corporation as part of the Lease Agreement 703 made on July 5, 2022, for $30,000 for equipment to be paid $840.74 a month with a 60-month lease term.

Upon information and belief, on August 18, 2022, 703 entered into a lease Commercial Funding Partners, LLC with a 60-month  term.

Upon information and belief, on or around September 16, 2022, 703 leased two used Wishek Dibas 64 Blue Baking Bake Bread Ovens and a pan washer from Envision Capital Group LLC for $108,657.25 with a 60-month lease term at a rate of $2,434.92 per month.

Upon information and belief, on August 21, 2022, 703 signed an Equipment Finance Agreement with Regents Capital Corporation to purchase a  Wiesheu Dibas 64 Blue Baking Bread oven, pan washer, and tax for $108,657.25.

Upon information and belief, on October 1, 2022, 703 entered into a lease in the amount of $290,250.31 from CFP New York, LP with a 60-month lease term kitchen equipment from Direct Kitchen Equipment.

2

Upon information and belief, on March 1, 2023, 703 entered into an agreement with First-Citizens Bank & Trust Company to purchase a walk-in freezer and a walk-in refrigerator from Direct Kitchen Equipment with a 60-month lease term at a monthly rate of $2,539.97.

Upon information and belief, on May 3, 2024, 703 purchased equipment for $120,000 with a 60-month lease term from Commercial Funding Partners, LLC.

The Debtor's above listed creditors hold alleged secured claims are wholly unsecured based on the lack of any value to secure such claims.  Thus, such creditors' claims shall be treated are general unsecured creditors.

The Debtor proposes to pay Class 13 Creditors (General Unsecured Creditors) quarterly dividends over sixty (60) months.. The Debtor will allocate $60,000 per year ($15,000 per quarter) for five (5) years to Unsecured Creditors  holding Allowed Unsecured Claims.   The Debtor reserves its rights to expunge and/or reduce claims. Class 13 payments shall commence with the quarter starting on the first day of the month which is thirty days (30) after an order confirming the plan becomes final and non-appealable.

The Debtor believes that this Plan is in the best interest of the creditors and that the Plan is fair and equitable. Otherwise, if the assets were liquidated, the unsecured creditors would not receive any payment since all assets are encumbered.

## ARTICLE 1: HISTORY OF THE BUSINESS OPERATIONS OF THE DEBTOR

### 1.1. Filing of the Debtor's Chapter 11 Case.

On May 21, 2024 (the "Petition Date"), the Debtor commenced its bankruptcy case by filing a voluntary Chapter 11, Subchapter V petition under the United States Bankruptcy Code, 11 U.S.C. § 101, et seq.  ECF 1.

The Debtor is a corporation in New Jersey that continues to operate as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Code.

### 1.2. Nature of the Debtor's Business.

The Debtor is an artisan bakery and café and operates a manufacturing facility in Lyndhurst, New Jersey as well as retail stores in New York and New Jersey.

### 1.3. History of Business Operations of the Debtor

As mentioned in paragraph 1.2, the Debtor is an artisan bakery and café that operates a manufacturing facility and eight (8) retail stores. The Debtor has approximately 131 employees, 20 of which are employed on a part-time basis. The Debtor has eight operating stores in New Jersey and New York and one manufacturing facility in New Jersey.  The Debtor operates retail stores and a manufacturing facility at the following locations:

i.      676 Amsterdam Ave, NY, NY 10025 ("Amsterdam").
ii.     The Arthouse Hotel at 2178 Broadway, NY, NY 10024 ("Arthouse").
iii.    1716 Avenue M, Brooklyn, NY 11230 ("1716 Avenue").
iv.     44 West 37th Street, NY, NY 10018 ("Bryant Park").
v.      266 Kingston Ave, Brooklyn, NY 11213 ("Crown Heights").
vi.     1700 Madison Ave, Lakewood, NJ 08701 ("Lakewood").
vii.    295 Burnside Ave, Lawrence, NY 11559 ("Lawrence").
viii.   323 Ridge Rd, Lyndhurst, NJ 07071 ("Lyndhurst") – this is the manufacturing facility.
ix.     439 Cedar Ln, Teaneck, NJ 07666 ("Teaneck").

The Debtor intends to reorganize through restructuring its debt to creditors in this Plan and seeking an equity infusion from a strategic partner for working capital. Moreover, the Debtor seeks to open several more stores so that the manufacturing overhead can be spread over a larger number of stores and reduce costs.  The goal is to pay creditors in accordance with the Plan, maintain the Debtor's assets and business while retaining over 100 employees.   With these strategic moves, the Debtor is well-positioned to regain its financial stability and continue towards a profitable-growth path, leveraging its strengths to service its customers effectively, and build a sustainable future.

### 1.4. Legal Structure and Ownership.

4865-1997-2338, v. 1

The Debtor is a corporation organized in New Jersey. Oleg Azizov ("Azizov") is the Debtor's President and Chief Executive Officer. As of the Petition Date, Azizov owned 99.5% of the Debtor and Jacob Hammerman owned .5% of the Debtor. Pursuant to post-petition financing, Azizov now owns 59.5% of the Debtor, Jacob Hammerman owns .5% of the Debtor, and Natures Necessity LLC ("Natures") owns 40% of the Debtor. Ajay Sarin, the 100% owner of Natures, is now the Chief Financial Officer of the Debtor. ECF 169. Pursuant to the financing order, Mr. Sarin promised $450,000 in financing. He already provided $150,000 and the second installment is due on October 30, 2024.

### 1.5. Debtor's Assets.

The Debtor's assets are comprised of equipment and vehicles, deposits, inventory, office furniture and fixtures, receivables and cash. Its assets are fully set forth on the schedules and statement of financial affairs and the Debtor opines the assets have a value of approximately $392,178.82. The assets are fully encumbered by purchase money security interest lien holders or the SBA.

### 1.6. Debtor's Liabilities.

The Debtor's liabilities total $4,448,045.39 as of June 24, 2024.

**The following claims are secured:**

### SBA Loan

On August 30, 2020, 703 executed and delivered to the U.S. Small Business Administration (the "SBA") a Loan Agreement in the principal amount of $36,700.00 (the "Loan"). The Loan further provides that interest shall be accrued on the Loan at a rate of 3.75% per annum, with monthly payments of principal and interest in the amount $179.00 commencing twelve (12) months from the date of promissory Note, and with all outstanding principal and interest due and owing on a maturity date of thirty (30) years from the date of the promissory Note.

On February 19, 2022, 703 executed and delivered to the SBA an Amended Loan Agreement, through the Disaster Loan Application, in the principal amount of $146,500.00. The Loan further provides that interest shall be accrued on the Loan at a rate of 3.75% per annum, with monthly payments of principal and interest in the amount $741.00 commencing twenty-four (24) months from the date of promissory Note, and with all outstanding principal and interest due and owing on a maturity date of thirty (30) years from the date of the Note.

To secure the obligations evidenced by the Loan Agreement, 703 granted the SBA a security interest in and to certain goods, including, but not limited to, inventory, equipment, fixtures, instruments, documents, accounts, chattel paper, deposit accounts, letter of credit rights, investment property, general intangibles, and the proceeds thereof.. On May 28, 2024, the SBA filed its proof of claim in the amount of $146,552.03. See Claim 2. Upon information and belief, the value of the Debtor's collateral fully secures the SBA's lien subject to due diligence on Samuel

5

Nebenzahl's claim (which he alleges is a valid secured claim – the Debtor is still conducting due diligence on such claim).

**Nebenzahl, Samuel**

Debtor owes Nebenzahl, Samuel ("Nebenzahl") an unknown amount on a blanket lien on Debtor's assets. Nebenzahl's UCC-1 description of collateral is inadequate, and thus he is unsecured. The Debtor shall file a motion to expunge the claim.

**Gift Cards**

Pre-petition Debtor has sold approximately 21,000 gift cards with a balance of $851,000. This has been reduced substantially.  The Debtor intends to allow the purchasers of such cards to continue to use the cards post-petition to maintain customer confidence.

### 1.7. Current and Historical Financial Conditions.

Since filing for bankruptcy, the Debtor has taken steps to reorganize its finances and minimize expenses to emerge from bankruptcy.

### 1.8. Events Leading to the Filing of the Bankruptcy Case.

The Debtor's financial issues stem from the liabilities set forth in section 1.6, which arose, in part, to the legacy debt accrued during the Covid pandemic.  In addition, the Debtor has certain leases and finance agreements with certain vehicle and equipment lenders. Debtor owes certain vendors, banks, line of credits and credit cards debts. Ultimately, Debtor filed for the voluntary Chapter 11 petition to stave off an eviction proceeding at the Times Square location. Unfortunately, the Debtor was unable to keep the Times Square location and turned it over to the landlord.

### 1.9. Significant Events During the Bankruptcy Case.

The Debtor filed its voluntary Chapter 11 petition on the Petition Date.

The following is a chronological list of significant events which have occurred during this case:

On the Petition Date, the Debtor filed for protection under Subchapter V, Chapter 11 of the Code. Docket No. 1.

The Debtor filed the following motions (collectively, the "First Day Motions"):

      a.  Moton for Authority to Continue to Use Existing Bank Accounts and Business Forms. ECF 6.

6

b.  Motion for Continuation of Utility Service and Approval of Adequate Assurance of Payment to Utility Company Under Section 366(b). ECF 7.

c.  Motion to Use Cash Collateral. ECF 8.

d.  Motion for an Order Authorizing Debtor to Continue Credit Card Facilities. ECF 9.

e.  Motion for an interim and final order (I) authorizing the Debtor to (A) pay prepetition wages and related obligations; (B) pay and remit payroll taxes and other deductions to third parties; and (II) authorizing and directing all banks to honor checks and transfers for payment of prepetition employee obligations. ECF 10.

f.  Motion Authorizing the Debtor to Maintain and Administer its Existing Customer Program and Honor Certain Prepetition Obligations. ECF 11.

g.  Motion authorizing Data Points Enterprise, LLC's acquisition of equity ownership in exchange for payment to fund operations and granting related relief, this motion was ultimately withdrawn. ECF 12.

h.  Motion authorizing Cogent Waste Solutions LLC, Interstate Waste Services, Inc., Express Recycling and Sanitation, Industrial Carting and Waste Connections of New York Inc as critical vendors pursuant to 11 U.S.C. 105(a) *nunc pro tunc*. ECF 13.

On May 22, 2024, the Debtor filed an Application for Retention of Professional McManimon, Scotland & Baumann, LLC ("MSB") as Attorneys (the "MSB Retention"). ECF 4. On June 12, 2024, the Court entered an Order granting the MSB Retention. ECF 68.

On May 24, 2024, Mark Politan was appointed as the Subchapter V, Chapter 11 Trustee. ECF 16.

On May 30, 2024, the Court entered an order authorizing the Debtor to continue using existing bank accounts and business forms. ECF 40.

On May 30, 2024, the Court entered an interim order (i) prohibiting utility companies from discontinuing, altering or refusing service, (ii) deeming utility companies to have adequate assurance, and (iii) establishing procedures for resolving requests for additional assurance pursuant to 11 U.S.C. §§ 105(a) and 366. ECF 41.

On May 30, 2024, the Court entered an interim order authorizing the Debtor's use of cash collateral. ECF 42. The Debtor is required to make adequate protection payments to the SBA in the monthly amount of $741.

On May 30, 2024, the Court entered an order directing payment credit card processor to honor the processing agreement with the Debtor pending assumption or rejection under 11 U.S.C. §§ 365 and 105(a). ECF 43.

On May 30, 2024, the Court entered an interim order (i) authorizing the Debtor to (A) pay prepetition wages and related obligations; (B) pay and remit payroll taxes and other deductions to

4865-1997-2338, v. 1

third parties; and (ii) authorizing and directing all banks to honor checks and transfers for payment of prepetition employee obligations. ECF 44.

On May 30, 2024, the Court entered an order authorizing the Debtor to maintain and administer its existing customer program and honor certain prepetition obligations. ECF 45.

On May 31, 2024, the Court entered an order designating (i) Cogent Waste Solutions LLC and Interstate Waste Services, Inc as critical vendors pursuant to 11 U.S.C. § 105(a), and (ii) authorizing but not directing payment to such critical vendors. ECF 48.

On June 10, 2024, the Court entered an order granting application to employ Vestcorp, LLC as accountant. ECF 66.

On July 16, 2024, the Court entered an order authorizing Debtor to continue using existing bank accounts and business forms. ECF 88.

On July 16, 2024, the Court entered Final Order (i) authorizing the Debtor to (a) pay prepetition wages and related obligations, (b) pay and remit payroll taxes and other deductions to third parties, and (ii) authorizing and directing all banks to honor checks and transfers for payment of prepetition employee obligations. ECF 89.

On July 16, 2024, the Court entered Final order (i) prohibiting utility companies from discontinuing, altering, or refusing service, (ii) deeming utility companies to have adequate assurance of payment, and (iii) establishing procedures for resolving requests for additional assurance pursuant to 11 U.S.C. §§ 105(a) and 366. ECF 90.

On July 18, 2024, the Court entered Final Order Authorizing Debtors Use of Cash Collateral. ECF 107.

On July 26, 2024, DRLR Investments LLC ("DRLR") filed a Motion for Entry of An Order (I) Determining the Debtor is Ineligible for Subchapter V Relief and (II) Granting Related Relief. ECF 117. The Debtor and DRLR are negotiating a resolution.

On July 29, 2024, the Court entered an Order Authorizing the Debtor to (I) Obtain Post-Petition Financing Pursuant to 11 U.S.C. § 364(b) and (II) Related Relief (the "DIP Funding Order"). ECF 119. The DIP Funding Order authorized DM Brands, LLC ("DM Brands") to provide the Debtor with financing in the amount of $400,000. Unfortunately, DM Brands only funded $150,000 to the Debtor. The Debtor obtained an alternative funding source discussed herein..

On October 10, 2024, the Court entered a second Order Authorizing Subchapter V, Chapter 11 Debtor to (I) Obtain Post-Petition Funding pursuant to 11 U.S.C. § 364(b); (II) Terminate DIP Funding with DM Brands and Reimburse DM Brands Certain Funds Advanced; and (III) Related Relief (the "Second DIP Funding Order"). ECF 169. The Second DIP Funding Order was necessary because DM Brands failed to comply with its agreement with the Debtor and only funded $150,000 of the promised $400,000. In addition, DM Brands was nonresponsive to

Debtor's requests to provide the additional $250,000. DM Brands delay in providing the entire $400,000 had a negative effect on the Debtor's operations, i.e., inability to meet post-petition obligations.

The Second DIP Funding Order authorized Natures[2] to provide the Debtor financing in the amount of $450,000. Natures provided the Debtor with said financing in exchange for the Debtor's principal, Azizov, granting Natures 40% equity interest in the Debtor. $400,000 of Natures's funding is allocated to the Debtor for the payment of post-petition expenses. $50,000 of Natures's financing will remain with MSB for professional fees. In addition to Natures financing of $450,000, Natures agreed to pay Azizov $60,000 for past due wages over a duration of six (6) months. Ajay Sarin, the 100% owner of Natures, became the Chief Financial Officer of the Debtor upon approval of the Second DIP Funding Order. Azizov remains the President and Chief Executive Officer of the Debtor. Moreover, DM Brands will be reimbursed $150,000 from Natures. Lastly, DM Brands and the Debtor agreed to release any and all claims between them pursuant to the Second DIP Funding Order.

### 1.10.    Projected Recovery of Avoidable Transfers

The Debtor is analyzing its books and records to determine if there are any avoidable transfers to recover.

## ARTICLE 2: THE PLAN.

The Debtor's Plan must describe how its Creditors will be paid. Certain Claims are entitled to specific treatment under the Bankruptcy Code and are not placed in a class or purpose of payment. For example, Administrative Expenses and Priority Tax Claims are not classified.

As required by the Code, the Plan places Claims and Equity Interests in various classes and describes the treatment each class will receive. The Plan also states whether each class of Claims or Equity Interests is impaired or unimpaired. A Claim or Equity Interest can be impaired if the Plan alters the legal, equitable or contractual rights to which the Claimants are otherwise entitled. If the Plan is confirmed, each Creditor's recovery is limited to the amount provided in the Plan.

### 2.1. Unclassified Claims.

Certain types of Claims are automatically entitled to specific treatment under the Code. For example, Administrative Expenses and Priority Tax Claims are not classified. They are not considered impaired, and holders of such Claims do not vote on the Plan. They may, however, object if, in their view, their treatment under the Plan does not comply with that required by the Code.

---

[2] Natures is defined in section 1.4 of the Debtor's Combined First Amended Plan of Reorganization and Disclosure Statement.

4865-1997-2338, v. 1

As such, the Plan does not place the following Claims in any class:

### A. *Administrative Expenses*

The Debtor must pay all Administrative Expenses in full. If an Administrative Expense is disputed, the Bankruptcy Court must determine the validity and amount of the Administrative Expense, or in other words, "allow" the Administrative Expense. Any Administrative Expense that is undisputed and is due and owing on the Confirmation Date must be paid in accordance with this Plan, or upon such other terms as agreed upon by the Debtor and the Administrative Claimant or court order. If the Administrative Expense is disputed, payment will be made after the Administrative Expense is allowed by the Bankruptcy Court.

There are several types of Administrative Expenses, including the following:

      1.      If the Debtor trades in the ordinary course of business following its filing of the Chapter 11 Case, Creditors are entitled to be paid in full for the goods or services provided. This ordinary trade debt incurred by the Debtor after the Petition Date will be paid on an ongoing basis in accordance with the ordinary business practices and terms between the Debtor and its trade Creditors.

      2.      If the Debtor received goods it has purchased in the ordinary course of business within 20 days before the Petition Date, the value of the goods received is an Administrative Expense.

      3.      Administrative Expenses also include any post-petition fees and expenses allowed to professionals, including the allowed claim of the Trustee for fees and/or reimbursements, and for attorneys and accountants employed upon Bankruptcy Court authority to render services to the Debtor during the course of the Chapter 11 cases. These fees and expenses must be noticed to Creditors and approved by the Bankruptcy Court prior to payment.

The following chart lists the Debtor's estimated Administrative Expenses,[3] and their proposed treatment under the Plan:

---

[3] E.O.M. Realty NY Corp filed a claim seeking administrative expense for unpaid post-petition rent. Claim 71. The Debtor disputes this amount and reserves the right to file a motion to expunge and/or reduce such claim.

4865-1997-2338, v. 1

| NAME | AMOUNT ESTIMATED | TREATMENT | TYPE OF CLAIM |
|---|---|---|---|
| McManimon, Scotland & Baumann, LLC | $120,000[4] | Payment in full on Effective Date, or through other agreement | Administrative |
| Vestcorp, LLC | $12,000 | Payment in full on Effective Date, or through other agreement | Administrative |
| Mark Politan Sub V Trustee | $7,760.68[5] | Payment in full on Effective Date, or through other agreement | Administrative |
| 750 8th Avenue LLC | $123,281.83[6] | Payment in full over five (5) years , or through other agreement | Administrative |
| APPROXIMATE TOTAL | $263,042.51 (estimated) | | |

### B. Priority Tax Claims.

Priority Tax Claims are unsecured income, employment, and other taxes described by § 507(a)(8) of the Code. Unless the holder of such a § 507(a)(8) Priority Tax Claim agrees otherwise, it must receive the present value of such Claim, in regular installments paid over a period not exceeding 5 years from the order of relief.

Each holder of a Priority Tax Claim will be paid as set forth in the chart below:

New York State Department of Tax and Finance filed a claim in the amount $42,234 (the "NY Tax Claim"). Claim 3. The NY Tax Claim shall be paid over five years in monthly payments of $703.90.

New York State Department of Labor filed a claim in the amount of $120.60 (the "DOL Claim"). Claim 56. The DOL Claim shall be paid upon confirmation of the plan.

New York State Department of Tax and Finance filed a claim in the amount of $30,934.11 (the "NYS Claim"). Claim 74.  The NYS Claim alleges it is owed priority sales tax11 U.S.C. 507(a)(8). The NYS Claim shall be paid over sixty months at $515 monthly.

---

[4] Fees are estimated through August 2024. MSB holds a retainer of $23,207 will be applied to the fees and costs upon order of the court. The Debtor shall pay MSB upon confirmation or agreed upon arrangement.
[5] Court order entered on September 24, 2024.  The Sub V Trustee is holding a $5,000 retainer.
[6] The Debtor and 750 8th Avenue LLC have agreed on this amount as an administrative expense, for payment of pre- and post-petition arrears to 750 8th Avenue LLC to satisfy the Order entered by the Court granting 750 8th Avenue LLC an allowed administrative claim for unpaid rent on July 16, 2024. ECF 91.

11

State of New Jersey – Division of Taxation filed a claim in the amount of $348,350.79 (the "NJ Claim"). Claim 75.  The Debtor believes the NJ Claim is overstated. The NJ Claim alleges $336,060.28 is priority under 11 U.S.C. 507(a)(8).  The Debtor disputes this and file a motion to expunge and/or reduce the claim.

### 2.2. Classes of Claims and Equity Interests.

The following are the classes set forth in the Plan, and the proposed treatment that they will receive under the Plan:

### A.  Classes of Secured Claims

Allowed Secured Claims are Claims secured by property of the Debtor's bankruptcy estate (or that are subject to setoff) to the extent allowed as secured Claims under § 506 of the Code. If the value of the collateral or setoffs securing the Creditor's Claim is less than the amount of the Creditor's Allowed Claim, the deficiency will be classified as a general unsecured Claim. In addition, certain claims secured only by the debtor's principal residence, may require different treatment pursuant to § 1190(3) of the Code as set forth below, if applicable.

Secured creditors in bankruptcy often face the prospect of recovering less than the full value of their claims against a debtor.  This frequently arises when the creditor's collateral is worth less than the amount of its claim, thus, it is either an "undersecured claim" or if there is no value in the collateral securing the claim, the creditor holds an "unsecured" claim.  Undersecured claims are bifurcated into two separate claims: (1) a secured claim for the value of the collateral, and (2) an unsecured claim for the remainder of the creditor's claim.  Secured claims are typically paid in full, while unsecured creditors often receive less than the amount owed.

The following chart lists all classes containing the Debtor's secured prepetition Claims and their proposed treatment under the Plan:

| CLASS | DESCRIPTION | INSIDERS (Y/N) | IMPAIRED (Y/N) | AMOUNT OWED | TREATMENT |
|---|---|---|---|---|---|
| 1 | SBA Loan | N | Y | $146,552.03 per claim filed (Claim 2) | The SBA's $146,552.03 shall be amortized over thirty (30) years at 3% interest. The monthly payment is $617.87 monthly. |
| 2 | First Citizens Bank | N | Y | $120,944.36 per claim filed (Claim 1) | Payment of value of collateral over five years at 7% interest. |

12

| CLASS | DESCRIPTION | INSIDERS (Y/N) | IMPAIRED (Y/N) | AMOUNT OWED | TREATMENT |
|---|---|---|---|---|---|
| 3 | Tokyo Century Inc. | N | Y | $76,650.00[7] per claim filed (Claim 25) | Payment of value of collateral over five years at 7% interest. |
| 4 | Channel Partners Capital, LLC | N | Y | $10,000.00[8] per claim filed (Claim 44) | Payment of value of collateral over five years at 7% interest. |
| 5 | Huntington National Bank | N | Y | $102,061.64 per claim filed (Claim 45) | Payment of value of collateral over five years at 7% interest. |
| 6 | Targeted Lending Co., LLC | N | Y | $24,000.00[9] per claim filed (Claim 48) | Payment of value of collateral over five years at 7% interest. |
| 7 | M2 Equipment Finance, LLC | N | Y | $147,043.84 per claim filed (Claim 49) | Payment of value of collateral over five years at 7% interest. |
| 8 | Milestone Bank FKA LCA Bank | N | Y | $126,924.99 per claim filed (Claim 53) | Payment of value of collateral over five years at 7% interest. |
| 9 | Balboa Capital[10] | N | Y | $141,197.00[11] | Payment over thirty (30) years .. |
| 10 | Centra Funding, LLC | N | Y | $118,300.00[12] per claim filed (Claim 65) | Payment of value of collateral over five years at 7% interest. |

[7] Claim filed in the amount of $79,191.32. Claim 25.
[8] Claim filed in the amount of $65,066.15. Claim 44.
[9] Claim filed in the amount of $78,083.55. Claim 48.
[10] On October 11, 2024, Balboa Capital Corporation ("Balboa"), by and through its counsel Becker, LLC, filed its Notice of Election Pursuant to 11 U.S.C. § 1111(b)(2). ECF 170.
[11] Balboa filed its claim in the amount of $154,547.54 alleging $141,197 to be secured and $13,350.54 as unsecured.
[12] Claim filed in the amount of $176,281.90. See Claim 65.

| CLASS | DESCRIPTION | INSIDERS (Y/N) | IMPAIRED (Y/N) | AMOUNT OWED | TREATMENT |
|-------|-------------|----------------|----------------|-------------|-----------|
| 11 | CFP New York, LP | N | Y | $116,053.28 per claim filed (Claim 67) | Payment of value of collateral over five years at 7% interest. |
| 12 | First Utah Bank | N | Y | $248,783.73 per claim filed (Claim 70) | Payment of value of collateral over five years at 7% interest. |

### B. Classes of Priority Unsecured Claims.

Certain priority Claims that are referred to in §§ 507(a)(1), (4), (5), (6), and (7) of the Code are required to be placed in classes. The Code requires that each holder of such a Claim receive cash on the Effective Date of the Plan equal to the allowed amount of such Claim. However, a class of holders of such Claims may vote to accept different treatment.

The following chart lists all classes containing Claims under §§ 507(a)(1), (4), (5), (6), and (a)(7) of the Code and their proposed treatment under the Plan:

AJH Management, LLC filed a claim in the amount of $51,652.37 (the "AJH Claim") for lease of property located at 1700 Madison Avenue. Claim 73. The AJH Claim alleges $3,350 is priority status. The priority part of the AJH Claim shall be paid over five years in monthly amounts of $55.83.

### Class of General Unsecured Claims

General unsecured Claims are not secured by property of the estate and are not entitled to priority under § 507(a) of the Code.

The following chart identifies the Plan's proposed treatment of Class 2, which contains general unsecured Claims against the Debtor:

14

| Class # | Description | Impairment | Treatment |
|---------|-------------|------------|-----------|
| 13 | General Unsecured Class<br><br>Total amount of claims = ($4,124,812.39)[13] (this amount is subject to objection and reclassification,) | Y | Pro rata payment in quarterly dividends over sixty (60) months – $60,000 per year for five (5) year. Such payments shall be $15,000 per quarter. |

### C. Class of Equity Interest Holders.

Equity Interest holders are parties who hold an ownership interest (*i.e.,* equity interest) in a debtor. In a corporation, entities holding preferred or common stock are Equity Interest holders. In a partnership, Equity Interest holders include both general and limited partners. In a limited liability company ("LLC"), the Equity Interest holders are the members. Since the Debtor is a corporation, entities holding preferred or common stock are Equity Interest holders. The Debtor's membership interests are, (1) Oleg Azizov owns 59.5%of Debtor, (2) Jacob Hammerman owns .5% of the Debtor, and (3) Natures owns 40% of the Debtor pursuant to the Second DIP Funding Order. All the equity holders shall retain their Equity Interest.

The Plan provides for all the Debtor's assets to revest in the Debtor.

### 2.3. Estimated Number and Amount of Claims Objections.

The Debtor may object to the amount or validity of any Claim within 60 days of the Confirmation Date by filing an objection with the Bankruptcy Court and serving a copy of the objection on the holder of the Claim. The Claim objected to will be treated as a Disputed Claim under the Plan. If a claim is disputed, once such claim is adjudicated by the court, it will be disallowed, allowed, reclassified or reduced. An Allowed Claim will be paid in accordance with the Plan.

### 2.4. Treatment of Executory Contracts and Unexpired Leases.

Executory Contracts are contracts where significant performance of the contract remains for both the Debtor and another party to the contract. The Debtor has the right to reject, assume (i.e., accept), or assume and assign these types of contracts to another party, subject to the Bankruptcy Court's approval. The paragraphs below explain the Debtor's intentions regarding its Executory Contracts (which includes its unexpired leases) and the impact such intentions would have on the other parties to the contracts.

Check all that apply:

---

[13] As scheduled on the filed missing document(s). See ECF 78.

[ X] Assumption of Executory Contracts.

The Executory Contracts shown on Exhibit B shall be assumed by the Debtor.

Assumption means that the Debtor has elected to continue to perform the obligations under such contracts and unexpired leases, and to cure defaults of the type that must be cured under the Bankruptcy Code, if any. Exhibit B also lists how the Debtor will cure and compensate the other party to such contract or lease for any such defaults.

If you object to the assumption of your unexpired lease or executory contract, the proposed cure of any defaults, or the adequacy of assurance of future performance, you must file and serve your objection to the assumption within the deadline for objecting to the confirmation of the Plan, unless the Bankruptcy Court has set an earlier time.

OR

[ ] Assumption and Assignment of Executory Contracts and Unexpired Leases.

The Executory Contracts shown on Exhibit __ shall be assumed by the Debtor and assigned to the party listed in that Exhibit. Assumption and assignment by the Debtor means that the Debtor will undertake the obligations under such contracts and unexpired leases, will cure defaults of the type that must be cured under the Bankruptcy Code, if any, and will assign the contract to the party listed.

If you object to the assumption and assignment of your unexpired lease or executory contract, the proposed cure of any defaults, or the adequacy of assurance of future performance, you must file and serve your objection to the assumption and assignment within the deadline for objecting to the confirmation of the Plan, unless the Bankruptcy Court has set an earlier time.

OR

[ ] Rejection of Executory Contracts and Unexpired Leases.

The Executory Contracts shown on Exhibit B shall be rejected by the Debtor.

Further, the Debtor will be conclusively deemed to have rejected all executory contracts and/or unexpired leases, not expressly shown on Exhibit B, or not assumed before the date of the order confirming the Plan.

Rejection means that the Debtor has elected not to continue to perform the obligations under such contracts or leases. If the Debtor has elected to reject a contract or lease, the other party to the contract or lease will be treated as an unsecured Creditor holding a Claim that arose before the bankruptcy was filed. The Debtor has leases for the premises it operates out of and for vehicles it operates for the business.

**2.5. Means for Implementation of the Plan.**

16

The Plan will be funded by the Debtor's continued monthly income from operations. The Debtor may also seek an equity infusion from a potential partner. There shall be no prepayment penalty for any priority, administrative or Class of claims referenced above. The Debtor also anticipates increasing its marketing campaign, advertising and promotional deals. Furthermore, the Debtor intends on opening two (2) additional stores in Englewood, New Jersey and at 1311 Lexington Avenue, New York, New York. Opening additional stores and using the same manufacturing facility lowers overhead (per store) while increasing sales. If there is a shortfall on payments to creditors, Mr. Sarin has agreed to infuse additional capital.

On Confirmation of the Plan, all property of the Debtor, tangible and intangible, including, without limitation, licenses, furniture, fixtures and equipment, will revert, free and clear of all Claims and Equitable Interests except as provided in the Plan, to the Debtor.

The Debtor expects to have sufficient cash on hand to make the payments required on the Effective Date.

### 2.6. Payments.

The Reorganized Debtor shall act as the disbursing agent for the purpose of making all distributions provided for under the Plan. The Reorganized Debtor shall serve without bond and shall receive no remuneration for serving as the disbursing agent.

Any distribution of less than $20.00 will be considered *de minimis,* and Holders of Allowed Claims that are entitled to an interim or final distribution of $20.00 or less will not receive any distribution. Such funds will remain with and revest in the Reorganized Debtor.

Except as otherwise provided in the Plan, any distribution under the Plan which is unclaimed after three (3) months following any distribution date shall be forfeited, and such distribution, together with any interest earned thereon, shall return to and revest in the Reorganized Debtor.

### 2.7. Post-Confirmation Management.

The Post-Confirmation Officers/Managers of the Debtor, and their compensation, shall be as follows: The Debtor will continue to be operated by Oleg Azizov and Ajay Sarin.

### 2.8. Tax Consequences of the Plan.

***Creditors and Equity Interest Holders Concerned with How the Plan May Affect Their Tax Liability Should Consult with Their Own Accountants, Attorneys, And/Or Advisors.***

CREDITORS AND INTEREST HOLDERS CONCERNED WITH HOW THE PLAN MAY AFFECT THEIR TAX LIABILITY SHOULD CONSULT WITH THEIR OWN ACCOUNTANTS, ATTORNEYS, AND/OR ADVISORS. The following disclosure of possible tax consequences is intended solely for the purpose of alerting readers to possible tax issues this Plan may present to Debtor. The Debtor CANNOT and DOES NOT represent that the tax consequences contained below are the only tax consequences of the Plan because the Tax Code embodies many complicated rules which make it difficult to state completely and accurately all the tax implications of any action.

17

The following are the tax consequences that the Plan will have on the Debtor's tax liability: None anticipated.

### 2.9. Projections in Support of Debtor's Ability to Make Payments Under the Proposed Plan

Attached as Exhibit D are projections prepared by Debtor's accountant.    The projections are not based on audited financials.

## ARTICLE 3: FEASIBILITY OF PLAN.

The Bankruptcy Court must find that confirmation of the Plan is not likely to be followed by the liquidation, or the need for further financial reorganization, of the Debtor or any successor to the Debtor, unless such liquidation or reorganization is proposed in the Plan.

### 3.1. Ability to Initially Fund Plan.

The Debtor believes that it will have enough cash on hand on the Effective Date of the Plan to pay all the Claims and expenses that are entitled to be paid on that date. The Debtor will provide a Certification of Funds on Hand before the confirmation hearing.

### 3.2. Ability to Make Future Plan Payments and Operate Without Further Reorganization.

The Debtor must submit all or such portion of the future earnings or other future income of the Debtor as is necessary for the execution of the Plan.

The Debtor's financial projections show that the Debtor will have enough funds to pay its plan payments and operating expenses.  The final Plan payment is expected to be paid five years following the initial payment under the Plan.

The Debtor believes that the Plan is feasible.  There are two aspects of a feasibility analysis. The first aspect considers whether Debtor will have enough cash on hand on the Effective Date of the Plan to pay all the claims and expenses that are entitled to be paid on such date.  The second aspect considers whether the Debtor will have enough cash over the life of the Plan to make the required Plan payments.

The Debtor maintains that the first aspect of feasibility is satisfied as illustrated here, based upon the value of the Debtor's assets and cashflow of the business.  This second aspect of the feasibility requirement is met since the Debtor is offering to satisfy  creditors through payments spanned over five (5) years.  Moreover, payments will be made from the Debtor's continued sources of income.

**You Should Consult with Your Accountant or other Financial Advisor If You Have Any Questions Pertaining to These Projections.**

## ARTICLE 4: LIQUIDATION ANALYSIS.

To confirm the Plan, the Bankruptcy Court must find that all Creditors and Equity Interest holders who do not accept the Plan will receive at least as much under the Plan as such Claimants and Equity Interest holders would receive in a Chapter 7 liquidation. A liquidation analysis is attached as Exhibit C.

## ARTICLE 5: DISCHARGE.

**5.1. Discharge**.

**If the Plan is confirmed under § 1191(a),** on the Confirmation Date of this Plan, the Debtor will be discharged from any debt that arose before confirmation of this Plan, subject to the occurrence of the Effective Date, to the extent specified in § 1141(d) of the Bankruptcy Code; or

**If the Plan is confirmed under § 1191(b),** as soon as practicable after completion by the Debtor of all payments due under the Plan, unless the court approves a written waiver of discharge executed by the Debtor after the order for relief under this chapter, the court shall grant the Debtor a discharge of all debts provided in section 1141(d)(1)(A) of this title, and all other debts allowed under section 503 of this title and provided for in this Plan, except any debt—

   (1) on which the last payment is due after the first 3 years of the plan, or such other time not to exceed 5 years fixed by the court; or

   (2) if applicable, of the kind specified in section 523(a) of this title.

## ARTICLE 6: GENERAL PROVISIONS.

**6.1. Title to Assets.**

If a plan is confirmed under § 1191(a), except as otherwise provided in the Plan or in the order confirming the Plan, (i) confirmation of the Plan vests all of the property of the estate in the Debtor, and (ii) after confirmation of the Plan, the property dealt with by the Plan is free and clear of all Claims and Equity Interests of Creditors, equity security holders, and of general partners in the Debtor.

If a plan is confirmed under § 1191(b), property of the estate includes, in addition to the property specified in § 541, all property of the kind specified in that section that the Debtor acquires, as well as earnings from services performed by the Debtor, after the date of commencement of the case but before the case is closed, dismissed, or converted to a case under chapter 7, 12, or 13 of the Bankruptcy Code, whichever occurs first. Except as provided in § 1185 of the Bankruptcy Code, the Plan, or the order confirming the Plan, the Debtor shall remain in possession of all property of the estate.

**6.2. Binding Effect.**

If the Plan is confirmed, the provisions of the Plan will bind the Debtor and all Creditors, whether or not they accept the Plan. The rights and obligations of any entity named or referred to in this Plan will be binding upon and will inure to the benefit of the successors or assigns of such entity.

### 6.3. Severability.

If any provision in this Plan is determined to be unenforceable, the determination will in no way limit or affect the enforceability and operative effect of any other provision of this Plan.

### 6.4. Retention of Jurisdiction by the Bankruptcy Court.

The Bankruptcy Court shall retain jurisdiction of this case with regard to the following matters: (i) to make such orders as are necessary or appropriate to implement the provisions of this Plan and to resolve any disputes arising from implementation of the Plan; (ii) to rule on any modification of the Plan proposed under section 1193; (iii) to hear and allow all applications for compensation to professionals and other Administrative Expenses; (iv) to resolve all issues regarding Claims objections, and issues arising from the assumption/rejection of executory contracts or unexpired leases, and (v) to adjudicate any cause of action which may exist in favor of the Debtor, including preference and fraudulent transfer causes of action.

### 6.5. Captions.

The headings contained in this Plan are for convenience of reference only and do not affect the meaning or interpretation of this Plan.

### 6.6. Modification of Plan.

The Debtor may modify the Plan at any time before confirmation of the Plan pursuant to § 1193(a), on notice to all parties in interest.

If the Plan is confirmed under Section 1191(a), the Debtor may also seek to modify the Plan at any time after confirmation only if (1) the Plan has not been substantially consummated *and* (2) the Bankruptcy Court authorizes the proposed modifications after notice and a hearing.

If the Plan is confirmed under Section 1191(b), the Debtor may seek to modify the Plan at any time only if (1) it is within 3 years of the Confirmation Date, or such longer time not to exceed 5 years, as fixed by the court *and* (2) the Bankruptcy Court authorizes the proposed modifications after notice and a hearing.

### 6.7. Final Decree.

Once the estate has been substantially consummated provided in Rule 3022 of the Federal Rules of Bankruptcy Procedure, the Debtor, or such other party as the Bankruptcy Court shall designate in the Plan Confirmation Order, shall file a motion with the Bankruptcy Court to obtain a final decree to close the case. Alternatively, the Bankruptcy Court may enter such a final decree on its own motion.

## <u>ARTICLE 7: ATTACHMENTS.</u>

The following documents accompany the Plan:

[ ]      Debtor's Assets at Fair Market Value, annexed as Exhibit ___.

20

[ ]    Debtor's Liabilities, annexed as Exhibit ___.

[x ]    Financial forecast for the Debtor, annexed as Exhibit D .

[ ]    Debtor's most recent financial statements issued before bankruptcy, annexed as Exhibit ___.

[X]    Debtor's most recent post-petition operating report filed since the commencement of the Debtor's bankruptcy case, annexed as Exhibit A.

[ ]    Summary of the Debtor's periodic operating reports filed since the commencement of the Debtor's bankruptcy case, annexed as Exhibit ___.

[ ]    Executory Contracts and Unexpired Leases, to be Assumed annexed as Exhibit .

[ ]    Executory Contracts and Unexpired Leases to be Assumed and Assigned, annexed as Exhibit ___.

[ ]    Executory Contracts and Unexpired Leases to be Rejected, annexed as _____

[ ]    Tables showing the amount of cash on hand as of the Effective Date, and the sources of that cash, annexed as Exhibit ___.

[ x]    Liquidation Analysis, annexed as Exhibit _C.

## ARTICLE 8: FREQUENTLY ASKED QUESTIONS.

**What Is the Debtor Attempting to Do in Chapter 11?** Chapter 11 is the principal reorganization chapter of the Bankruptcy Code. Under Chapter 11, a debtor attempts to restructure the claims held against it. Formulation and confirmation of a plan of reorganization is the primary goal of Chapter 11. When reorganization is not feasible, however, a debtor may propose a liquidating plan under Chapter 11. The plan is the legal document which sets forth the manner and the means by which holders of claims against a debtor will be treated.

**Why Am I Receiving This Plan?** In order to confirm a plan of reorganization [or liquidation], the Bankruptcy Code requires that a debtor solicit acceptances of a proposed plan, which it is doing with this Plan. If the creditors are satisfied with the information provided in the Plan and the terms of the Plan as proposed, and have voted for the Plan and returned the requisite number of ballots to counsel for the Debtor, the Bankruptcy Court may confirm the Plan as proposed by the Debtor.

**How Do I Determine Which Class I Am In?** To determine the class of your claim or interest, you must first determine whether your claim is secured or unsecured. Your claim is secured if you have a validly perfected security interest in collateral owned by the Debtor. If you do not have any collateral, your claim is unsecured. The Table of Contents will direct you to the treatment provided to the class in which you are grouped. The pertinent section of the Plan dealing with that class will explain, among other things, who is in that class, what is the size of the class, what you will receive if the Plan is confirmed, and when you will receive what the Plan has

21

provided for you if the Plan is confirmed. [Paragraph/Section] lists all classes of claimants and their types of claims.

**Why Is Confirmation of a Plan of Reorganization Important?** Confirmation of the Plan is necessary because if the Plan is confirmed, the Debtor and all of its creditors are bound by the terms of the Plan. If the Plan is not confirmed, the Debtor may not pay creditors as proposed in the Plan while the Debtor remains in bankruptcy.

**What Is Necessary to Confirm a Plan of Reorganization?** Confirmation of the Plan requires, among other things, the vote in favor of the Plan of two-thirds in total dollar amount and a majority in number of claims actually voting in each voting class.  If the vote is insufficient, the Bankruptcy Court can still confirm the Plan, but only if certain additional elements are shown including that the plan does not discriminate unfairly, and is fair and equitable, with respect to each class of claims or interests that is impaired under, and has not accepted, the plan.

**Am I Entitled to Vote on the Plan?** Any creditor of the Debtor whose claim is IMPAIRED under the Plan is entitled to vote, if either (i) the creditor's claim has been scheduled by the Debtor and such claim is not scheduled as disputed, contingent, or unliquidated, or (ii) the creditor has filed a proof of claim on or before the last date set by the Bankruptcy Court for such filings. Any claim to which an objection has been filed (and such objection is still pending) is not entitled to vote, unless the Bankruptcy Court temporarily allows the creditor to vote upon the creditor's motion. Such motion must be heard and determined by the Bankruptcy Court prior to the date established by the Bankruptcy Court to confirm the Plan.

**How Do I Determine Whether I Am in an Impaired Class?** Section 2.2 of the Plan identifies the classes of creditors whose claims are impaired.

**When Is the Deadline by Which I Need to Return My Ballot?** The Plan is being distributed to all claim holders for their review, consideration and approval. The deadline by which ballots must be returned is _____.  Ballots should be mailed to the following address: ANTHONY SODONO, III, ESQ., AND SARI B. PLACONA, ESQ., MCMANIMON, SCOTLAND & BAUMANN, LLC, 75 LIVINGSTON AVENUE, SECOND FLOOR, ROSELAND, NEW JERSEY 07068.

**How Do I Determine When and How Much I Will Be Paid?** In Section 2.2, the Debtor has provided both written and financial summaries of what it anticipates each class of creditors will receive under the Plan.

## <u>ARTICLE 9: DEFINITIONS.</u>

**9.1.**    The definitions and rules of construction set forth in §§ 101 and 102 of the Bankruptcy Code shall apply when terms defined or construed in the Code are used in this Plan. The definitions that follow that are found in the Code are the convenience of reference only and are superseded by the definitions found in the Code.

**9.2.**    **Administrative Claimant:** Any person entitled to payment of an Administration Expense.

**9.3.    Administrative Convenience Class:** A class consisting of every unsecured claim that is less than or reduced to an amount that the Bankruptcy Court approves as reasonable and necessary for administrative convenience.

**9.4.    Administrative Expense:** Any cost or expense of administration of the Chapter 11 case entitled to priority under Section 507(a)(2) of the Code and allowed under Section 503(b) of the Code, including without limitation, any actual and necessary expenses of preserving the Debtor's estate, any actual and necessary expenses incurred following the filing of the bankruptcy petition by the Debtor-in-Possession, allowances of compensation or reimbursement of expenses to the extent allowed by the Bankruptcy Court under the Bankruptcy Code, the allowed claim of the Trustee for fees and/or reimbursements, and any fees or charges assessed against any of the Debtor's estates under Chapter 123, Title 28, United States Code.

**9.5.    Administrative Tax Claim:** Any tax incurred pursuant to Section 503(b)(1)(B) of the Code.

**9.6.    Allowed Claim:** Any claim against the Debtor pursuant to Section 502 of the Code to the extent that: (a) a Proof of Claim was either timely filed or was filed late with leave of the Bankruptcy Court or without objection by the Debtor, and (b) as to which either (i) a party in interest, including the Debtor, does not timely file an objection, or (ii) is allowed by a Final Order.

**9.7.    Allowed Priority Tax Claim:** A Priority Tax Claim to the extent that it is or has become an Allowed Claim, which in any event shall be reduced by the amount of any offsets, credits, or refunds to which the Debtor or Debtor-in-Possession shall be entitled on the Confirmation Date.

**9.8.    Allowed Secured Claim:** Allowed Secured Claims are claims secured by property of the Debtor's bankruptcy estate (or that are subject to setoff) to the extent allowed as secured claims under § 506 of the Code

**9.9.    Allowed Unsecured Claim:** An Unsecured Claim to the extent it is, or has become, an Allowed Claim, which in any event shall be reduced by the amount of any offsets, credits, or refunds to which the Debtor or Debtor-in-Possession shall be entitled on the Confirmation Date.

**9.10.    Bankruptcy Code or Code:** The Bankruptcy Reform Act of 1978, as amended and codified as Title 11, United States Code.

**9.11.    Bankruptcy Court:** The United States Bankruptcy Court for the District of New Jersey.

**9.12.    Bankruptcy Rules:** The Federal Rules of Bankruptcy Procedure.

**9.13.    Cash:** Cash, cash equivalents and other readily marketable securities or instruments issued by a person other than the Debtor, including, without limitation, readily marketable direct obligations of the United States of America, certificates of deposit issued by banks and commercial paper of any entity, including interest accrued or earned thereon.

4865-1997-2338, v. 1

**9.14.    Chapter 11 Case:** This case under chapter 11 of the Bankruptcy Code in which 703 Bakery Corp., is the Debtor-in-Possession.

**9.15.    Claim:** Any "right to payment from the Debtor whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured or unsecured; or any right to an equitable remedy for future performance if such breach gives rise to a right of payment from the Debtor, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, disputed, undisputed, secured or unsecured." 11 U.S.C. § 101(5).

**9.16.    Class:** A category of holders of claims or interests which are substantially similar to the other claims or interests in such class.

**9.17.    Confirmation:** The entry by the Bankruptcy Court of an order confirming this Plan.

**9.18.    Confirmation Date:** The Date upon which the Bankruptcy Court shall enter the Confirmation Order; provided however, that if on motion the Confirmation Order or consummation of the Plan is stayed pending appeal, then the Confirmation Date shall be the entry of the Final Order vacating such stay or the date on which such stay expires and is no longer in effect.

**9.19.    Confirmation Hearing:** The hearing to be held on ____, 2024 at 11:00 a.m. to consider confirmation of the Plan.

**9.20.    Confirmation Order:** An order of the Bankruptcy Court or any amendment thereto confirming the Plan in accordance with the provisions of chapter 11 of the Bankruptcy Code.

**9.21.    Creditor:** Any person who has a Claim against the Debtor that arose on or before the Petition Date.

**9.22.    Debtor** and **Debtor-in-Possession:** 703 Bakery Corp., the debtor-in-possession in this Chapter 11 Case.

**9.23.    Disputed Claim:** Any claim against the Debtor pursuant to Section 502 of the Code that the Debtor has in any way objected to, challenged or otherwise disputed.

**9.24.    Distributions:** The property required by the Plan to be distributed to the holders of Allowed Claims.

**9.25.    Effective Date:** Pursuant to D.N.J. LBR 3020-1, the effective date of a chapter 11 plan is 30 days after entry of the order confirming the plan unless the plan or confirmation order provides otherwise.

**9.26.    Equity Interest:** An ownership interest in the Debtor.

**9.27.    Executory Contracts:** All unexpired leases and executory contracts as described in Section 365 of the Bankruptcy Code.

24

**9.28.    Final Order:** An order or judgment of the Bankruptcy Court that has not been reversed, stayed, modified or amended and as to which (a) any appeal that has been taken has been finally determined or dismissed, or (b) the time for appeal has expired and no notice of appeal has been filed.

**9.29.    IRC:** The Internal Revenue Code.

**9.30.    Petition Date:** May 21, 2024, the date the original chapter 11 bankruptcy case was filed.

**9.31.    Plan:** This Plan, either in its present form or as it may be altered, amended, or modified from time to time.

**9.32.    Priority Tax Claim:** Any Claim entitled to priority in payment under Section 507(a)(8) of the Bankruptcy Code.

**9.33.    Reorganized Debtor:** The Debtor after the Effective Date.

**9.34.    Schedules:** Schedules and Statement of Financial Affairs, as amended, filed by the Debtor with the Bankruptcy Court listing liabilities and assets.

**9.35.    Secured Creditor:** Any creditor that holds a Claim that is secured by property of the Debtor.

**9.36.    Trustee:** The trustee to be appointed pursuant to 11 U.S.C. § 1183(a) and whose duties are prescribed under 11 U.S.C. 1183(b), the Plan, or the order confirming the Plan.

**9.37.    Unsecured Creditor:** Any Creditor that holds a Claim in the Chapter 11 case which is not a secured Claim.

Respectfully submitted,

**McMANIMON, SCOTLAND
& BAUMANN, LLC**
*Counsel for 703 Bakery Corp.,
Chapter 11 Debtor and Debtor-in-Possession*

Dated: October 23, 2024                        By:_____*/s/ Anthony Sodono, III*_____
                                                            Anthony Sodono, III

                                                   By: ___*/s/ Oleg Azizov*_____
                                                            Oleg Azizov

Dated:  October 23, 2024

25

**EXHIBIT A – Operating Report**

**Fill in this information to identify the case:**

Debtor Name ___703 Bakery Corp._____

United States Bankruptcy Court for the: Eastern District of New York

Case number: ___24-15150 VFP_____

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

| Month: | September 2024 | Date report filed: | 10/22/2024 |
| | | | MM / DD / YYYY |
| Line of business: | Specialty Food Retailer | NAISC code: | 445298 |

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: ___Oleg Azizov, President_____

Original signature of responsible party _____

Printed name of responsible party ___OLEG AZIZOV_____

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

| | |
|---|---|
| Debtor Name 703 Bakery Corp. | Case number 24-15150 VFP |

17. Have you paid any bills you owed before you filed bankruptcy?   ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 102,663.37

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 668,378.59

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    − $ 693,226.29

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ -24,847.70

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ 77,815.67

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    $ 168,783.44

    *(Exhibit E)*

Debtor Name  703 Bakery Corp.

Case number  24-15150 VFP

---

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F.* Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                 $ _____ 0.00

     *(Exhibit F)*

---

## 5. Employees

26. What was the number of employees when the case was filed?                        130

27. What is the number of employees as of the date of this monthly report?            130

---

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ _____ 5,000.00

30. How much have you paid this month in other professional fees?                                  $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?                 $ _____ 397.50

---

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ 668,378.59 | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ 693,226.29 | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ -24,847.70 | = | $ _____ |

35. Total projected cash receipts for the next month:                              $ _____ 0.00

36. Total projected cash disbursements for the next month:                       − $ _____ 0.00

37. Total projected net cash flow for the next month:                             = $ _____ 0.00

---

Debtor Name  703 Bakery Corp.                                    Case number 24-15150 VFP

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

**703 Bakery Corp**
**24-15150 (VFP)**
**Period: Sept 2024**

**Exhibit A**

(3) As of September 30, 2024, the Debtor was behind on post petition rent

Exhibit C D

703 Bakery Corp
Transaction Detail by Account
Sep-24

| Date | Transaction Type | Num | Name | Memo/Description | Cash Receipts | Cash Disbursements | Category |
|------|------|-----|------|-----------------|---------------|-------------------|----------|

**Dine 5900**

| 9/4/2024 | | | UBER USA 6787 REF* TN* GR4CP0OAOXU | | $132.93 | | Sales |
| 9/4/2024 | | | UBER USA 6787 REF* TN* 4X6VA6NA3n | | $940.42 | | Sales |
| 9/4/2024 | | | UBER USA 6787 REF* TN* 08JROUP2V2 | | $1,533.99 | | Sales |
| 9/4/2024 | | | UBER USA 6787 REF* TN* 236LDU3EYO\ | | $1,605.50 | | Sales |
| 9/4/2024 | | | I-BER USA 6787 REF* TN* WLX8FWES0EU | | $3,399.87 | | Sales |
| 9/4/2024 | | | UBER USA 6787 REF* TN* GN46GEIMDHU | | $3,573.69 | | Sales |
| 9/4/2024 | | | UBER USA 6787 REF* TN* 52AFRNJ9AM1\ | | $3,983.25 | | Sales |
| 9/4/2024 | | | UBER USA 6787 REF* TN* QMCRIOIRDL\ | | $4,732.22 | | Sales |
| 9/6/2024 | | | DoorDash, Inc DoorDash - ST-4Z9ML407M8L1 | | $395.48 | | Sales |
| 9/6/2024 | | | DoorDash, Inc 703 Bakery ST-4Z9F9S3H2A112 | | $623.72 | | Sales |
| 9/10/2024 | | | UBER USA 6787 REF* TN* 37XZ4ZPG8YN | | $130.22 | | Sales |
| 9/10/2024 | | | UBER USA 6787 REF* TN* BM1972PX13E\ | | $663.39 | | Sales |
| 9/10/2024 | | | UBER USA 6787 REF* TN* LTU321WSR7\ | | $1,114.38 | | Sales |
| 9/10/2024 | | | UBER USA 6787 REF* TN* DUXU2GOQ0BU | | $2,171.23 | | Sales |
| 9/10/2024 | | | UBER USA 6787 REF* TN* YDOL2YEVLA | | $3,359.89 | | Sales |
| 9/10/2024 | | | UBER USA 6787 REF* TN* EPPPR_122UL\ | | $3,859.62 | | Sales |
| 9/10/2024 | | | UBER USA 6787 REF* TN* 05G6FS69KN\ | | $3,915.10 | | Sales |
| 9/10/2024 | | | UBER USA 6787 REF* TN* P67BRU2YAL\ | | $4,288.29 | | Sales |
| 9/13/2024 | | | DoorDash, Inc 703 Bakery ST-4R3A308E6J904 | | $326.90 | | Sales |
| 9/13/2024 | | | DoorDash, Inc DoorDash - ST-4ZV8F7K2Q6J8 | | $746.93 | | Sales |
| 9/17/2024 | | | UBER USA 6787 REF* TN* 8BX15U9XB0 | | $59.52 | | Sales |
| 9/17/2024 | | | UBER USA 6787 REF* TN* JCFTNELCF2\ | | $786.24 | | Sales |
| 9/17/2024 | | | UBER USA 6787 REF* TN* JCFTNELCF2\ | | $1,574.23 | | Sales |
| 9/17/2024 | | | UBER USA 6787 REF* TN* 5QWD1 C65Q7\ | | $1,756.29 | | Sales |
| 9/17/2024 | | | UBER USA 6787 REF* TN* LWOPSN7NRE\ | | $3,957.47 | | Sales |
| 9/17/2024 | | | UBER USA 6787 REF* TN* HHI57Q7SNC6\ | | $4,001.28 | | Sales |
| 9/17/2024 | | | UBER USA 6787 REF* TN* 50IHHPQNZFV\ | | $4,104.70 | | Sales |
| 9/17/2024 | | | UBER USA 6787 REF* TN* 5P142ZKTZO | | $4,155.43 | | Sales |
| 9/20/2024 | | | DoorDash, Inc DoorDash - ST-4B9Q2Y2D3L5Y5 | | $604.11 | | Sales |
| 9/20/2024 | | | DoorDash, Inc 703 Bakery ST-4Z08AAY5COF5 | | $960.00 | | Sales |
| 9/24/2024 | | | UBER USA 6787 REF* TN* 0A180Z97M13\ | | $152.84 | | Sales |
| 9/24/2024 | | | UBER USA 6787 REF* TN* AOC3QGW11:0 | | $1,000.22 | | Sales |
| 9/24/2024 | | | UBER USA 6787 REF* TN* 67ILOP2KON | | $1,593.29 | | Sales |
| 9/24/2024 | | | UBER USA 6787 REF* TN* B2CO7FOXOG\ | | $1,907.57 | | Sales |
| 9/24/2024 | | | UBER USA 6787 REF* TN* GWSDF6N9X0\ | | $3,998.05 | | Sales |
| 9/24/2024 | | | UBER USA 6787 REF* TN* 0674V7YYOW\ | | $4,011.29 | | Sales |
| 9/24/2024 | | | UBER USA 6787 REF* TN* NZ7NZM0FWh | | $4,100.85 | | Sales |
| 9/24/2024 | | | UBER USA 6787 REF* TN* 5QA5Z7A9P4 | | $4,200.34 | | Sales |
| 9/27/2024 | | | DoorDash, Inc DoorDash - ST-4OM2QO8NFIGO | | $805.79 | | Sales |
| 9/27/2024 | | | DoorDash, Inc 703 Bakery ST-4F7C5W3M61E5 | | $938.11 | | Sales |
| 9/6/2024 | | | Transfer to CK 5983 | | | $800.00 | Transfer |
| 9/10/2024 | | | Transfer to CK 5710 | | | $40,500.00 | Transfer |
| 9/17/2024 | | | Transfer to CK 5710 | | | $21,000.00 | Transfer |
| 9/18/2024 | | | Transfer to CK 5983 | | | $500.00 | Transfer |
| 9/24/2024 | | | Transfer to CK 5710 | | | $22,000.00 | Transfer |

**Total Dine 5900** | | | | | **86,164.64** | **84,800.00** |

Page 1 of 16

Exhibit C D

**Dime 5710**

| Date | Transaction Type | Num | Name | Memo/Description | Cash Receipts | Cash Disbursements | Category |
|---|---|---|---|---|---|---|---|
| 9/3/2024 | | | Wire Transfer 78792969703 BAKERY CORP | | 80,000.00 | | Transfer |
| 9/3/2024 | 20507 | | Jose Falen Aspillaga | | | 625.99 | Payroll |
| 9/3/2024 | 20524* | | Maria Del Carmen Flores Guevara | | | 572.79 | Payroll |
| 9/3/2024 | 20528* | | Nelsson Maxia Samol | | | 846.12 | Payroll |
| 9/4/2024 | | | ADP PAY+BY+PAY PAY+BY+PAY 933533386432AIN | | | $1,627.35 | Payroll |
| 9/4/2024 | | | ADP Tax ADP Tax KJAIN 09041 0A01 | | | $19,372.34 | Payroll |
| 9/4/2024 | | | ADP WAGE PAY WAGE PAY 933533386431 AIN | | | $46,870.37 | Payroll |
| 9/4/2024 | 238* | | Anderson Alvarao Cifuent | | | $526.90 | Payroll |
| 9/4/2024 | 250 | | Anderson Alvarao Cifuent | | | $618.47 | Payroll |
| 9/5/2024 | 261 | | Norma Cuautle | | | 838.58 | Payroll |
| 9/5/2024 | 263* | | Cinthya Lopez | | | 583.70 | Payroll |
| 9/5/2024 | 267 | | Juan Garcia Lopez | | | 901.40 | Payroll |
| 9/5/2024 | 20539* | | Jorge Abanto | | | 833.26 | Payroll |
| 9/5/2024 | 20541 | | Henry Gonzalez Acevedo | | | 989.14 | Payroll |
| 9/5/2024 | 20542 | | Jose A Guardado Borja | | | 1,069.03 | Payroll |
| 9/5/2024 | 20543 | | Daniel Hincaple Rawe | | | 979.26 | Payroll |
| 9/5/2024 | 20545 | | Erick Narvaez Abbay | | | 566.07 | Payroll |
| 9/6/2024 | | | ADP PAYROLL FEES ADP FEES 926134213819 | | | $165.45 | Payroll |
| 9/6/2024 | | | ADP PAYROLL FEES ADP FEES 926134213818 | | | $319.79 | Payroll |
| 9/6/2024 | | | ADP 401K ADP 401K KJAIN 09041 OV02 | | | $439.50 | Payroll |
| 9/6/2024 | 187* | | Félix Eduardo Montes Tuesta | | | $820.47 | Payroll |
| 9/6/2024 | 216* | | Félix Eduardo Montes Tuesta | | | $1,146.39 | Payroll |
| 9/6/2024 | 223* | | Félix Eduardo Montes Tuesta | | | $393.93 | Payroll |
| 9/6/2024 | 265 | | Nikita Gulélev | | | 875.47 | Payroll |
| 9/6/2024 | 266 | | Kristina Kamentseva | | | 506.18 | Payroll |
| 9/6/2024 | 20540 | | Maria Del Carmen Flores Guevara | | | 622.75 | Payroll |
| 9/9/2024 | 264 | | Maria Magdalena Mendoz. Saquisilli | | | 775.15 | Payroll |
| 9/10/2024 | | | Transfer from 5900 | | 40,500.00 | | Transfer |
| 9/10/2024 | | | Wire Transfer 79011975703 BAKERY CORP | | 45,000.00 | | Transfer |
| 9/11/2024 | | | ADP PAY+BY+PAY PAY+BY+PAY 611069218466AIN | | | $1,706.28 | Payroll |
| 9/11/2024 | | | ADP Tax ADP Tax KJAIN 09111 IAOI | | | $20,666.35 | Payroll |
| 9/11/2024 | | | ADP WAGE PAY WAGE PAY 611069218465AIN | | | $48,154.16 | Payroll |
| 9/12/2024 | 273* | | Norma Cuautle | | | 877.31 | Payroll |
| 9/12/2024 | 275* | | Cinthya Lopez | | | 928.36 | Payroll |
| 9/12/2024 | 276 | | Maria Magdalena Mendoz. Saquisilli | | | 746.47 | Payroll |
| 9/12/2024 | 277 | | Nikita Gulélev | | | 807.42 | Payroll |
| 9/12/2024 | 278 | | Kristina Kamentseva | | | 659.25 | Payroll |
| 9/12/2024 | 279 | | Juan Garcia Lopez | | | 679.62 | Payroll |
| 9/12/2024 | 20544 | | Nelsson Maxia Samol | | | 846.11 | Payroll |
| 9/12/2024 | 20557* | | Jorge Abanto | | | 833.26 | Payroll |
| 9/12/2024 | 20559 | | Henry Gonzalez Acevedo | | | 989.13 | Payroll |
| 9/12/2024 | 20560 | | Jose A Guardado Borja | | | 1,069.02 | Payroll |
| 9/12/2024 | 20561 | | Daniel Hincaple Rawe | | | 549.20 | Payroll |
| 9/12/2024 | 20562 | | Nelsson Maxia Samol | | | 846.11 | Payroll |
| 9/12/2024 | 20563 | | Adaine Melendi | | | 880.86 | Payroll |
| 9/13/2024 | | | ADP PAYROLL FEES ADP FEES 928134495274 | | | $15.45 | Payroll |
| 9/13/2024 | | | ADP 401K ADP 401K KJAIN 09111 V02 | | | $443.48 | Payroll |
| 9/13/2024 | 249* | | Halm Khadida | | | $349.73 | Payroll |
| 9/13/2024 | 258* | | Halm Khadida | | | 457.89 | Payroll |

Exhibit C D

| Date | Transaction Type | Num | Name | Memo/Description | Cash Receipts | Cash Disbursements | Category |
|---|---|---|---|---|---|---|---|
| 9/13/2024 | 269 | | Halm Khadida | | | 301.03 | Payroll |
| 9/16/2024 | 268 | | Nechuma Dina Bass | | | 165.93 | Payroll |
| 9/17/2024 | | | Transfer from 5900 | | 21,000.00 | | Transfer |
| 9/17/2024 | | | Wire Transfer 7920985670 3 BAKERY CORP | | 62,000.00 | | Transfer |
| 9/18/2024 | | | ADP PAY4BY4PAY PAY4BY4PAY 657092142929AIN | | | $1,686.95 | Payroll |
| 9/18/2024 | | | ADP Tax ADP Tax KJAIN 091812A01 | | | $20,115.49 | Payroll |
| 9/18/2024 | | | ADP WAGE PAY WAGE PAY 657092142928AIN | | | $48,447.83 | Payroll |
| 9/18/2024 | 20558 | | Maria Del Carmen Flores Guevara | | | 658.19 | Payroll |
| 9/19/2024 | 185* | | Amanda Kola | | | $549.69 | Payroll |
| 9/19/2024 | 214* | | Amanda Kola | | | $553.40 | Payroll |
| 9/19/2024 | 221* | | Amanda Kola | | | $126.02 | Payroll |
| 9/19/2024 | 260* | | Jason Duarte | | | 160.20 | Payroll |
| 9/19/2024 | 271 | | Jason Duarte | | | 573.50 | Payroll |
| 9/19/2024 | 285* | | Norma Cuautle | | | 853.46 | Payroll |
| 9/19/2024 | 286 | | Cinthya Lopez | | | 829.65 | Payroll |
| 9/19/2024 | 289 | | Kristina Kamentseys | | | 731.52 | Payroll |
| 9/19/2024 | 290 | | Juan Garcia Lopez | | | 854.98 | Payroll |
| 9/19/2024 | 20511* | | Rodger S Ricketts | | | 495.86 | Payroll |
| 9/19/2024 | 20529 | | Rodger S Ricketts | | | 576.35 | Payroll |
| 9/19/2024 | 20546 | | Rodger S Ricketts | | | 571.36 | Payroll |
| 9/19/2024 | 20565* | | Rodger S Ricketts | | | 514.87 | Payroll |
| 9/19/2024 | 20578* | | Jorge Abanto | | | 723.95 | Payroll |
| 9/19/2024 | 20580 | | Henry Gonzalez Acevedo | | | 989.14 | Payroll |
| 9/19/2024 | 20581 | | Jose A Guardado Borja | | | 1,069.02 | Payroll |
| 9/19/2024 | 20583 | | Adaine Melendi | | | 880.87 | Payroll |
| 9/19/2024 | 20585 | | Rodger S Ricketts | | | 514.54 | Payroll |
| 9/20/2024 | | | ADP PAYROLL FEES ADP FEES 92663457802 | | | $15.45 | Payroll |
| 9/20/2024 | | | ADP 401K ADP 401K KJAIN 091812V02 | | | $441.78 | Payroll |
| 9/20/2024 | 288 | | Nikita Guliaiev | | | 789.61 | Payroll |
| 9/20/2024 | 20582 | | Nelson Maxia Samol | | | 846.11 | Payroll |
| 9/20/2024 | 20584 | | Erick Narvaez Abbay | | | 800.90 | Payroll |
| 9/23/2024 | 136 | | Shayna M Solkowitz | | | $911.96 | Payroll |
| 9/23/2024 | 270 | | Michelle Shmerkin | | | 329.84 | Payroll |
| 9/23/2024 | 281 | | Michelle Shmerkin | | | 144.72 | Payroll |
| 9/23/2024 | 287 | | Maria Magdelena Mendoz Saquialli | | | 752.89 | Payroll |
| 9/23/2024 | 20579 | | Maria Del Carmen Flores Guevara | | | 627.70 | Payroll |
| 9/24/2024 | | | Transfer from 5900 | | 22,000.00 | | Transfer |
| 9/24/2024 | | | RETURNED CHECK# 287, NSF | | 752.89 | | Credit/Return |
| 9/24/2024 | | | RETURNED CHECK# 136, NSF | | 911.96 | | Credit/Return |
| 9/24/2024 | | | Wire Transfer 7938862 8 703 BAKERY CORP | | 60,000.00 | | Transfer |
| 9/24/2024 | 280 | | Nechuma Dina Bass | | | 399.91 | Payroll |
| 9/24/2024 | 282 | | Anderson Alvarao Cifuent | | | 314.53 | Payroll |
| 9/24/2024 | 283 | | Jason Duarte | | | 469.55 | Payroll |
| 9/24/2024 | 291 | | Erick Narvaez Abbay | | | 816.36 | Payroll |
| 9/25/2024 | | | ADP PAY4BY4PAY PAY4BY4PAY 765095426708AIN | | | $1,697.26 | Payroll |
| 9/25/2024 | | | ADP Tax ADP Tax KJAIN 092513A01 | | | $20,106.44 | Payroll |
| 9/25/2024 | | | ADP WAGE PAY WAGE PAY 765095426707AIN | | | $47,998.30 | Payroll |
| 9/25/2024 | 229* | | Kristijana Gurraj | | | $147.20 | Payroll |
| 9/26/2024 | | | Transfer from 6007 | | 4,900.00 | | Transfer |
| 9/26/2024 | 298* | | Norma Cuautle | | | 852.29 | Payroll |
| 9/26/2024 | 299 | | Cinthya Lopez | | | 803.80 | Payroll |

Exhibit C D

| Date | Transaction Type | Num | Name | Memo/Description | Cash Receipts | Cash Disbursements | Category |
|---|---|---|---|---|---|---|---|
| 9/26/2024 | | 300 | Maria Magdelena Mendez  Saquisilli | | | 761.53 | Payroll |
| 9/26/2024 | | 303 | Juan Garcia Lopez | | | 851.52 | Payroll |
| 9/26/2024 | | 304 | Andrea Pena | | | 578.79 | Payroll |
| 9/26/2024 | | 20597* | Jorge Abarno | | | 723.95 | Payroll |
| 9/26/2024 | | 20600* | Jose A Guardado Borja | | | 1,069.02 | Payroll |
| 9/27/2024 | | | ADP PAYROLL FEES ADP FEES 592595466710 | | | $33.35 | Payroll |
| 9/27/2024 | | | ADP 401K ADP 401K KJAIN 092513V02 | | | $442.03 | Payroll |
| 9/27/2024 | | 295* | Milagro Alvarado | | | 419.41 | Payroll |
| 9/27/2024 | | 301 | Nikita Gulaliev | | | 919.79 | Payroll |
| 9/27/2024 | | 302 | Kristina Kamentseva | | | 730.05 | Payroll |
| 9/27/2024 | | 20598 | Maria Del Carmen Flores Guevara | | | 677.70 | Payroll |
| 9/27/2024 | | 20601 | Nelsson Maxia Samol | | | 1,017.16 | Payroll |
| 9/27/2024 | | 20602 | Erick Narvaez Abhay | | | 880.34 | Payroll |
| 9/30/2024 | | 283 | Jason Duarte | | | 469.55 | Payroll |
| 9/30/2024 | | 305 | Maria Magdelena Mendez  Saquisilli | | | 752.89 | Payroll |
| **Total Dime 5710** | | | | | $ 337,064.85 | $ 338,928.79 | |
| **Dime 3369** | | | | | | | |
| 9/5/2024 | | | | | | 0.44 | Bank Fees |
| **Total Dime 3369** | | | | | $ 0.00 | $ 0.44 | |
| **Dime 5983** | | | | | | | |
| 9/3/2024 | | | | Transfer from CK 6007 | $2,000.00 | | Transfer |
| 9/3/2024 | | | | >(X8117 pos PURCHASE SHELL OIL 575457 LYNDHURST NJ 465332967 13843 | | 17.64 | Selling & Admin |
| 9/3/2024 | | | | >()(8117 pos PURCHASE AMAZON COW ZT68Y SEATTLE WA 00000101 | | 23.46 | Selling & Admin |
| 9/3/2024 | | | | 4CW758ZZSXZ )()(8117 pos PURCHASE EXPRESS LIQUORS NEWARK NJ 75682376 835570 | | 28.00 | Selling & Admin |
| 9/3/2024 | | | | >+)(8117 pos PURCHASE SQ * MINASIAN BRO LYNDHURST NJ 77827301 424513936e9 | | 29.69 | Selling & Admin |
| 9/3/2024 | | | | >0(8117 pos PURCHASE 7-ELEVEN 22351 LYNDHURST NJ 463904477 40346 | | 30.44 | Selling & Admin |
| 9/3/2024 | | | | >(X8117 pos PURCHASE SHELL OIL 575457 LYNDHURST NJ 46533213 903481 | | 33.27 | Selling & Admin |
| 9/3/2024 | | | | )()(8117 pos PURCHASE FACEBK • 8VFOG9UE Menlo Park CA 021670278 49166 | | 38.15 | Selling & Admin |
| 9/3/2024 | | | | >0+8117 pos PURCHASE EXXON DJS SERVI KEARNY NJ 036650013 88601 9 | | $46.27 | Selling & Admin |
| 9/3/2024 | | | | >9+8117 pos PURCHASE EXXON DJS SERVI KEARNY NJ 0366500545 0192 | | 53.68 | Selling & Admin |
| 9/3/2024 | | | | XX8117 pos PURCHASE MILLENIUM NEWARK NJ 19764798 894287 | | $54.55 | Selling & Admin |
| 9/3/2024 | | | | XX8117 pos PURCHASE 7-ELEVEN 22353 LYNDHURST NJ 483808386 46312 | | $55.00 | Selling & Admin |
| 9/3/2024 | | | | >0+8117 pos PURCHASE 7-ELEVEN 22353 LYNDHURST NJ 463904854437 42 | | $56.88 | Selling & Admin |
| 9/3/2024 | | | | XX8117 pos PURCHASE 7-ELEVEN 22353 LYNDHURST NJ 483898464561 60 | | $64.01 | Selling & Admin |
| 9/3/2024 | | | | >C<8117 pos PURCHASE EXXON RIDGE SERV LYNDHURST NJ 0356598749 9799 | | $77.01 | Selling & Admin |
| 9/3/2024 | | | | XX8117 pos PURCHASE SHELL OIL 575457 SECAUCUS NJ 46535531 298248 | | $82.00 | Selling & Admin |
| 9/3/2024 | | | | XX8117 pos PURCHASE ARDENS MOTORSPOR KEARNY NJ 72408807 659637 | | $191.98 | Selling & Admin |
| 9/3/2024 | | | | >0-8117 pos PURCHASE TWIN CITY SUPERM NEWARK NJ 20126443 249690 | | $209.70 | Purchases |
| 9/3/2024 | | | | >0-8117 pos PURCHASE B & H LINEN INC 845-588-0100 NY 62267108 687276 | | $320.35 | Selling & Admin |
| 9/4/2024 | | | | >0(8117 pos PURCHASE SQ * MINASIAN BRO LYNDHURST NJ 77827301 4247185 8009 | | $35.57 | Selling & Admin |
| 9/4/2024 | | | | XX8117 pos PURCHASE 7-ELEVEN 22353 LYNDHURST NJ 30389725 358267 | | $57.00 | Selling & Admin |
| 9/4/2024 | | | | >0(8117 pos PURCHASE EXXON MICHANT LL LAKEWOOD NJ 12127836 391151 | | $97.00 | Selling & Admin |
| 9/4/2024 | | | | XX8117 pos PURCHASE TWIN CITY SUPERM NEWARK NJ 78250388 565238 | | $199.26 | Purchases |
| 9/5/2024 | | | | Shell Oil | $0.82 | | Return/Credit |
| 9/5/2024 | | | | >0+8117 pos PURCHASE F-Z EDGE, INC  2012951171 NJ 00163220686012 | | $40.93 | Selling & Admin |
| 9/5/2024 | | | | >C<8117 pos PURCHASE AMAZON COM• ZT6L9 SEATTLE WA 00000101 6E9UOMSOOA2L | | $66.81 | Selling & Admin |

Exhibit C D

| Date | Transaction Type | Num | Name | Memo/Description | Cash Receipts | Cash Disbursements | Category |
|---|---|---|---|---|---|---|---|
| 9/5/2024 | | | XX8117 pos PURCHASE EZ EDGE, INC. 2012951171 NJ 0016324600807I | | | $77.17 | Selling & Admin |
| 9/5/2024 | | | XX8117 pos PURCHASE EZ EDGE, INC. 2012951171 NJ 0016323828c460 | | | $77.17 | Selling & Admin |
| 9/6/2024 | | | Transfer from CK 5900 | | $800.00 | | Transfer |
| 9/6/2024 | | | >0<8117 pos PURCHASE 7-ELEVEN 32353 LYNDHURST NJ 26418441 404475 | | | $36.32 | Selling & Admin |
| 9/6/2024 | | | >0<8117 pos PURCHASE 7-ELEVEN 32353 LYNDHURST NJ 26418458 792523 | | | $49.05 | Selling & Admin |
| 9/6/2024 | | | )08117 pos PURCHASE HARNEY SONS TEA MILLERTON NY 0266876247541Z | | | $275.00 | Purchases |
| 9/6/2024 | | | XX8117 pos PURCHASE ASHPA MANAGEMENT LAKEWOOD NJ 9561517T 320089 | | | $421.45 | Selling & Admin |
| 9/6/2024 | | | >0<8117 pos PURCHASE TRIP* Express Recy WATERBURY CTR VT 81166689 002130 | | | $464.66 | Selling & Admin |
| 9/6/2024 | | | -(<8117 pos PURCHASE EXXON RIDGE SERV LYNDHURST NJ 58142245 262409 | | | $14.00 | Selling & Admin |
| 9/9/2024 | | | XX8117 pos PURCHASE SQ * MINASIAN BRO LYNDHURST NJ 77827301 425314701162 | | | $31.48 | Selling & Admin |
| 9/9/2024 | | | >08117 pos PURCHASE EXXON RIDGE SERV LYNDHURST NJ 58142252409030 | | | $36.64 | Selling & Admin |
| 9/9/2024 | | | XX8117 pos PURCHASE UBER * TRIP San Francisco CA 74862889 09090901992Z | | | $45.93 | Selling & Admin |
| 9/9/2024 | | | XX8117 pos PURCHASE EXXON RIDGE SERV LYNDHURST NJ 58142328 254205 | | | $54.04 | Selling & Admin |
| 9/9/2024 | | | >0<8117 pos PURCHASE LIBER * TRIP San Francisco CA 74862889 0908094443446 | | | $64.76 | Selling & Admin |
| 9/9/2024 | | | XX8117 pos PURCHASE EXXON RIDGE SERV LYNDHURST NJ 58142237 771556 | | | $67.02 | Selling & Admin |
| 9/9/2024 | | | -o<8117 pos PURCHASE EXXON RIDGE SERV LYNDHURST NJ 58142286 267481 | | | $72.00 | Selling & Admin |
| 9/9/2024 | | | XX8117 pos PURCHASE BAKEDECO KEREKES BROOKLYN NY 59550185 558613 | | | $150.00 | Purchases |
| 9/9/2024 | | | >0<8117 pos PURCHASE Spectrum 855=707=7328 MO 38686554 374223 | | | $273.68 | Selling & Admin |
| 9/10/2024 | | | XX8117 pos PURCHASE UBER * PENDING San Francisco CA 74862889 090908085 | | | $43.77 | Selling & Admin |
| 9/10/2024 | | | XX8117 pos PURCHASE EXXON RIDGE SERV LYNDHURST NJ 84403636 155982 | | | $54.58 | Selling & Admin |
| 9/12/2024 | | | XX8117 pos PURCHASE EXXON RIDGE SERV LYNDHURST NJ 90442507 042702 | | | $35.37 | Selling & Admin |
| 9/12/2024 | | | XX8117 pos PURCHASE 7-ELEVEN 32353 LYNDHURST NJ 82434447212752 | | | $70.30 | Selling & Admin |
| 9/18/2024 | | | Transfer from CK 5900 | | $500.00 | | Transfer |
| 9/19/2024 | | | XX8117 pos PURCHASE OPTIMUM 7836 V 718=860=3513 NY 61519340 306667 | | | $341.67 | Selling & Admin |
| 9/20/2024 | | | >0<8117 pos PURCHASE BAKEDECO KEREKES BROOKLYN NY 59559330 275844 | | | $31.20 | Purchases |
| 9/24/2024 | | | XX8117 pos PURCHASE 7-ELEVEN 32353 LYNDHURST NJ 43002792 713226 | | | $53.02 | Selling & Admin |
| 9/24/2024 | | | XX8117 pos PURCHASE 7-ELEVEN 32353 LYNDHURST NJ 43002800 615343 | | | $64.00 | Selling & Admin |
| 9/24/2024 | | | XX8117 pos PURCHASE 7-ELEVEN 32353 LYNDHURST NJ 43002818475268 | | | $68.12 | Selling & Admin |
| **Total Dime 5983** | | | | | $3,300.82 | $4,881.05 | |
| **Dime 6007** | | | | | | | |
| 9/3/2024 | | | Transfer to CK 5983 | | | $2,000.00 | transfer |
| 9/6/2024 | | | DEPOSIT | | 1,566.00 | | Sales |
| 9/13/2024 | | | DEPOSIT | | 1,537.00 | | Sales |
| 9/20/2024 | | | DEPOSIT | | 1,589.00 | | Sales |
| 9/26/2024 | | | Transfer to CK 5710 | | | $4,900.00 | transfer |
| 9/27/2024 | | | DEPOSIT | | 1,173.00 | | Sales |
| **Total Dime 6007** | | | | | 5,865.00 | 6,900.00 | |
| **Bank of America 8990** | | | | | | | |
| 9/3/2024 | Deposit | | Counter Credit | | 1,189.00 | | sales |
| 9/3/2024 | Deposit | | Counter Credit | | 653.00 | | sales |
| 9/3/2024 | | | Square Inc | DES SQ240903 | | 1,580.00 | bank fees |
| 9/3/2024 | | | Square Inc | DES SQ240903 | | 675.00 | bank fees |
| 9/3/2024 | | | DAVO TECHNOLOGIES | | | 590.06 | sales tax |
| 9/3/2024 | Expense | | ODEKO COM | Office expenses Software & apps | | 495.68 | selling & Admin |
| 9/3/2024 | | | DAVO TECHNOLOGIES | | | 319.55 | sales tax |

Exhibit C D

| Date | Transaction Type | Num | Name | Memo/Description | Cash Receipts | Cash Disbursements | Category |
|---|---|---|---|---|---|---|---|
| 9/3/2024 | | | OPTIMUM 7858 DES CABLE | Utilities | | 132.18 | selling & Admin |
| 9/3/2024 | | | BANKCARD | & service charges | | 77.04 | bank fees |
| 9/3/2024 | | | BANKCARD | & service charges | | 40.05 | bank fees |
| 9/3/2024 | | | Square Inc | | | 10.00 | bank fees |
| 9/3/2024 | | | | Cash Deposit Processing | | 171.00 | bank fees |
| 9/3/2024 | | | | 08/30/2024 | | 5.00 | bank fees |
| 9/4/2024 | | | PUBLIC SERVICE DES/PSEG | Utilities Electricity / Gas | | 2,042.27 | selling & Admin |
| 9/4/2024 | | | DAVO TECHNOLOGIES | | | 551.23 | sales tax |
| 9/4/2024 | | | DAVO TECHNOLOGIES | | | 419.09 | sales tax |
| 9/4/2024 | | | DAVO TECHNOLOGIES | | | 406.56 | sales tax |
| 9/4/2024 | | | 7dritls | Office expenses:Software & apps | | 229.94 | selling & Admin |
| 9/4/2024 | | | NGRID37 | | | 36.23 | selling & Admin |
| 9/5/2024 | | | DAVO TECHNOLOGIES | | | 695.30 | sales tax |
| 9/5/2024 | Expense | | GOOGLE | Office expenses:Software & apps | | 489.60 | selling & Admin |
| 9/5/2024 | | | DAVO TECHNOLOGIES | | | 677.08 | sales tax |
| 9/6/2024 | Deposit | | Counter Credit | | 3,520.00 | | sales |
| 9/6/2024 | Deposit | | Counter Credit | | 1,000.00 | | sales |
| 9/6/2024 | Deposit | | Counter Credit | | 535.00 | | sales |
| 9/9/2024 | Deposit | | Counter Credit | | 1,370.00 | | sales |
| 9/9/2024 | Deposit | | Counter Credit | | 1,246.00 | | sales |
| 9/9/2024 | Deposit | | Counter Credit | | 825.00 | | sales |
| 9/9/2024 | | | WAKING Creative | Advertising & marketing | | 1,000.00 | selling & Admin |
| 9/9/2024 | | | DAVO TECHNOLOGIES | | | 589.43 | sales tax |
| 9/9/2024 | Expense | | ACTION ENVIRONME DES BT0906 ID 113400036 CCD | Utilities Disposal & waste fees | | 500.00 | selling & Admin |
| 9/9/2024 | | | DAVO TECHNOLOGIES | | | 450.68 | Sales Tax |
| 9/9/2024 | | | ODEKO COM | Office expenses:Software & apps | | 338 | selling & Admin |
| 9/9/2024 | | | ODEKO COM | Office expenses:Software & apps | | 307.95 | selling & Admin |
| 9/9/2024 | | | OPTIMUM 7870 PPD | Utilities | | 231.31 | selling & Admin |
| 9/9/2024 | | | VERIZON | Utilities Phone service | | 124.69 | selling & Admin |
| 9/10/2024 | Deposit | | Counter Credit | | 1,245.00 | | sales |
| 9/10/2024 | | | DAVO TECHNOLOGIES | | | 558.27 | Sales Tax |
| 9/10/2024 | | | GC<-CHOCO | materials<-COGS | | 500.00 | purchases |
| 9/10/2024 | | | VERIZON | Utilities Phone service | | 445.33 | selling & Admin |
| 9/11/2024 | | | CNA | Insurance | | 5.00 | bank fees |
| 9/11/2024 | | | DAVO TECHNOLOGIES | | | 6812.24 | insurance |
| 9/11/2024 | | | Tripleseat Softw DES 9782916436 IDN INDN/703 Bakery corp | Office expenses:Software & apps | | 555.69 | Sales Tax |
| 9/11/2024 | | | OPTIMUM 7865 | Utilities | | 381.06 | selling & Admin |
| 9/12/2024 | Transfer | | Online Banking transfer from CHK 4694 Confirmation# 1719096336 | | 10,000.00 | 191.98 | selling & Admin |
| 9/12/2024 | | | ODEKO COM | Office expenses:Software & apps | | | Transfer |
| 9/12/2024 | | | DAVO TECHNOLOGIES | | | 677.75 | selling & Admin |
| 9/13/2024 | Deposit | | Counter Credit | | 1,825.00 | 606.13 | Sales Tax |
| 9/13/2024 | Deposit | | Counter Credit | | 1,463.00 | | sales |
| 9/13/2024 | Deposit | | Counter Credit | | 1,089.00 | | sales |
| 9/13/2024 | | | DAVO TECHNOLOGIES | | | 683.89 | Sales Tax |
| 9/16/2024 | Deposit | | Counter Credit | | 1,480.00 | | sales |
| 9/16/2024 | Deposit | | Counter Credit | | 1,423.00 | | sales |
| 9/16/2024 | Deposit | | Counter Credit | | 1,005.00 | | sales |
| 9/16/2024 | | | WAKING Creative | Advertising & marketing | | 1,000.00 | selling & Admin |
| 9/16/2024 | | | ODEKO COM | Office expenses:Software & apps | | 731.39 | selling & Admin |
| 9/16/2024 | | | DAVO TECHNOLOGIES | | | 594.81 | Sales Tax |

Exhibit C D

| Date | Transaction Type | Num | Name | Memo/Description | Cash Receipts | Cash Disbursements | Category |
|---|---|---|---|---|---|---|---|
| 9/16/2024 | | | DAVO TECHNOLOGIES | | | 485.42 | Sales Tax |
| 9/16/2024 | | | OPTIMUM 7836 | | | 174.11 | selling & Admin |
| 9/17/2024 | | | DAVO TECHNOLOGIES | Utilities | | 581.83 | Sales Tax |
| 9/17/2024 | | | | 09/09/2024 | | 5.00 | bank fees |
| 9/18/2024 | | | BANK OF AMERICA VEHICLE LOAN Bill Payment | Automobile Expense Auto Lease | | 1,581.67 | secured loan |
| 9/18/2024 | | | DAVO TECHNOLOGIES | | | 567.94 | Sales Tax |
| 9/19/2024 | | | DAVO TECHNOLOGIES | | | 577.25 | Sales Tax |
| 9/19/2024 | | | 703 BAKERY CORP ID 900031304 CCD | | | 543.28 | insurance |
| 9/20/2024 | Deposit | | Counter Credit | | 1,102.00 | | sales |
| 9/20/2024 | Deposit | | Counter Credit | | 660.00 | | sales |
| 9/20/2024 | Deposit | | Counter Credit | | 508.00 | | sales |
| 9/20/2024 | | | IESI WASTE SVC | | | 769.19 | selling & Admin |
| 9/20/2024 | | | DAVO TECHNOLOGIES | | | 652.42 | Sales Tax |
| 9/23/2024 | Deposit | | Counter Credit | | 1,636.00 | | sales |
| 9/23/2024 | | | WAKING Creative | Advertising & marketing | | 1,000.00 | selling & Admin |
| 9/23/2024 | | | 7shifts | Office expenses:Software & apps | | 1,724.55 | selling & Admin |
| 9/23/2024 | | | ODEKO COM | Office expenses:Software & apps | | 771.86 | selling & Admin |
| 9/23/2024 | | | DAVO TECHNOLOGIES | | | 654.91 | Sales Tax |
| 9/23/2024 | | | ACTION ENVIRONME DES BT0920 ID 1134000316 CCD | Utilities:Disposal & waste fees | | 500.00 | selling & Admin |
| 9/23/2024 | | | DAVO TECHNOLOGIES | | | 461.64 | Sales Tax |
| 9/23/2024 | | | INTUIT * | Dues & subscriptions | | 99.00 | selling & Admin |
| 9/24/2024 | Transfer | | Online Banking transfer from CHK 4694 Confirmation# 1718730165 | | 10,000.00 | | Transfer |
| 9/24/2024 | Deposit | | Counter Credit | | 1,035.00 | | sales |
| 9/24/2024 | Zelle | | Gecson Chavez Conf# dvdtyrbyt | | | 6,259.96 | Payroll |
| 9/24/2024 | | | INDN PATIS BAKERY LLC | Utilities | | 878.00 | selling & Admin |
| 9/24/2024 | | | INDN PATIS BAKERY LLC ID 1341968288 PPD | Utilities | | 772.00 | selling & Admin |
| 9/24/2024 | | | INDN PATIS BAKERY LLC ID 1 341968288 PPD | Utilities | | 744.00 | selling & Admin |
| 9/24/2024 | | | DAVO TECHNOLOGIES | | | 657.60 | Sales Tax |
| 9/24/2024 | | | VERIZON | Utilities | | 196.99 | selling & Admin |
| 9/24/2024 | | | | 09/09/2024 | | 5.00 | bank fees |
| 9/25/2024 | | | SHELTERPOINT | workers Comp | | 1,289.97 | insurance |
| 9/25/2024 | | | DAVO TECHNOLOGIES | | | 472.40 | Sales Tax |
| 9/25/2024 | | | ODEKO COM | Office expenses:Software & apps | | 122.94 | selling & Admin |
| 9/26/2024 | Deposit | | Counter Credit | | 700.00 | | sales |
| 9/26/2024 | | | ODEKO COM | Office expenses:Software & apps | | 873.08 | selling & Admin |
| 9/26/2024 | | | DAVO TECHNOLOGIES | | | 564.86 | Sales Tax |
| 9/26/2024 | | | North Country Ba DES PAYMENT ID 1454145354 CCD | Office expenses:Software & apps | | 37.99 | selling & Admin |
| 9/27/2024 | Transfer | | BKOFAMERICA BC 0927 #00000384S FR CHKG | | 2,832.00 | | sales |
| 9/27/2024 | Deposit | | Counter Credit | | 1,068.00 | | sales |
| 9/27/2024 | Deposit | | Counter Credit | | 930.00 | | sales |
| 9/27/2024 | Deposit | | Counter Credit | | 570.00 | | sales |
| 9/27/2024 | | | DAVO TECHNOLOGIES | | | 546.34 | Sales Tax |
| 9/27/2024 | | | VEOLIA WATER NEW DES WATER BILL 101000387661 1763 INDN I Utilities:Water & sewer | | | 62.02 | selling & Admin |
| 9/30/2024 | Deposit | | Counter Credit | | 1,984.00 | | sales |
| 9/30/2024 | | | WAKING Creative | Advertising & marketing | | 1,000.00 | selling & Admin |
| 9/30/2024 | | | DAVO TECHNOLOGIES | | | 594.09 | Sales Tax |
| 9/30/2024 | | | ODEKO COM | Office expenses:Software & apps | | 429.96 | selling & Admin |
| 9/30/2024 | | | DAVO TECHNOLOGIES | | | 367.74 | Sales Tax |
| 9/30/2024 | | | ODEKO COM | Office expenses:Software & apps | | 303.30 | selling & Admin |
| 9/30/2024 | | | ODEKO COM | Office expenses:Software & apps | | 104.97 | selling & Admin |

Exhibit C D

| Date | Transaction Type | Num | Name | Memo/Description | Cash Receipts | Cash Disbursements | Category |
|---|---|---|---|---|---|---|---|
| | | | **Total for Bank of America 8990** | | $ 52,902.00 | $ 54,452.74 | |
| | | | | | | | |
| | | | **Bank of America 4649** | | | | |
| 09/03/2024 | Expense | | Transfer Dime 5710 | DATE: 240903 TIME: 0911 ET | | 80,000.00 | transfer |
| 09/03/2024 | Expense | | Paradise Distributors, LLC | CORP Paradise Distributor | | 9,569.82 | Purchases |
| 09/03/2024 | Expense | | A1 Bakery Supply Inc | CORP A1 Bakery Supply Inc | | 6,279.00 | Purchases |
| 09/03/2024 | (Check) | VV2415 | McDonald Paper | | | 5,136.49 | selling & Admin |
| 09/03/2024 | Expense | | Bank of America Fees | 08/30/2024        Confirmation | | 5.00 | Bank fees |
| 09/03/2024 | Expense | | Bank of America Fees | 08/30/2024        Confirmation | | 5.00 | Bank fees |
| 09/03/2024 | Expense | | Devash Farms | CORP Devash Farms, LTD | | 1,675.00 | Purchases |
| 09/03/2024 | Expense | | Optimum | 7836                718-860- | | 156.78 | selling & Admin |
| 09/03/2024 | (Check) | | Rossman Fruit & Vegetables | | | 2,830.00 | Purchases |
| 09/03/2024 | Deposit | | Square Inc Lyndhurst Foh | ID:T3QPA6MGQR7FC49 | 748.79 | | sales |
| 09/03/2024 | Deposit | | Square Inc Lyndhurst Foh | ID:T3TGTCBMEYR4WF0 | 992.13 | | sales |
| 09/03/2024 | Deposit | | Square Inc Lyndhurst Foh | ID:T3CW46N83NRVJGA | 1,167.52 | | sales |
| 09/03/2024 | Deposit | | Square Inc Bryant Park | ID:T30ZCHRJAN9H5V3 | 1,295.54 | | sales |
| 09/03/2024 | Deposit | | Square | ID:T3W0XZNRH0M52KD | 1,424.26 | | sales |
| 09/03/2024 | Deposit | | Square Inc Crown Heights | ID:T3GZC9JPT6CQ7N2 | 1,468.20 | | sales |
| 09/03/2024 | Deposit | | Square Inc Ave M | ID:T39SJPNRQ9FZQ0Q | 1,541.19 | | sales |
| 09/03/2024 | Deposit | | Square Inc Ave M | ID:T36HP1WCMHM0JC9 | 1,551.61 | | sales |
| 09/03/2024 | Deposit | | Square Inc Crown Heights | ID:T361S38G2RK3T3H | 1,732.75 | | sales |
| 09/03/2024 | Deposit | | Square | ID:T3874J1RP4HB6DNQ | 1,786.73 | | sales |
| 09/03/2024 | Deposit | | Square Inc Teaneck | ID:T3NNXGGR7MJMN1E5 | 1,898.66 | | sales |
| 09/03/2024 | Deposit | | Square Inc Amsterdam | ID:T384TJ2960F9MD8 | 2,001.41 | | sales |
| 09/03/2024 | Deposit | | Square Inc Ave M | ID:T3TW556FZWNB9BN | 2,012.22 | | sales |
| 09/03/2024 | Deposit | | Square Inc Arthouse | ID:T3GNGEM4VTB6KQ21 | 2,107.98 | | sales |
| 09/03/2024 | Deposit | | Square Inc Lawrence | ID:T333JD7SVDCEV8IS | 2,113.40 | | sales |
| 09/03/2024 | Deposit | | Square Inc Amsterdam | ID:T34KW03T69BWZZ | 2,115.03 | | sales |
| 09/03/2024 | Deposit | | Square Inc Lawrence | ID:T3FTGJR96M61YVF | 2,162.66 | | sales |
| 09/03/2024 | Deposit | | Square | ID:T31FHYVJ2WK3S5 | 2,348.79 | | sales |
| 09/03/2024 | Deposit | | Deliverect Payout | ID:TXXXXXX319900XT | 2,381.48 | | sales |
| 09/03/2024 | Deposit | | Square Inc Amsterdam | ID:T3P682BCMBYFXB1 | 2,489.85 | | sales |
| 09/03/2024 | Deposit | | Square Inc Arthouse | ID:T36WTF3NVR45YP | 2,701.79 | | sales |
| 09/03/2024 | Deposit | | Square Inc Teaneck | ID:T35S8N41DAXFBK4 | 2,839.25 | | sales |
| 09/03/2024 | Deposit | | Square Inc Arthouse | ID:T31MV2FMZSV2GSX | 2,931.40 | | sales |
| 09/03/2024 | Deposit | | Square Inc Bryant Park | ID:T3WY87S7SQ2RVY | 2,938.47 | | sales |
| 09/03/2024 | Deposit | | Square Inc Bryant Park | ID:T39J4EMYXTJYAWF | 3,427.78 | | sales |
| 09/03/2024 | Deposit | | Square Inc Lawrence | ID:T3VRXRWQ36AVPMT | 3,717.21 | | sales |
| 09/03/2024 | Deposit | | Square Inc Teaneck | ID:T3AS9MAYN4TJ17C | 4,066.86 | | sales |
| 09/04/2024 | Expense | | Bank of America Fees | 09/03/2024        Confirmation | | 5.00 | Bank fees |
| 09/04/2024 | Expense | | Bank of America Fees | 09/03/2024        Confirmation | | 5.00 | Bank fees |
| 09/04/2024 | Expense | | Bank of America Fees | 09/03/2024        Confirmation | | 1.00 | Bank fees |
| 09/04/2024 | Expense | | New Jersey-Ame | DES:PAYMENT | | 176.93 | selling & Admin |
| 09/04/2024 | Expense | | SBA Loan | DES:PAYMENT    ID:6000 | | 741.00 | secured loan |
| 09/04/2024 | Deposit | | Square Inc Ave M | ID:T3S9PCR5F96CA9X | 1,369.42 | | sales |
| 09/04/2024 | Deposit | | Square Inc Cater | ID:T38E63R5GG344LV7 | 1,494.02 | | sales |
| 09/04/2024 | Deposit | | Square Inc Arthouse | ID:T3D6HXYV33TG9328 | 1,537.82 | | sales |
| 09/04/2024 | Deposit | | Square Inc Lyndhurst Foh | ID:T3QE5G0TDDCPH7N | 1,573.13 | | sales |
| 09/04/2024 | Deposit | | Square Inc Lawrence | ID:T3QSM3P67K0JPZB | 1,593.15 | | sales |
| 09/04/2024 | Deposit | | Square Inc Amsterdam | ID:T3THBD3HBDF23@2 | 1,661.24 | | sales |

Exhibit C D

| Date | Transaction Type | Num | Name | Memo/Description | Cash Receipts | Cash Disbursements | Category |
|---|---|---|---|---|---|---|---|
| 09/04/2024 | Deposit | | Square Inc Crown Heights | ID:T30W6FT1N7UV9J4 | 1,763.93 | | sales |
| 09/04/2024 | Deposit | | Square | ID:T3HSYT2RB0B3PXJ | 1,865.45 | | sales |
| 09/04/2024 | Deposit | | Square Inc Teaneck | ID:T3D0M3X09B9A726 | 1,960.74 | | sales |
| 09/04/2024 | Deposit | | Square Inc Bryant Park | ID:T3ZXBFMH5H6ZQWI | 2,941.66 | | sales |
| 09/04/2024 | Expense | | Nael LLC | Rent Teaneck | | 4,000.00 | rent |
| 09/05/2024 | Expense | | Amanda Gomez | Amanda Gomez | | 100.00 | Payroll |
| 09/05/2024 | Expense | (Check) | david Stern | | | 577.56 | Payroll |
| 09/05/2024 | Expense | | David Morgan | David Morgan | | 1,975.00 | Payroll |
| 09/05/2024 | Expense | | EPA Co Corp | EPA Co | | 816.00 | selling & Admin |
| 09/05/2024 | Deposit | | Square Inc Lyndhurst Foh | ID:T3XWG5VE0VMDZNP | 508.96 | | sales |
| 09/05/2024 | Deposit | | Square | ID:T3GVN4NAX8P47NQ | 1,204.61 | | sales |
| 09/05/2024 | Deposit | | Square Inc Ave M | ID:T3YETDQ7ZFN6TME | 1,346.92 | | sales |
| 09/05/2024 | Deposit | | Square Inc Arthouse | ID:T3T48SNRJ35GGPT | 1,394.59 | | sales |
| 09/05/2024 | Deposit | | Square Inc Lawrence | ID:T3Z5YETYJP86ZQ8 | 1,579.11 | | sales |
| 09/05/2024 | Deposit | | Square Inc Amsterdam | ID:T3V5Y8Q2YYND7GC | 1,941.77 | | sales |
| 09/05/2024 | Deposit | | Square Inc Crown Heights | ID:T39BVVWVTMEFWK | 2,098.19 | | sales |
| 09/05/2024 | Deposit | | Square Inc Cater | ID:T3PYF78F1FE570 | 2,164.92 | | sales |
| 09/05/2024 | Deposit | | Square Inc Teaneck | ID:T32W6MQP2H54SWY | 2,247.41 | | sales |
| 09/05/2024 | Deposit | | Square Inc Bryant Park | ID:T3JH5RE2H8504JK | 2,851.98 | | sales |
| 09/05/2024 | Deposit | | | ID:DM Brands       IN3N.703 | 29,998.87 | | Funding |
| 09/06/2024 | Expense | | Dependable Food | CORP The Dependable Food | | 17,000.00 | Purchases |
| 09/06/2024 | Expense | | Cappellanes | fSntlsvxtj,       Cappellanes | | 4,256.00 | Payroll |
| 09/06/2024 | Expense | | Azul NYC LLC | CORP Azul NYC LLC | | 4,000.00 | rent |
| 09/06/2024 | Expense | | A-Leaha Mobley | A-Leaha  Mobley | | 236.00 | Payroll |
| 09/06/2024 | Expense | | Bank of America Fees | 09/05/2024       Confirmation | | 5.00 | Bank fees |
| 09/06/2024 | Expense | | david Stern | David Stern | | 825.00 | Payroll |
| 09/06/2024 | Expense | | Gerson Chavez | Gerson Chavez | | 700.00 | Payroll |
| 09/06/2024 | Expense | | Raskins Fish Market |            RASKINS | | 1,187.81 | Purchases |
| 09/06/2024 | Expense | | The Chosen Bean and Beverage LLC | eyet6xzy6,    – | | 2,236.00 | purchases |
| 09/06/2024 | Expense | | Yesmy Cifuentes | ev3b992pt,           THE | | 1,730.00 | Payroll |
| 09/06/2024 | Deposit | | Grubhub | ID:24090601PJ31Wsz            . | 6.59 | | sales |
| 09/06/2024 | Deposit | | Grubhub | ID:24090604bw2w0i03           . | 30.43 | | sales |
| 09/06/2024 | Deposit | | Grubhub | ID:24090604bL5g8sK           . | 47.13 | | sales |
| 09/06/2024 | Deposit | | Grubhub | ID:24090601bL5g8sK | 66.46 | | sales |
| 09/06/2024 | Deposit | | Grubhub | ID:24090601bw2w0i03 | 72.15 | | sales |
| 09/06/2024 | Deposit | | Grubhub | ID:XXXXX6040i0Qb-s4          . | 72.40 | | sales |
| 09/06/2024 | Deposit | | Grubhub | ID:24090604PJ31Wsz            . | 87.43 | | sales |
| 09/06/2024 | Deposit | | Grubhub | ID:XXXXX6i01i0QOw-s4 | 233.48 | | sales |
| 09/06/2024 | Deposit | | Square Inc Lyndhurst Foh | ID:T3J342KP51XBEM1H | 771.73 | | sales |
| 09/06/2024 | Deposit | | Square | ID:T3ET5CWPKD524T4 | 933.66 | | sales |
| 09/06/2024 | Deposit | | Square Inc Ave M | ID:T30J8MKx6HVM0X4C | 1,343.42 | | sales |
| 09/06/2024 | Deposit | | Square Inc Arthouse | ID:T3JCZE73BHXXR0V | 1,485.06 | | sales |
| 09/06/2024 | Deposit | | Square Inc Cater | ID:T391CF9APMBR58Q | 1,570.41 | | sales |
| 09/06/2024 | Deposit | | Square Inc Amsterdam | ID:T3JNT3N4NEAH45D | 1,575.06 | | sales |
| 09/06/2024 | Deposit | | Square Inc Bryant Park | ID:T3EETN81WDXY7PZE | 1,698.41 | | sales |
| 09/06/2024 | Deposit | | Square Inc Lawrence | ID:T3D14DT8FPX2PR | 1,820.63 | | sales |
| 09/06/2024 | Deposit | | Square Inc Teaneck | ID:T3EP2408G4H4NVH | 2,219.60 | | sales |
| 09/09/2024 | Expense | | Paradise Distributors, LLC | CORP Paradise Distributor | | 7,326.30 | Purchases |
| 09/09/2024 | Expense | | A1 Bakery Supply Inc | CORP A1 Bakery Supply Inc | | 6,353.00 | Purchases |
| 09/09/2024 | Check | | McDonald Paper | | | 5,356.62 | selling & Admin |
| 09/09/2024 | Expense | | Bank of America Fees | 09/06/2024       Confirmation | | 5.00 | Bank fees |

Page 9 of 16

Exhibit C D

| Date | Transaction Type | Num | Name | Memo/Description | Cash Receipts | Cash Disbursements | Category |
|------|------------------|-----|------|------------------|---------------|--------------------|----------|
| 09/09/2024 | Expense | | Bank of America Fees | 09/06/2024          Confirmation | | 5.00 | Bank fees |
| 09/09/2024 | Expense | | EPA Co Corp | EPA Co | | 1,567.00 | selling & Admin |
| 09/09/2024 | Expense | | EZ Pass | DES PAYMENT    ID 5P- | | 1,500.00 | selling & Admin |
| 09/09/2024 | Expense | | fèlx Montes Tuesta | FELIX MONTES TUESTA | | 560.00 | Payroll |
| 09/09/2024 | Expense | | Gerson Chavez | Gerson Chavez | | 1,838.25 | Payroll |
| 09/09/2024 | Expense | | Leo Jacobowitz | Leo Jacobowitz | | 2,130.24 | Payroll |
| 09/09/2024 | Expense | 2416 | McDonald Paper | Check 2416 | | 650.00 | selling & Admin |
| 09/09/2024 | Deposit | | Square Inc Lyndhurst Foh | ID:T3BXVADZQ53BQQD | 801.36 | | sales |
| 09/09/2024 | Deposit | | Square | ID:T30ZI3KD4YSQVMB5 | 1,113.91 | | sales |
| 09/09/2024 | Deposit | | Square Inc Lyndhurst Foh | ID:T3XQCZGSHB98NP2 | 1,163.93 | | sales |
| 09/09/2024 | Deposit | | Square | ID:T39JMP767SN3B6N | 1,338.80 | | sales |
| 09/09/2024 | Deposit | | Square Inc Ave M | ID:T3GR1DZT8SMB5MS | 1,982.00 | | sales |
| 09/09/2024 | Deposit | | Square Inc Bryant Park | ID:T315NWQXNQKTXEF | 2,075.67 | | sales |
| 09/09/2024 | Deposit | | Square Inc Amsterdam | ID:T3GSJ1ZC8G5DQQY | 2,270.14 | | sales |
| 09/09/2024 | Deposit | | Square Inc Ave M | ID:T3M1JNYD2Q45VVV | 2,352.55 | | sales |
| 09/09/2024 | Deposit | | Square Inc Teaneck | ID:T3ZSEDKA5QCG7N8 | 2,428.55 | | sales |
| 09/09/2024 | Deposit | | Square Inc Lawrence | ID:T3GRSWPWHHFJQ96 | 2,603.85 | | sales |
| 09/09/2024 | Deposit | | Square Inc Arthouse | ID:T3S6D1VK844FA19 | 2,678.11 | | sales |
| 09/09/2024 | Deposit | | Square Inc Bryant Park | ID:T36ZDBKA9P5K4DD | 2,815.79 | | sales |
| 09/09/2024 | Deposit | | Square Inc Amsterdam | ID:T31NGBK60JEVCW | 2,935.69 | | sales |
| 09/09/2024 | Deposit | | Square Inc Arthouse | ID:T3RMFV2WEFK4DIK | 3,138.34 | | sales |
| 09/09/2024 | Deposit | | Square Inc Teaneck | ID:T3G2J6SWFRBYAK8 | 3,166.49 | | sales |
| 09/09/2024 | Deposit | | Square Inc Lawrence | ID:T3OXE1KNQQT0HFS | 3,218.89 | | sales |
| 09/09/2024 | Deposit | | Square Inc Cater | ID:T3KVHGF0A4Z2XKF | 3,539.54 | | sales |
| 09/10/2024 | Expense | | Transfer Dime 5710 | DATE 240910 TIME 1039 ET | | 45,000.00 | transfer |
| 09/10/2024 | Expense | | Bank of America Fees | 09/09/2024          Confirmation | | 5.00 | Bank fees |
| 09/10/2024 | Expense | | Bank of America Fees | 09/09/2024          Confirmation | | 5.00 | Bank fees |
| 09/10/2024 | Expense | | Cogent Waste Solutions LLC | CORP Cogent waste solutio | | 2,895.64 | selling & Admin |
| 09/10/2024 | Expense | | Devash Farms | CORP Devash Farms, LTD | | 1,900.00 | Purchases |
| 09/10/2024 | Expense | | Snoopy Trst LLC | SNOOPY TRST LLC Accounts | | 1,275.00 | selling & Admin |
| 09/10/2024 | Deposit | | Square | ID:T3HTY8PSTMJ746R | 902.58 | | sales |
| 09/10/2024 | Deposit | | Square Inc Ave M | ID:T36FE06XNYZX5EEK | 1,060.36 | | sales |
| 09/10/2024 | Deposit | | Square Inc Lyndhurst Foh | ID:T3-4APWV1FZKSE2N | 1,332.39 | | sales |
| 09/10/2024 | Deposit | | Square Inc Lawrence | ID:T3SR8Q2YYJ3SGVH | 1,470.99 | | sales |
| 09/10/2024 | Deposit | | Square Inc Amsterdam | ID:T3SAX3IC34VF9Q9X | 1,614.46 | | sales |
| 09/10/2024 | Deposit | | Square Inc Teaneck | ID:T3H52YWCNYBDRZ | 1,641.45 | | sales |
| 09/10/2024 | Deposit | | Square Inc Arthouse | ID:T3ETFVD2RB3ZMX7 | 1,888.73 | | sales |
| 09/10/2024 | Deposit | | Square Inc Bryant Park | ID:T3KENMFRXXY4F9D | 2,348.41 | | sales |
| 09/10/2024 | Deposit | | Square Inc Cater | ID:T3G8WKJRHK73ERD | 2,417.57 | | sales |
| 09/10/2024 | Deposit | | Delivered Payout | ID:TXXXXXX386000XT | 2,747.34 | | sales |
| 09/11/2024 | Expense | | Bank of America Fees | 09/10/2024          Confirmation | | 5.00 | Bank fees |
| 09/11/2024 | Expense | | Bank of America Fees | 09/10/2024          Confirmation | | 5.00 | Bank fees |
| 09/11/2024 | Expense | | Gerson Chavez | Gerson Chavez | | 500.00 | Payroll |
| 09/11/2024 | Expense | | Karla Tatiana Molina Hernadez | KARLA MOLINA HERNANDEZ | | 756.56 | Payroll |
| 09/11/2024 | Deposit | | Square | ID:T3Q7EZ943AM281 | 1,326.66 | | sales |
| 09/11/2024 | Deposit | | Square Inc Ave M | ID:T57AN4XHXYHDJ7P | 1,362.53 | | sales |
| 09/11/2024 | Deposit | | Square Inc Lawrence | ID:T35GG5RCWTT3B89 | 1,423.56 | | sales |
| 09/11/2024 | Deposit | | Square Inc Teaneck | ID:T3K89QQVYPHPPER | 1,442.20 | | sales |
| 09/11/2024 | Deposit | | Square Inc Amsterdam | ID:T36QCC8PA559KSS | 1,457.52 | | sales |
| 09/11/2024 | Deposit | | Square Inc Lyndhurst Foh | ID:T3YBEV8JDVFZV86 | 1,708.56 | | sales |
| 09/11/2024 | Deposit | | Square Inc Bryant Park | ID:T345DPPKATMEPHH | 1,915.63 | | sales |

| Date | Transaction Type | Num | Name | Memo/Description | Cash Receipts | Cash Disbursements | Category |
|------|------|------|------|------|------|------|------|
| 09/11/2024 | Deposit | | Square Inc Airhouse | ID:T3CEDPYYBBXV1DAZ | 1,916.07 | | sales |
| 09/11/2024 | Deposit | | Square Inc Cater | ID:T3EGHNBHRKJDRCX7 | 7,971.70 | | sales |
| 09/12/2024 | Transfer | | transfer | Confirmation# XXXXX96336 | | 10,000.00 | transfer |
| 09/12/2024 | Expense | | Menachem Mendel Konk | Mendel Konk | | 300.00 | Payroll |
| 09/12/2024 | Expense | | Oleg Azizov | Oleg Azizov | | 750.00 | Payroll |
| 09/12/2024 | Expense | | Yechiel Grunhaus | YECHIEL GRUNHAUS | | 359.00 | Payroll |
| 09/12/2024 | Deposit | | Square Inc Cater | ID:T3BBK4BN290MGHF | 639.24 | | sales |
| 09/12/2024 | Deposit | | Square Inc Lyndhurst Foh | ID:T3CGYRBKS58A59S | 807.96 | | sales |
| 09/12/2024 | Deposit | | Square Inc Lawrence | ID:T3A8QOAVDXST80G | 1,564.30 | | sales |
| 09/12/2024 | Deposit | | Square Inc Amsterdam | ID:T3Z33GQ5WSW0BFAY | 1,680.12 | | sales |
| 09/12/2024 | Deposit | | Square | ID:T3Z23WWFHQECRJP | 1,743.90 | | sales |
| 09/12/2024 | Deposit | | Square Inc Ave M | ID:T3BVM140P417YVV | 1,774.69 | | sales |
| 09/12/2024 | Deposit | | Square Inc Airhouse | ID:T38WZ5SD4SEYPRT | 2,099.36 | | sales |
| 09/12/2024 | Deposit | | Square Inc Teaneck | ID:T3ZRDRJX3FWWSKD | 2,150.43 | | sales |
| 09/12/2024 | Deposit | | Square Inc Bryant Park | ID:T34K5YAPX86XKDV | 2,593.09 | | sales |
| 09/13/2024 | Expense | | Dependable Food | CORP The Dependable Food | | 20,000.00 | Purchases |
| 09/13/2024 | Expense | | Azal NYC LLC | CORP Azal NYC LLC | | 4,000.00 | rent |
| 09/13/2024 | Expense | | Cappellanes | h2itrior9,               Cappellanes | | 3,048.00 | Payroll |
| 09/13/2024 | Expense | | LYB Productions | LYB Productions LLC | | 3,000.00 | Payroll |
| 09/13/2024 | Expense | | maxim Maximov | MAXIM MAXIMOV | | 1,615.20 | Payroll |
| 09/13/2024 | Expense | | Raskins Fish Market | cr1es]8j,               RASKINS | | 1,203.00 | Purchases |
| 09/13/2024 | (Check) | | Vida Remote LLC | | | 2,725.00 | selling & Admin |
| 09/13/2024 | Deposit | | Grubhub | ID:2409131HL5q8uK         . | 28.73 | | sales |
| 09/13/2024 | Deposit | | Grubhub | ID:XXXXX3110d0Qso4 | 102.05 | | sales |
| 09/13/2024 | Deposit | | Grubhub | ID:2409131PFJ3Wsz | 147.89 | | sales |
| 09/13/2024 | Deposit | | Grubhub | ID:2409131Hw2w093 | 188.24 | | sales |
| 09/13/2024 | Deposit | | Square Inc Cater | ID:T3CFPY9NEPJTGX3 | 304.08 | | sales |
| 09/13/2024 | Deposit | | Square Inc Lyndhurst Foh | ID:T3R5WZGS2QKD7J | 664.34 | | sales |
| 09/13/2024 | Deposit | | Square | ID:T3eNT9F0364tCK | 1,453.91 | | sales |
| 09/13/2024 | Deposit | | Square Inc Ave M | ID:T3B54DSFBE7NYR9 | 1,453.97 | | sales |
| 09/13/2024 | Deposit | | Square Inc Lawrence | ID:T31H6CY0XYPMfTX | 1,864.77 | | sales |
| 09/13/2024 | Deposit | | Square Inc Airhouse | ID:T3Z5GFYQOMRA7N | 1,931.40 | | sales |
| 09/13/2024 | Deposit | | Square Inc Amsterdam | ID:T3MSWZYCXS6QX0H | 2,096.60 | | sales |
| 09/13/2024 | Deposit | | Square Inc Teaneck | ID:T3Z6CVBYQTTYQ8 | 2,253.36 | | sales |
| 09/13/2024 | Deposit | | Square Inc Bryant Park | ID:T3X6GH5KF7N44DX | 2,432.27 | | sales |
| 09/16/2024 | Expense | | Paradise Distributors, LLC | CORP Paradise Distributor | | 9,212.24 | Purchases |
| 09/16/2024 | Expense | | Bank of America Fees | 09/13/2024        Confirmation | | 5.00 | Bank fees |
| 09/16/2024 | Expense | | Bank of America Fees | 09/13/2024        Confirmation | | 5.00 | Bank fees |
| 09/16/2024 | Expense | | Bank of America Fees | 09/13/2024        Confirmation | | 1.00 | Bank fees |
| 09/16/2024 | Expense | | david Stern | David Stern | | 552.91 | Payroll |
| 09/16/2024 | Expense | | Decaib Farms | CORP Decaib Farms, LTD | | 3,000.00 | Purchases |
| 09/16/2024 | Expense | | Gerson Chavez | Gerson Chavez | | 700.00 | Payroll |
| 09/16/2024 | Expense | | Gerson Chavez | Gerson Chavez | | 200.00 | Payroll |
| 09/16/2024 | Deposit | | Square Inc Cater | ID:T33FWTHTZGRXCSW | 286.05 | | sales |
| 09/16/2024 | Deposit | | Square Inc Lyndhurst Foh | ID:T3Q2CTTFSW7380C | 974.58 | | sales |
| 09/16/2024 | Deposit | | Square | ID:T3E3F7G93B39WQN | 1,072.81 | | sales |
| 09/16/2024 | Deposit | | Square Inc Lyndhurst Foh | ID:T3X5M0FHNAX25Z | 1,166.13 | | sales |
| 09/16/2024 | Deposit | | Square | ID:T3Z49ZBFZWV9HP3 | 1,539.95 | | sales |
| 09/16/2024 | Deposit | | Square Inc Teaneck | ID:T338AVJWJPSCYYY | 1,897.38 | | sales |
| 09/16/2024 | Deposit | | Square Inc Ave M | ID:T3V411QWMAS1FSR | 2,030.16 | | sales |
| 09/16/2024 | Deposit | | Square Inc Ave M | ID:T3H9KGGP5MG2SEK | 2,073.16 | | sales |

Exhibit C D

| Date | Transaction Type | Num | Name | Memo/Description | Cash Receipts | Cash Disbursements | Category |
|---|---|---|---|---|---|---|---|
| 09/16/2024 | Deposit | | Square Inc Bryant Park | ID:T3K3HAEU5ZPJNK | 2,137.19 | | sales |
| 09/16/2024 | Deposit | | Square Inc Arthouse | ID:T39XDCWJGB7ACN1 | 2,241.46 | | sales |
| 09/16/2024 | Deposit | | Square Inc Lawrence | ID:T3F54P7HPW8T25V | 2,244.71 | | sales |
| 09/16/2024 | Deposit | | Square Inc Amsterdam | ID:T3H3E2ERGYQ6GEYO | 2,338.55 | | sales |
| 09/16/2024 | Deposit | | Square Inc Amsterdam | ID:T3491JN6FHCDDCG | 2,765.23 | | sales |
| 09/16/2024 | Deposit | | Square Inc Lawrence | ID:T3FKJKKH4BD4T6E5 | 2,982.16 | | sales |
| 09/16/2024 | Deposit | | Square Inc Bryant Park | ID:T3QAK0BSCZKYK6R | 3,159.56 | | sales |
| 09/16/2024 | Deposit | | Square Inc Arthouse | ID:T37GQAZ2R0TMXBY | 3,174.02 | | sales |
| 09/16/2024 | Deposit | | Square Inc Teaneck | ID:T3Z51TB35SBM3Q0 | 3,502.61 | | sales |
| 09/17/2024 | Expense | | Transfer Dime 5710 | DATE:240917 TIME:1153 ET | | 62,000.00 | transfer |
| 09/17/2024 | Expense | | A-1 Bakery Supply Inc | CORP A1 Bakery Supply Inc | | 5,188.70 | Purchases |
| 09/17/2024 | Expense | | Bank of America Fees | 09/16/2024          Confirmation | | 5.00 | Bank fees |
| 09/17/2024 | Expense | | Bank of America Fees | 09/16/2024          Confirmation | | 5.00 | Bank fees |
| 09/17/2024 | Expense | | David Morgan | David Morgan | | 2,150.00 | Payroll |
| 09/17/2024 | Expense | | Gerson Chavez | Gerson Chavez | | 700.00 | Payroll |
| 09/17/2024 | Check | | McDonald Paper | | | 3,405.85 | selling & Admin |
| 09/17/2024 | Check | 9875 | McDonald Paper | Check 9875 | | 955.91 | selling & Admin |
| 09/17/2024 | Deposit | | Square Inc Lyndhurst Foh | ID:T3AY51WXBT796AC | 728.75 | | sales |
| 09/17/2024 | Deposit | | Square | ID:T38A0B5SCC8XF5Y | 1,090.96 | | sales |
| 09/17/2024 | Deposit | | Square Inc Ave M | ID:T33Q2M9AY5CRTMW | 1,142.49 | | sales |
| 09/17/2024 | Deposit | | Square Inc Lawrence | ID:T33TGEAG90829VX | 1,555.58 | | sales |
| 09/17/2024 | Deposit | | Square Inc Amsterdam | ID:T32VRVZ001FACZ1 | 1,610.66 | | sales |
| 09/17/2024 | Deposit | | Square Inc Teaneck | ID:T38GE8A0ZXRW5SH | 1,640.51 | | sales |
| 09/17/2024 | Deposit | | Square Inc Arthouse | ID:T3TF9FAR048FGG3 | 1,850.99 | | sales |
| 09/17/2024 | Deposit | | Square Inc Cater | ID:T3F5A8XA04JK7VW | 2,197.87 | | sales |
| 09/17/2024 | Deposit | | Square Inc Bryant Park | ID:T3W4FRB1M9H00EE | 2,358.95 | | sales |
| 09/17/2024 | Deposit | | Delivered Payout | ID:TXXXXX601800XT | 3,050.46 | | sales |
| 09/18/2024 | Expense | | Normaze Associates, Inc | Rent Lyndhurst | | 12,000.00 | rent |
| 09/18/2024 | Expense | | Abraham Schwartz | ABRAHAM SCHWARTZ | | 1,725.00 | Payroll |
| 09/18/2024 | Expense | | Bank of America Fees | 09/17/2024          Confirmation | | 5.00 | Bank fees |
| 09/18/2024 | Expense | | Gerson Chavez | | | 2,812.00 | Payroll |
| 09/18/2024 | (Check) | | The Chosen Bean and Beverage LLC | THE | | 2,000.00 | purchases |
| 09/18/2024 | Expense | | | q9a8ole58,          DES:ACCTVERIFY | 0.01 | | sales |
| 09/18/2024 | Deposit | | EZ Caterer Lyndhurst | | 149.57 | | sales |
| 09/18/2024 | Payment | | EZ Caterer Amsterdam | | 356.09 | | sales |
| 09/18/2024 | Payment | | Square Inc Lyndhurst Foh | ID:T3BT55D8WGQNV62 | 585.07 | | sales |
| 09/18/2024 | Deposit | | Square Inc Cater | ID:T3HZX068C3QP64Y | 737.29 | | sales |
| 09/18/2024 | Deposit | | Square Inc Ave M | ID:T30490XT5EC437D | 969.36 | | sales |
| 09/18/2024 | Deposit | | Square | ID:T330DWGMMGPZ3E | 1,203.76 | | sales |
| 09/18/2024 | Payment | | EZ Caterer Bryant Park | | 1,257.17 | | sales |
| 09/18/2024 | Deposit | | Square Inc Amsterdam | ID:T3XC5CYR6GKNGZH | 1,500.54 | | sales |
| 09/18/2024 | Deposit | | Square Inc Lawrence | ID:T3YM46MGMWXFN08 | 1,622.22 | | sales |
| 09/18/2024 | Deposit | | Square Inc Teaneck | ID:T3ZZ0JTRMZDJN5Q6C | 1,747.58 | | sales |
| 09/18/2024 | Deposit | | Square Inc Arthouse | ID:T3X0HT5YWKGTJ5R | 2,113.75 | | sales |
| 09/18/2024 | Deposit | | Square Inc Bryant Park | ID:T3S4Y0W9D4VH06 | 3,114.82 | | sales |
| 09/18/2024 | Expense | | Bank of America Fees | 09/18/2024          Confirmation | | 5.00 | Bank fees |
| 09/19/2024 | Expense | | Go Daddy | ORDER ID:XXXXX84254 | | 29.99 | selling & Admin |
| 09/19/2024 | Expense | | Menachem Mendel Konik | Mendel Konik | | 300.00 | Payroll |
| 09/19/2024 | Expense | | Menachem Mendel Konik | Mendel Konik | | 300.00 | Payroll |
| 09/19/2024 | Deposit | | Square Inc Ave M | ID:T3T85NBZT5SXM62 | 718.57 | | sales |
| 09/19/2024 | Deposit | | Square Inc Lyndhurst Foh | ID:T3A99DWCHN5EEFJ | 1,019.29 | | sales |

Page 12 of 16

Exhibit C D

| Date | Transaction Type | Num | Name | Memo/Description | Cash Receipts | Cash Disbursements | Category |
|---|---|---|---|---|---|---|---|
| 09/19/2024 | Deposit | | Square Inc Arthouse | ID:T3D9J408ZFXYDR | 1,422.03 | | sales |
| 09/19/2024 | Deposit | | Square Inc Lawrence | ID:T3Z5E5PEKZP74ZB | 1,475.93 | | sales |
| 09/19/2024 | Deposit | | Square | ID:T3GBJ32JG4BMXHM | 1,548.61 | | sales |
| 09/19/2024 | Deposit | | Square Inc Teaneck | ID:T3Y2YAP95GT86iW5 | 1,563.33 | | sales |
| 09/19/2024 | Deposit | | Square Inc Amsterdam | ID:T3VfGFRRA8Q8936 | 1,679.26 | | sales |
| 09/19/2024 | Deposit | | Square Inc Bryant Park | ID:T3K54NX2SXE4R4Q | 2,536.48 | | sales |
| 09/19/2024 | Deposit | | Square Inc Cater | ID:T37ZREKTMWGC5M9 | 3,724.44 | | sales |
| 09/20/2024 | Expense | | Dependable Food | CORP The Dependable Food | | 13,306.97 | Purchases |
| 09/20/2024 | Expense | | Axul NYC LLC | CORP Axul NYC LLC | | 4,000.00 | rent |
| 09/20/2024 | Expense | | Cappellanes | erb8Z2m54, Cappellanes | | 2,804.00 | Payroll |
| 09/20/2024 | Expense | (Check) | Cogent Waste Solutions LLC | | | 720.42 | selling & Admin |
| 09/20/2024 | Expense | | david Stern | David Stern | | 1,812.25 | Payroll |
| 09/20/2024 | Expense | | EPA Co Corp | EPA Co | | 1,000.00 | selling & Admin |
| 09/20/2024 | Expense | | Leo Jacobowitz | Leo Jacobowitz | | 2,113.86 | Payroll |
| 09/20/2024 | Expense | | Maria Ramirez Sosa | MARIA SOSA | | 500.00 | Payroll |
| 09/20/2024 | Expense | | matheus Nadal | Matheus Nadal | | 2,804.00 | Payroll |
| 09/20/2024 | Expense | 651043 | McDonald Paper | Check 651043 | | 3,000.00 | selling & Admin |
| 09/20/2024 | Expense | (Check) | Vida Remote LLC | | | 2,890.00 | selling & Admin |
| 09/20/2024 | Deposit | | Grubhub | ID:XXXXX0180dQ0w-4 | 199.80 | | sales |
| 09/20/2024 | Deposit | | Grubhub | ID:24092018bw2w003 | 246.30 | | sales |
| 09/20/2024 | Deposit | | Grubhub | ID:24092018BL5q8uK | 377.02 | | sales |
| 09/20/2024 | Deposit | | Grubhub | ID:24092018PJ3Wsz | 424.45 | | sales |
| 09/20/2024 | Deposit | | Square Inc Cater | ID:T3QK2VKRPHSNPbiX | 438.14 | | sales |
| 09/20/2024 | Deposit | | Square Inc Lyndhurst Foh | ID:T3016578TAVD9TEM | 1,001.36 | | sales |
| 09/20/2024 | Deposit | | Square Inc Lawrence | ID:T31KNS39GN5TFfJP | 1,325.44 | | sales |
| 09/20/2024 | Deposit | | Square | ID:T3M68G0RGTX2YZ | 1,397.98 | | sales |
| 09/20/2024 | Deposit | | Square Inc Ave M | ID:T326GBPRYTQQ89M | 1,460.70 | | sales |
| 09/20/2024 | Deposit | | Square Inc Amsterdam | ID:T3724HAVWCSTD28 | 1,525.06 | | sales |
| 09/20/2024 | Deposit | | Square Inc Arthouse | ID:T3A6X80NET1XP9F | 1,757.56 | | sales |
| 09/20/2024 | Deposit | | Square Inc Teaneck | ID:T3YEF3FCFAHXZHE | 1,886.13 | | sales |
| 09/20/2024 | Deposit | | Square Inc Bryant Park | ID:T32K73F7ZCP6XAN | 2,512.20 | | sales |
| 09/20/2024 | Deposit | | | ID:01SfDLASLM6DQ3C | 2,804.00 | | sales |
| 09/20/2024 | Deposit | | | MATHEUS CAPPELLANES | 4,852.30 | | sales |
| 09/23/2024 | Expense | | Paradise Distributors, LLC | CORP Paradise Distributor | | 8,559.32 | Purchases |
| 09/23/2024 | Expense | | McDonald Paper | | | 5,747.04 | selling & Admin |
| 09/23/2024 | Check | | A-1 Bakery Supply Inc | CORP A1 Bakery Supply Inc | | 3,807.00 | Purchases |
| 09/23/2024 | Expense | | Amazon | DIGI* R397F7YR3 | | 15.23 | selling & Admin |
| 09/23/2024 | Expense | | Bank of America Fees | 09/20/2024      Confirmation | | 5.00 | Bank fees |
| 09/23/2024 | Expense | | Bank of America Fees | 09/20/2024      Confirmation | | 5.00 | Bank fees |
| 09/23/2024 | Expense | | Bank of America Fees | 09/20/2024      Confirmation | | 5.00 | Bank fees |
| 09/23/2024 | Expense | | Bank of America Fees | 09/20/2024      Confirmation | | 5.00 | Bank fees |
| 09/23/2024 | Expense | | EPA Co Corp | EPA Co Corp | | 1,197.62 | selling & Admin |
| 09/23/2024 | Expense | | Nancy Herrera-guerrero | NANCY HERRERA-GUERRERO | | 900.00 | Payroll |
| 09/23/2024 | Expense | | Raskins Fish Market | icyhjemp4,         RASKINS | | 1,770.21 | Purchases |
| 09/23/2024 | Expense | | State Farm Insurance | State Farm Insurance Bill Payment | | 913.48 | Insurance |
| 09/23/2024 | Deposit | | Square Inc Lyndhurst Foh | ID:T36KZRKC7YP1W31 | 874.06 | | sales |
| 09/23/2024 | Deposit | | Square Inc Cater | ID:T3MSY2PX47f08DN | 1,094.93 | | sales |
| 09/23/2024 | Deposit | | Square Inc Lyndhurst Foh | ID:T32MRfPSZ7f0HY4P | 1,125.95 | | sales |
| 09/23/2024 | Deposit | | Square | ID:T3YVMTEY79PTRA2 | 1,148.51 | | sales |
| 09/23/2024 | Deposit | | Square Inc Bryant Park | ID:T3XZZZFVSD0NEZM | 1,490.53 | | sales |
| 09/23/2024 | Deposit | | Square | ID:T3V2XABX314YHFP | 1,560.55 | | sales |

Page 13 of 16

Exhibit C D

| Date | Transaction Type | Num | Name | Memo/Description | Cash Receipts | Cash Disbursements | Category |
|------|------------------|-----|------|-----------------|---------------|--------------------|----------|
| 09/23/2024 | Deposit | | Square Inc Lawrence | ID:T39VC58EGA8EJSG | 1,804.12 | | sales |
| 09/23/2024 | Deposit | | Square Inc Ave M | ID:T3CEBNSZXRX7V8 | 1,921.19 | | sales |
| 09/23/2024 | Deposit | | Square Inc Ave M | ID:T3EWNMTCGZT99F2 | 2,040.17 | | sales |
| 09/23/2024 | Deposit | | Square Inc Amsterdam | ID:T3W8XDXXVR7H592 | 2,594.55 | | sales |
| 09/23/2024 | Deposit | | Square Inc Amsterdam | ID:T3B2SGTP703R58 | 2,699.56 | | sales |
| 09/23/2024 | Deposit | | Square Inc Teaneck | ID:T31DDPE94JBKFBW | 2,716.72 | | sales |
| 09/23/2024 | Deposit | | Square Inc Lawrence | ID:T3ZGYF9AMXGJ292H | 2,906.53 | | sales |
| 09/23/2024 | Deposit | | Square Inc Arthouse | ID:T3125QXYGG1P1NR | 2,916.53 | | sales |
| 09/23/2024 | Deposit | | Square Inc Teaneck | ID:T35MGHM24FPSP66 | 3,141.62 | | sales |
| 09/23/2024 | Deposit | | Square Inc Bryant Park | ID:T3RGRAMAK3SX99Z | 3,182.42 | | sales |
| 09/23/2024 | Deposit | | Square Inc Amsterdam | ID:T3A9QAP242819WT | 3,251.09 | | sales |
| 09/23/2024 | Deposit | | Square Inc Cater | ID:T3VPSVPS3V50AK | 3,685.06 | | sales |
| 09/24/2024 | Expense | | Transfer Dime 5710 | DATE: 240924 TIME:0949 ET | | 60,000.00 | transfer |
| 09/24/2024 | Transfer | | transfer | Confirmation# XXXXX230165 | | 10,000.00 | transfer |
| 09/24/2024 | Expense | | Bank of America Fees | 09/23/2024        Confirmation | | 5.00 | Bank fees |
| 09/24/2024 | Expense | | Bank of America Fees | 09/23/2024        Confirmation | | 5.00 | Bank fees |
| 09/24/2024 | Expense | | Oda Penalty | DES:PAYMENT    ID:0000 | | 84.50 | selling & Admin |
| 09/24/2024 | Deposit | | Square Inc Lyndhurst Foh | ID:T381SWWAX45A6ZO | 677.20 | | sales |
| 09/24/2024 | Deposit | | Square | ID:T3YA555V08Z03IB | 840.56 | | sales |
| 09/24/2024 | Deposit | | Square Inc Ave M | ID:T3S1REFYK865FD7 | 976.65 | | sales |
| 09/24/2024 | Deposit | | Square Inc Crown Heights | ID:T331MDFJFVEYGP3 | 1,334.68 | | sales |
| 09/24/2024 | Deposit | | Square Inc Lawrence | ID:T37P3ASGG7C5CE | 1,581.08 | | sales |
| 09/24/2024 | Deposit | | Square Inc Teaneck | ID:T3K8TYJRAER6D7 | 1,652.56 | | sales |
| 09/24/2024 | Deposit | | Square Inc Bryant Park | ID:T3VPEEGWCK9M9NK | 1,685.62 | | sales |
| 09/24/2024 | Deposit | | Square Inc Crown Heights | ID:T3FFVY7Q0PTE3MK | 1,768.02 | | sales |
| 09/24/2024 | Deposit | | Square Inc Crown Heights | ID:T3B9WEKR6TDT0TN | 1,768.74 | | sales |
| 09/24/2024 | Deposit | | Square Inc Crown Heights | ID:T3QPSFCPPPQQXA | 1,812.52 | | sales |
| 09/24/2024 | Deposit | | Square Inc Amsterdam | ID:T3VAJXKS94F6GD1 | 1,879.14 | | sales |
| 09/24/2024 | Deposit | | Square Inc Amsterdam | ID:T31TRCI2HHZE0ED | 1,968.93 | | sales |
| 09/24/2024 | Deposit | | Square Inc Crown Heights | ID:T37D755FB2HHXK8 | 2,006.15 | | sales |
| 09/24/2024 | Deposit | | Square Inc Arthouse | ID:T33KFPVFVB3EP7M | 2,122.27 | | sales |
| 09/24/2024 | Deposit | | Square Inc Crown Heights | ID:T30R13V7KJT9BNV | 2,186.68 | | sales |
| 09/24/2024 | Deposit | | Square Inc Crown Heights | ID:T36QKRN3FR4NMXM | 2,187.29 | | sales |
| 09/24/2024 | Deposit | | Square Inc Crown Heights | ID:T39XNRYEQMYPKRA | 2,194.82 | | sales |
| 09/24/2024 | Deposit | | Square Inc Crown Heights | ID:T32WMNKEOJ01WM | 2,245.93 | | sales |
| 09/24/2024 | Deposit | | Square Inc Crown Heights | ID:T3BPC0AZSGWTW22 | 2,266.74 | | sales |
| 09/24/2024 | Deposit | | Square Inc Crown Heights | ID:T3XG6F95ESAV6A | 2,334.46 | | sales |
| 09/24/2024 | Deposit | | Square Inc Crown Heights | ID:T3H4MTNFXNAMGX8P | 2,442.63 | | sales |
| 09/24/2024 | Deposit | | Delivered Payout | ID:TXXXXXX472900XT | 2,595.84 | | sales |
| 09/24/2024 | Deposit | | Square Inc Crown Heights | ID:T3ZYAVW7Y3C26KY | 2,632.53 | | sales |
| 09/24/2024 | Deposit | | Square Inc Crown Heights | ID:T3NVV2TYKTRD35Y | 2,701.15 | | sales |
| 09/24/2024 | Deposit | | Square Inc Crown Heights | ID:T3SSPP5CWS6Q5VZ | 2,725.28 | | sales |
| 09/24/2024 | Deposit | | Square Inc Cater | ID:T30Y27FQAYH640W | 3,744.40 | | sales |
| 09/24/2024 | Expense | | Dependable Food | CORP The Dependable Food | | 13,306.00 | Purchases |
| 09/25/2024 | Expense | | Gerson Chavez | Gerson Chavez | | 498.00 | Payroll |
| 09/25/2024 | Deposit | | Payoneer | PAYMNT | 458.33 | | sales |
| 09/25/2024 | Deposit | | Square | ID:T3H4O6F5G19CN2 | 952.70 | | sales |
| 09/25/2024 | Deposit | | Square Inc Cater | ID:T3E2BSM90C8YBX1 | 1,034.67 | | sales |
| 09/25/2024 | Deposit | | Payoneer | PAYMNT | 1,089.47 | | sales |
| 09/25/2024 | Deposit | | Square Inc Lyndhurst Foh | ID:T3T0CX7TB7Z7EKCP | 1,198.38 | | sales |
| 09/25/2024 | Deposit | | Square Inc Amsterdam | ID:T3CWWVY0B2DFKP2 | 1,276.22 | | sales |

Page 14 of 16

Exhibit C D

| Date | Transaction Type | Num | Name | Memo/Description | Cash Receipts | Cash Disbursements | Category |
|---|---|---|---|---|---|---|---|
| 09/25/2024 | Deposit | | Square Inc Lawrence | ID:T3QH5sPF3RS9ZH1Y5 | 1,475.19 | | sales |
| 09/25/2024 | Deposit | | Square Inc Ave M | ID:T3Y0JNVPD270925 | 1,485.44 | | sales |
| 09/25/2024 | Deposit | | Square Inc Bryant Park | ID:T32P3V17YVS348Q | 2,278.49 | | sales |
| 09/25/2024 | Deposit | | Square Inc Crown Heights | ID:T3E8GWHKX3RFWCM | 2,295.76 | | sales |
| 09/25/2024 | Deposit | | Square Inc Teaneck | ID:T3S94P1A2QCKX3HK | 2,297.81 | | sales |
| 09/25/2024 | Deposit | | Square Inc Arthouse | ID:T3D6GG2KB69BCTD | 2,524.03 | | sales |
| 09/26/2024 | Expense | | Bank of America Fees | 09/25/2024        Confirmation | | 5.00 | Bank fees |
| 09/26/2024 | Expense | | EPA Co Corp | EPA Co | | 1,177.00 | selling & Admin |
| 09/26/2024 | Expense | (Check) | McDonald Paper | eCheck Pmts 46941 (#VV2420 created) | | 955.62 | selling & Admin |
| 09/26/2024 | (Check) | VV2420 | Menachem Mendel Konik | | | 360.00 | Payroll |
| 09/26/2024 | Deposit | | Square Inc Lyndhurst Foh | ID:T3N22E7MEBVEE6V | 717.19 | | sales |
| 09/26/2024 | Deposit | | Square | ID:T3NDPXKZXGEK0TM | 979.35 | | sales |
| 09/26/2024 | Deposit | | Square Inc Lawrence | ID:T3CQV9ZV8SNWK3A | 1,202.02 | | sales |
| 09/26/2024 | Deposit | | Square Inc Ave M | ID:T3927RR3JZAVZKJB | 1,237.45 | | sales |
| 09/26/2024 | Deposit | | Square Inc Crown Heights | ID:T3V8PB5K0VE2B04 | 1,915.78 | | sales |
| 09/26/2024 | Deposit | | Square Inc Amsterdam | ID:T31XZ0HQGTA9JN1 | 1,982.08 | | sales |
| 09/26/2024 | Deposit | | Square Inc Bryant Park | ID:T34MTWVJ3EM77CP | 1,985.10 | | sales |
| 09/26/2024 | Deposit | | Square Inc Teaneck | ID:T373VCRCF0SX7C | 1,994.81 | | sales |
| 09/26/2024 | Deposit | | Square Inc Cater | ID:T3G0DR8GZX3KG4J | 2,198.66 | | sales |
| 09/26/2024 | Deposit | | Square Inc Arthouse | ID:T3VEB2NW44E29NE | 2,264.45 | | sales |
| 09/27/2024 | Expense | | Azul NYC LLC | CORP Azul NYC LLC | | 4,000.00 | rent |
| 09/27/2024 | Expense | | Carpellunes | gq2t6o1p6;                Carpellunes | | 3,470.00 | Payroll |
| 09/27/2024 | Check | 651044 | edwin Valera | Check 651044 | | 2,700.00 | Payroll |
| 09/27/2024 | Expense | | Orthodox Union | CORP Orthodox Union | | 2,000.00 | selling & Admin |
| 09/27/2024 | (Check) | | Vaad of 5 Towns | | | 1,250.00 | selling & Admin |
| 09/27/2024 | (Check) | | Vida Remote LLC | | | 2,885.00 | selling & Admin |
| 09/27/2024 | Deposit | | Grubhub | ID:24092725PI3Wsz    .    . | 60.94 | | sales |
| 09/27/2024 | Deposit | | Grubhub | ID:240927258L5q8aK    .    . | 64.82 | | sales |
| 09/27/2024 | Deposit | | Grubhub | ID:240927258oo2w003    .    . | 84.73 | | sales |
| 09/27/2024 | Deposit | | Grubhub | ID:XXXXX72560Q0o-i4 | 105.64 | | sales |
| 09/27/2024 | Deposit | | Square Inc Cater | ID:T3NVT0Q473S3NW7 | 199.28 | | sales |
| 09/27/2024 | Deposit | | Square Inc Lyndhurst Foh | ID:T3ZENF76421VWK2 | 705.72 | | sales |
| 09/27/2024 | Deposit | | Square Inc Ave M | ID:T3HBRZ8A4W57X | 1,176.15 | | sales |
| 09/27/2024 | Deposit | | Square Inc Amsterdam | ID:T3ZZV6SAREP8D1Q | 1,350.26 | | sales |
| 09/27/2024 | Deposit | | Square | ID:T3CGB1H4SJ00J61 | 1,452.26 | | sales |
| 09/27/2024 | Deposit | | Square Inc Lawrence | ID:T3003YBGSSPHF37 | 1,659.35 | | sales |
| 09/27/2024 | Deposit | | Square Inc Teaneck | ID:T3BA4BHFEE6P6RD | 1,916.49 | | sales |
| 09/27/2024 | Deposit | | Square Inc Arthouse | ID:T33S8ZA2T8K2Q27 | 1,947.98 | | sales |
| 09/27/2024 | Deposit | | Square Inc Bryant Park | ID:T3YT02D1FN32PQ | 2,209.61 | | sales |
| 09/30/2024 | Deposit | | Square Inc Crown Heights | ID:T3C9XM0YEG28712 | 2,314.32 | | sales |
| 09/30/2024 | Expense | | Paradise Distributors, LLC | CORP Paradise Distributor | | 9,299.00 | Purchases |
| 09/30/2024 | (Check) | | B&H Linen Inc | | | 492.05 | selling & Admin |
| 09/30/2024 | (Check) | | B&H Linen Inc | | | 481.00 | selling & Admin |
| 09/30/2024 | (Check) | | B&H Linen Inc | | | 464.25 | selling & Admin |
| 09/30/2024 | (Check) | | B&H Linen Inc | | | 398.00 | selling & Admin |
| 09/30/2024 | Expense | | Bank of America Fees | 09/27/2024        Confirmation | | 5.00 | Bank fees |
| 09/30/2024 | Expense | | Bank of America Fees | 09/27/2024        Confirmation | | 5.00 | Bank fees |
| 09/30/2024 | Expense | | Bank of America Fees | 09/27/2024        Confirmation | | 1.00 | Bank fees |
| 09/30/2024 | Expense | | Benjamin Tripp | BENJAMIN TRIPP | | 336.00 | Payroll |
| 09/30/2024 | Expense | | david Stern | David Stern | | 2,438.98 | Payroll |
| 09/30/2024 | Expense | | david Stern | David Stern | | 700.07 | Payroll |

Exhibit C D

| Date | Transaction Type | Num | Name | Memo/Description | Cash Receipts | Cash Disbursements | Category |
|---|---|---|---|---|---|---|---|
| 09/30/2024 | Expense | | david Stern | David Stern | | 428.02 | Payroll |
| 09/30/2024 | Expense | | Devash Farms | CORP Devash Farms, LTD | | 1,519.55 | Purchases |
| 09/30/2024 | Expense | | EZ Pass | DES PAYMENT  ID 5P- | | 1,535.03 | selling & Admin |
| 09/30/2024 | Expense | | Gerson Chavez | Gerson Chavez | | 1,300.00 | Payroll |
| 09/30/2024 | Expense | | The Chosen Bean and Beverage LLC | bn68k6fi_              THE | | 2,000.00 | purchases |
| 09/30/2024 | Deposit | | Square Inc Lyndhurst Foh | ID:T3WR2YWVJKN0C4W | 816.60 | | sales |
| 09/30/2024 | Deposit | | Square | ID:T3S5V2XGBK8CFJE | 1,310.92 | | sales |
| 09/30/2024 | Deposit | | Square Inc Lyndhurst Foh | ID:T3NCGB75D6V8HG3 | 1,355.70 | | sales |
| 09/30/2024 | Deposit | | Square | ID:T3R25IFPS6QWB6F | 1,553.45 | | sales |
| 09/30/2024 | Deposit | | Square Inc Bryant Park | ID:T39WMV4XV7Q01PE | 1,642.48 | | sales |
| 09/30/2024 | Deposit | | Square Inc Bryant Park | ID:T3MTH37YAVB6WHP | 1,664.63 | | sales |
| 09/30/2024 | Deposit | | Square Inc Crown Heights | ID:T33GHDF9EVS6NNS | 1,671.92 | | sales |
| 09/30/2024 | Deposit | | Square Inc Teaneck | ID:T36MWAKA3B9PK7Q | 1,704.88 | | sales |
| 09/30/2024 | Deposit | | Square Inc Ave M | ID:T3E7V235HM6F07W | 1,785.20 | | sales |
| 09/30/2024 | Deposit | | Square Inc Lawrence | ID:T3XXMW6J5F7T7AT | 1,806.83 | | sales |
| 09/30/2024 | Deposit | | Square Inc Ave M | ID:T3Y4NEEF6KY7S6N | 1,900.64 | | sales |
| 09/30/2024 | Deposit | | Square Inc Teaneck | ID:T3C6PV4EJ6SFYFT | 2,209.99 | | sales |
| 09/30/2024 | Deposit | | Square Inc Amsterdam | ID:T3Q7SRS2WCGWW0E | 2,351.43 | | sales |
| 09/30/2024 | Deposit | | Square Inc Amsterdam | ID:T3AK8NKS8C028Q | 2,447.87 | | sales |
| 09/30/2024 | Deposit | | Square Inc Arthouse | ID:T3DQ25RHCQX7807 | 2,795.21 | | sales |
| 09/30/2024 | Deposit | | Square Inc Crown Heights | ID:T3KV0JCHSF2WJ3B | 3,183.80 | | sales |
| 09/30/2024 | Deposit | | Square Inc Arthouse | ID:T3NEHXNSZWPBPN9 | 3,457.28 | | sales |
| 09/30/2024 | Deposit | | Square Inc Lawrence | ID:T33V6JTSAAWZDHG | 3,666.38 | | sales |
| 09/30/2024 | Deposit | | Square Inc Cuter | ID:T3MYPXH75HX05V | 11,411.63 | | sales |

| | | |
|---|---|---|
| **Total Bank of America 4649** | 541,781.28 | 562,063.27 |
| **Total** | 1,027,078.59 | 1,051,926.29 |
| **Transfers** | (358,700.00) | (358,700.00) |
| **Total less Transfers** | $ 668,378.59 | $ 693,226.29 |

**703 Bakery Corp**
**Transaction Report**
May 24 - Sept 30, 2024

| Date | Transaction Type | Name | Account | Amount | | June - Sept Rent | | Amount Owed |
|---|---|---|---|---|---|---|---|---|
| | | | **Rent:Rent -** | | | | | |
| 06/03/2024 | Expense | The Chabad Shul | Amsterdam | 2,500.00 | | | | |
| **Total for Rent - Amsterdam** | | | | **$ 2,500.00** | | 40,000.00 | $ | 37,500.00 |
| **Rent - Arthouse** | | | | | | | | |
| | | | Rent:Rent - | | | | | |
| 06/03/2024 | Expense | Artprop Property LLC | Arthouse | 1,500.00 | | | | |
| | | | Rent:Rent - | | | | | |
| 06/28/2024 | Expense | Artprop Property LLC | Arthouse | 3,500.00 | | | | |
| **Total for Rent - Arthouse** | | | | **$ 5,000.00** | | 20,000.00 | $ | 15,000.00 |
| **Rent - Ave M** | | | | | | | | |
| | | Avenue M Midwood | Rent:Rent - Ave | | | | | |
| 06/03/2024 | Expense | Realty | M | 2,000.00 | | | | |
| | | Avenue M Midwood | Rent:Rent - Ave | | | | | |
| 08/20/2024 | Expense | Realty | M | 10,000.00 | | | | |
| **Total for Rent - Ave M** | | | | **$ 12,000.00** | | 36,000.00 | $ | 24,000.00 |
| **Rent - Bryant Park** | | | | | | | | |
| | | | Rent:Rent - | | | | | |
| 05/31/2024 | Expense | Arid NYC LLC | Bryant Park | 4,000.00 | | | | |
| | | | Rent:Rent - | | | | | |
| 06/07/2024 | Expense | Arid NYC LLC | Bryant Park | 4,000.00 | | | | |
| | | | Rent:Rent - | | | | | |
| 6/14/2024 | Expense | Arid NYC LLC | Bryant Park | 4,000.00 | | | | |
| | | | Rent:Rent - | | | | | |
| 06/21/2024 | Expense | Arid NYC LLC | Bryant Park | 4,000.00 | | | | |
| | | | Rent:Rent - | | | | | |
| 06/28/2024 | Expense | Arid NYC LLC | Bryant Park | 4,000.00 | | | | |
| | | | Rent:Rent - | | | | | |
| 07/05/2024 | Expense | Arid NYC LLC | Bryant Park | 4,000.00 | | | | |
| | | | Rent:Rent - | | | | | |
| 7/12/2024 | Expense | Arid NYC LLC | Bryant Park | 4,000.00 | | | | |
| | | | Rent:Rent - | | | | | |
| 07/19/2024 | Expense | Arid NYC LLC | Bryant Park | 4,000.00 | | | | |
| | | | Rent:Rent - | | | | | |
| 7/26/2024 | Expense | Arid NYC LLC | Bryant Park | 4,000.00 | | | | |
| | | | Rent:Rent - | | | | | |
| 08/02/2024 | Expense | Arid NYC LLC | Bryant Park | 4,000.00 | | | | |
| | | | Rent:Rent - | | | | | |
| 08/12/2024 | Expense | Arid NYC LLC | Bryant Park | 4,000.00 | | | | |
| | | | Rent:Rent - | | | | | |
| 08/23/2024 | Expense | Arid NYC LLC | Bryant Park | 4,000.00 | | | | |
| | | | Rent:Rent - | | | | | |
| 08/30/2024 | Expense | Arid NYC LLC | Bryant Park | 4,000.00 | | | | |
| | | | Rent:Rent - | | | | | |
| 08/16/2024 | Expense | Arid NYC LLC | Bryant Park | 4,000.00 | | | | |
| | | | Rent:Rent - | | | | | |
| 9/8/2024 | Expense | Arid NYC LLC | Bryant Park | 4,000.00 | | | | |
| | | | Rent:Rent - | | | | | |
| 9/13/2024 | Expense | Arid NYC LLC | Bryant Park | 4,000.00 | | | | |
| | | | Rent:Rent - | | | | | |
| 9/20/2024 | Expense | Arid NYC LLC | Bryant Park | 4,000.00 | | | | |
| | | | Rent:Rent - | | | | | |
| 9/27/2024 | Expense | Arid NYC LLC | Bryant Park | 4,000.00 | | | | |
| **Total for Rent - Bryant Park** | | | | **$ 72,000.00** | | 68,800.00 | $ | (3,200.00) |
| **Rent - Crown Heights** | | | | | | | | |
| | | 266 Kingston Ave | Rent:Rent - Crown | | | | | |
| 06/03/2024 | Expense | Realty | Heights | 2,000.00 | | | | |
| | | 266 Kingston Ave | Rent:Rent - Crown | | | | | |
| 7/1/2024 | Expense | Realty | Heights | 5,000.00 | | | | |
| | | 266 Kingston Ave | Rent:Rent - Crown | | | | | |
| 08/20/2024 | Expense | Realty | Heights | 7,000.00 | | | | |
| **Total for Rent - Crown Heights** | | | | **$ 14,000.00** | | 28,000.00 | $ | 14,000.00 |
| **Rent - Lakewood** | | | | | | | | |
| | | Lakewood Plaza DE | Rent:Rent - | | | | | |
| 06/03/2024 | Expense | LLC | Lakewood | 3,500.00 | | | | |
| **Total for Rent - Lakewood** | | | | **$ 3,500.00** | | 56,000.00 | $ | 52,500.00 |
| **Rent - Lawrence** | | | | | | | | |
| | | | Rent:Rent - | | | | | |
| 06/03/2024 | Expense | Flavor Frozen Yogurt | Lawrence | 2,000.00 | | | | |
| | | | Rent:Rent - | | | | | |
| 06/06/2024 | Expense | Flavor Frozen Yogurt | Lawrence | 816.56 | | | | |
| | | | Rent:Rent - | | | | | |
| 6/17/2024 | Expense | Flavor Frozen Yogurt | Lawrence | 2,000.00 | | | | |
| | | | Rent:Rent - | | | | | |
| 06/26/2024 | Expense | Flavor Frozen Yogurt | Lawrence | 2,000.00 | | | | |
| | | | Rent:Rent - | | | | | |
| 7/5/2024 | Expense | Flavor Frozen Yogurt | Lawrence | 2,000.00 | | | | |
| | | | Rent:Rent - | | | | | |
| 7/15/2024 | Expense | Flavor Frozen Yogurt | Lawrence | 700.00 | | | | |
| | | | Rent:Rent - | | | | | |
| 8/20/2024 | Expense | Flavor Frozen Yogurt | Lawrence | 5,000.00 | | | | |
| **Total for Rent - Lawrence** | | | | **$ 14,516.56** | | 26,000.00 | $ | 11,483.44 |
| **Rent - Lyndhurst** | | | | | | | | |
| | | Nonnarz Associates, | Rent:Rent - | | | | | |
| 06/03/2024 | Expense | Inc. | Lyndhurst | 2,000.00 | | | | |
| | | Nonnarz Associates, | Rent:Rent - | | | | | |
| 8/26/2024 | Expense | Inc. | Lyndhurst | 10,000.00 | | | | |
| | | Nonnarz Associates, | Rent:Rent - | | | | | |
| 9/18/2024 | Expense | Inc. | Lyndhurst | 12,000.00 | | | | |
| **Total for Rent - Lyndhurst** | | | | **$ 24,000.00** | | 32,000.00 | $ | 8,000.00 |
| **Rent - Teaneck** | | | | | | | | |
| | | | Rent:Rent - | | | | | |
| 06/03/2024 | Expense | Nask LLC | Teaneck | 2,500.00 | | | | |
| | | | Rent:Rent - | | | | | |
| 6/17/2024 | Expense | Nask LLC | Teaneck | 4,000.00 | | | | |
| | | | Rent:Rent - | | | | | |
| 06/26/2024 | Expense | Nask LLC | Teaneck | 2,000.00 | | | | |
| | | | Rent:Rent - | | | | | |
| 8/20/2024 | Expense | Nask LLC | Teaneck | 7,000.00 | | | | |
| | | | Rent:Rent - | | | | | |
| 9/5/2024 | Expense | Nask LLC | Teaneck | 7,000.00 | | | | |
| **Total for Rent - Teaneck** | | | | **$ 22,500.00** | | 32,000.00 | $ | 9,500.00 |
| **Total for Rent with sub-accounts** | | | | $ 170,016.56 | | 338,800.00 | | 168,783.44 |
| **TOTAL** | | | | | | | | |

**703 Bakery Corp**
**24-15150 (VFP)**
**Period: Sept 1–Sept 30, 2024**

| | BofA 4694 | BofA 8990 | Dime - 3369 | Dime - 5710 | Dime - 5900 | Dime 5983 | Dime - 6007 | Total | Cumulative Total |
|---|---|---|---|---|---|---|---|---|---|
| | $ 81,553.56 | $ 11,940.11 | $ 34.61 | $ 4,438.99 | $ 954.49 | $ 1,458.50 | $ 2,283.11 | $ 102,663.37 | $ 83,471.79 |
| | | | | | | | | | - |
| **CASH RECEIPTS** | | | | | | | | | |
| Cash Sales | 511,782.41 | 32,902.00 | | | 86,164.64 | | 5,865.00 | 636,714.05 | 3,425,632.31 |
| Accounts Receivable | | | | | | | | - | - |
| Loans and Advances | 29,998.87 | | | | | | | 29,998.87 | 150,997.74 |
| Sale of Assets | | | | | | | | - | - |
| Credits/Returns | | | | 1,664.85 | | 0.82 | | 1,665.67 | 70,219.55 |
| Other | | | | | | | | - | 33,848.99 |
| Transfers | | 20,000.00 | | 335,400.00 | | 3,300.00 | | 358,700.00 | 2,133,800.00 |
| **TOTAL RECEIPTS** | 541,781.28 | 52,902.00 | - | 337,064.85 | 86,164.64 | 3,300.82 | 5,865.00 | 1,027,078.59 | 5,814,498.59 |
| | | | | | | | | | - |
| **CASH DISBURSEMENTS** | | | | | | | | | |
| Net Payroll | 57,801.90 | 6,259.96 | | 338,928.79 | | | | 402,990.65 | 2,191,062.58 |
| Payroll Taxes | | | | | | | | - | - |
| Sales, Use & Other Taxes | | 14,873.21 | | | | | | 14,873.21 | 124,094.44 |
| Inventory Purchases | 150,528.92 | 500.00 | | | | 865.16 | | 151,894.08 | 691,878.37 |
| Secured Rental/Leases | 741.00 | 1,581.67 | | | | | | 2,322.67 | 17,461.34 |
| Insurance | 913.48 | 8,645.49 | | | | | | 9,558.97 | 56,475.29 |
| Selling & Administrative Expenses | 84,939.97 | 19,919.32 | | | | 4,015.89 | | 108,875.18 | 559,232.55 |
| Other (see attached) | | | | | | | | - | 4,448.74 |
| Owners Draw | | | | | | | | - | - |
| Expense Reimbursement | | | | | | | | - | - |
| Taxes - Real Estate | | | | | | | | - | - |
| Professional Fees (Legal, | | | | | | | | - | 5,397.50 |
| Bank and Credit Card Fees | 138.00 | 2,573.09 | 0.44 | | | | | 2,711.53 | 36,303.88 |
| Transfers | 267,000.00 | | | | 84,800.00 | | 6,900.00 | 358,700.00 | 2,133,800.00 |
| **TOTAL DISBURSEMENTS** | 562,063.27 | 54,352.74 | 0.44 | 338,928.79 | 84,800.00 | 4,881.05 | 6,900.00 | 1,051,926.29 | 5,820,154.71 |
| | | | | | | | | | |
| **CASH - End of Month** | $ 61,271.57 | $ 10,489.37 | $ 34.17 | $ 2,575.05 | $ 2,319.13 | $ (121.73) | $ 1,248.11 | $ 77,815.67 | $ 77,815.67 |



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
**Preferred Rewards**
For Business

**Customer service information**

📱  1.888.BUSINESS (1.888.287.4637)

💻  bankofamerica.com

✉️  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

703 BAKERY CORP
DBA PATIS BAKERY
323 RIDGE RD
LYNDHURST, NJ  07071-2209

# Your Business Advantage Relationship Banking Preferred Rewards for Bus Platinum Honors

for September 1, 2024 to September 30, 2024                    Account number: ████ 8990

**703 BAKERY CORP     DBA PATIS BAKERY**

## Account summary

| | | |
|---|---|---|
| Beginning balance on September 1, 2024 | $11,940.11 | # of deposits/credits: 28 |
| Deposits and other credits | 52,902.00 | # of withdrawals/debits: 80 |
| Withdrawals and other debits | -54,161.74 | # of items-previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 30 |
| Service fees | -191.00 | Average ledger balance: $9,957.98 |
| **Ending balance on September 30, 2024** | **$10,489.37** | [1]Includes checks paid, deposited items and other debits |



## You've got a banking partner ready to help.

As your dedicated Small Business Specialist, I'm here to help with all of your business's financial needs and priorities.

**Contact me today.**
Sherry Springer
646.679.5750
sherry.springer@bofa.com

SSM-09-23-0714.B  |  5972504

703 BAKERY CORP   |   Account #        8990   |   October 2024

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- – Tell us your name and account number.
- – Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- – Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2024 Bank of America Corporation

Bank of America, N.A. Member FDIC and     Equal Housing Lender



**Your checking account**

703 BAKERY CORP  |  Account # ▓▓▓▓ 8990  |  September 1, 2024 to September 30, 2024

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|-------:|
| 09/03/24 | Counter Credit | 1,189.00 |
| 09/03/24 | Counter Credit | 653.00 |
| 09/06/24 | Counter Credit | 3,520.00 |
| 09/06/24 | Counter Credit | 1,000.00 |
| 09/06/24 | Counter Credit | 535.00 |
| 09/09/24 | Counter Credit | 1,370.00 |
| 09/09/24 | Counter Credit | 1,246.00 |
| 09/09/24 | Counter Credit | 825.00 |
| 09/10/24 | Counter Credit | 1,245.00 |
| 09/12/24 | Online Banking transfer from CHK 4694 Confirmation# 1719096336 | 10,000.00 |
| 09/13/24 | Counter Credit | 1,825.00 |
| 09/13/24 | Counter Credit | 1,463.00 |
| 09/13/24 | Counter Credit | 1,089.00 |
| 09/16/24 | Counter Credit | 1,480.00 |
| 09/16/24 | Counter Credit | 1,423.00 |
| 09/16/24 | Counter Credit | 1,005.00 |
| 09/20/24 | Counter Credit | 1,102.00 |
| 09/20/24 | Counter Credit | 660.00 |
| 09/20/24 | Counter Credit | 508.00 |
| 09/23/24 | Counter Credit | 1,636.00 |
| 09/24/24 | Online Banking transfer from CHK 4694 Confirmation# 1718730165 | 10,000.00 |
| 09/24/24 | Counter Credit | 1,035.00 |
| 09/26/24 | Counter Credit | 700.00 |
| 09/27/24 | BKOFAMERICA BC  09/27 #000003845 FR CHKG | 2,832.00 |

*continued on the next page*

BUSINESS ADVANTAGE

# View your key business metrics all in one place.

Visually track your business's cash flow trends and data from popular business services, all within Business Advantage 360.[1]

**To learn more, visit bankofamerica.com/ConnectedApps** or just scan this code.

When you use the QRC feature, certain information is collected from your mobile device for business purposes.
[1] You must be enrolled in Business Advantage 360, our small business online banking, or Mobile Banking to use Cash Flow Monitor and Connected Apps, and have an eligible Bank of America® small business deposit account. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-11-23-0007.B | 6019109

703 BAKERY CORP   |   Account # ████████ 8990   |   September 1, 2024 to September 30, 2024

## Deposits and other credits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 09/27/24 | Counter Credit | 1,068.00 |
| 09/27/24 | Counter Credit | 939.00 |
| 09/27/24 | Counter Credit | 570.00 |
| 09/30/24 | Counter Credit | 1,984.00 |
| **Total deposits and other credits** | | **$52,902.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 09/03/24 | Square Inc      DES:SQ240903   ID:T38ZK9JJ43DGCBR  INDN:703 Bakery Corp       CO ID:9591330001 WEB | -1,580.00 |
| 09/03/24 | Square Inc      DES:SQ240903   ID:T38R8W05YA6E0JD  INDN:703 Bakery Corp       CO ID:9591330001 WEB | -675.00 |
| 09/03/24 | DAVO TECHNOLOGIE DES:807A860F-3 ID:888-659-8432  INDN:703 BAKERY CORP 703 BA  CO ID:5330903620 PPD | -590.06 |
| 09/03/24 | ODEKO.COM      DES:ODEKO.COM  ID:ST-O2B7N1A3K0T7  INDN:703 BAKERY CORP       CO ID:1800948598 CCD | -495.68 |
| 09/03/24 | DAVO TECHNOLOGIE DES:8D4B33E2-5 ID:888-659-8432  INDN:703 BAKERY CORP 703 BA  CO ID:5330903620 PPD | -319.55 |
| 09/03/24 | OPTIMUM 7858      DES:CABLE PMNT ID:52880701  INDN:B  IOUS YOGURT       CO ID:9078580001 PPD | -132.18 |
| 09/03/24 | BANKCARD      DES:MTOT DISC  ID:518993321146136  INDN:PATIS TIME SQUARE SELF  CO ID:4518088069 CCD | -77.04 |
| 09/03/24 | BANKCARD      DES:MTOT DISC  ID:518993320404932  INDN:PATIS.COM       CO ID:4518088069 CCD | -40.05 |
| 09/03/24 | Square Inc      DES:SQ240903   ID:T39JSZSDSYZTD0Q  INDN:703 Bakery Corp       CO ID:9591330001 WEB | -10.00 |
| 09/04/24 | PUBLIC SERVICE   DES:PSEG       ID:007301480806  INDN:703 BAKERY CORP       CO ID:4221212800 PPD | -2,042.27 |
| 09/04/24 | DAVO TECHNOLOGIE DES:87E7AA86-F ID:888-659-8432  INDN:703 BAKERY CORP 703 BA  CO ID:5330903620 PPD | -551.23 |
| 09/04/24 | DAVO TECHNOLOGIE DES:C486E497-0 ID:888-659-8432  INDN:703 BAKERY CORP 703 BA  CO ID:5330903620 PPD | -419.09 |
| 09/04/24 | DAVO TECHNOLOGIE DES:4717847D-9 ID:888-659-8432  INDN:703 BAKERY CORP 703 BA  CO ID:5330903620 PPD | -406.56 |
| 09/04/24 | 7shifts      DES:7shifts    ID:ST-C1U8S6Z4N7X0  INDN:703 BAKERY CORP       CO ID:1800948598 WEB | -229.94 |
| 09/04/24 | NGRID37      DES:NGRID37WEB ID:8148273025  INDN:703 BAKERY CORP 323      CO ID:9111019782 WEB | -36.23 |
| 09/05/24 | DAVO TECHNOLOGIE DES:BFF92F30-9 ID:888-659-8432  INDN:703 BAKERY CORP 703 BA  CO ID:5330903620 PPD | -695.30 |
| 09/05/24 | GOOGLE      DES:APPS_COMME ID:US0042G5AO  INDN:703 Bakery Corp       CO ID:FXXXXXXXX CCD | -489.60 |

*continued on the next page*



**BANK OF AMERICA**                                                    **Your checking account**

703 BAKERY CORP   |   Account #  ████████ 8990   |   September 1, 2024 to September 30, 2024

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 09/06/24 | DAVO TECHNOLOGIE DES:CD930051-4 ID:888-659-8432 INDN:703 BAKERY CORP 703 BA  CO ID:5330903620 PPD | -677.08 |
| 09/09/24 | TRANSFER 703 BAKERY CORP:Waking Creative LLC Confirmation# 0588028407 | -1,000.00 |
| 09/09/24 | DAVO TECHNOLOGIE DES:14C9727C-C ID:888-659-8432 INDN:703 BAKERY CORP 703 BA  CO ID:5330903620 PPD | -580.43 |
| 09/09/24 | ACTION ENVIRONME DES:BT0906    ID:000000271981144 INDN:703 Bakery          CO ID:1134000316 CCD | -500.00 |
| 09/09/24 | DAVO TECHNOLOGIE DES:D7768901-4 ID:888-659-8432 INDN:703 BAKERY CORP 703 BA  CO ID:5330903620 PPD | -450.68 |
| 09/09/24 | ODEKO.COM      DES:ODEKO.COM  ID:ST-C0V5N7A9X7G3 INDN:703 BAKERY CORP        CO ID:1800948598 CCD | -338.00 |
| 09/09/24 | ODEKO.COM      DES:ODEKO.COM  ID:ST-X0R1J2H5X1E1 INDN:703 BAKERY CORP        CO ID:1800948598 CCD | -307.95 |
| 09/09/24 | OPTIMUM 7870    DES:CABLE PMNT ID:46235301 INDN:P IOUS PIZZA        CO ID:9078700001 PPD | -231.31 |
| 09/09/24 | VERIZON     DES:PAYMENTREC ID:3572451620001 INDN:OLEG AZIZOV        CO ID:9783397101 WEB | -124.69 |
| 09/10/24 | DAVO TECHNOLOGIE DES:F5DB7C8B-F ID:888-659-8432 INDN:703 BAKERY CORP 703 BA  CO ID:5330903620 PPD | -558.27 |
| 09/10/24 | GC<>CHOCO      DES:CH-Y8RB4R6 ID:23JB INDN:703 Bakery Corp        CO ID:7891460966 CCD | -500.00 |
| 09/10/24 | VERIZON     DES:PAYMENTREC ID:2555931560001 INDN:703 CORP        CO ID:9783397101 WEB | -445.33 |
| 09/11/24 | CNA      ACH DES:PREM-PYMT  ID:3038093486 INDN:703 BAKERY CORP DBA PA  CO ID:9896553001 CCD | -6,812.24 |
| 09/11/24 | DAVO TECHNOLOGIE DES:FEE16213-6 ID:888-659-8432 INDN:703 BAKERY CORP 703 BA  CO ID:5330903620 PPD | -555.69 |
| 09/11/24 | Tripleseat Softw DES:9782916436 ID:  INDN:703 Bakery Corp        CO ID:0010142370 WEB | -381.06 |
| 09/11/24 | OPTIMUM 7865    DES:CABLE PMNT ID:18467301 INDN:7  BAKERY CORP.        CO ID:9078650001 PPD | -191.98 |
| 09/12/24 | ODEKO.COM      DES:ODEKO.COM  ID:ST-K6Z0U8L9F4J1 INDN:703 BAKERY CORP        CO ID:1800948598 CCD | -677.75 |
| 09/12/24 | DAVO TECHNOLOGIE DES:5E8FEB05-3 ID:888-659-8432 INDN:703 BAKERY CORP 703 BA  CO ID:5330903620 PPD | -606.13 |
| 09/13/24 | DAVO TECHNOLOGIE DES:15B51DEA-F ID:888-659-8432 INDN:703 BAKERY CORP 703 BA  CO ID:5330903620 PPD | -683.89 |
| 09/16/24 | TRANSFER 703 BAKERY CORP:Waking Creative LLC Confirmation# 0548523686 | -1,000.00 |
| 09/16/24 | ODEKO.COM      DES:ODEKO.COM  ID:ST-C6R3B9L9L6Y2 INDN:703 BAKERY CORP        CO ID:1800948598 CCD | -731.39 |
| 09/16/24 | DAVO TECHNOLOGIE DES:E1F050A9-3 ID:888-659-8432 INDN:703 BAKERY CORP 703 BA  CO ID:5330903620 PPD | -594.81 |

*continued on the next page*

703 BAKERY CORP  |  Account # ████ 8990  |  September 1, 2024 to September 30, 2024

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 09/16/24 | DAVO TECHNOLOGIE DES:D58A056F-C ID:888-659-8432 INDN:703 BAKERY CORP 703 BA  CO ID:5330903620 PPD | -485.42 |
| 09/16/24 | OPTIMUM 7836    DES:CABLE PMNT ID:84271303 INDN:7   BAKERY CORP.    CO ID:9078360001 PPD | -174.11 |
| 09/17/24 | DAVO TECHNOLOGIE DES:D6698398-6 ID:888-659-8432 INDN:703 BAKERY CORP 703 BA  CO ID:5330903620 PPD | -581.83 |
| 09/18/24 | BANK OF AMERICA VEHICLE LOAN Bill Payment | -1,581.67 |
| 09/18/24 | DAVO TECHNOLOGIE DES:02946ECF-8 ID:888-659-8432 INDN:703 BAKERY CORP 703 BA  CO ID:5330903620 PPD | -567.94 |
| 09/19/24 | DAVO TECHNOLOGIE DES:EB733A8B-9 ID:888-659-8432 INDN:703 BAKERY CORP 703 BA  CO ID:5330903620 PPD | -577.25 |
| 09/19/24 | STATE FARM RO 27 DES:CPC-CLIENT ID:17 S 1343232717 INDN: 703 BAKERY CORP     CO ID:9000313004 CCD | -543.28 |
| 09/20/24 | IESI WASTE SVC   DES:WEB_PAY    ID:06819598090524 INDN:OLEG AZIZOV       CO ID:6752712191 WEB | -769.19 |
| 09/20/24 | DAVO TECHNOLOGIE DES:9B8BBBFC-C ID:888-659-8432 INDN:703 BAKERY CORP 703 BA  CO ID:5330903620 PPD | -652.42 |
| 09/23/24 | TRANSFER 703 BAKERY CORP:Waking Creative LLC Confirmation# 3008986644 | -1,000.00 |
| 09/23/24 | 7shifts         DES:7shifts    ID:ST-Z3A7X5O5R0S2 INDN:703 BAKERY        CO ID:1800948598 WEB | -1,724.55 |
| 09/23/24 | ODEKO.COM      DES:ODEKO.COM  ID:ST-K8Z8H8Z7Y3Z3 INDN:703 BAKERY CORP       CO ID:4270465600 CCD | -771.86 |
| 09/23/24 | DAVO TECHNOLOGIE DES:0B3421FA-A ID:888-659-8432 INDN:703 BAKERY CORP 703 BA  CO ID:5330903620 PPD | -654.91 |
| 09/23/24 | ACTION ENVIRONME DES:BT0920    ID:000000271981320 INDN:703 Bakery        CO ID:1134000316 CCD | -500.00 |
| 09/23/24 | DAVO TECHNOLOGIE DES:504208AD-E ID:888-659-8432 INDN:703 BAKERY CORP 703 BA  CO ID:5330903620 PPD | -461.64 |
| 09/23/24 | INTUIT *     DES:QBooks Onl ID:9995297 INDN:703 BAKERY CORP       CO ID:0000756346 CCD | -99.00 |
| 09/24/24 | Zelle payment to  Gerson Chavez Conf# dwdhy6hyt | -6,259.96 |
| 09/24/24 | FIRSTENERGY OPCO DES:FE ECHECK  ID:100159670593 INDN:PATIS BAKERY LLC       CO ID:1341968288 PPD | -878.00 |
| 09/24/24 | FIRSTENERGY OPCO DES:FE ECHECK  ID:100159670619 INDN:PATIS BAKERY LLC       CO ID:1341968288 PPD | -772.00 |
| 09/24/24 | FIRSTENERGY OPCO DES:FE ECHECK  ID:100159634482 INDN:PATIS BAKERY LLC       CO ID:1341968288 PPD | -744.00 |
| 09/24/24 | DAVO TECHNOLOGIE DES:BDCFBDB9-2 ID:888-659-8432 INDN:703 BAKERY CORP 703 BA  CO ID:5330903620 PPD | -657.60 |
| 09/24/24 | VERIZON      DES:PAYMENTREC ID:5571170640001 INDN:YASA B         CO ID:9783397101 TEL | -196.99 |
| 09/25/24 | SHELTERPOINT    DES:D624206    ID:0968132 INDN:AMANDA *GOMEZ        CO ID:0000240668 WEB | -1,289.97 |

*continued on the next page*



**Your checking account**

703 BAKERY CORP | Account # XXXX XXXX 8990 | September 1, 2024 to September 30, 2024

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 09/25/24 | DAVO TECHNOLOGIE DES:9D7B57A5-6 ID:888-659-8432 INDN:703 BAKERY CORP 703 BA CO ID:5330903620 PPD | -472.40 |
| 09/25/24 | ODEKO.COM    DES:ODEKO.COM ID:ST-M7K6P8L8B4G4 INDN:703 BAKERY CORP    CO ID:4270465600 CCD | -122.94 |
| 09/26/24 | ODEKO.COM    DES:ODEKO.COM ID:ST-F3M0O4G5K3U1 INDN:703 BAKERY CORP    CO ID:1800948598 CCD | -873.08 |
| 09/26/24 | DAVO TECHNOLOGIE DES:FE8636C9-7 ID:888-659-8432 INDN:703 BAKERY CORP 703 BA CO ID:5330903620 PPD | -564.86 |
| 09/26/24 | North Country Bu DES:PAYMENT    ID:24092419634896 INDN:703 BAKERY CORP    CO ID:1454145354 CCD | -37.99 |
| 09/27/24 | DAVO TECHNOLOGIE DES:0BFDA6CA-2 ID:888-659-8432 INDN:703 BAKERY CORP 703 BA CO ID:5330903620 PPD | -546.34 |
| 09/27/24 | VEOLIA WATER NEW DES:WATER BILL ID:10003870611763 INDN:BERRYLICIOUS PIZZA AND CO ID:7973470100 CCD | -62.02 |
| 09/30/24 | TRANSFER 703 BAKERY CORP:Waking Creative LLC Confirmation# 0169552670 | -1,000.00 |
| 09/30/24 | DAVO TECHNOLOGIE DES:B5D50C25-5 ID:888-659-8432 INDN:703 BAKERY CORP 703 BA CO ID:5330903620 PPD | -594.09 |
| 09/30/24 | ODEKO.COM    DES:ODEKO.COM ID:ST-F7Z9R8V3I9L0 INDN:703 BAKERY CORP    CO ID:1800948598 CCD | -429.96 |
| 09/30/24 | DAVO TECHNOLOGIE DES:821E40DC-C ID:888-659-8432 INDN:703 BAKERY CORP 703 BA CO ID:5330903620 PPD | -367.74 |
| 09/30/24 | ODEKO.COM    DES:ODEKO.COM ID:ST-O1Q7V0A5K6J8 INDN:703 BAKERY CORP    CO ID:1800948598 CCD | -303.30 |
| 09/30/24 | ODEKO.COM    DES:ODEKO.COM ID:ST-J5A7Q5J1Q5V8 INDN:703 BAKERY CORP    CO ID:1800948598 CCD | -104.97 |

| **Total withdrawals and other debits** | **-$54,161.74** |
|---|---|

## Service fees

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 08/30/24. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓   $15,000+ combined average monthly balance in linked business accounts has been met

✓   Become a member of Preferred Rewards for Business has been met

For information on Small Business products and services or to link an existing account, please call 1.888.BUSINESS. For more information about the Preferred Rewards for Business program and which fees can be waived based on account eligibility and enrollment, see the Business Schedule of Fees located at bankofamerica.com/businessfeesataglance.

| Date | Transaction description | Amount |
|------|-------------------------|--------|
| 09/03/24 | Cash Deposit Processing | -171.00 |
| 09/03/24 | External transfer fee - Next Day - 08/30/2024 | -5.00 |
| 09/10/24 | External transfer fee - Next Day - 09/09/2024 | -5.00 |

*continued on the next page*

703 BAKERY CORP  |  Account # ████ 8990  |  September 1, 2024 to September 30, 2024

## Service fees - continued

| Date | Transaction description | Amount |
|------|-------------------------|--------|
| 09/17/24 | External transfer fee - Next Day - 09/16/2024 | -5.00 |
| 09/24/24 | External transfer fee - Next Day - 09/23/2024 | -5.00 |
| **Total service fees** | | **-$191.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 09/01 | 11,940.11 | 09/11 | 897.62 | 09/20 | 11,220.54 |
| 09/03 | 9,686.55 | 09/12 | 9,613.74 | 09/23 | 7,644.58 |
| 09/04 | 6,001.23 | 09/13 | 13,306.85 | 09/24 | 9,166.03 |
| 09/05 | 4,816.33 | 09/16 | 14,229.12 | 09/25 | 7,280.72 |
| 09/06 | 9,194.25 | 09/17 | 13,642.29 | 09/26 | 6,504.79 |
| 09/09 | 9,102.19 | 09/18 | 11,492.68 | 09/27 | 11,305.43 |
| 09/10 | 8,838.59 | 09/19 | 10,372.15 | 09/30 | 10,489.37 |

703 Bakery corp
BofA 4649
Period Ending 09/30/2024
RECONCILIATION REPORT

| | |
|---|---:|
| Register Balance 9/30/24 | 19,820.74 |
| Deposits Cleared | 541,781.28 |
| Checks Cleared | (562,063.27) |
| Statement Balance 9/30/24 | $ 64,271.67 |
| Uncleared Checks | (3,000.00) |
| Register Balance 9/30/24 | $ 61,271.67 |

Uncleared Checks

| DATE | TYPE | REF NO | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 08/09/2024 | Check | V2411 | PSEG | (3,000.00) |
| Total | | | | $ (3,000.00) |



P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
**Preferred Rewards**
For Business

**Customer service information**

703 BAKERY CORP
DBA PATIS BAKERY
323 RIDGE RD
LYNDHURST, NJ  07071-2209

📱 1.888.BUSINESS (1.888.287.4637)

✉ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Relationship Banking
# Preferred Rewards for Bus Platinum Honors

for September 1, 2024 to September 30, 2024          Account number: ████4694

**703 BAKERY CORP     DBA PATIS BAKERY**

## Account summary

| | | |
|---|---|---|
| Beginning balance on September 1, 2024 | $84,553.56 | # of deposits/credits: 286 |
| Deposits and other credits | 541,781.28 | # of withdrawals/debits: 147 |
| Withdrawals and other debits | -534,017.74 | # of items-previous cycle[1]: 14 |
| Checks | -27,907.53 | # of days in cycle: 30 |
| Service fees | -138.00 | Average ledger balance: $52,307.24 |
| **Ending balance on September 30, 2024** | **$64,271.57** | [1]Includes checks paid, deposited items and other debits |

## You've got a banking partner ready to help.



As your dedicated Small Business Specialist, I'm here to help with all of your business's financial needs and priorities.

**Contact me today.**
Sherry Springer
646.679.5750
sherry.springer@bofa.com

SSM-09-23-0714.B | 5972504

PULL: E  CYCLE: 60  SPEC: E  DELIVERY: E  TYPE:  IMAGE: I  BC: NY

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2024 Bank of America Corporation

Bank of America, N.A. Member FDIC and    Equal Housing Lender



**BANK OF AMERICA**                              **Your checking account**

703 BAKERY CORP   |   Account #   ▮▮▮▮▮4694   |   September 1, 2024 to September 30, 2024

## Deposits and other credits

| Date | Description | | Amount |
|------|-------------|---|-------:|
| 09/03/24 | Square Inc    DES:TEANE 0902 ID:T3AS9MAYN47JJ7C  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 4,066.86 |
| 09/03/24 | Square Inc    DES:LAWRE 0902 ID:T3VRXRWQ36AVPMT  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 3,717.21 |
| 09/03/24 | Square Inc    DES:BRYAN 0902 ID:T39J4EMYXTJYAWF  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 3,427.78 |
| 09/03/24 | Square Inc    DES:BRYAN 0903 ID:T3WY87S7S5QZRVY  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 2,938.47 |
| 09/03/24 | Square Inc    DES:ARTHO 0902 ID:T31MVZFMZSV2GSX  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 2,931.40 |
| 09/03/24 | Square Inc    DES:TEANE 0903 ID:T3558N41DAXFBK4  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 2,839.25 |
| 09/03/24 | Square Inc    DES:ARTHO 0902 ID:T36W7FF3NYR45YP  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 2,701.79 |
| 09/03/24 | Square Inc    DES:AMSTE 0903 ID:T3P682BCMBYFXB1  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 2,489.85 |
| 09/03/24 | DeliverectNV    DES:PAYOUT    ID:TX43420319000XT  INDN:703 Bakery Corp dba Pa ID:4444444444 CCD  PMT INFO:TRN*1*TX43420319000XT**4VXM3G645LIXX8VE\ RMR*IK*TX43420319000XT DeliverectNV pay\ | CO | 2,381.48 |
| 09/03/24 | Square Inc    DES:LKWD 0903  ID:T31JFHYV1ZWK3S5  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 2,348.79 |
| 09/03/24 | Square Inc    DES:LAWRE 0902 ID:T3FTGJR96M61YVF  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 2,162.66 |
| 09/03/24 | Square Inc    DES:AMSTE 0902 ID:T34KW0J3T69BWZZ  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 2,115.03 |
| 09/03/24 | Square Inc    DES:LAWRE 0903 ID:T333DF7SVDCEVBS  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 2,113.40 |
| 09/03/24 | Square Inc    DES:ARTHO 0903 ID:T3GMGEMVTB0KQ21  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 2,107.98 |
| 09/03/24 | Square Inc    DES:AVEM 0902 ID:T3TW556FZWNB9BN  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 2,012.22 |

*continued on the next page*

BUSINESS ADVANTAGE

## View your key business metrics all in one place.

Visually track your business's cash flow trends and data from popular business services, all within Business Advantage 360.[1]

**To learn more, visit bankofamerica.com/ConnectedApps** or just scan this code.

When you use the QRC feature, certain information is collected from your mobile device for business purposes.
[1] You must be enrolled in Business Advantage 360, our small business online banking, or Mobile Banking to use Cash Flow Monitor and Connected Apps, and have an eligible Bank of America® small business deposit account. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.                              SSM-11-23-0007.B | 6019109

703 BAKERY CORP   |   Account #       4694   |   September 1, 2024 to September 30, 2024

# Deposits and other credits - continued

| Date | Description | | Amount |
|------|-------------|---|-------:|
| 09/03/24 | Square Inc      DES:AMSTE 0902 ID:T3847E2960F9MD8  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 2,001.41 |
| 09/03/24 | Square Inc      DES:TEANE 0902 ID:T3NNGGR7MJMN1ES  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 1,898.66 |
| 09/03/24 | Square Inc      DES:LKWD 0902 ID:T38741RP4HB6DNQ  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 1,786.73 |
| 09/03/24 | Square Inc      DES:CROWN 0902 ID:T361S38G2RK3T3H  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 1,732.75 |
| 09/03/24 | Square Inc      DES:AVEM 0903 ID:T36HP1WCMHM0JC9  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 1,551.61 |
| 09/03/24 | Square Inc      DES:AVEM 0902 ID:T398JPNJKQFZQ0Q  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 1,541.19 |
| 09/03/24 | Square Inc      DES:CROWN 0902 ID:T3GZC9JPT6CQ7N2  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 1,468.20 |
| 09/03/24 | Square Inc      DES:LKWD 0902 ID:T3WQX2NRH0M52KD  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 1,424.26 |
| 09/03/24 | Square Inc      DES:BRYAN 0902 ID:T30ZCHRJAN9H5V3  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 1,295.54 |
| 09/03/24 | Square Inc      DES:LYNDH 0902 ID:T3CW46N83NRYJGA  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 1,167.52 |
| 09/03/24 | Square Inc      DES:LYNDH 0903 ID:T3TGTCBMEYR4WF0  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 992.13 |
| 09/03/24 | Square Inc      DES:LYNDH 0831 ID:T3QPA6MGQR7FC49  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 748.79 |
| 09/04/24 | Square Inc      DES:BRYAN 0904 ID:T3ZXBFMH5H6ZQW1  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 2,941.66 |
| 09/04/24 | Square Inc      DES:TEANE 0904 ID:T3D0M3X09B9A726  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 1,960.74 |
| 09/04/24 | Square Inc      DES:LKWD 0904 ID:T3HSY7ZRB0B3PXJ  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 1,865.45 |
| 09/04/24 | Square Inc      DES:CROWN 0904 ID:T36W6FT1N70V9J4  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 1,763.93 |
| 09/04/24 | Square Inc      DES:AMSTE 0904 ID:T3THBD3HBDF2302  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 1,661.24 |
| 09/04/24 | Square Inc      DES:LAWRE 0904 ID:T3QSM3P07K0JPZB  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 1,593.15 |
| 09/04/24 | Square Inc      DES:LYNDH 0904 ID:T3QE5G0TDDCPH7N  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 1,573.13 |
| 09/04/24 | Square Inc      DES:ARTHO 0904 ID:T3DKHXV33TG9328  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 1,537.82 |
| 09/04/24 | Square Inc      DES:CATER 0904 ID:T38E65R5GG34EV7  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 1,494.02 |
| 09/04/24 | Square Inc      DES:AVEM 0904 ID:T3S9PCR5F96CA9X  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 1,369.42 |

*continued on the next page*



**Your checking account**

703 BAKERY CORP    |    Account # ████████ 4694    |    September 1, 2024 to September 30, 2024

## Deposits and other credits – continued

| Date | Description | | Amount |
|------|-------------|---|-------:|
| 09/05/24 | WISE US INC    DES:DM Brands  ID:DM Brands  INDN:703 Bakery Corp dba Pa  CO ID:1453233521 PPD  PMT INFO:From Ralf Reichberg Via WISE | | 29,998.87 |
| 09/05/24 | Square Inc    DES:BRYAN 0905 ID:T3JH5RE2BS5043K  INDN:703 Bakery Corp  ID:9424300002 PPD | CO | 2,851.98 |
| 09/05/24 | Square Inc    DES:TEANE 0905 ID:T32W9MQP2H54SWY  INDN:703 Bakery Corp  ID:9424300002 PPD | CO | 2,247.41 |
| 09/05/24 | Square Inc    DES:CATER 0905 ID:T33PYF78F1FE57O  INDN:703 Bakery Corp  ID:9424300002 PPD | CO | 2,164.92 |
| 09/05/24 | Square Inc    DES:CROWN 0905 ID:T39BVVWVJTMEFWK  INDN:703 Bakery Corp  ID:9424300002 PPD | CO | 2,098.19 |
| 09/05/24 | Square Inc    DES:AMSTE 0905 ID:T3VSY8Q2YYND7GC  INDN:703 Bakery Corp  ID:9424300002 PPD | CO | 1,941.77 |
| 09/05/24 | Square Inc    DES:LAWRE 0905 ID:T3ZSYETYJP862QS  INDN:703 Bakery Corp  ID:9424300002 PPD | CO | 1,579.11 |
| 09/05/24 | Square Inc    DES:ARTHO 0905 ID:T3T485NRJ35GGPT  INDN:703 Bakery Corp  ID:9424300002 PPD | CO | 1,394.59 |
| 09/05/24 | Square Inc    DES:AVEM 0905  ID:T3YETDQ7ZFN6TME  INDN:703 Bakery Corp  ID:9424300002 PPD | CO | 1,346.92 |
| 09/05/24 | Square Inc    DES:LKWD 0905  ID:T3GVN4NAX8P47NQ  INDN:703 Bakery Corp  ID:9424300002 PPD | CO | 1,204.61 |
| 09/05/24 | Square Inc    DES:LYNDH 0905 ID:T3XWGSVE9YMDZNP  INDN:703 Bakery Corp  ID:9424300002 PPD | CO | 508.96 |
| 09/06/24 | Square Inc    DES:TEANE 0906 ID:T3EP2408G4H4NVH  INDN:703 Bakery Corp  ID:9424300002 PPD | CO | 2,219.60 |
| 09/06/24 | Square Inc    DES:LAWRE 0906 ID:T3D14DJT8FPX2PR  INDN:703 Bakery Corp  ID:9424300002 PPD | CO | 1,820.63 |
| 09/06/24 | Square Inc    DES:BRYAN 0906 ID:T3EETN81WDX7PZE  INDN:703 Bakery Corp  ID:9424300002 PPD | CO | 1,698.41 |
| 09/06/24 | Square Inc    DES:AMSTE 0906 ID:T3JNT3N4NEAH45D  INDN:703 Bakery Corp  ID:9424300002 PPD | CO | 1,575.06 |
| 09/06/24 | Square Inc    DES:CATER 0906 ID:T391CF9APMBR58Q  INDN:703 Bakery Corp  ID:9424300002 PPD | CO | 1,570.41 |
| 09/06/24 | Square Inc    DES:ARTHO 0906 ID:T33CZE72BHXXR0V  INDN:703 Bakery Corp  ID:9424300002 PPD | CO | 1,485.06 |
| 09/06/24 | Square Inc    DES:AVEM 0906  ID:T30J8MK6HVM0X4C  INDN:703 Bakery Corp  ID:9424300002 PPD | CO | 1,343.42 |
| 09/06/24 | Square Inc    DES:LKWD 0906  ID:T3ET5CWPKD524T4  INDN:703 Bakery Corp  ID:9424300002 PPD | CO | 933.66 |
| 09/06/24 | Square Inc    DES:LYNDH 0906 ID:T3JM2KP51XBEM1H  INDN:703 Bakery Corp  ID:9424300002 PPD | CO | 771.73 |

*continued on the next page*

703 BAKERY CORP   |   Account # ████4694   |   September 1, 2024 to September 30, 2024

# Deposits and other credits - continued

| Date | Description | | Amount |
|------|-------------|---|--------|
| 09/06/24 | GRUBHUB INC     DES:Aug Actvty ID:XXXXXXXXXdQ0-n4  INDN:703 BAKERY CORP      CO<br>ID:1261328194 CCD | | 233.48 |
| 09/06/24 | GRUBHUB INC     DES:Sep Actvty ID:24090604PJ33Wsz  INDN:703 Bakery Corp      CO<br>ID:1261328194 CCD | | 87.43 |
| 09/06/24 | GRUBHUB INC     DES:Sep Actvty ID:XXXXXXXXXdQ0-n4  INDN:703 BAKERY CORP      CO<br>ID:1261328194 CCD | | 72.49 |
| 09/06/24 | GRUBHUB INC     DES:Aug Actvty ID:24090601bw2w003  INDN:703 Bakery Corp      CO<br>ID:1261328194 CCD | | 72.15 |
| 09/06/24 | GRUBHUB INC     DES:Aug Actvty ID:24090601bL5q8uK  INDN:703 BAKERY CORP      CO<br>ID:1261328194 CCD | | 66.46 |
| 09/06/24 | GRUBHUB INC     DES:Sep Actvty ID:24090604bL5q8uK  INDN:703 BAKERY CORP      CO<br>ID:1261328194 CCD | | 47.13 |
| 09/06/24 | GRUBHUB INC     DES:Sep Actvty ID:24090604bw2w003  INDN:703 Bakery Corp      CO<br>ID:1261328194 CCD | | 30.43 |
| 09/06/24 | GRUBHUB INC     DES:Aug Actvty ID:24090601PJ33Wsz  INDN:703 Bakery Corp      CO<br>ID:1261328194 CCD | | 6.59 |
| 09/09/24 | Square Inc     DES:CATER 0909 ID:T3KVHGF0A42ZXKF  INDN:703 Bakery Corp      CO<br>ID:9424300002 PPD | | 3,539.54 |
| 09/09/24 | Square Inc     DES:LAWRE 0909 ID:T30XE1KNQ0T0HFS  INDN:703 Bakery Corp      CO<br>ID:9424300002 PPD | | 3,218.89 |
| 09/09/24 | Square Inc     DES:TEANE 0909 ID:T3G2J6SWFRBYAK8  INDN:703 Bakery Corp      CO<br>ID:9424300002 PPD | | 3,166.49 |
| 09/09/24 | Square Inc     DES:ARTHO 0909 ID:T38MFVZWEFK4JDK  INDN:703 Bakery Corp      CO<br>ID:9424300002 PPD | | 3,138.34 |
| 09/09/24 | Square Inc     DES:AMSTE 0909 ID:T31NGBJK00JEVCW  INDN:703 Bakery Corp      CO<br>ID:9424300002 PPD | | 2,935.69 |
| 09/09/24 | Square Inc     DES:BRYAN 0909 ID:T36ZDBKA9P5K4DD  INDN:703 Bakery Corp      CO<br>ID:9424300002 PPD | | 2,815.79 |
| 09/09/24 | Square Inc     DES:ARTHO 0909 ID:T3S6D1VK844FA19  INDN:703 Bakery Corp      CO<br>ID:9424300002 PPD | | 2,678.11 |
| 09/09/24 | Square Inc     DES:LAWRE 0909 ID:T3GRSWPWHHFJQ96  INDN:703 Bakery Corp      CO<br>ID:9424300002 PPD | | 2,603.85 |
| 09/09/24 | Square Inc     DES:TEANE 0909 ID:T3ZSEDKM5QCG7N8  INDN:703 Bakery Corp      CO<br>ID:9424300002 PPD | | 2,428.55 |
| 09/09/24 | Square Inc     DES:AVEM 0909  ID:T3M1JNYD2Q45VVV  INDN:703 Bakery Corp      CO<br>ID:9424300002 PPD | | 2,352.55 |
| 09/09/24 | Square Inc     DES:AMSTE 0909 ID:T3GSJ1ZC8G5DQQY  INDN:703 Bakery Corp      CO<br>ID:9424300002 PPD | | 2,270.14 |
| 09/09/24 | Square Inc     DES:BRYAN 0909 ID:T315NWQXNQKTXEF  INDN:703 Bakery Corp      CO<br>ID:9424300002 PPD | | 2,075.67 |
| 09/09/24 | Square Inc     DES:AVEM 0909  ID:T3GR1DZT85MB5MS  INDN:703 Bakery Corp      CO<br>ID:9424300002 PPD | | 1,982.00 |
| 09/09/24 | Square Inc     DES:LKWD 0909 ID:T39JMP7675N3B6N  INDN:703 Bakery Corp      CO<br>ID:9424300002 PPD | | 1,328.80 |

*continued on the next page*



**Your checking account**

703 BAKERY CORP  |  Account # 4█████4694  |  September 1, 2024 to September 30, 2024

## Deposits and other credits – continued

| Date | Description | | Amount |
|------|-------------|---|-------:|
| 09/09/24 | Square Inc      DES:LYNDH 0909 ID:T3XQCZGSBB98NP2  INDN:703 Bakery Corp     ID:9424300002 PPD | CO | 1,163.93 |
| 09/09/24 | Square Inc      DES:LKWD 0909  ID:T30Z3KD4YSQVMB5  INDN:703 Bakery Corp     ID:9424300002 PPD | CO | 1,113.91 |
| 09/09/24 | Square Inc      DES:LYNDH 0907 ID:T3BXVADZQS3BQQD  INDN:703 Bakery Corp     ID:9424300002 PPD | CO | 801.36 |
| 09/10/24 | DeliverectNV      DES:PAYOUT      ID:TX43594386000XT  INDN:703 Bakery Corp dba Pa     ID:4444444444 CCD  PMT INFO:TRN*1*TX43594386000XT**4VXM3H648DK9XRAN\     RMR*IK*TX43594386000XT DeliverectNV pay\ | CO | 2,747.34 |
| 09/10/24 | Square Inc      DES:CATER 0910 ID:T3G8WKJRHK73ERD  INDN:703 Bakery Corp     ID:9424300002 PPD | CO | 2,417.57 |
| 09/10/24 | Square Inc      DES:BRYAN 0910 ID:T3KENMFRXXY4F9D  INDN:703 Bakery Corp     ID:9424300002 PPD | CO | 2,348.41 |
| 09/10/24 | Square Inc      DES:ARTHO 0910 ID:T3ETFVD2RB3ZMX7  INDN:703 Bakery Corp     ID:9424300002 PPD | CO | 1,888.73 |
| 09/10/24 | Square Inc      DES:TEANE 0910 ID:T3H5ZYWCNJYBDRZ  INDN:703 Bakery Corp     ID:9424300002 PPD | CO | 1,641.45 |
| 09/10/24 | Square Inc      DES:AMSTE 0910 ID:T38AXHC34VF9Q9X  INDN:703 Bakery Corp     ID:9424300002 PPD | CO | 1,614.46 |
| 09/10/24 | Square Inc      DES:LAWRE 0910 ID:T3SR8Q2YYJ3SGYH  INDN:703 Bakery Corp     ID:9424300002 PPD | CO | 1,470.99 |
| 09/10/24 | Square Inc      DES:LYNDH 0910 ID:T34APWX1FZKSE2N  INDN:703 Bakery Corp     ID:9424300002 PPD | CO | 1,332.39 |
| 09/10/24 | Square Inc      DES:AVEM 0910  ID:T36FE06XYZX5EEK  INDN:703 Bakery Corp     ID:9424300002 PPD | CO | 1,060.36 |
| 09/10/24 | Square Inc      DES:LKWD 0910  ID:T3HTY8PSTMJ746R  INDN:703 Bakery Corp     ID:9424300002 PPD | CO | 902.58 |
| 09/11/24 | Square Inc      DES:CATER 0911 ID:T3EGHNBHKKDRCX7  INDN:703 Bakery Corp     ID:9424300002 PPD | CO | 7,971.70 |
| 09/11/24 | Square Inc      DES:ARTHO 0911 ID:T3CED9YBB8V3DAZ  INDN:703 Bakery Corp     ID:9424300002 PPD | CO | 1,916.07 |
| 09/11/24 | Square Inc      DES:BRYAN 0911 ID:T345DFPKATMEPHH  INDN:703 Bakery Corp     ID:9424300002 PPD | CO | 1,915.63 |
| 09/11/24 | Square Inc      DES:LYNDH 0911 ID:T3YBEVK8DVFZV86  INDN:703 Bakery Corp     ID:9424300002 PPD | CO | 1,708.56 |
| 09/11/24 | Square Inc      DES:AMSTE 0911 ID:T36QCCBPA559KSS  INDN:703 Bakery Corp     ID:9424300002 PPD | CO | 1,457.52 |
| 09/11/24 | Square Inc      DES:TEANE 0911 ID:T3K890QVYPHPPER  INDN:703 Bakery Corp     ID:9424300002 PPD | CO | 1,442.20 |
| 09/11/24 | Square Inc      DES:LAWRE 0911 ID:T35GG3SCWTT3B89  INDN:703 Bakery Corp     ID:9424300002 PPD | CO | 1,423.56 |

*continued on the next page*

703 BAKERY CORP   |   Account #          4694   |   September 1, 2024 to September 30, 2024

# Deposits and other credits - continued

| Date | Description | | Amount |
|------|-------------|---|-------:|
| 09/11/24 | Square Inc      DES:AVEM 0911  ID:T37AN4XHXYHD1JP  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 1,362.53 |
| 09/11/24 | Square Inc      DES:LKWD 0911  ID:T3Q7E3Z94A8M281  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 1,326.66 |
| 09/12/24 | Square Inc      DES:BRYAN 0912 ID:T34K5YAPX86XKDV  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 2,593.09 |
| 09/12/24 | Square Inc      DES:TEANE 0912 ID:T3ZRDRJX3FWWSKD  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 2,150.43 |
| 09/12/24 | Square Inc      DES:ARTHO 0912 ID:T38WZ3SD4SEYPRT  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 2,009.36 |
| 09/12/24 | Square Inc      DES:AVEM 0912  ID:T3BVM140P417YVV  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 1,774.69 |
| 09/12/24 | Square Inc      DES:LKWD 0912  ID:T3Z22WWFHQECRJP  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 1,743.90 |
| 09/12/24 | Square Inc      DES:AMSTE 0912 ID:T3Z33GQ5WSWBFAY  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 1,680.12 |
| 09/12/24 | Square Inc      DES:LAWRE 0912 ID:T3A8Q0AVDX5T80G  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 1,564.30 |
| 09/12/24 | Square Inc      DES:LYNDH 0912 ID:T3CGYRBKS58A59S  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 807.96 |
| 09/12/24 | Square Inc      DES:CATER 0912 ID:T3B8K4BN290MGHF  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 639.24 |
| 09/13/24 | Square Inc      DES:BRYAN 0913 ID:T3X6GH5KF7N44DX  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 2,432.27 |
| 09/13/24 | Square Inc      DES:TEANE 0913 ID:T32E6CVBYQTTYQ8  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 2,253.36 |
| 09/13/24 | Square Inc      DES:AMSTE 0913 ID:T3MSWZYCXS0GX0H  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 2,096.60 |
| 09/13/24 | Square Inc      DES:ARTHO 0913 ID:T3Z3GFVGFQMRA7N  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 1,931.40 |
| 09/13/24 | Square Inc      DES:LAWRE 0913 ID:T31H6CY0XYPAHTX  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 1,864.77 |
| 09/13/24 | Square Inc      DES:AVEM 0913  ID:T3B54DSFBE7NYR9  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 1,453.97 |
| 09/13/24 | Square Inc      DES:LKWD 0913  ID:T36NVT9F03646CK  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 1,453.91 |
| 09/13/24 | Square Inc      DES:LYNDH 0913 ID:T3R5MW2GS2QKD7J  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 664.34 |
| 09/13/24 | Square Inc      DES:CATER 0913 ID:T3CFPY9NEPJ7GX3  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 304.08 |
| 09/13/24 | GRUBHUB INC      DES:Sep Actvty ID:24091311bw2w003  INDN:703 Bakery Corp ID:1261328194 CCD | CO | 188.24 |
| 09/13/24 | GRUBHUB INC      DES:Sep Actvty ID:24091311PJ33Wsz  INDN:703 Bakery Corp ID:1261328194 CCD | CO | 147.89 |

*continued on the next page*



**BANK OF AMERICA**

# Your checking account

703 BAKERY CORP    |    Account #    ████    4694    |    September 1, 2024 to September 30, 2024

## Deposits and other credits – continued

| Date | Description | | Amount |
|------|-------------|---|-------:|
| 09/13/24 | GRUBHUB INC    DES:Sep Actvty ID:XXXXXXXXXdQ0-n4 INDN:703 BAKERY CORP    CO ID:1261328194 CCD | | 102.05 |
| 09/13/24 | GRUBHUB INC    DES:Sep Actvty ID:24091311bL5q8uK INDN:703 BAKERY CORP    CO ID:1261328194 CCD | | 28.73 |
| 09/16/24 | Square Inc    DES:TEANE 0916 ID:T3ZS17B35SBM3Q0 INDN:703 Bakery Corp    CO ID:9424300002 PPD | | 3,502.61 |
| 09/16/24 | Square Inc    DES:ARTHO 0916 ID:T37GQA22R0TMXBY INDN:703 Bakery Corp    CO ID:9424300002 PPD | | 3,174.02 |
| 09/16/24 | Square Inc    DES:BRYAN 0916 ID:T3QAK9BSCZKYK0R INDN:703 Bakery Corp    CO ID:9424300002 PPD | | 3,159.56 |
| 09/16/24 | Square Inc    DES:LAWRE 0916 ID:T3FKJKKHR4DT6E5 INDN:703 Bakery Corp    CO ID:9424300002 PPD | | 2,982.16 |
| 09/16/24 | Square Inc    DES:AMSTE 0916 ID:T3491JN0FBCDDCG INDN:703 Bakery Corp    CO ID:9424300002 PPD | | 2,765.23 |
| 09/16/24 | Square Inc    DES:AMSTE 0916 ID:T3H3E2ERGYQGEY0 INDN:703 Bakery Corp    CO ID:9424300002 PPD | | 2,338.55 |
| 09/16/24 | Square Inc    DES:LAWRE 0916 ID:T3F54P7HPW8TZ5V INDN:703 Bakery Corp    CO ID:9424300002 PPD | | 2,244.71 |
| 09/16/24 | Square Inc    DES:ARTHO 0916 ID:T39XDCWJGB7ACN1 INDN:703 Bakery Corp    CO ID:9424300002 PPD | | 2,241.46 |
| 09/16/24 | Square Inc    DES:BRYAN 0916 ID:T3K3HAJE9SZPJNK INDN:703 Bakery Corp    CO ID:9424300002 PPD | | 2,137.19 |
| 09/16/24 | Square Inc    DES:AVEM 0916  ID:T3H9KGGP9MGZ8EK INDN:703 Bakery Corp    CO ID:9424300002 PPD | | 2,073.16 |
| 09/16/24 | Square Inc    DES:AVEM 0916  ID:T3Y411QWMAS1FSR INDN:703 Bakery Corp    CO ID:9424300002 PPD | | 2,030.16 |
| 09/16/24 | Square Inc    DES:TEANE 0916 ID:T338AVJWJPSCYYY INDN:703 Bakery Corp    CO ID:9424300002 PPD | | 1,897.38 |
| 09/16/24 | Square Inc    DES:LKWD 0916  ID:T3Z49ZRFZWY9HP3 INDN:703 Bakery Corp    CO ID:9424300002 PPD | | 1,539.95 |
| 09/16/24 | Square Inc    DES:LYNDH 0916 ID:T3X5JM0FHNAX25Z INDN:703 Bakery Corp    CO ID:9424300002 PPD | | 1,166.13 |
| 09/16/24 | Square Inc    DES:LKWD 0916  ID:T3E3F7G93B39WQN INDN:703 Bakery Corp    CO ID:9424300002 PPD | | 1,072.81 |
| 09/16/24 | Square Inc    DES:LYNDH 0914 ID:T3Q2CT7FSW7380C INDN:703 Bakery Corp    CO ID:9424300002 PPD | | 974.58 |
| 09/16/24 | Square Inc    DES:CATER 0916 ID:T33FWTHTZGRXCSW INDN:703 Bakery Corp    CO ID:9424300002 PPD | | 286.05 |
| 09/17/24 | DeliverectNV    DES:PAYOUT    ID:TX43811601800XT INDN:703 Bakery Corp dba Pa CO ID:4444444444 CCD  PMT INFO:TRN*1*TX43811601800XT**4VXOCH64B5L9BGTM\ RMR*IK*TX43811601800XT DeliverectNV pay\ | | 3,050.46 |

*continued on the next page*

703 BAKERY CORP   |   Account # ████4694   |   September 1, 2024 to September 30, 2024

## Deposits and other credits - continued

| Date | Description | | Amount |
|------|-------------|---|--------|
| 09/17/24 | Square Inc      DES:BRYAN 0917 ID:T3W4FRB1M9H00EE  INDN:703 Bakery Corp  ID:9424300002 PPD | CO | 2,358.95 |
| 09/17/24 | Square Inc      DES:CATER 0917 ID:T3FSABXA04JK7VW  INDN:703 Bakery Corp  ID:9424300002 PPD | CO | 2,197.87 |
| 09/17/24 | Square Inc      DES:ARTHO 0917 ID:T3TF9FAR048FGQ3  INDN:703 Bakery Corp  ID:9424300002 PPD | CO | 1,850.99 |
| 09/17/24 | Square Inc      DES:TEANE 0917 ID:T38GE8A0ZXRW5SH  INDN:703 Bakery Corp  ID:9424300002 PPD | CO | 1,640.51 |
| 09/17/24 | Square Inc      DES:AMSTE 0917 ID:T32VRVZ001FACZ1  INDN:703 Bakery Corp  ID:9424300002 PPD | CO | 1,610.66 |
| 09/17/24 | Square Inc      DES:LAWRE 0917 ID:T33TGEAG90829VX  INDN:703 Bakery Corp  ID:9424300002 PPD | CO | 1,555.58 |
| 09/17/24 | Square Inc      DES:AVEM 0917  ID:T33Q2M9AY9CRTMW  INDN:703 Bakery Corp  ID:9424300002 PPD | CO | 1,142.49 |
| 09/17/24 | Square Inc      DES:LKWD 0917  ID:T38A0B50CC8XFSY  INDN:703 Bakery Corp  ID:9424300002 PPD | CO | 1,090.96 |
| 09/17/24 | Square Inc      DES:LYNDH 0917 ID:T3AY51WXBT796AC  INDN:703 Bakery Corp  ID:9424300002 PPD | CO | 728.75 |
| 09/18/24 | Square Inc      DES:BRYAN 0918 ID:T3S4Y0W9DJ4VH06  INDN:703 Bakery Corp  ID:9424300002 PPD | CO | 3,114.82 |
| 09/18/24 | Square Inc      DES:ARTHO 0918 ID:T3X9HT5YWKGTJ5R  INDN:703 Bakery Corp  ID:9424300002 PPD | CO | 2,113.75 |
| 09/18/24 | Square Inc      DES:TEANE 0918 ID:T3ZZQTRM2JDSQ6C  INDN:703 Bakery Corp  ID:9424300002 PPD | CO | 1,747.58 |
| 09/18/24 | Square Inc      DES:LAWRE 0918 ID:T3YM46MGNWXFNQ8  INDN:703 Bakery Corp  ID:9424300002 PPD | CO | 1,622.22 |
| 09/18/24 | Square Inc      DES:AMSTE 0918 ID:T3XC5CYR6GKNGZH  INDN:703 Bakery Corp  ID:9424300002 PPD | CO | 1,500.54 |
| 09/18/24 | PAYONEER 7362    DES:EDI PAYMNT ID:366184626063608  INDN:703 Bakery Corp  ID:1352254039 CCD  PMT INFO:REF*TN*3661846260*ezCater Payment\ | CO | 1,257.17 |
| 09/18/24 | Square Inc      DES:LKWD 0918  ID:T330DWGMJ9GPZJE  INDN:703 Bakery Corp  ID:9424300002 PPD | CO | 1,203.76 |
| 09/18/24 | Square Inc      DES:AVEM 0918  ID:T3049DXTSEC437D  INDN:703 Bakery Corp  ID:9424300002 PPD | CO | 969.36 |
| 09/18/24 | Square Inc      DES:CATER 0918 ID:T3HZX96RC3QP64Y  INDN:703 Bakery Corp  ID:9424300002 PPD | CO | 737.29 |
| 09/18/24 | Square Inc      DES:LYNDH 0918 ID:T3BTS5D8WGQNV62  INDN:703 Bakery Corp  ID:9424300002 PPD | CO | 585.07 |
| 09/18/24 | PAYONEER 7362    DES:EDI PAYMNT ID:366184626063512  INDN:703 Bakery Corp  ID:1352254039 CCD  PMT INFO:REF*TN*3661846260*ezCater Payment\ | CO | 356.09 |
| 09/18/24 | PAYONEER 7362    DES:EDI PAYMNT ID:366184626075721  INDN:703 Bakery Corp  ID:1352254039 CCD  PMT INFO:REF*TN*3661846260*ezCater Payment\ | CO | 149.57 |
| 09/18/24 | The Art Students DES:ACCTVERIFY ID:015SUYPBJD6943B  INDN:703 Bakery Corp.  ID:2204895317 CCD | CO | 0.01 |

*continued on the next page*



**Your checking account**

703 BAKERY CORP   |   Account # 4⬛⬛⬛⬛⬛4694   |   September 1, 2024 to September 30, 2024

## Deposits and other credits – continued

| Date | Description | | Amount |
|------|-------------|---|-------:|
| 09/19/24 | Square Inc     DES:CATER 0919 ID:T37ZRFKTMWGC5M9  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 3,724.44 |
| 09/19/24 | Square Inc     DES:BRYAN 0919 ID:T3K54NXJSXE4R4Q  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 2,536.48 |
| 09/19/24 | Square Inc     DES:AMSTE 0919 ID:T3VJGFRRA8Q8936  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 1,679.26 |
| 09/19/24 | Square Inc     DES:TEANE 0919 ID:T3Y2YAP95GT86W5  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 1,563.33 |
| 09/19/24 | Square Inc     DES:LKWD 0919  ID:T3GBJ32JG4BMXHM  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 1,548.61 |
| 09/19/24 | Square Inc     DES:LAWRE 0919 ID:T3Z5ESPEKZP74ZB  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 1,475.93 |
| 09/19/24 | Square Inc     DES:ARTHO 0919 ID:T3DJ9J408ZFXYDR  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 1,422.03 |
| 09/19/24 | Square Inc     DES:LYNDH 0919 ID:T3A99DWNCHNSEFJ  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 1,019.29 |
| 09/19/24 | Square Inc     DES:AVEM 0919 ID:T3T85NBZTS5XM62  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 718.57 |
| 09/20/24 | The Art Students DES:Bill.com  ID:015IDLASLM6DQ3C  INDN:703 Bakery Corp. ID:1204895317 CCD  PMT INFO:The Art Students League of New York Bill .com 015IDLASLM6DQ3C Inv 91924 | CO | 4,852.30 |
| 09/20/24 | Zelle payment from MATHEUS CAPPELLANES Conf# y6ueltayy | | 2,804.00 |
| 09/20/24 | Square Inc     DES:BRYAN 0920 ID:T32K73F7ZCP6XAN  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 2,512.20 |
| 09/20/24 | Square Inc     DES:TEANE 0920 ID:T3YEF3FCFAHXZHE  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 1,886.13 |
| 09/20/24 | Square Inc     DES:ARTHO 0920 ID:T3A6X80NET1XPJF  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 1,757.56 |
| 09/20/24 | Square Inc     DES:AMSTE 0920 ID:T3724HAVWCSTD28  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 1,525.06 |
| 09/20/24 | Square Inc     DES:AVEM 0920  ID:T320GBPRYTQQ89M  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 1,400.70 |
| 09/20/24 | Square Inc     DES:LKWD 0920  ID:T3M68G03R2TX2YZ  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 1,397.98 |
| 09/20/24 | Square Inc     DES:LAWRE 0920 ID:T31KN539GW5TF3P  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 1,325.44 |
| 09/20/24 | Square Inc     DES:LYNDH 0920 ID:T301657FAVD07EM  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 1,001.36 |
| 09/20/24 | Square Inc     DES:CATER 0920 ID:T3QK2VKRPHSWP6X  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 438.14 |

*continued on the next page*

# Deposits and other credits - continued

| Date | Description | | Amount |
|------|-------------|---|--------|
| 09/20/24 | GRUBHUB INC      DES:Sep Actvty ID:24092018PJ33Wsz  INDN:703 Bakery Corp  ID:1261328194 CCD | CO | 424.45 |
| 09/20/24 | GRUBHUB INC      DES:Sep Actvty ID:24092018bL5q8uK  INDN:703 BAKERY CORP  ID:1261328194 CCD | CO | 377.02 |
| 09/20/24 | GRUBHUB INC      DES:Sep Actvty ID:24092018bw2w003  INDN:703 Bakery Corp  ID:1261328194 CCD | CO | 246.30 |
| 09/20/24 | GRUBHUB INC      DES:Sep Actvty ID:XXXXXXXXXdQ0-n4  INDN:703 BAKERY CORP  ID:1261328194 CCD | CO | 199.80 |
| 09/23/24 | Square Inc      DES:CATER 0923 ID:T3VPSVPS3VJ50AK  INDN:703 Bakery Corp  ID:9424300002 PPD | CO | 3,685.06 |
| 09/23/24 | Square Inc      DES:AMSTE 0923 ID:T3A9QAP24Z819WT  INDN:703 Bakery Corp  ID:9424300002 PPD | CO | 3,251.09 |
| 09/23/24 | Square Inc      DES:BRYAN 0923 ID:T3RGR4MAK3SX99Z  INDN:703 Bakery Corp  ID:9424300002 PPD | CO | 3,182.42 |
| 09/23/24 | Square Inc      DES:TEANE 0923 ID:T35MGHMZ41PSP66  INDN:703 Bakery Corp  ID:9424300002 PPD | CO | 3,141.62 |
| 09/23/24 | Square Inc      DES:ARTHO 0923 ID:T3125QXYJG1P1NR  INDN:703 Bakery Corp  ID:9424300002 PPD | CO | 2,916.53 |
| 09/23/24 | Square Inc      DES:LAWRE 0923 ID:T3ZGYF9MXG3292H  INDN:703 Bakery Corp  ID:9424300002 PPD | CO | 2,906.53 |
| 09/23/24 | Square Inc      DES:TEANE 0923 ID:T31DDPE94JBKFBW  INDN:703 Bakery Corp  ID:9424300002 PPD | CO | 2,716.72 |
| 09/23/24 | Square Inc      DES:AMSTE 0923 ID:T3BJ2SGTP703RS8  INDN:703 Bakery Corp  ID:9424300002 PPD | CO | 2,609.56 |
| 09/23/24 | Square Inc      DES:ARTHO 0923 ID:T3W8XD8XVR7H592  INDN:703 Bakery Corp  ID:9424300002 PPD | CO | 2,594.55 |
| 09/23/24 | Square Inc      DES:AVEM 0923  ID:T3EWNMTCGZT99F2  INDN:703 Bakery Corp  ID:9424300002 PPD | CO | 2,049.17 |
| 09/23/24 | Square Inc      DES:AVEM 0923  ID:T3CEBN58ZXRX7V8  INDN:703 Bakery Corp  ID:9424300002 PPD | CO | 1,921.19 |
| 09/23/24 | Square Inc      DES:LAWRE 0923 ID:T39VC58EGARFJSG  INDN:703 Bakery Corp  ID:9424300002 PPD | CO | 1,804.12 |
| 09/23/24 | Square Inc      DES:LKWD 0923 ID:T3V2XABX314YH3P  INDN:703 Bakery Corp  ID:9424300002 PPD | CO | 1,560.55 |
| 09/23/24 | Square Inc      DES:BRYAN 0923 ID:T3XZZZFVSD0NEZM  INDN:703 Bakery Corp  ID:9424300002 PPD | CO | 1,490.53 |
| 09/23/24 | Square Inc      DES:LKWD 0923 ID:T3YYM7EY79PTRA2  INDN:703 Bakery Corp  ID:9424300002 PPD | CO | 1,148.51 |
| 09/23/24 | Square Inc      DES:LYNDH 0923 ID:T32MRJPSZ70HY4P  INDN:703 Bakery Corp  ID:9424300002 PPD | CO | 1,125.95 |
| 09/23/24 | Square Inc      DES:CATER 0923 ID:T3MSYJ2PX4708DN  INDN:703 Bakery Corp  ID:9424300002 PPD | CO | 1,094.93 |
| 09/23/24 | Square Inc      DES:LYNDH 0921 ID:T36KZRKCJYP1W31  INDN:703 Bakery Corp  ID:9424300002 PPD | CO | 874.06 |

*continued on the next page*


**BANK OF AMERICA**

# Your checking account

703 BAKERY CORP   |   Account #  ⬛⬛⬛⬛ 4694   |   September 1, 2024 to September 30, 2024

## Deposits and other credits – continued

| Date | Description | | Amount |
|------|-------------|---|-------:|
| 09/24/24 | Square Inc     DES:CATER 0924 ID:T30Y27FQAYH446W  INDN:703 Bakery Corp   ID:9424300002 PPD | CO | 3,744.40 |
| 09/24/24 | Square Inc     DES:CROWN 0924 ID:T3SSP95CWS6Q5VZ  INDN:703 Bakery Corp   ID:9424300002 PPD | CO | 2,725.28 |
| 09/24/24 | Square Inc     DES:CROWN 0924 ID:T3NVVJ2YKTRD35Y  INDN:703 Bakery Corp   ID:9424300002 PPD | CO | 2,701.15 |
| 09/24/24 | Square Inc     DES:CROWN 0924 ID:T3ZYAVW7Y3C20KY  INDN:703 Bakery Corp   ID:9424300002 PPD | CO | 2,632.53 |
| 09/24/24 | DeliverectNV     DES:PAYOUT    ID:TX44028472700XT  INDN:703 Bakery Corp dba Pa  ID:4444444444 CCD  PMT INFO:TRN*1*TX44028472700XT**4VXM2164DXMOLOY8\ RMR*IK*TX44028472700XT DeliverectNV pay\ | CO | 2,595.84 |
| 09/24/24 | Square Inc     DES:CROWN 0924 ID:T3H4MTNFXMXGX8P  INDN:703 Bakery Corp   ID:9424300002 PPD | CO | 2,442.63 |
| 09/24/24 | Square Inc     DES:CROWN 0924 ID:T3X6J9F95ESAY6A  INDN:703 Bakery Corp   ID:9424300002 PPD | CO | 2,334.46 |
| 09/24/24 | Square Inc     DES:CROWN 0924 ID:T3BPC0M2SGWTW22  INDN:703 Bakery Corp   ID:9424300002 PPD | CO | 2,266.74 |
| 09/24/24 | Square Inc     DES:CROWN 0924 ID:T3ZWJMNKEQJJ1WM  INDN:703 Bakery Corp   ID:9424300002 PPD | CO | 2,245.93 |
| 09/24/24 | Square Inc     DES:CROWN 0924 ID:T39XNRYEQMYPKRA  INDN:703 Bakery Corp   ID:9424300002 PPD | CO | 2,194.82 |
| 09/24/24 | Square Inc     DES:CROWN 0924 ID:T36QKRN3FR4NMXM  INDN:703 Bakery Corp   ID:9424300002 PPD | CO | 2,187.29 |
| 09/24/24 | Square Inc     DES:CROWN 0924 ID:T30R13V7KJT9BNV  INDN:703 Bakery Corp   ID:9424300002 PPD | CO | 2,186.68 |
| 09/24/24 | Square Inc     DES:ARTHO 0924 ID:T33KFPVFVB3EP7M  INDN:703 Bakery Corp   ID:9424300002 PPD | CO | 2,122.27 |
| 09/24/24 | Square Inc     DES:CROWN 0924 ID:T37D755FB2HHXK8  INDN:703 Bakery Corp   ID:9424300002 PPD | CO | 2,006.15 |
| 09/24/24 | Square Inc     DES:AMSTE 0924 ID:T31TRCJ2HHZE0ED  INDN:703 Bakery Corp   ID:9424300002 PPD | CO | 1,968.93 |
| 09/24/24 | Square Inc     DES:CROWN 0924 ID:T3VAJXKS94F6GD1  INDN:703 Bakery Corp   ID:9424300002 PPD | CO | 1,879.14 |
| 09/24/24 | Square Inc     DES:CROWN 0924 ID:T3QPSFCPPJPQQXA  INDN:703 Bakery Corp   ID:9424300002 PPD | CO | 1,812.52 |
| 09/24/24 | Square Inc     DES:CROWN 0924 ID:T3B9WEKR6TDT0TN  INDN:703 Bakery Corp   ID:9424300002 PPD | CO | 1,768.74 |
| 09/24/24 | Square Inc     DES:CROWN 0924 ID:T3FFY97JQB7E3MK  INDN:703 Bakery Corp   ID:9424300002 PPD | CO | 1,768.02 |
| 09/24/24 | Square Inc     DES:BRYAN 0924 ID:T3VPEEGWCK9M9NK  INDN:703 Bakery Corp   ID:9424300002 PPD | CO | 1,685.62 |

*continued on the next page*

703 BAKERY CORP   |   Account #          4694   |   September 1, 2024 to September 30, 2024

## Deposits and other credits - continued

| Date | Description | | Amount |
|------|-------------|---|--------|
| 09/24/24 | Square Inc   DES:TEANE 0924 ID:T3K87YJRAER6DJ7  INDN:703 Bakery Corp   CO ID:9424300002 PPD | | 1,652.56 |
| 09/24/24 | Square Inc   DES:LAWRE 0924 ID:T337PJASGG7C5CE  INDN:703 Bakery Corp   CO ID:9424300002 PPD | | 1,581.08 |
| 09/24/24 | Square Inc   DES:CROWN 0924 ID:T331MDFJFYEYGP3  INDN:703 Bakery Corp   CO ID:9424300002 PPD | | 1,334.68 |
| 09/24/24 | Square Inc   DES:AVEM 0924 ID:T3S1REFYK965FD7  INDN:703 Bakery Corp   CO ID:9424300002 PPD | | 976.65 |
| 09/24/24 | Square Inc   DES:LKWD 0924  ID:T38YA55V08JZ03B  INDN:703 Bakery Corp   CO ID:9424300002 PPD | | 840.56 |
| 09/24/24 | Square Inc   DES:LYNDH 0924 ID:T381SWWAX45A6Z0  INDN:703 Bakery Corp   CO ID:9424300002 PPD | | 677.20 |
| 09/25/24 | Square Inc   DES:ARTHO 0925 ID:T3D0GG2KB69BCTD  INDN:703 Bakery Corp   CO ID:9424300002 PPD | | 2,524.03 |
| 09/25/24 | Square Inc   DES:TEANE 0925 ID:T3S94P1A2QCKXHK  INDN:703 Bakery Corp   CO ID:9424300002 PPD | | 2,297.81 |
| 09/25/24 | Square Inc   DES:CROWN 0925 ID:T3E8GWHKX3RFWCM  INDN:703 Bakery Corp   CO ID:9424300002 PPD | | 2,295.76 |
| 09/25/24 | Square Inc   DES:BRYAN 0925 ID:T32P3V17YYS34SQ  INDN:703 Bakery Corp   CO ID:9424300002 PPD | | 2,278.49 |
| 09/25/24 | Square Inc   DES:AVEM 0925  ID:T3Y0JNVPD270925  INDN:703 Bakery Corp   CO ID:9424300002 PPD | | 1,485.44 |
| 09/25/24 | Square Inc   DES:LAWRE 0925 ID:T3QHS4P3RS9ZHY5  INDN:703 Bakery Corp   CO ID:9424300002 PPD | | 1,475.19 |
| 09/25/24 | Square Inc   DES:AMSTE 0925 ID:T3CWWVY0B2DFKP2  INDN:703 Bakery Corp   CO ID:9424300002 PPD | | 1,276.22 |
| 09/25/24 | Square Inc   DES:LYNDH 0925 ID:T3T0CX77B7ZTKCP  INDN:703 Bakery Corp   CO ID:9424300002 PPD | | 1,198.38 |
| 09/25/24 | PAYONEER 7362   DES:EDI PAYMNT ID:366184635536917  INDN:703 Bakery Corp   CO ID:1352254039 CCD  PMT INFO:REF*TN*3661846355*ezCater Payment\ | | 1,089.47 |
| 09/25/24 | Square Inc   DES:CATER 0925 ID:T3E2BSM99C8YBX1  INDN:703 Bakery Corp   CO ID:9424300002 PPD | | 1,034.67 |
| 09/25/24 | Square Inc   DES:LKWD 0925 ID:T3H4J06F3G19CN2  INDN:703 Bakery Corp   CO ID:9424300002 PPD | | 952.70 |
| 09/25/24 | PAYONEER 7362   DES:EDI PAYMNT ID:366184635640420  INDN:703 Bakery Corp   CO ID:1352254039 CCD  PMT INFO:REF*TN*3661846356*ezCater Payment\ | | 458.33 |
| 09/26/24 | Square Inc   DES:ARTHO 0926 ID:T3VEB2NW14E29NE  INDN:703 Bakery Corp   CO ID:9424300002 PPD | | 2,264.45 |
| 09/26/24 | Square Inc   DES:CATER 0926 ID:T3G0DRSG2X3KG4J  INDN:703 Bakery Corp   CO ID:9424300002 PPD | | 2,198.66 |
| 09/26/24 | Square Inc   DES:TEANE 0926 ID:T373VCBCCF0SX7C  INDN:703 Bakery Corp   CO ID:9424300002 PPD | | 1,994.81 |
| 09/26/24 | Square Inc   DES:BRYAN 0926 ID:T34MTWVJ3EM77CP  INDN:703 Bakery Corp   CO ID:9424300002 PPD | | 1,985.10 |

*continued on the next page*



**BANK OF AMERICA**

# Your checking account

703 BAKERY CORP    |    Account #    ████4694    |    September 1, 2024 to September 30, 2024

## Deposits and other credits – continued

| Date | Description | | Amount |
|------|-------------|---|-------:|
| 09/26/24 | Square Inc    DES:AMSTE 0926 ID:T31XZ0HQGTA9JN1  INDN:703 Bakery Corp    CO ID:9424300002 PPD | | 1,982.08 |
| 09/26/24 | Square Inc    DES:CROWN 0926 ID:T3V8PB5K0VE2B04  INDN:703 Bakery Corp    CO ID:9424300002 PPD | | 1,915.78 |
| 09/26/24 | Square Inc    DES:AVEM 0926  ID:T3927RR3JZWZKJB  INDN:703 Bakery Corp    CO ID:9424300002 PPD | | 1,237.45 |
| 09/26/24 | Square Inc    DES:LAWRE 0926 ID:T3CQV9ZX9SNWK3A  INDN:703 Bakery Corp    CO ID:9424300002 PPD | | 1,202.02 |
| 09/26/24 | Square Inc    DES:LKWD 0926  ID:T3NDPXK2XGEK0TM  INDN:703 Bakery Corp    CO ID:9424300002 PPD | | 979.35 |
| 09/26/24 | Square Inc    DES:LYNDH 0926 ID:T3N22E7MEBVEE6V  INDN:703 Bakery Corp    CO ID:9424300002 PPD | | 717.19 |
| 09/27/24 | Square Inc    DES:CROWN 0927 ID:T3C9XMQYEGZ8712  INDN:703 Bakery Corp    CO ID:9424300002 PPD | | 2,314.32 |
| 09/27/24 | Square Inc    DES:BRYAN 0927 ID:T3YT002D1FN32PQ  INDN:703 Bakery Corp    CO ID:9424300002 PPD | | 2,209.61 |
| 09/27/24 | Square Inc    DES:ARTHO 0927 ID:T33S8ZM2T8K2Q27  INDN:703 Bakery Corp    CO ID:9424300002 PPD | | 1,947.98 |
| 09/27/24 | Square Inc    DES:TEANE 0927 ID:T3BA4BHFEE6P6RD  INDN:703 Bakery Corp    CO ID:9424300002 PPD | | 1,916.49 |
| 09/27/24 | Square Inc    DES:LAWRE 0927 ID:T3003YBGSSPHF37  INDN:703 Bakery Corp    CO ID:9424300002 PPD | | 1,659.35 |
| 09/27/24 | Square Inc    DES:LKWD 0927  ID:T3CGB1H4SJ00J61  INDN:703 Bakery Corp    CO ID:9424300002 PPD | | 1,452.26 |
| 09/27/24 | Square Inc    DES:AMSTE 0927 ID:T3ZZY6SAREP8D1Q  INDN:703 Bakery Corp    CO ID:9424300002 PPD | | 1,350.26 |
| 09/27/24 | Square Inc    DES:AVEM 0927  ID:T33HBRZJ8A4W57X  INDN:703 Bakery Corp    CO ID:9424300002 PPD | | 1,176.15 |
| 09/27/24 | Square Inc    DES:LYNDH 0927 ID:T3ZENF76421VWK2  INDN:703 Bakery Corp    CO ID:9424300002 PPD | | 705.72 |
| 09/27/24 | Square Inc    DES:CATER 0927 ID:T3NVT0Q473S3NW7  INDN:703 Bakery Corp    CO ID:9424300002 PPD | | 199.28 |
| 09/27/24 | GRUBHUB INC    DES:Sep Actvty ID:XXXXXXXXXdQ0-n4  INDN:703 BAKERY CORP    CO ID:1261328194 CCD | | 105.64 |
| 09/27/24 | GRUBHUB INC    DES:Sep Actvty ID:24092725bw2w003  INDN:703 Bakery Corp    CO ID:1261328194 CCD | | 84.73 |
| 09/27/24 | GRUBHUB INC    DES:Sep Actvty ID:24092725bL5q8uK  INDN:703 BAKERY CORP    CO ID:1261328194 CCD | | 64.82 |
| 09/27/24 | GRUBHUB INC    DES:Sep Actvty ID:24092725PJ33Wsz  INDN:703 Bakery Corp    CO ID:1261328194 CCD | | 60.94 |

*continued on the next page*

703 BAKERY CORP   |   Account # ⬛⬛⬛⬛ 4694   |   September 1, 2024 to September 30, 2024

## Deposits and other credits - continued

| Date | Description | | Amount |
|------|-------------|---|-------:|
| 09/30/24 | Square Inc    DES:CATER 0930 ID:T3JMYPXH75HX05V  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 11,411.63 |
| 09/30/24 | Square Inc    DES:LAWRE 0930 ID:T33V6JTSAAWZDHG  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 3,666.38 |
| 09/30/24 | Square Inc    DES:ARTHO 0930 ID:T3NEHXNSZWPBPN9  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 3,457.28 |
| 09/30/24 | Square Inc    DES:CROWN 0930 ID:T3KV0JCHSF2WJ3B  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 3,183.80 |
| 09/30/24 | Square Inc    DES:ARTHO 0930 ID:T3DQZ5RHCQX78Q7  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 2,795.21 |
| 09/30/24 | Square Inc    DES:AMSTE 0930 ID:T3AK8NRS8C0J28Q  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 2,447.87 |
| 09/30/24 | Square Inc    DES:AMSTE 0930 ID:T3Q7SRSZWCGWW0E  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 2,351.43 |
| 09/30/24 | Square Inc    DES:TEANE 0930 ID:T3C6PV4EJ6SFYFT  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 2,209.99 |
| 09/30/24 | Square Inc    DES:AVEM 0930  ID:T3Y4NEEEQKY7S6N  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 1,900.64 |
| 09/30/24 | Square Inc    DES:LAWRE 0930 ID:T3XXWV6J5F7T7AT  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 1,806.83 |
| 09/30/24 | Square Inc    DES:AVEM 0930  ID:T3E7Y235HM6F07W  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 1,785.20 |
| 09/30/24 | Square Inc    DES:TEANE 0930 ID:T36MWAKA3B5PK7Q  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 1,704.88 |
| 09/30/24 | Square Inc    DES:CROWN 0930 ID:T33GHDF9EVS6NNS  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 1,671.92 |
| 09/30/24 | Square Inc    DES:BRYAN 0930 ID:T3MTH37YAVB6WHP  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 1,664.63 |
| 09/30/24 | Square Inc    DES:BRYAN 0930 ID:T39WMV4XY7Q01PE  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 1,642.48 |
| 09/30/24 | Square Inc    DES:LKWD 0930  ID:T3R251FPS6QWB6F  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 1,553.45 |
| 09/30/24 | Square Inc    DES:LYNDH 0930 ID:T3NCGB75D6V8HG3  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 1,355.70 |
| 09/30/24 | Square Inc    DES:LKWD 0930  ID:T3S5V2XGBK8CFJE  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 1,310.92 |
| 09/30/24 | Square Inc    DES:LYNDH 0928 ID:T3WR2YWVJKN9C4W  INDN:703 Bakery Corp ID:9424300002 PPD | CO | 816.60 |

**Total deposits and other credits** — **$541,781.28**

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|-------:|

continued on the next page



**Your checking account**

703 BAKERY CORP   |   Account #  ▓▓▓▓  4694   |   September 1, 2024 to September 30, 2024

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 09/03/24 | WIRE TYPE:WIRE OUT DATE:240903 TIME:0911 ET TRN:2024090300652810 SERVICE REF:012361 BNF:703 BAKERY CORP ID:5000255710 BNF BK:DIME COMM UNITY BANK ID:021406667 PMT DET:509359712 | -80,000.00 |
| 09/03/24 | TRANSFER 703 BAKERY CORP:A1 Bakery Supply Inc Confirmation# 1336928523 | -6,279.00 |
| 09/03/24 | TRANSFER 703 BAKERY CORP:Paradise Distributor Confirmation# 0137267843 | -9,569.82 |
| 09/03/24 | TRANSFER 703 BAKERY CORP:Vida Remote, LLC Confirmation# 1738743698 | -2,830.00 |
| 09/03/24 | TRANSFER 703 BAKERY CORP:Devash Farms, LTD Confirmation# 0138756446 | -1,675.00 |
| 09/04/24 | SBA EIDL LOAN   DES:PAYMENT   ID:0000  INDN:OLEG AZIZOV        CO ID:7300000118 CCD PMT INFO:7582168200 | -741.00 |
| 09/04/24 | NEW JERSEY - AME DES:PAYMENT    ID:220039512657  INDN:703 BAKERY COURT        CO ID:7221546642 PPD | -176.93 |
| 09/05/24 | Zelle payment to  EPA Co Conf# hs0s57tg4 | -816.00 |
| 09/05/24 | Zelle payment to David Stern Conf# bb217safk | -577.56 |
| 09/05/24 | TRANSFER 703 BAKERY CORP:NASK LLC Confirmation# 1756114518 | -4,000.00 |
| 09/05/24 | Zelle payment to  Amanda Gomez Conf# g8mjk80sl | -100.00 |
| 09/05/24 | Zelle payment to  Dovid Morgan Conf# hflmm4g6j | -1,975.00 |
| 09/06/24 | Zelle payment to Gerson Chavez Conf# fhw0qyb3m | -700.00 |
| 09/06/24 | Zelle payment to  Yesmy Cifuentes for "Rabbis"; Conf# ezd1yod2c | -1,730.00 |
| 09/06/24 | TRANSFER 703 BAKERY CORP:Azul NYC LLC Confirmation# 1765614151 | -4,000.00 |
| 09/06/24 | TRANSFER 703 BAKERY CORP:The Dependable Food Confirmation# 0565644380 | -17,000.00 |
| 09/06/24 | Online Banking Transfer Conf# fstnlsvvq; Cappellanes | -4,256.00 |
| 09/06/24 | Zelle payment to A-Leaha  Mobley Conf# ebe8u256u | -236.00 |
| 09/06/24 | Online Banking Transfer Conf# ev3h992pt; THE CHOSEN BEAN AND BEVERAGE LLC | -2,236.00 |
| 09/06/24 | Zelle payment to David Stern Conf# ccv3kp4sd | -825.00 |
| 09/06/24 | Online Banking Transfer Conf# eyct8czy6; RASKINS FISH MARKET INC | -1,187.81 |
| 09/09/24 | Zelle payment to Leo Jacobowitz Conf# fss7oox4j | -2,130.24 |
| 09/09/24 | Zelle payment to Gerson Chavez Conf# gr0f7a4sd | -1,838.25 |
| 09/09/24 | TRANSFER 703 BAKERY CORP:A1 Bakery Supply Inc Confirmation# 1591182551 | -6,353.00 |
| 09/09/24 | TRANSFER 703 BAKERY CORP:Paradise Distributor Confirmation# 0191193618 | -7,326.30 |
| 09/09/24 | Zelle payment to  EPA Co Conf# dtp3aw4x6 | -1,567.00 |
| 09/09/24 | Zelle payment to FELIX MONTES TUESTA Conf# hucbq0ic2 | -560.00 |
| 09/09/24 | EZPASS8882886865 DES:PAYMENT    ID:5P-XXXXXXXXX  INDN:ANDREW GOLD        CO ID:9326170600 WEB | -1,500.00 |
| 09/10/24 | WIRE TYPE:WIRE OUT DATE:240910 TIME:1039 ET TRN:2024091000340693 SERVICE REF:007409 BNF:703 BAKERY CORP ID:5000255710 BNF BK:DIME COMM UNITY BANK ID:021406667 PMT DET:510577050 | -45,000.00 |
| 09/10/24 | TRANSFER 703 BAKERY CORP:Devash Farms, LTD Confirmation# 0500068995 | -1,900.00 |
| 09/10/24 | TRANSFER 703 BAKERY CORP:Cogent waste solutio Confirmation# 1500087023 | -2,895.64 |
| 09/10/24 | Zelle payment to  SNOOPY TRST LLC Accounts Conf# bbynr6ota | -1,275.00 |
| 09/11/24 | Zelle payment to  Gerson Chavez Conf# fe8ovy9g9 | -500.00 |
| 09/11/24 | Zelle payment to  KARLA MOLINA HERNANDEZ Conf# ge5cacyp7 | -756.56 |
| 09/12/24 | Zelle payment to Oleg Azizov Conf# cbx7p89wb | -750.00 |
| 09/12/24 | Online Banking transfer to CHK 8990 Confirmation# 1719096336 | -10,000.00 |

*continued on the next page*

703 BAKERY CORP  |  Account # XXXX4694  |  September 1, 2024 to September 30, 2024

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|-------:|
| 09/12/24 | Zelle payment to  YECHIEL GRUNHAUS Conf# f48gh6bn3 | -359.00 |
| 09/12/24 | Zelle payment to  Mendel Konik Conf# fon54tli2 | -300.00 |
| 09/13/24 | TRANSFER 703 BAKERY CORP:Vida Remote, LLC Confirmation# 3922788733 | -2,725.00 |
| 09/13/24 | TRANSFER 703 BAKERY CORP:The Dependable Food Confirmation# 0523110837 | -20,000.00 |
| 09/13/24 | TRANSFER 703 BAKERY CORP:Azul NYC LLC Confirmation# 3923144227 | -4,000.00 |
| 09/13/24 | Online Banking Transfer Conf# h2tii6sr9; Cappellanes | -3,048.00 |
| 09/13/24 | Zelle payment to  LYB Productions LLC Conf# adzyjdf1z | -3,000.00 |
| 09/13/24 | Zelle payment to  MAXIM MAXIMOV Conf# c62xr8f28 | -1,615.20 |
| 09/13/24 | Online Banking Transfer Conf# cr1ea3j8j; RASKINS FISH MARKET INC | -1,203.00 |
| 09/16/24 | Zelle payment to David Stern Conf# n71oqu8yw | -552.91 |
| 09/16/24 | Zelle payment to  Gerson Chavez Conf# nt35hzgty | -200.00 |
| 09/16/24 | TRANSFER 703 BAKERY CORP:Paradise Distributor Confirmation# 0151380357 | -9,212.24 |
| 09/16/24 | TRANSFER 703 BAKERY CORP:Devash Farms, LTD Confirmation# 1551390335 | -3,000.00 |
| 09/16/24 | Zelle payment to  Gerson Chavez Conf# hg0jzpgfn | -700.00 |
| 09/17/24 | WIRE TYPE:WIRE OUT DATE:240917 TIME:1153 ET TRN:2024091700334596 SERVICE REF:008192 BNF:703 BAKERY CORP ID:5000255710 BNF BK:DIME COMM UNITY BANK ID:021406667 PMT DET:511647990 | -62,000.00 |
| 09/17/24 | Zelle payment to  Gerson Chavez Conf# c0v833wa9 | -700.00 |
| 09/17/24 | Zelle payment to  Dovid Morgan Conf# fk6mu21hd | -2,150.00 |
| 09/17/24 | TRANSFER 703 BAKERY CORP:A1 Bakery Supply Inc Confirmation# 1560769930 | -5,188.70 |
| 09/18/24 | TRANSFER 703 BAKERY CORP:Normaze Associates,l Confirmation# 1567725939 | -12,000.00 |
| 09/18/24 | Online Banking Transfer Conf# q9a8ole58; THE CHOSEN BEAN AND BEVERAGE LLC | -2,000.00 |
| 09/18/24 | Zelle payment to  ABRAHAM SCHWARTZ Conf# Il26kdhj2 | -1,725.00 |
| 09/18/24 | Zelle payment to  Gerson Chavez Conf# namnwy055 | -2,812.00 |
| 09/19/24 | Zelle payment to Mendel Konik Conf# gn2f87ofr | -300.00 |
| 09/19/24 | Zelle payment to Mendel Konik Conf# deivrzx0d | -300.00 |
| 09/19/24 | GO DADDY.COM,INC DES:WEB ORDER  ID:3217784254  INDN:gold            CO ID:1210002031 CCD | -29.99 |
| 09/20/24 | TRANSFER 703 BAKERY CORP:Cogent waste solutio Confirmation# 0183119931 | -720.42 |
| 09/20/24 | Zelle payment to  EPA Co Conf# hz7ua26ai | -1,000.00 |
| 09/20/24 | Zelle payment to  MARIA SOSA Conf# crgwvbpjt | -500.00 |
| 09/20/24 | Zelle payment to  Matheus Nadal Conf# futi788eu | -2,804.00 |
| 09/20/24 | TRANSFER 703 BAKERY CORP:The Dependable Food Confirmation# 0585390233 | -13,306.97 |
| 09/20/24 | TRANSFER 703 BAKERY CORP:Azul NYC LLC Confirmation# 0585400968 | -4,000.00 |
| 09/20/24 | Online Banking Transfer Conf# erb8z2m54; Cappellanes | -2,804.00 |
| 09/20/24 | TRANSFER 703 BAKERY CORP:Vida Remote, LLC Confirmation# 1585669653 | -2,890.00 |
| 09/20/24 | Zelle payment to David Stern Conf# ivbwjclgs | -1,812.25 |
| 09/20/24 | Zelle payment to Leo Jacobowitz Conf# fzo8o6q9c | -2,113.86 |
| 09/23/24 | TRANSFER 703 BAKERY CORP:A1 Bakery Supply Inc Confirmation# 0511166614 | -3,807.00 |
| 09/23/24 | TRANSFER 703 BAKERY CORP:Paradise Distributor Confirmation# 1311796999 | -8,559.32 |
| 09/23/24 | Zelle payment to  NANCY HERRERA-GUERRERO Conf# fbifcu6qe | -900.00 |
| 09/23/24 | Zelle payment to  EPA Co for "0027533"; Conf# buokpsl1w | -1,197.62 |
| 09/23/24 | Online Banking Transfer Conf# icyhj6mpq; RASKINS FISH MARKET INC | -1,770.21 |
| 09/23/24 | State Farm Insurance Bill Payment | -913.48 |

*continued on the next page*



**Your checking account**

703 BAKERY CORP    |    Account #          4694    |    September 1, 2024 to September 30, 2024

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 09/24/24 | WIRE TYPE:WIRE OUT DATE:240924 TIME:0949 ET TRN:2024092400313198 SERVICE REF:006113 BNF:703 BAKERY CORP ID:5000255710 BNF BK:DIME COMM UNITY BANK ID:021406667 PMT DET:512604306 | -60,000.00 |
| 09/24/24 | Online Banking transfer to CHK 8990 Confirmation# 1718730165 | -10,000.00 |
| 09/24/24 | OSHA PENALTY COL DES:PAYMENT    ID:0000  INDN:703 BAKERY CORP        CO ID:1601201206 CCD | -84.50 |
| 09/25/24 | Zelle payment to  Gerson Chavez Conf# hxobbf1r4 | -498.00 |
| 09/25/24 | TRANSFER 703 BAKERY CORP:The Dependable Food Confirmation# 0128743770 | -13,306.00 |
| 09/26/24 | Zelle payment to Mendel Konik Conf# h69y8icdm | -300.00 |
| 09/26/24 | Zelle payment to  EPA Co Conf# gtd3w3e13 | -1,177.00 |
| 09/27/24 | Zelle payment to  Vaad of 5 Towns for "invoice 3042"; Conf# fx0wzy1ah | -1,250.00 |
| 09/27/24 | TRANSFER 703 BAKERY CORP:Azul NYC LLC Confirmation# 0144614134 | -4,000.00 |
| 09/27/24 | TRANSFER 703 BAKERY CORP:Orthodox Union Confirmation# 1344621407 | -2,000.00 |
| 09/27/24 | Online Banking Transfer Conf# gq2t6u1p6; Cappellanes | -3,470.00 |
| 09/27/24 | TRANSFER 703 BAKERY CORP:Vida Remote, LLC Confirmation# 0544641557 | -2,885.00 |
| 09/30/24 | Zelle payment to David Stern Conf# bqfj6vs7o | -428.02 |
| 09/30/24 | Zelle payment to David Stern Conf# czq7764n3 | -700.07 |
| 09/30/24 | Zelle payment to  BENJAMIN TRIPP Conf# byinpdcet | -336.00 |
| 09/30/24 | Zelle payment to  Gerson Chavez Conf# ifdh5ng03 | -1,300.00 |
| 09/30/24 | TRANSFER 703 BAKERY CORP:Devash Farms, LTD Confirmation# 0572879007 | -1,519.55 |
| 09/30/24 | TRANSFER 703 BAKERY CORP:Paradise Distributor Confirmation# 0572890638 | -9,299.00 |
| 09/30/24 | Online Banking Transfer Conf# hne8kxfik; THE CHOSEN BEAN AND BEVERAGE LLC | -2,000.00 |
| 09/30/24 | Zelle payment to David Stern Conf# cviyjwtc5 | -2,438.98 |
| 09/30/24 | EZPASS8882886865 DES:PAYMENT    ID:5P-XXXXXXXXX  INDN:ANDREW GOLD        CO ID:9326170600 WEB | -1,535.03 |
| 09/30/24 | BH LINEN        DES:J2294 OOFF ID:CZ100009KS58C  INDN:703 BAKERY CORP        CO ID:8263863381 PPD  PMT INFO:TRN*1*CZ100009KS58C\RMR*IK*BH LINEN\ | -492.05 |
| 09/30/24 | BH LINEN        DES:J2294 OOFF ID:CZ100009KS40C  INDN:703 BAKERY CORP        CO ID:8263863381 PPD  PMT INFO:TRN*1*CZ100009KS40C\RMR*IK*BH LINEN\ | -481.00 |
| 09/30/24 | BH LINEN        DES:J2294 OOFF ID:CZ100009KS4HC  INDN:703 BAKERY CORP        CO ID:8263863381 PPD  PMT INFO:TRN*1*CZ100009KS4HC\RMR*IK*BH LINEN\ | -464.25 |
| 09/30/24 | BH LINEN        DES:J2294 RCUR ID:CZ100009KS3LC  INDN:703 BAKERY CORP        CO ID:8263863381 PPD  PMT INFO:TRN*1*CZ100009KS3LC\RMR*IK*BH LINEN\ | -398.00 |

Card account # XXXX XXXX XXXX 8864

| Date | Description | Amount |
|------|-------------|--------|
| 09/03/24 | CHECKCARD  0831 OPTIMUM 7836 718-860-3513 NY 24692164244102431659538 RECURRING CKCD 4899 XXXXXXXXXXXX8864 XXXX XXXX XXXX 8864 | -156.78 |
| 09/23/24 | CHECKCARD  0923 AMAZON DIGI* R397F7YR3 HTTPSWWW.LINKWA 24011344267000024836089 CKCD 5815 XXXXXXXXXXXX8864 XXXX XXXX XXXX 8864 | -15.23 |
| **Subtotal for card account # XXXX XXXX XXXX 8864** | | **-$172.01** |
| **Total withdrawals and other debits** | | **-$534,017.74** |

703 BAKERY CORP   |   Account # ████4694   |   September 1, 2024 to September 30, 2024

## Checks

| Date | Check # | Amount | | Date | Check # | Amount |
|------|---------|--------|---|------|---------|--------|
| 09/04/24 | 2415 | -5,136.49 | | 09/26/24 | 2420 | -955.62 |
| 09/09/24 | 2416 | -650.00 | | 09/17/24 | 9875* | -955.91 |
| 09/09/24 | 2417 | -5,356.62 | | 09/20/24 | 651043* | -3,000.00 |
| 09/18/24 | 2418 | -3,405.85 | | 09/27/24 | 651044 | -2,700.00 |
| 09/26/24 | 2419 | -5,747.04 | | | | |
| | | | | **Total checks** | | **-$27,907.53** |
| | | | | **Total # of checks** | | **9** |

*  *There is a gap in sequential check numbers*

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

| | Total for this period | Total year-to-date |
|------|------|------|
| Total Overdraft fees | $0.00 | $20.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

**We want to help you avoid overdraft fees.  Here are a few ways to manage your account and stay on top of your balance:**

- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 08/30/24. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓   $15,000+ combined average monthly balance in linked business accounts has been met

✓   Become a member of Preferred Rewards for Business has been met

For information on Small Business products and services or to link an existing account, please call 1.888.BUSINESS. For more information about the Preferred Rewards for Business program and which fees can be waived based on account eligibility and enrollment, see the Business Schedule of Fees located at bankofamerica.com/businessfeesataglance.

| Date | Transaction description | Amount |
|------|-------------------------|--------|
| 09/03/24 | External transfer fee - Next Day - 08/30/2024 | -5.00 |
| 09/03/24 | External transfer fee - Next Day - 08/30/2024 | -5.00 |
| 09/03/24 | Prfd Rwds for Bus-Wire Fee Waiver of $30 | -0.00 |
| 09/04/24 | External transfer fee - Next Day - 09/03/2024 | -5.00 |
| 09/04/24 | External transfer fee - Next Day - 09/03/2024 | -5.00 |
| 09/04/24 | External transfer fee - Next Day - 09/03/2024 | -5.00 |
| 09/04/24 | External transfer fee - 3 Day -   09/03/2024 | -1.00 |
| 09/06/24 | External transfer fee - Next Day - 09/05/2024 | -5.00 |
| 09/09/24 | External transfer fee - Next Day - 09/06/2024 | -5.00 |
| 09/09/24 | External transfer fee - Next Day - 09/06/2024 | -5.00 |

*continued on the next page*



# Your checking account

**703 BAKERY CORP**  |  Account # ████████ 4694  |  September 1, 2024 to September 30, 2024

## Service fees - continued

| Date | Transaction description | Amount |
|------|------------------------|-------:|
| 09/10/24 | External transfer fee - Next Day - 09/09/2024 | -5.00 |
| 09/10/24 | External transfer fee - Next Day - 09/09/2024 | -5.00 |
| 09/10/24 | Prfd Rwds for Bus-Wire Fee Waiver of $30 | -0.00 |
| 09/11/24 | External transfer fee - Next Day - 09/10/2024 | -5.00 |
| 09/11/24 | External transfer fee - Next Day - 09/10/2024 | -5.00 |
| 09/16/24 | External transfer fee - Next Day - 09/13/2024 | -5.00 |
| 09/16/24 | External transfer fee - Next Day - 09/13/2024 | -5.00 |
| 09/16/24 | External transfer fee - 3 Day -   09/13/2024 | -1.00 |
| 09/17/24 | External transfer fee - Next Day - 09/16/2024 | -5.00 |
| 09/17/24 | External transfer fee - Next Day - 09/16/2024 | -5.00 |
| 09/17/24 | Prfd Rwds for Bus-Wire Fee Waiver of $30 | -0.00 |
| 09/18/24 | External transfer fee - Next Day - 09/17/2024 | -5.00 |
| 09/19/24 | External transfer fee - Next Day - 09/18/2024 | -5.00 |
| 09/23/24 | External transfer fee - Next Day - 09/20/2024 | -5.00 |
| 09/23/24 | External transfer fee - Next Day - 09/20/2024 | -5.00 |
| 09/23/24 | External transfer fee - Next Day - 09/20/2024 | -5.00 |
| 09/23/24 | External transfer fee - Next Day - 09/20/2024 | -5.00 |
| 09/24/24 | External transfer fee - Next Day - 09/23/2024 | -5.00 |
| 09/24/24 | External transfer fee - Next Day - 09/23/2024 | -5.00 |
| 09/24/24 | Prfd Rwds for Bus-Wire Fee Waiver of $30 | -0.00 |
| 09/26/24 | External transfer fee - Next Day - 09/25/2024 | -5.00 |
| 09/30/24 | External transfer fee - Next Day - 09/27/2024 | -5.00 |
| 09/30/24 | External transfer fee - Next Day - 09/27/2024 | -5.00 |
| 09/30/24 | External transfer fee - 3 Day -   09/27/2024 | -1.00 |

**Total service fees** **-$138.00**

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-----------:|------|----------:|------|-----------:|
| 09/01 | 84,553.56 | 09/06 | 75,413.16 | 09/12 | 76,890.96 |
| 09/03 | 41,995.92 | 09/09 | 87,735.36 | 09/13 | 56,221.37 |
| 09/04 | 53,686.06 | 09/10 | 54,079.00 | 09/16 | 78,130.93 |
| 09/05 | 93,554.83 | 09/11 | 73,336.87 | 09/17 | 24,353.54 |

*continued on the next page*

703 BAKERY CORP | Account # 4830 7296 4694 | September 1, 2024 to September 30, 2024

## Daily ledger balances - continued

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|------------|------|-----------|------|------------|
| 09/18 | 17,762.92 | 09/23 | 42,903.04 | 09/26 | 37,995.13 |
| 09/19 | 32,815.87 | 09/24 | 25,140.41 | 09/27 | 36,937.68 |
| 09/20 | 20,012.81 | 09/25 | 29,702.90 | 09/30 | 64,271.57 |

# BANK OF AMERICA

703 BAKERY CORP   |   Account # ▓▓▓▓ 4694   |   September 1, 2024 to September 30, 2024

## Check images
**Account number: 4830 7296 4694**

Check number: 2415   |   Amount:  $5,136.49



Check number: 2416   |   Amount:  $650.00

Check number: 2417   |   Amount:  $5,356.62



Check number: 2418   |   Amount:  $3,405.85

Check number: 2419   |   Amount:  $5,747.04

Check number: 2420   |   Amount:  $955.62

Check number: 9875   |   Amount:  $955.91

Check number: 651043   |   Amount:  $3,000.00



Check number: 651044   |   Amount:  $2,700.00



703 BAKERY CORP  |  Account #          4694  |  Document 2024-06-06 Page 456 of 1243

This page intentionally left blank



898 Veterans Memorial Highway
Suite 560
Hauppauge, NY 11788

*Statement Ending 09/30/2024*

*703 BAKERY CORP*                                      *Page 1 of 4*
*Account Number: XXXXXX3369*

703 BAKERY CORP
DBA PATIS
323 RIDGE RD
LYNDHURST NJ 07071-2209

| **Managing Your Accounts** | | |
|---|---|---|
| Branch Name | PRIVATE AND COMMERCIAL BANKING | |
| Branch Number | 718-969-9003 | |
| Mailing Address | 1931 RICHMOND AVENUE STATEN ISLAND, NY  10314 | |
| Email | privatebankingnathan -mashiach91@dime.com | |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Business Analysis | XXXXXX3369 | $34.17 |

## Business Analysis - XXXXXX3369

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 08/31/2024 | **Beginning Balance** | **$34.61** |
| | 10 Credit(s) This Period | $4,336.42 |
| | 11 Debit(s) This Period | $4,336.86 |
| 09/30/2024 | **Ending Balance** | **$34.17** |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 09/04/2024 | RETURNED ITEM, INSUFFICIENT FUNDS, BANKCARD MTOT DISC 518993321148694 | $60.00 |
| 09/05/2024 | RETURNED ITEM, INSUFFICIENT FUNDS, DAVO TECHNOLOGIE 72FEC6DE-9 XXX-XXX-8432 | $62.87 |
| 09/06/2024 | RETURNED ITEM, INSUFFICIENT FUNDS, First Data Merch PAYMENT 202045542678 | $415.73 |
| 09/06/2024 | RETURNED ITEM, INSUFFICIENT FUNDS, First Data Merch PAYMENT 202045536296 | $637.84 |
| 09/13/2024 | RETURNED ITEM, INSUFFICIENT FUNDS, First Data Merch PAYMENT 202057141436 | $358.29 |
| 09/13/2024 | RETURNED ITEM, INSUFFICIENT FUNDS, First Data Merch PAYMENT 202057161160 | $695.28 |
| 09/20/2024 | RETURNED ITEM, INSUFFICIENT FUNDS, First Data Merch PAYMENT 202069452344 | $82.52 |
| 09/20/2024 | RETURNED ITEM, INSUFFICIENT FUNDS, First Data Merch PAYMENT 202069446804 | $970.32 |
| 09/27/2024 | RETURNED ITEM, INSUFFICIENT FUNDS, First Data Merch PAYMENT 202080575686 | $349.82 |
| 09/27/2024 | RETURNED ITEM, INSUFFICIENT FUNDS, First Data Merch PAYMENT 202080567082 | $703.75 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 09/03/2024 | BANKCARD MTOT DISC 518993321148694 | $60.00 |
| 09/04/2024 | DAVO TECHNOLOGIE 72FEC6DE-9 XXX-XXX-8432 | $62.87 |
| 09/05/2024 | First Data Merch PAYMENT 202045542678 | $415.73 |
| 09/05/2024 | First Data Merch PAYMENT 202045536296 | $637.84 |
| 09/12/2024 | First Data Merch PAYMENT 202057141436 | $358.29 |
| 09/12/2024 | First Data Merch PAYMENT 202057161160 | $695.28 |
| 09/19/2024 | First Data Merch PAYMENT 202069452344 | $82.52 |
| 09/19/2024 | First Data Merch PAYMENT 202069446804 | $970.32 |
| 09/26/2024 | First Data Merch PAYMENT 202080575686 | $349.82 |
| 09/26/2024 | First Data Merch PAYMENT 202080567082 | $703.75 |

 

Please examine your account statement promptly and report any inaccuracy as soon as possible. The Uniform Commercial Code requires you to promptly notify us of any unauthorized signature or alteration on your checks.

### DIRECT DEPOSITS

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at 800-321-DIME (3463) to find out whether or not the deposit has been made. You may also review your account activity online or via mobile banking.

### FOR CONSUMER ACCOUNTS ONLY
### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR
### ELECTRONIC TRANSFERS

Telephone or write us at the telephone number or address located on the front of this statement, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or transfer that you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### FOR CONSUMER ACCOUNTS ONLY
### NONSUFFICIENT FUNDS (NSF) FEES –

If an item drafted by you (such as a check) or a transaction you set up (such as a preauthorized transfer) is presented for payment in an amount that is more than the amount of money available in your account, and we decide not to pay the item or transaction, you agree that we can charge you an NSF fee for returning the payment. Be aware that such an item or payment may be presented multiple times (representment) and we do not control the number of times a transaction is presented for payment. We will attempt to not charge you, or alternatively reimburse such fees where we can determine the item or payment is a representment. If you locate a representment NSF fee that has not been reimbursed, please contact your branch at the number on your statement to obtain a refund.

### LOAN ACCOUNT SUMMARY OF RIGHTS

This is a summary of your rights, a full statement of your rights and responsibilities under the federal Fair Credit Billing Act will be sent to you upon request or in response to a billing error notice.

### BILLING RIGHTS SUMMARY - HOME EQUITY PLANS
### In Case of Errors or Questions About Your Bill

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on your bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us but doing so will not preserve your rights.

In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### BILLING RIGHTS SUMMARY – ALL OPEN-END CREDIT
### PLANS OTHER THAN HOME EQUITY PLANS
### What To Do If You Think You Find A
### Mistake On Your Statement

If you think there is an error on your statement, write to us at:
Dime Community Bank
898 Veterans Memorial Highway, Suite 560
Hauppauge, New York 11788

In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### PAYMENT INFORMATION

We figure the finance charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new purchases, advances and/or fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance



898 Veterans Memorial Highway
Suite 560
Hauppauge, NY 11788

*Statement Ending 09/30/2024*

*703 BAKERY CORP*                                                          *Page 3 of 4*
*Account Number: XXXXXX3369*

## Business Analysis - XXXXXX3369 (continued)

### Other Debits

| Date | Description | Amount |
|------|-------------|-------:|
| 09/05/2024 | DEFICIT BALANCE FEE | $0.44 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|-------:|------|-------:|------|-------:|
| 09/03/2024 | -$25.39 | 09/12/2024 | -$1,019.40 | 09/26/2024 | -$1,019.40 |
| 09/04/2024 | -$28.26 | 09/13/2024 | $34.17 | 09/27/2024 | $34.17 |
| 09/05/2024 | -$1,019.40 | 09/19/2024 | -$1,018.67 | | |
| 09/06/2024 | $34.17 | 09/20/2024 | $34.17 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.44 | $0.56 |
| **Total Returned Item Fees** | $0.00 | $525.00 |

This page left intentionally blank



898 Veterans Memorial Highway
Suite 560
Hauppauge, NY 11788

*Statement Ending 09/30/2024*

703 BAKERY CORP                                                                     Page 1 of 4
*Account Number: XXXXXX5983*

703 BAKERY CORP
DBA PATIS
OUTGOING VENDORS
323 RIDGE RD
LYNDHURST NJ 07071-2209

## Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch Name | PRIVATE AND COMMERCIAL BANKING |
| 📱 | Branch Number | 718-969-9003 |
| ✉ | Mailing Address | 1931 RICHMOND AVENUE STATEN ISLAND, NY 10314 |
| 💻 | Email | privatebankingnathan-mashiach91@dime.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Business Analysis | XXXXXX5983 | -$121.73 |

# Business Analysis - XXXXXX5983

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 08/31/2024 | Beginning Balance | $1,458.50 |
| | 6 Credit(s) This Period | $9,560.82 |
| | 52 Debit(s) This Period | $11,141.05 |
| 09/30/2024 | Ending Balance | -$121.73 |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 09/03/2024 | Transfer from CK 6007 | $2,000.00 |
| 09/06/2024 | Transfer from CK 5900 | $800.00 |
| 09/18/2024 | Transfer from CK 5900 | $500.00 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 09/05/2024 | XX8117 PURCHASE RETURN RBT SHELL OIL 57 EasySavings NY 00845892 871414 | $0.82 |
| 09/11/2024 | RETURNED ITEM, INSUFFICIENT FUNDS, GC<>DELIVERECT S7264PY B6YE | $3,130.00 |
| 09/17/2024 | RETURNED ITEM, INSUFFICIENT FUNDS, GC<>DELIVERECT SJET9T6 98A3 | $3,130.00 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 09/10/2024 | GC<>DELIVERECT S7264PY B6YE | $3,130.00 |
| 09/16/2024 | GC<>DELIVERECT SJET9T6 98A3 | $3,130.00 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 09/03/2024 | XX8117 POS PURCHASE SHELL OIL 575457 LYNDHURST NJ 46533296 713843 | $17.64 |
| 09/03/2024 | XX8117 POS PURCHASE AMAZON.COM* ZT6FY SEATTLE WA 00000101 4CW758Z3ZSXZ | $23.46 |
| 09/03/2024 | XX8117 POS PURCHASE EXPRESS LIQUORS NEWARK NJ 75682376 835570 | $28.00 |
| 09/03/2024 | XX8117 POS PURCHASE SQ * MINASIAN BRO LYNDHURST NJ 77827301 42451393649 | $29.69 |
| 09/03/2024 | XX8117 POS PURCHASE 7-ELEVEN 32353 LYNDHURST NJ 46390447 740346 | $30.44 |
| 09/03/2024 | XX8117 POS PURCHASE SHELL OIL 575457 LYNDHURST NJ 46533213 903481 | $33.27 |
| 09/03/2024 | XX8117 POS PURCHASE FACEBK * 8VFQG9UE Menlo Park CA 02167027 849166 | $38.15 |


EQUAL HOUSING LENDER

**800.321.DIME (3463)** • **dime.com** • **Member FDIC**



703 BAKERY CORP                    XXXXXX5983                    Statement Ending 09/30/2024                    Page 2 of 4

Please examine your account statement promptly and report any inaccuracy as soon as possible. The Uniform Commercial Code requires you to promptly notify us of any unauthorized signature or alteration on your checks.

### DIRECT DEPOSITS

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at 800-321-DIME (3463) to find out whether or not the deposit has been made. You may also review your account activity online or via mobile banking.

### FOR CONSUMER ACCOUNTS ONLY
### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Telephone or write us at the telephone number or address located on the front of this statement, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or transfer that you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### FOR CONSUMER ACCOUNTS ONLY
### NONSUFFICIENT FUNDS (NSF) FEES –

If an item drafted by you (such as a check) or a transaction you set up (such as a preauthorized transfer) is presented for payment in an amount that is more than the amount of money available in your account, and we decide not to pay the item or transaction, you agree that we can charge you an NSF fee for returning the payment. Be aware that such an item or payment may be presented multiple times (representment) and we do not control the number of times a transaction is presented for payment. We will attempt to not charge you, or alternatively reimburse such fees where we can determine the item or payment is a representment. If you locate a representment NSF fee that has not been reimbursed, please contact your branch at the number on your statement to obtain a refund.

### LOAN ACCOUNT SUMMARY OF RIGHTS

This is a summary of your rights, a full statement of your rights and responsibilities under the federal Fair Credit Billing Act will be sent to you upon request or in response to a billing error notice.

### BILLING RIGHTS SUMMARY - HOME EQUITY PLANS
#### In Case of Errors or Questions About Your Bill

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on your bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### BILLING RIGHTS SUMMARY – ALL OPEN-END CREDIT PLANS OTHER THAN HOME EQUITY PLANS
#### What To Do If You Think You Find A Mistake On Your Statement

If you think there is an error on your statement, write to us at:
Dime Community Bank
898 Veterans Memorial Highway, Suite 560
Hauppauge, New York 11788

In your letter, give us the following information:
- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### PAYMENT INFORMATION

We figure the finance charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new purchases, advances and/or fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance



**898 Veterans Memorial Highway
Suite 560
Hauppauge, NY 11788**

*703 BAKERY CORP*                                      *Page 3 of 4*
*Account Number: XXXXXX5983*

## Business Analysis - XXXXXX5983 (continued)

### Other Debits (continued)

| Date | Description | Amount |
|------|-------------|-------:|
| 09/03/2024 | XX8117 POS PURCHASE EXXON DJ'S SERVI KEARNY NJ 03665013 886919 | $46.27 |
| 09/03/2024 | XX8117 POS PURCHASE EXXON DJ'S SERVI KEARNY NJ 03665005 450192 | $53.68 |
| 09/03/2024 | XX8117 POS PURCHASE MILLENIUM NEWARK NJ 19764798 894287 | $54.55 |
| 09/03/2024 | XX8117 POS PURCHASE 7-ELEVEN 32353 LYNDHURST NJ 48389838 646312 | $55.00 |
| 09/03/2024 | XX8117 POS PURCHASE 7-ELEVEN 32353 LYNDHURST NJ 46390454 433742 | $56.88 |
| 09/03/2024 | XX8117 POS PURCHASE 7-ELEVEN 32353 LYNDHURST NJ 48389846 456160 | $64.01 |
| 09/03/2024 | XX8117 POS PURCHASE EXXON RIDGE SERV LYNDHURST NJ 03505987 499799 | $77.01 |
| 09/03/2024 | XX8117 POS PURCHASE SHELL OIL 575457 SECAUCUS NJ 46535531 298248 | $82.00 |
| 09/03/2024 | XX8117 POS PURCHASE ARDENS MOTORSPOR KEARNY NJ 72408807 659637 | $191.98 |
| 09/03/2024 | XX8117 POS PURCHASE TWIN CITY SUPERM NEWARK NJ 20126443 249690 | $209.70 |
| 09/03/2024 | XX8117 POS PURCHASE B & H LINEN INC 845-388-1010 NY 62267108 687276 | $320.35 |
| 09/04/2024 | XX8117 POS PURCHASE SQ * MINASIAN BRO LYNDHURST NJ 77827301 42471858009 | $35.57 |
| 09/04/2024 | XX8117 POS PURCHASE 7-ELEVEN 32353 LYNDHURST NJ 30389725 358267 | $57.00 |
| 09/04/2024 | XX8117 POS PURCHASE EXXON MICHANT LL LAKEWOOD NJ 12127836 391151 | $97.00 |
| 09/04/2024 | XX8117 POS PURCHASE TWIN CITY SUPERM NEWARK NJ 78280388 565238 | $199.26 |
| 09/05/2024 | XX8117 POS PURCHASE E-Z EDGE, INC. 2012951171 NJ 00163220 686012 | $40.93 |
| 09/05/2024 | XX8117 POS PURCHASE AMAZON.COM* ZT6L9 SEATTLE WA 00000101 6E9U0MSQ0A2L | $66.81 |
| 09/05/2024 | XX8117 POS PURCHASE E-Z EDGE, INC. 2012951171 NJ 00163246 008071 | $77.17 |
| 09/05/2024 | XX8117 POS PURCHASE E-Z EDGE, INC. 2012951171 NJ 00163238 286460 | $77.17 |
| 09/06/2024 | XX8117 POS PURCHASE 7-ELEVEN 32353 LYNDHURST NJ 26418441 404475 | $36.32 |
| 09/06/2024 | XX8117 POS PURCHASE 7-ELEVEN 32353 LYNDHURST NJ 26418458 792523 | $49.05 |
| 09/06/2024 | XX8117 POS PURCHASE HARNEY SONS TEA MILLERTON NY 02668762 475412 | $275.00 |
| 09/06/2024 | XX8117 POS PURCHASE ASHPA MANAGEMENT LAKEWOOD NJ 95615177 326989 | $421.45 |
| 09/06/2024 | XX8117 POS PURCHASE TRB* Express Recy WATERBURY CTR VT 81166689 002130 | $464.66 |
| 09/09/2024 | XX8117 POS PURCHASE EXXON RIDGE SERV LYNDHURST NJ 58142245 262409 | $14.00 |
| 09/09/2024 | XX8117 POS PURCHASE SQ * MINASIAN BRO LYNDHURST NJ 77827301 42531470162 | $31.48 |
| 09/09/2024 | XX8117 POS PURCHASE EXXON RIDGE SERV LYNDHURST NJ 58142252 409030 | $36.64 |
| 09/09/2024 | XX8117 POS PURCHASE UBER * TRIP San Francisco CA 74862889 090909019924 | $45.93 |
| 09/09/2024 | XX8117 POS PURCHASE EXXON RIDGE SERV LYNDHURST NJ 58142328 254205 | $54.04 |
| 09/09/2024 | XX8117 POS PURCHASE UBER * TRIP San Francisco CA 74862889 090809443446 | $64.76 |
| 09/09/2024 | XX8117 POS PURCHASE EXXON RIDGE SERV LYNDHURST NJ 58142237 771556 | $67.02 |
| 09/09/2024 | XX8117 POS PURCHASE EXXON RIDGE SERV LYNDHURST NJ 58142286 267481 | $72.00 |
| 09/09/2024 | XX8117 POS PURCHASE BAKEDECO KEREKES BROOKLYN NY 59550185 558613 | $150.00 |
| 09/09/2024 | XX8117 POS PURCHASE Spectrum 855-707-7328 MO 38686554 374223 | $273.68 |
| 09/10/2024 | XX8117 POS PURCHASE UBER * PENDING San Francisco CA 74862889 090908085 | $43.77 |
| 09/10/2024 | XX8117 POS PURCHASE EXXON RIDGE SERV LYNDHURST NJ 84403636 155982 | $54.58 |
| 09/12/2024 | XX8117 POS PURCHASE 7-ELEVEN 32353 LYNDHURST NJ 90442507 042702 | $35.37 |
| 09/12/2024 | XX8117 POS PURCHASE 7-ELEVEN 32353 LYNDHURST NJ 82434447 212752 | $70.30 |
| 09/19/2024 | XX8117 POS PURCHASE OPTIMUM 7836 V 718-860-3513 NY 61519340 506467 | $341.67 |
| 09/20/2024 | XX8117 POS PURCHASE BAKEDECO KEREKES BROOKLYN NY 59559330 275844 | $31.20 |
| 09/24/2024 | XX8117 POS PURCHASE 7-ELEVEN 32353 LYNDHURST NJ 43002792 713226 | $53.02 |
| 09/24/2024 | XX8117 POS PURCHASE 7-ELEVEN 32353 LYNDHURST NJ 43002800 615343 | $64.00 |
| 09/24/2024 | XX8117 POS PURCHASE 7-ELEVEN 32353 LYNDHURST NJ 43002818 475268 | $68.12 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|-------:|------|-------:|------|-------:|
| 09/03/2024 | $2,046.42 | 09/10/2024 | -$3,088.05 | 09/18/2024 | $436.28 |
| 09/04/2024 | $1,657.59 | 09/11/2024 | $41.95 | 09/19/2024 | $94.61 |
| 09/05/2024 | $1,396.33 | 09/12/2024 | -$63.72 | 09/20/2024 | $63.41 |
| 09/06/2024 | $949.85 | 09/16/2024 | -$3,193.72 | 09/24/2024 | -$121.73 |
| 09/09/2024 | $140.30 | 09/17/2024 | -$63.72 | | |

703 BAKERY CORP                    XXXXXX5983            Statement Ending 09/30/2024            Page 4 of 4

# Business Analysis - XXXXXX5983 (continued)

**Overdraft and Returned Item Fees**

|  | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $35.00 |




898 Veterans Memorial Highway
Suite 560
Hauppauge, NY 11788

*Statement Ending 09/30/2024*

*703 BAKERY CORP*                                              *Page 1 of 4*
*Account Number: XXXXXX5900*

### Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch Name | PRIVATE AND COMMERCIAL BANKING |
| 📱 | Branch Number | 718-969-9003 |
| ✉ | Mailing Address | 1931 RICHMOND AVENUE STATEN ISLAND, NY  10314 |
| 💻 | Email | privatebankingnathan-mashiach91@dime.com |

703 BAKERY CORP
DBA PATIS
UBER RECEIVABLES
323 RIDGE RD
LYNDHURST NJ 07071-2209

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Business Analysis | XXXXXX5900 | $2,319.13 |

## Business Analysis - XXXXXX5900

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 08/31/2024 | **Beginning Balance** | **$954.49** |
| | 40 Credit(s) This Period | $86,164.64 |
| | 5 Debit(s) This Period | $84,800.00 |
| 09/30/2024 | **Ending Balance** | **$2,319.13** |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 09/04/2024 | UBER USA 6787 REF* TN* GR4CP1QAQX\ | $132.93 |
| 09/04/2024 | UBER USA 6787 REF* TN* 4X6VA6NA3F\ | $940.42 |
| 09/04/2024 | UBER USA 6787 REF* TN* O8JR0UPZV2\ | $1,533.99 |
| 09/04/2024 | UBER USA 6787 REF* TN* 236LDU3EYO\ | $1,605.50 |
| 09/04/2024 | UBER USA 6787 REF* TN* WLX8FWESOE\ | $3,399.87 |
| 09/04/2024 | UBER USA 6787 REF* TN* GN4OGEIMDH\ | $3,573.69 |
| 09/04/2024 | UBER USA 6787 REF* TN* 52AF8NJ94M\ | $3,983.25 |
| 09/04/2024 | UBER USA 6787 REF* TN* QMCR10IRDL\ | $4,732.22 |
| 09/06/2024 | DoorDash, Inc. DoorDash - ST-J2M1L4O7M8L1 | $395.48 |
| 09/06/2024 | DoorDash, Inc. 703 Bakery ST-G9F9S3H2A1I2 | $623.72 |
| 09/10/2024 | UBER USA 6787 REF* TN* 37XZ4ZPG8Y\ | $130.22 |
| 09/10/2024 | UBER USA 6787 REF* TN* BM972PX13E\ | $663.39 |
| 09/10/2024 | UBER USA 6787 REF* TN* LTU32IWSR7\ | $1,114.38 |
| 09/10/2024 | UBER USA 6787 REF* TN* DUXU2GOQBI\ | $2,171.23 |
| 09/10/2024 | UBER USA 6787 REF* TN* YD0L2YEVLA\ | $3,359.89 |
| 09/10/2024 | UBER USA 6787 REF* TN* EP1PR122UL\ | $3,859.62 |
| 09/10/2024 | UBER USA 6787 REF* TN* O5G6F5O9KN\ | $3,915.10 |
| 09/10/2024 | UBER USA 6787 REF* TN* P6TBRU2VAL\ | $4,288.29 |
| 09/13/2024 | DoorDash, Inc. 703 Bakery ST-R3A3O8E6J9O4 | $326.90 |
| 09/13/2024 | DoorDash, Inc. DoorDash - ST-E2V8F7K2Q6J8 | $746.93 |
| 09/17/2024 | UBER USA 6787 REF* TN* 8BX15U9XBJ\ | $59.52 |
| 09/17/2024 | UBER USA 6787 REF* TN* JCFTNJECF2\ | $786.24 |
| 09/17/2024 | UBER USA 6787 REF* TN* UPZ59ZHH43\ | $1,574.23 |
| 09/17/2024 | UBER USA 6787 REF* TN* 5QWD1C65Q7\ | $1,756.29 |
| 09/17/2024 | UBER USA 6787 REF* TN* LW0PSN7NRE\ | $3,957.47 |
| 09/17/2024 | UBER USA 6787 REF* TN* HHS7Q7SNC6\ | $4,001.28 |
| 09/17/2024 | UBER USA 6787 REF* TN* 5OHHPQWZFV\ | $4,104.70 |



**800.321.DIME (3463)** • **dime.com** • **Member FDIC**



Please examine your account statement promptly and report any inaccuracy as soon as possible.  The Uniform Commercial Code requires you to promptly notify us of any unauthorized signature or alteration on your checks.

### DIRECT DEPOSITS

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at 800-321-DIME (3463) to find out whether or not the deposit has been made. You may also review your account activity online or via mobile banking.

### FOR CONSUMER ACCOUNTS ONLY
### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Telephone or write us at the telephone number or address located on the front of this statement, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or transfer that you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### FOR CONSUMER ACCOUNTS ONLY
### NONSUFFICIENT FUNDS (NSF) FEES –

If an item drafted by you (such as a check) or a transaction you set up (such as a preauthorized transfer) is presented for payment in an amount that is more than the amount of money available in your account, and we decide not to pay the item or transaction, you agree that we can charge you an NSF fee for returning the payment.  Be aware that such an item or payment may be presented multiple times (representment) and we do not control the number of times a transaction is presented for payment.  We will attempt to not charge you, or alternatively reimburse such fees where we can determine the item or payment is a representment. If you locate a representment NSF fee that has not been reimbursed, please contact your branch at the number on your statement to obtain a refund.

### LOAN ACCOUNT SUMMARY OF RIGHTS

This is a summary of your rights, a full statement of your rights and responsibilities under the federal Fair Credit Billing Act will be sent to you upon request or in response to a billing error notice.

### BILLING RIGHTS SUMMARY - HOME EQUITY PLANS
#### In Case of Errors or Questions About Your Bill

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on your bill as soon as possible.  We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared.  You can telephone us but doing so will not preserve your rights.

In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### BILLING RIGHTS SUMMARY – ALL OPEN-END CREDIT PLANS OTHER THAN HOME EQUITY PLANS
#### What To Do If You Think You Find A Mistake On Your Statement

If you think there is an error on your statement, write to us at:

Dime Community Bank
898 Veterans Memorial Highway, Suite 560
Hauppauge, New York 11788

In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### PAYMENT INFORMATION

We figure the finance charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new purchases, advances and/or fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance



898 Veterans Memorial Highway
Suite 560
Hauppauge, NY 11788

*Statement Ending 09/30/2024*

*703 BAKERY CORP*                                        *Page 3 of 4*

*Account Number: XXXXXX5900*

## Business Analysis - XXXXXX5900 (continued)

### Electronic Credits (continued)

| Date | Description | Amount |
|------|-------------|--------|
| 09/17/2024 | UBER USA 6787 REF* TN* 5PI42ZKTZJ\ | $4,155.43 |
| 09/20/2024 | DoorDash, Inc. DoorDash - ST-B8Q2Y2D3L5Y5 | $604.11 |
| 09/20/2024 | DoorDash, Inc. 703 Bakery ST-P2O8A1Y5C0F5 | $960.00 |
| 09/24/2024 | UBER USA 6787 REF* TN* 0AI80Z97M3\ | $152.84 |
| 09/24/2024 | UBER USA 6787 REF* TN* AOC3QGW3IJ\ | $1,000.22 |
| 09/24/2024 | UBER USA 6787 REF* TN* 67JL0F2K0A\ | $1,593.29 |
| 09/24/2024 | UBER USA 6787 REF* TN* BZC07FOX0G\ | $1,907.57 |
| 09/24/2024 | UBER USA 6787 REF* TN* GVVSDEN9XI\ | $3,998.05 |
| 09/24/2024 | UBER USA 6787 REF* TN* O674V7YY0W\ | $4,011.29 |
| 09/24/2024 | UBER USA 6787 REF* TN* NZ7NZMFWI7\ | $4,100.85 |
| 09/24/2024 | UBER USA 6787 REF* TN* 5QA5ZFA9P4\ | $4,200.34 |
| 09/27/2024 | DoorDash, Inc. DoorDash - ST-O1M2Q0N8F1G0 | $805.79 |
| 09/27/2024 | DoorDash, Inc. 703 Bakery ST-F7C5W3M6I3E5 | $938.11 |

### Other Debits

| Date | Description | Amount |
|------|-------------|--------|
| 09/06/2024 | Transfer to CK 5983 | $800.00 |
| 09/10/2024 | Transfer to CK 5710 | $40,500.00 |
| 09/17/2024 | Transfer to CK 5710 | $21,000.00 |
| 09/18/2024 | Transfer to CK 5983 | $500.00 |
| 09/24/2024 | Transfer to CK 5710 | $22,000.00 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 09/04/2024 | $20,856.36 | 09/13/2024 | $1,151.51 | 09/20/2024 | $1,610.78 |
| 09/06/2024 | $21,075.56 | 09/17/2024 | $546.67 | 09/24/2024 | $575.23 |
| 09/10/2024 | $77.68 | 09/18/2024 | $46.67 | 09/27/2024 | $2,319.13 |

### Overdraft and Returned Item Fees

|  | Total for this period | Total year-to-date |
|--|----------------------|--------------------|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

This page left intentionally blank



898 Veterans Memorial Highway
Suite 560
Hauppauge, NY 11788

*Statement Ending 09/30/2024*

*703 BAKERY CORP*                                                    Page 1 of 2
*Account Number: XXXXXX6007*

703 BAKERY CORP
DBA PATIS
CASH DEPOSITS
323 RIDGE RD
LYNDHURST NJ 07071-2209

## Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch Name | PRIVATE AND COMMERCIAL BANKING |
| 📱 | Branch Number | 718-969-9003 |
| ✉ | Mailing Address | 1931 RICHMOND AVENUE STATEN ISLAND, NY  10314 |
| 💻 | Email | privatebankingnathan-mashiach91@dime.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Business Analysis | XXXXXX6007 | $1,248.11 |

## Business Analysis - XXXXXX6007

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 08/31/2024 | **Beginning Balance** | **$2,283.11** |
| | 4 Credit(s) This Period | $5,865.00 |
| | 2 Debit(s) This Period | $6,900.00 |
| 09/30/2024 | **Ending Balance** | **$1,248.11** |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 09/06/2024 | DEPOSIT | $1,566.00 |
| 09/13/2024 | DEPOSIT | $1,537.00 |
| 09/20/2024 | DEPOSIT | $1,589.00 |
| 09/27/2024 | DEPOSIT | $1,173.00 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 09/03/2024 | Transfer to CK 5983 | $2,000.00 |
| 09/26/2024 | Transfer to CK 5710 | $4,900.00 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09/03/2024 | $283.11 | 09/13/2024 | $3,386.11 | 09/26/2024 | $75.11 |
| 09/06/2024 | $1,849.11 | 09/20/2024 | $4,975.11 | 09/27/2024 | $1,248.11 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

 **800.321.DIME (3463) • dime.com • Member FDIC** 

Please examine your account statement promptly and report any inaccuracy as soon as possible. The Uniform Commercial Code requires you to promptly notify us of any unauthorized signature or alteration on your checks.

### DIRECT DEPOSITS

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at 800-321-DIME (3463) to find out whether or not the deposit has been made. You may also review your account activity online or via mobile banking.

### FOR CONSUMER ACCOUNTS ONLY
### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Telephone or write us at the telephone number or address located on the front of this statement, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or transfer that you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### FOR CONSUMER ACCOUNTS ONLY
### NONSUFFICIENT FUNDS (NSF) FEES –

If an item drafted by you (such as a check) or a transaction you set up (such as a preauthorized transfer) is presented for payment in an amount that is more than the amount of money available in your account, and we decide not to pay the item or transaction, you agree that we can charge you an NSF fee for returning the payment. Be aware that such an item or payment may be presented multiple times (representment) and we do not control the number of times a transaction is presented for payment. We will attempt to not charge you, or alternatively reimburse such fees where we can determine the item or payment is a representment. If you locate a representment NSF fee that has not been reimbursed, please contact your branch at the number on your statement to obtain a refund.

### LOAN ACCOUNT SUMMARY OF RIGHTS

This is a summary of your rights, a full statement of your rights and responsibilities under the federal Fair Credit Billing Act will be sent to you upon request or in response to a billing error notice.

### BILLING RIGHTS SUMMARY - HOME EQUITY PLANS
#### In Case of Errors or Questions About Your Bill

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on your bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us but doing so will not preserve your rights.

In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### BILLING RIGHTS SUMMARY – ALL OPEN-END CREDIT PLANS OTHER THAN HOME EQUITY PLANS
#### What To Do If You Think You Find A Mistake On Your Statement

If you think there is an error on your statement, write to us at:
Dime Community Bank
898 Veterans Memorial Highway, Suite 560
Hauppauge, New York 11788

In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### PAYMENT INFORMATION

We figure the finance charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new purchases, advances and/or fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance



898 Veterans Memorial Highway
Suite 560
Hauppauge, NY 11788

703 BAKERY CORP                                    *Page 1 of 20*
*Account Number: XXXXXX5710*

### Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch Name | PRIVATE AND COMMERCIAL BANKING |
| 📱 | Branch Number | 718-969-9003 |
| ✉ | Mailing Address | 1931 RICHMOND AVENUE STATEN ISLAND, NY  10314 |
| 💻 | Email | privatebankingnathan-mashiach91@dime.com |

703 BAKERY CORP
DBA PATIS
PAYROLL
323 RIDGE RD
LYNDHURST NJ 07071-2209

---

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Business Analysis | XXXXXX5710 | $2,575.05 |

## Business Analysis - XXXXXX5710

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 08/31/2024 | **Beginning Balance** | **$4,438.99** |
| | 12 Credit(s) This Period | $338,538.66 |
| | 107 Debit(s) This Period | $340,402.60 |
| 09/30/2024 | **Ending Balance** | **$2,575.05** |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 09/10/2024 | Transfer from CK 5900 | $40,500.00 |
| 09/17/2024 | Transfer from CK 5900 | $21,000.00 |
| 09/24/2024 | Transfer from CK 5900 | $22,000.00 |
| 09/26/2024 | Transfer from CK 6007 | $4,900.00 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 09/03/2024 | Wire Transfer 78792909 703 BAKERY CORP | $80,000.00 |
| 09/10/2024 | RETURNED CHECK# 20544, NSF | $846.11 |
| 09/10/2024 | Wire Transfer 79011975 703 BAKERY CORP | $45,000.00 |
| 09/17/2024 | Wire Transfer 79209856 703 BAKERY CORP | $62,000.00 |
| 09/24/2024 | RETURNED CHECK# 20579, NSF | $627.70 |
| 09/24/2024 | RETURNED CHECK# 287, NSF | $752.89 |
| 09/24/2024 | RETURNED CHECK# 136, NSF | $911.96 |
| 09/24/2024 | Wire Transfer 79389628 703 BAKERY CORP | $60,000.00 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 09/04/2024 | ADP PAY-BY-PAY PAY-BY-PAY 933533386432AIN | $1,627.35 |
| 09/04/2024 | ADP Tax ADP Tax KJAIN 090410A01 | $19,372.34 |
| 09/04/2024 | ADP WAGE PAY WAGE PAY 933533386431AIN | $46,870.37 |
| 09/06/2024 | ADP PAYROLL FEES ADP FEES 926134213819 | $165.45 |
| 09/06/2024 | ADP PAYROLL FEES ADP FEES 926134213818 | $319.79 |
| 09/06/2024 | ADP 401k ADP 401k KJAIN 090410V02 | $439.50 |
| 09/11/2024 | ADP PAY-BY-PAY PAY-BY-PAY 611069218466AIN | $1,706.28 |
| 09/11/2024 | ADP Tax ADP Tax KJAIN 091111A01 | $20,666.35 |



**800.321.DIME (3463)** • **dime.com** • **Member FDIC**



Please examine your account statement promptly and report any inaccuracy as soon as possible. The Uniform Commercial Code requires you to promptly notify us of any unauthorized signature or alteration on your checks.

### DIRECT DEPOSITS

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at 800-321-DIME (3463) to find out whether or not the deposit has been made. You may also review your account activity online or via mobile banking.

### FOR CONSUMER ACCOUNTS ONLY
### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Telephone or write us at the telephone number or address located on the front of this statement, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or transfer that you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### FOR CONSUMER ACCOUNTS ONLY
### NONSUFFICIENT FUNDS (NSF) FEES –

If an item drafted by you (such as a check) or a transaction you set up (such as a preauthorized transfer) is presented for payment in an amount that is more than the amount of money available in your account, and we decide not to pay the item or transaction, you agree that we can charge you an NSF fee for returning the payment. Be aware that such an item or payment may be presented multiple times (representment) and we do not control the number of times a transaction is presented for payment. We will attempt to not charge you, or alternatively reimburse such fees where we can determine the item or payment is a representment. If you locate a representment NSF fee that has not been reimbursed, please contact your branch at the number on your statement to obtain a refund.

### LOAN ACCOUNT SUMMARY OF RIGHTS

This is a summary of your rights, a full statement of your rights and responsibilities under the federal Fair Credit Billing Act will be sent to you upon request or in response to a billing error notice.

### BILLING RIGHTS SUMMARY - HOME EQUITY PLANS
#### In Case of Errors or Questions About Your Bill

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on your bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us but doing so will not preserve your rights.

In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### BILLING RIGHTS SUMMARY – ALL OPEN-END CREDIT PLANS OTHER THAN HOME EQUITY PLANS
#### What To Do If You Think You Find A Mistake On Your Statement

If you think there is an error on your statement, write to us at:
Dime Community Bank
898 Veterans Memorial Highway, Suite 560
Hauppauge, New York 11788

In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or any other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### PAYMENT INFORMATION

We figure the finance charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new purchases, advances and/or fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance

## DIME

898 Veterans Memorial Highway
Suite 560
Hauppauge, NY 11788

## Business Analysis - XXXXXX5710 (continued)

### Electronic Debits (continued)

| Date | Description | Amount |
|------|-------------|--------|
| 09/11/2024 | ADP WAGE PAY WAGE PAY 611069218465AIN | $48,154.16 |
| 09/13/2024 | ADP PAYROLL FEES ADP FEES 928134495274 | $15.45 |
| 09/13/2024 | ADP 401k ADP 401k KJAIN 091111V02 | $443.48 |
| 09/18/2024 | ADP PAY-BY-PAY PAY-BY-PAY 657092142929AIN | $1,686.95 |
| 09/18/2024 | ADP Tax ADP Tax KJAIN 091812A01 | $20,115.49 |
| 09/18/2024 | ADP WAGE PAY WAGE PAY 657092142928AIN | $48,447.83 |
| 09/20/2024 | ADP PAYROLL FEES ADP FEES 926634578802 | $15.45 |
| 09/20/2024 | ADP 401k ADP 401k KJAIN 091812V02 | $441.78 |
| 09/25/2024 | ADP PAY-BY-PAY PAY-BY-PAY 765095426708AIN | $1,697.26 |
| 09/25/2024 | ADP Tax ADP Tax KJAIN 092513A01 | $20,106.44 |
| 09/25/2024 | ADP WAGE PAY WAGE PAY 765095426707AIN | $47,998.30 |
| 09/27/2024 | ADP PAYROLL FEES ADP FEES 392595466710 | $33.35 |
| 09/27/2024 | ADP 401k ADP 401k KJAIN 092513V02 | $442.03 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|-----------|------|--------|-----------|------|--------|
| 136 | 09/23/2024 | $911.96 | 288 | 09/20/2024 | $789.61 |
| 185* | 09/19/2024 | $549.69 | 289 | 09/19/2024 | $731.52 |
| 187* | 09/06/2024 | $820.47 | 290 | 09/19/2024 | $854.98 |
| 214* | 09/19/2024 | $553.40 | 291 | 09/24/2024 | $816.36 |
| 216* | 09/06/2024 | $1,146.39 | 295* | 09/27/2024 | $419.41 |
| 221* | 09/19/2024 | $126.02 | 298* | 09/26/2024 | $852.29 |
| 223* | 09/06/2024 | $393.93 | 299 | 09/26/2024 | $803.80 |
| 229* | 09/25/2024 | $147.20 | 300 | 09/26/2024 | $761.53 |
| 238* | 09/04/2024 | $526.90 | 301 | 09/27/2024 | $919.79 |
| 249* | 09/13/2024 | $349.73 | 302 | 09/27/2024 | $730.05 |
| 250 | 09/04/2024 | $618.47 | 303 | 09/26/2024 | $851.52 |
| 258* | 09/13/2024 | $457.89 | 304 | 09/26/2024 | $578.79 |
| 260* | 09/19/2024 | $160.20 | 305 | 09/30/2024 | $752.89 |
| 261 | 09/05/2024 | $838.58 | 20506* | 09/03/2024 | $625.99 |
| 263* | 09/05/2024 | $583.70 | 20511* | 09/19/2024 | $495.86 |
| 264 | 09/09/2024 | $775.15 | 20524* | 09/03/2024 | $572.79 |
| 265 | 09/06/2024 | $875.47 | 20528* | 09/03/2024 | $846.12 |
| 266 | 09/06/2024 | $506.18 | 20529 | 09/19/2024 | $576.35 |
| 267 | 09/05/2024 | $901.40 | 20539* | 09/05/2024 | $833.26 |
| 268 | 09/16/2024 | $165.93 | 20540 | 09/06/2024 | $622.75 |
| 269 | 09/13/2024 | $301.03 | 20541 | 09/05/2024 | $989.14 |
| 270 | 09/23/2024 | $329.84 | 20542 | 09/05/2024 | $1,069.03 |
| 271 | 09/19/2024 | $573.50 | 20543 | 09/05/2024 | $979.26 |
| 273* | 09/12/2024 | $877.31 | 20544 | 09/09/2024 | $846.11 |
| 275* | 09/12/2024 | $928.36 | 20544 | 09/12/2024 | $846.11 |
| 276 | 09/12/2024 | $746.47 | 20545 | 09/05/2024 | $566.07 |
| 277 | 09/12/2024 | $807.42 | 20546 | 09/19/2024 | $571.36 |
| 278 | 09/12/2024 | $659.25 | 20557* | 09/12/2024 | $833.26 |
| 279 | 09/12/2024 | $679.62 | 20558 | 09/18/2024 | $658.19 |
| 280 | 09/24/2024 | $399.91 | 20559 | 09/12/2024 | $989.13 |
| 281 | 09/23/2024 | $144.72 | 20560 | 09/12/2024 | $1,069.02 |
| 282 | 09/24/2024 | $314.53 | 20561 | 09/12/2024 | $549.20 |
| 283 | 09/24/2024 | $469.55 | 20562 | 09/12/2024 | $846.11 |
| 283 | 09/30/2024 | $469.55 | 20563 | 09/12/2024 | $880.86 |
| 285* | 09/19/2024 | $853.46 | 20565* | 09/19/2024 | $514.87 |
| 286 | 09/19/2024 | $829.65 | 20578* | 09/19/2024 | $723.95 |
| 287 | 09/23/2024 | $752.89 | 20579 | 09/23/2024 | $627.70 |

## Business Analysis - XXXXXX5710 (continued)

### Checks Cleared (continued)

| Check Nbr | Date | Amount | | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|
| 20579 | 09/27/2024 | $627.70 | | 20585 | 09/19/2024 | $514.54 |
| 20580 | 09/19/2024 | $989.14 | | 20597* | 09/26/2024 | $723.95 |
| 20581 | 09/19/2024 | $1,069.02 | | 20598 | 09/27/2024 | $677.70 |
| 20582 | 09/20/2024 | $846.11 | | 20600* | 09/26/2024 | $1,069.02 |
| 20583 | 09/19/2024 | $880.87 | | 20601 | 09/27/2024 | $1,017.16 |
| 20584 | 09/20/2024 | $800.90 | | 20602 | 09/27/2024 | $880.34 |

\* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09/03/2024 | $82,394.09 | 09/12/2024 | $4,814.23 | 09/23/2024 | -$2,057.08 |
| 09/04/2024 | $13,378.66 | 09/13/2024 | $3,246.65 | 09/24/2024 | $80,235.12 |
| 09/05/2024 | $6,618.22 | 09/16/2024 | $3,080.72 | 09/25/2024 | $10,285.92 |
| 09/06/2024 | $1,328.29 | 09/17/2024 | $86,080.72 | 09/26/2024 | $9,545.02 |
| 09/09/2024 | -$292.97 | 09/18/2024 | $15,172.26 | 09/27/2024 | $3,797.49 |
| 09/10/2024 | $86,053.14 | 09/19/2024 | $3,603.88 | 09/30/2024 | $2,575.05 |
| 09/11/2024 | $15,526.35 | 09/20/2024 | $710.03 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

Case 24-45150-VFP Doc 227 Filed 10/30/24 Entered 10/30/24 14:21:53 Desc Main
Document Page 129 of 148
Supplemental Document Page 129 of 146

Statement Ending 09/30/2024

**DIME**
898 Veterans Memorial Highway
Suite 560
Hauppauge, NY 11788

| | |
|---|---|
| #0136     09/23/2024     $911.96 | #0136     09/23/2024     $911.96 |
| #0185     09/19/2024     $549.69 | #0185     09/19/2024     $549.69 |
| #0187     09/06/2024     $820.47 | #0187     09/06/2024     $820.47 |
| #0214     09/19/2024     $553.40 | #0214     09/19/2024     $553.40 |
| #0216     09/06/2024     $1,146.39 | #0216     09/06/2024     $1,146.39 |

| #0223 | 09/06/2024 | $393.93 | #0223 | 09/06/2024 | $393.93 |
| #0229 | 09/25/2024 | $147.20 | #0229 | 09/25/2024 | $147.20 |
| #0238 | 09/04/2024 | $526.90 | #0238 | 09/04/2024 | $526.90 |
| #0249 | 09/13/2024 | $349.73 | #0249 | 09/13/2024 | $349.73 |
| #0250 | 09/04/2024 | $618.47 | #0250 | 09/04/2024 | $618.47 |

**DIME**

898 Veterans Memorial Highway
Suite 560
Hauppauge, NY 11788

703 BAKERY CORP
Account Number: XXXXXX5710

Page 7 of 20

| | | | | | |
|---|---|---|---|---|---|
| #0260 | 09/19/2024 | $160.20 | #0260 | 09/19/2024 | $160.20 |
| #0261 | 09/05/2024 | $838.58 | #0261 | 09/05/2024 | $838.58 |
| #0263 | 09/05/2024 | $583.70 | #0263 | 09/05/2024 | $583.70 |
| #0264 | 09/09/2024 | $775.15 | #0264 | 09/09/2024 | $775.15 |
| #0265 | 09/06/2024 | $875.47 | #0265 | 09/06/2024 | $875.47 |
| #0266 | | $506.18 | | | |



| #0267 | 09/05/2024 | $901.40 | #0267 | 09/05/2024 | $901.40 |
| #0268 | 09/16/2024 | $165.93 | #0268 | 09/16/2024 | $165.93 |
| #0269 | 09/13/2024 | $301.03 | #0269 | 09/13/2024 | $301.03 |
| #0270 | 09/23/2024 | $329.84 | #0270 | 09/23/2024 | $329.84 |
| #0271 | 09/19/2024 | $573.50 | #0271 | 09/19/2024 | $573.50 |

# DIME

898 Veterans Memorial Highway
Suite 560
Hauppauge, NY 11788

**Statement Ending 09/30/2024**

**703 BAKERY CORP**                    Page 9 of 20
**Account Number: XXXXXX5710**

| | | |
|---|---|---|
| #0275 | 09/12/2024 | $928.36 |
| #0276 | 09/12/2024 | $746.47 |
| #0277 | 09/12/2024 | $807.42 |
| #0278 | 09/12/2024 | $659.25 |
| #0279 | 09/12/2024 | $679.62 |



#0281          09/23/2024          $144.72



#0281          09/23/2024          $144.72



#0282          09/24/2024          $314.53



#0282          09/24/2024          $314.53



#0283          09/24/2024          $469.55



#0283          09/24/2024          $469.55



#0283          09/30/2024          $469.55



#0283          09/30/2024          $469.55

#0285          09/19/2024          $853.46

#0285          09/19/2024          $853.46

# DIME

898 Veterans Memorial Highway
Suite 560
Hauppauge, NY 11788

**Statement Ending 09/30/2024**

*703 BAKERY CORP*  Page 11 of 20
**Account Number: XXXXXX5710**



| #0287 | 09/23/2024 | $752.89 |
| #0287 | 09/23/2024 | $752.89 |
| #0288 | 09/20/2024 | $789.61 |
| #0288 | 09/20/2024 | $789.61 |
| #0289 | 09/19/2024 | $731.52 |
| #0289 | 09/19/2024 | $731.52 |
| #0290 | 09/19/2024 | $854.98 |
| #0290 | 09/19/2024 | $854.98 |
| #0291 | 09/24/2024 | $816.36 |
| #02  | 09/24/2024 | $816.36 |
| #0295 | 09/25/2024 | $419.41 |



| #0298 | 09/26/2024 | $852.29 | #0298 | 09/26/2024 | $852.29 |
| #0299 | 09/26/2024 | $803.80 | #0299 | 09/26/2024 | $803.80 |
| #0300 | 09/26/2024 | $761.53 | #0300 | 09/26/2024 | $761.53 |
| #0301 | 09/27/2024 | $919.79 | #0301 | 09/27/2024 | $919.79 |
| #0302 | 09/27/2024 | $730.05 | #0302 | 09/27/2024 | $730.05 |

# DIME

898 Veterans Memorial Highway
Suite 560
Hauppauge, NY 11788

**703 BAKERY CORP**  Page 13 of 20

**Account Number: XXXXXX5710**

***Statement Ending 09/30/2024***



#0304   09/26/2024   $578.79

#0304   09/26/2024   $578.79

#0305   09/30/2024   $752.89

#0305   09/30/2024   $752.89

#20506   09/03/2024   $625.99

#20506   09/03/2024   $625.99

#20511   09/19/2024   $495.86

#20511   09/19/2024   $495.86

#20524   09/03/2024   $572.79

#20524   09/03/2024   $572.79



| #20529 | 09/19/2024 | $576.35 | | #20529 | 09/19/2024 | $576.35 |
| #20539 | 09/05/2024 | $833.26 | | #20539 | 09/05/2024 | $833.26 |
| #20540 | 09/06/2024 | $622.75 | | #20540 | 09/06/2024 | $622.75 |
| #20541 | 09/05/2024 | $989.14 | | #20541 | 09/05/2024 | $989.14 |
| #20542 | 09/05/2024 | $1,069.03 | | #20542 | 09/05/2024 | $1,069.03 |

# DIME

898 Veterans Memorial Highway
Suite 560
Hauppauge, NY 11788

703 BAKERY CORP

Account Number: XXXXXX5710

Page 15 of 20

| #20544 | 09/09/2024 | $846.11 | #20544 | 09/09/2024 | $846.11 |
|---|---|---|---|---|---|
| #20544 | 09/12/2024 | $846.11 | #20544 | 09/12/2024 | $846.11 |
| #20545 | 09/05/2024 | $566.07 | #20545 | 09/05/2024 | $566.07 |
| #20546 | 09/19/2024 | $571.36 | #20546 | 09/19/2024 | $571.36 |
| #20557 | 09/12/2024 | $833.26 | #20557 | 09/12/2024 | $833.26 |



#20559 09/12/2024 $989.13 #20559 09/12/2024 $989.13

#20560 09/12/2024 $1,069.02 #20560 09/12/2024 $1,069.02

#20561 09/12/2024 $549.20 #20561 09/12/2024 $549.20

#20562 09/12/2024 $846.11 #20562 09/12/2024 $846.11

#20563 09/12/2024 $880.86 #20563 09/12/2024 $880.86

# DIME

898 Veterans Memorial Highway
Suite 560
Hauppauge, NY 11788

**703 BAKERY CORP**                    Page 17 of 20
**Account Number: XXXXXX5710**

**Statement Ending 09/30/2024**

| #20578 | 09/19/2024 | $723.95 |
|--------|------------|---------|

| #20579 | 09/23/2024 | $627.70 |
|--------|------------|---------|

| #20579 | 09/27/2024 | $627.70 |
|--------|------------|---------|

| #20580 | 09/19/2024 | $989.14 |
|--------|------------|---------|

| #20581 | 09/19/2024 | $1,069.02 |
|--------|------------|-----------|

Case 24-15150-VFP    Doc 227-7    Filed 10/20/23    Entered 10/20/23 16:42:53    Desc Main
Supplement    Document    Page 142 of 148    Page 16 of 16

703 BAKERY CORP                              XXXXXX5710              Statement Ending 09/30/2024              Page 18 of 20



| | | |
|---|---|---|
| #20583 | 09/19/2024 | $880.87 |
| #20584 | 09/20/2024 | $800.90 |
| #20585 | 09/19/2024 | $514.54 |
| #20597 | 09/26/2024 | $723.95 |
| #20598 | 09/27/2024 | $677.70 |

**Statement Ending 09/30/2024**



703 BAKERY CORP

Page 19 of 20

Account Number: XXXXXX5710





| #20601 | 09/27/2024 | $1,017.16 |
| #20601 | 09/27/2024 | $1,017.16 |
| #20602 | 09/27/2024 | $880.34 |
| #20602 | 09/27/2024 | $880.34 |

This page left intentionally blank

**EXHIBIT B - Cash on hand on the Effective Date**

Cash on hand on the Effective Date:                              $

Checking, savings, money market or brokerage accounts:

Less –

       Amount of Administrative Expenses
       payable on effective date of Plan                 $

       Amount of statutory costs and charges              $0.00

       Amount of cure payments for executory contracts    $0.00

       Other Plan Payments due on Effective Date          $

           Balance after paying these amounts……..      $

The sources of the cash the Debtor will have on hand by the Effective Date are estimated as follows:

       $        Cash in the Debtor's bank account now

       + $       Additional cash Debtor will accumulate from net earnings between now
                and Effective Date [state the basis for such projections]

       $        Total

## EXHIBIT C - Liquidation Analysis

### *Debtor's Estimated Liquidation Value of Assets*

**Assets**

|   |   |   |
|---|---|---|
| a. | Machinery, equipment, vehicles | $ |
| b. | Office furniture | $ |
| c. | Cash / financial assets | $ |
| d. | Security Deposit | $ |
| e. | Accounts Receivables | $ |
| f. | Other | $ |
| g. | Real Property | $0 |

**Less:  Secured Claims**

.                                                                  $2,008,144.87[14]
                                                                   $

**Less:**
Chapter 11 Administrative Expenses                 **$263,042.51**
**Less:**
Priority claims, excluding Administrative Expense claims      $

    (1) Balance for unsecured claims                    $

    (2) Total dollar amount of unsecured claims     $4,124,812.39

***Percentage of Claims Which Unsecured Creditors Would Receive Or Retain in a Chapter 7 Liquidation:***      %

***Percentage of Claims Which Unsecured Creditors Will Receive or Retain under the Plan:***      %

---

[14] Subject to dispute.

Exhibit D - Projections

703 BAKERY CORP
24-15150-VFP
Five Year Projected Cash Flow

| | Nov-24 | Dec-24 | 2025 | 2026 | 2027 | 2028 | 2029 |
|---|---|---|---|---|---|---|---|
| Total Sales | $ 900,000 | $ 900,000 | $ 11,750,000 | $11,867,500 | $ 11,986,175 | $ 12,106,037 | $ 12,227,097 |
| COGS @ 21% | 189,000 | 189,000 | 2,467,500 | 2,492,175 | 2,517,097 | 2,542,268 | 2,567,690 |
| Payroll & Taxes | 432,407 | 432,407 | 5,428,887 | 5,510,320 | 5,592,975 | 5,626,870 | 5,661,273 |
| Rent | 105,000 | 105,000 | 1,272,000 | 1,291,080 | 1,310,446 | 1,330,103 | 1,350,054 |
| Utilities | 41,000 | 41,000 | 534,000 | 534,000 | 534,000 | 534,000 | 534,000 |
| Sales Tax | 54,000 | 54,000 | 705,000 | 712,050 | 719,171 | 726,362 | 733,626 |
| Credit Card Fees | 27,000 | 27,000 | 352,500 | 356,025 | 359,585 | 363,181 | 366,813 |
| Insurance | 13,000 | 13,000 | 156,000 | 156,000 | 156,000 | 156,000 | 156,000 |
| Software Expenses | 12,500 | 12,500 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 |
| Advertising & marketing | 10,000 | 10,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 |
| Repairs & Maintenance | 5,000 | 5,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 |
| Vehicle gas & fuel | 4,000 | 4,000 | 50,400 | 50,400 | 50,400 | 50,400 | 50,400 |
| Supplies | 5,000 | 5,000 | 63,000 | 63,000 | 63,000 | 63,000 | 63,000 |
| Rabinical Supervision | 7,500 | 7,500 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 |
| Travel & Delivery | 3,800 | 3,800 | 47,880 | 47,880 | 47,880 | 47,880 | 47,880 |
| Truck Lease | 3,778 | 3,778 | 45,336 | 45,336 | 45,336 | 45,336 | 45,336 |
| Equipment Leases | 5,200 | 5,200 | 62,400 | 62,400 | 62,400 | 62,400 | 62,400 |
| Office Expenses | 4,500 | 4,500 | 54,000 | 54,000 | 54,000 | 54,000 | 54,000 |
| Total Expenses | 733,685 | 733,685 | 9,191,403 | 9,302,491 | 9,415,193 | 9,479,532 | 9,544,782 |
| Cash Flow From Operations | (22,685) | (22,685) | 91,097 | 72,834 | 53,885 | 84,237 | 114,625 |
| Money from Investor | 150,000 | 150,000 | | | | | |
| **Less Plan Payments:** | | | | | | | |
| SBA | 741 | 741 | 8,892 | 8,892 | 8,892 | 8,892 | 8,892 |
| Priority Sales Tax | | | 32,609 | 32,609 | 32,609 | 32,609 | 32,609 |
| Admin Claims | | 50,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 |
| Unsecured Claims | | | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 |
| Beginning Cash | 25,000 | 151,574 | 228,148 | 192,744 | 139,076 | 66,461 | 24,197 |
| Ending Cash | $ 151,574 | $ 228,148 | $ 192,744 | $ 139,076 | $ 66,461 | $ 24,197 | $ 12,321 |