**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)
**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, NJ 07068
(973) 622-1800
Anthony Sodono, III (asodono@msbnj.com)
Sari B. Placona (splacona@msbnj.com)
*Attorneys for 703 Bakery Corp., Debtor/Debtor-in-Possession*

In re:

703 BAKERY CORP.,

  Debtor.

Case No. 24-15150 (VFP)

Chapter 11; Subchapter V

Honorable Vincent F. Papalia

## ADJOURNMENT REQUEST

1. I, Anthony Sodono, III,

   ☒ am the attorney for 703 Bakery Corp., Debtor/Debtor-in-Possession in the captioned matter and request an adjournment of the following hearing for the reason set forth below.

   Matter:  AJH Management's Motion for Relief from the Automatic Stay (Doc. No. 224)

   Current hearing date and time:  January 22, 2025, at 10:00 a.m.

   New date requested:  February 4, 2025, at 10:00 a.m.

   Reasons for adjournment request:  Attempt to resolve.

2. Consent to adjournment:

   ☒ I have the consent of all parties.  ☐ I do not have the consent of all parties
          (explain below):

   I hereby certify under peanlty of perjury that the foregoing is true.

Dated: January 15, 2025

  */s/ Anthony Sodono, III*
  Anthony Sodono, III

**COURT USE ONLY**

_____

The request for adjournment is:

[X] Granted      New hearing date: 2/4/25 at 10am      ☐ Peremptory

☐ Granted over objection(s)  New hearing date:_____      ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

2

4917-8491-1376, v. 1