UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WELTMAN, WEINBERG & REIS CO., LPA
By: Cameron Deane, Esq. (Atty. I.D.# 36334-2021)
520 Walnut Street, Suite 1355
Philadelphia, PA 19106
267-940-1643
WWR# 041498013

Attorneys for Movant: CIT Bank, A Division of First Citizens Bank

| | |
|---|---|
| In Re: | Case No.:    24-15150-VFP |
| 703 BAKERY CORP. | Chapter:    11 |
| | Judge:    Vincent F. Papalia |

# CREDITOR'S
# CERTIFICATION OF DEFAULT

Cameron Deane, Esquire, certifies as follows:

1. I am a /an Attorney for CIT Bank, A Division of First Citizens Bank, a secured creditor of the debtor.

2. On December 4, 2025 , an Order was entered, a copy of which is attached as an exhibit, providing for the cure of post petition arrearages, and in default of such monthly payments for a 30 day period, allowing the secured creditor ex parte relief to vacate the stay, with notice to the trustee, debtor and his attorney, if any.

3. Debtor has failed to comply with the order:

    ☐ By missing payments and/or by failing to make the correct payments as summarized on the attached Certification of Creditor Regarding Post Petition Payment History.

☒ Other Failing to remit payments due pursuant to the consent order .

4. This certification is being made in an effort to enforce the prior order of this court and to vacate the stay.

5. I certify under penalty of perjury that the above is true.

Date: February 6, 2025                             /s/ Cameron Deane
                                                              Signature

*rev.8/1/15*