| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY | |
| **WELTMAN, WEINBERG & REIS CO., LPA**<br>By: Cameron Deane, Esq. (Atty. I.D.# 36334-2021)<br>520 Walnut Street, Suite 1355<br>Philadelphia, PA 19106<br>267-940-1643<br>WWR# 041498013<br>Attorneys for Movant: CIT Bank, A Division of First Citizens Bank | Order Filed on February 24, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN re:<br><br>703 BAKERY CORP.<br>    Debtor | Case No.: 24-15150-VFP<br><br>Chapter: 11<br><br>Judge: Vincent F. Papalia |

# ORDER VACATING STAY

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED**

**DATED: February 24, 2025**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**(Page 2)**
Debtor: 703 BAKERY CORP.
Case No: 24-15150-VFP
Caption of Order: ORDER VACATING STAY

---

Upon the Certification of Default of Consent Order between Debtor and **CIT Bank, A Division of First Citizens Bank**, or its successors or assignees, under Bankruptcy Code §362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to pursue the Movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

☐ Real property more fully described as:

☑ Personal property more fully described as:

See property description contained in Exhibit A attached hereto.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

Nothing contained in this Order shall in any way prejudice, impair, or otherwise affect the interests of any other party in and to the Equipment, if any such interests exists.

The movant shall serve this Order on the Debtor, any Trustee and any other party who entered an appearance on the Motion.

## **EXHIBIT A**

## Equipment subject of Motion for Relief from Stay filed at docket no.: 93:

Two (2) Custom WIESHEU Dibas 64 Blue Baking Bake Bread Ovens, bearing serial numbers 154730573684 and 154730573685

One (1) Custom Model No.: RW1548E LVO Pot/Pan Washer

## Equipment subject of Motion for Relief from Stay filed at docket no.: 94:

One (1) COMBO WALKIN Atlantic Model Combo Walkin Refrigerator

One (1) REFRIGERATION

One (1) HOODED UNITED Kitchen Model 2-PSP-F-12ft 0" Long Exhaust-Only Wall Canopy Hood

One (1) OVEN Custom Model No.: VMC-H48 Alto-Shaam VMC-H4H Vector H Series Multi-Cook Oven – 209-240V, 3 Phase with DELUXE CONTROLES Deluxe Controls

One (1) ICE MAKER WITH BIN, CUBE-STYLE

One (1) GAS CONNECTOR HOSE KIT/ASSEMBLY

One (1) DISPLAY CASE, REFRIGERATED BAKERY

One (1) DISPLAY CASE, REFRIGERATED BAKERY

One (1) PIZZA PREP

One (1) PASTA COOKER, GAS

One (1) RANGE, 36", 6 OPEN BURNERS & a SRS-36 Sierra Salamander Broiler, natural gas

One (1) MEGA TOP SANDWICH/SALAD PREPARATION REFRIGERATOR WITH DCOS-1874 Double Overshelf, 73-3/4"W x 18"D x 32"H, 20/201 stainless steel shelves, 1" dia. Stainless steel tubular supports, for work tables, ETL-Sanitation

One (1) MEGA TOP SANDWICH/SALAD PREPARATION REFRIGERATOR WITH DCOS-1850 Double Overshelf, 49-5/8"W x 18"D x 32"H, 20/201 stainless steel shelves, 1" dia. Stainless steel tubular supports, for work tables, ETL-Sanitation

One (1) GRIDDLE, GAS, COUNTERTOP

One (1) EQUIPMENT STAND, FOR COUNTERTOP COOKING

One (1) EQUIPMENT STAND, REFRIGERATED BASE

One (1) BLENDER BAR

One (1) CONVEYOR TOASTER

One (1) WORK TABLE, STAINLESS STEEL TOP with SMDOS-1472 Overshelf, table mounted, double, 72"W x 14"D, rolled rim edges at front and rear, flat edge at ends, adjustable bottom shelf, 18/400 series stainless steel construction, 1" stainless steel tubular posts, KD, NSF
One (1) WORK TABLE, STAINLESS STEEL TOP
One (1) PREP UNIT 96
One (1) EQUIPMENT STAND, FOR COUNTERTOP COOKING

**Equipment subject of Motion for Relief from Stay filed at docket no.: 95:**

One (1) custom themalite walkin 131 x 13 refrigerator
One (1) custom themalite walkin 21' x 131" freezer with floor