UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
(973) 622-1800
Anthony Sodono, III (asodono@msbnj.com)
Sari B. Placona (splacona@msbnj.com)
*Counsel to 703 Bakery Corp., Reorganized
Subchapter V Chapter 11 Debtor and Debtor-in-
Possession*

In re:

703 BAKERY CORP.,

      Reorganized Debtor.

Case No. 24-15150 (VFP)

Chapter 11; Subchapter V

## CERTIFICATION OF OLEG AZIZOV IN SUPPORT OF THE REORGANIZED DEBTOR'S MOTION OBJECTING TO AND DISALLOWING OR REDUCING PROOF OF CLAIM NOS. 3, 74, AND 75 AND AMENDED PROOF OF CLAIM NOS. 3 AND 74, PURSUANT TO 11 U.S.C. § 502(b), AND FED. R. BANKR. P. 3007(d), AND D.N.J. LBR 3007-1

**OLEG AZIZOV**, of full age, hereby certifies as follows:

1.    I am the President, Owner, and Chief Executive Officer of 703 Bakery Corp., the Reorganized Subchapter V Chapter 11 Debtor (the "Debtor"). I am fully familiar with the Debtor's business and financial affairs, including the facts and circumstances set forth herein.

2.    If I am called to testify as a witness in this matter, I would competently testify to each of the facts set forth herein.

3.    I make this certification in support of Debtor's Motion Objecting to Proof of Claim Nos. 3, 74 and 75 and Amended Proof of Claim Nos. 3 and 74, Pursuant to 11 U.S.C. § 502(b), Fed. R. Bankr. P. 3007(d), and D.N.J. LBR 3007-1 (the "Motion") regarding claims by State of New Jersey Division of Taxation Bankruptcy Unit (the "NJ Div. Tax") and of New York State

Dept. of Tax & Finance (the "NYS Dept. Tax," collectively the "Tax Claims"). The Motion is the

first objection to the allowance of NYS Dept. Tax's proof of claim and amended proof of claim 3

and 74 ("NYS Dept. Tax's Claims") and NJ Div. Tax's proof of claim 75 ("NJ Div. Tax's Claim")

listed on **Exhibit A** (the "Disputed Claims") submitted herewith.

4.      The Debtor is an artisan bakery and café and operates a manufacturing facility in

Lyndhurst, New Jersey as well as retail stores in New York and New Jersey.

5.      On May 21, 2024, the Debtor filed a voluntary petition under Title 11 of the

Bankruptcy Code. ECF 1.

6.      On May 24, 2024, Mark Politan was appointed the Subchapter V Trustee (the

"Subchapter V Trustee") of the Debtor's estate. ECF 16.

7.      On October 23, 2024, the Debtor filed its Combined First Amended Plan of

Reorganization and Disclosure Statement (the "Plan"). ECF 178.

8.      On December 16, 2024 (the "Confirmation Date"), the Court entered an Order

Confirming the Debtor's Plan. ECF 220.

9.      Pursuant to paragraph 2.3 of the Debtor's Plan, the Debtor reserved the right to

object to the amount or validity of any claim within sixty (60) days of the Confirmation Date. ECF

178, 220.

10.     Under the Debtor's Plan, the deadline to file an objection to a claim was set to

expire on February 14, 2025. Id.

11.     On March 11, 2025, the Court granted the Debtor's Motion to Extend Time to File

Objections to Claims Pursuant to Fed. R. Bankr. P. 9006(b) and 11 U.S.C. § 105(a) (the "Extension

Motion") from February 14, 2025, through and including April 16, 2025. ECF 247.  Pursuant to

the Extension Motion, the Debtor stated it preliminary disagreed with the Disputed Claims. Id.

**NJ Div. Tax's Claim**

12.     The Debtor filed late tax returns in New Jersey subsequent to NJ Div. Tax's Claim.

13.     NJ Div. Tax asserts it has a total claim of $348,350.79, with $336,060.28 in taxes and penalties owed regarding the Debtor's sales tax.

a.  When the Debtor's tax accounts were established with NJ Div. Tax, the Debtor's accounts were separated into three (3) separate sub accounts: 000, 001, and 002. Due to changes in management, the Debtor was unaware as to the existence of sub accounts 001 and 002 and solely filed its sales tax under the 000 sub account.

b.  On October 1, 2024, NJ Div. Tax's Claim asserts delinquent tax filings for sub account 000 for a total amount of $53,874.38. Moreover, NJ Div. Tax's Claim asserted delinquencies for sub accounts 001 and 002, assessing an additional tax liability of $140,000.00 per sub account.

c.  On January 9, 2025, the Debtor filed late quarterly sales tax returns for the missing periods ending:

i.   September 30, 2023,

ii.  December 30, 2023,

iii. March 31, 2024,

iv.  June 30, 2024,

v.   September 30, 2024, and

vi.  December 30, 2024.

d.  As such, all New Jersey sales taxes have been properly filed and reported, consolidated under the 000 sub account.

14.     Vestcorp, LLC, Debtor's accountant (the "Accountant"), communicated with the New Jersey Division of Revenue and the Division of Taxation regarding this procedural discrepancy. Both divisions were satisfied with closing of the Debtor's 001 and 002 sub accounts and for continued filing solely under the 000 sub account.

15.     Despite the Debtor's submission of delinquent tax filings, the Department of Treasury refuses to withdraw or amend NJ Div. Tax's Claim on grounds that the Debtor's 000 sub account was not originally established as Debtor's 'home location.' The Debtor filed late returns for New Jersey, which reflect the Debtor owes sales tax returns pursuant to NJ Div. Tax's Claim in the total amount of $12,831.35, and whatever late fees and penalties NJ Div. Tax will assess pursuant to the filed late returns. The Debtor is not disputing the general unsecured schedule of liabilities of NJ Div. Tax's claim. Annexed as **Exhibit B** are the Debtor's filed late quarterly returns which were accepted, but which NJ Div. Tax refused to use as a basis to amend NJ Div. Tax's Claim due to the aforementioned procedural error with the sub accounts.

16.     The Debtor disputes NJ Div. Tax's Claim on grounds that additional amounts owed under the sub-accounts constitute a procedural error. The Debtor's Accountant attempted to resolve NJ Div. Tax's Claim  by communicating in good faith with the relevant New Jersey taxation divisions . The Debtor submits NJ Div. Tax's Claim penalizes the Debtor not for taxes due and owed, but rather for an obscure procedural error. The Debtor's Accountant attempted to reconcile this error with the NJ Div. Tax but was denied on procedural grounds. NJ Div Tax represented it cannot reassess its claim concerning the sub accounts, which is unreasonable.

**NYS Dept. Tax's Claims**

17.     The Debtor filed amended tax returns subsequent to NYS Dept. Tax's Claims which resulted in NYS Dept. Tax filing amended claims on February 10, 2025.

a.  On May 30, 2024, NYS Dept. Tax filed proof of claim 3 in the amount of $42,234.27 for corporate sales tax delinquency. On February 10, 2025, NYS Dept. Tax amended proof of claim 3 to reflect a total amount of $70,322.91, with $58,213.70 in taxes and penalties owed regarding the Debtor's income tax.

b.  On September 26, 2024, NYS Dept. Tax filed proof of claim 74 claiming $30,934.11 for corporate sales tax delinquency. On February 10, 2024, NYS Dept Tax amended proof of claim 74 downward to $27,564.32 for sales tax, with a total of $27,564.32 taxes and penalties owed regarding the Debtor's sales tax.

The Debtor disagrees with NYS Dept. Tax's Claim because the amended claims did not reflect certain credits which should have reduced the tax liabilities assessed. Annexed as **Exhibit C** are quarterly returns filed by the Debtor for quarters ending on November 30, 2023, and February 29, 2024, which reflect tax credits of $43,900.39 for the former quarter, and $29,998.21 for the latter quarter. Therefore, the Debtor submits the Disputed Claims must be reduced.

I hereby certify that the above statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:  April 16, 2025                                    By:  ___*/s/ Oleg Azizov*_____
                                                                            OLEG AZIZOV

# EXHIBIT A

<table>
<tr><td colspan="2">

**Fill in this information to identify the case:**

Debtor 1   703 Bakery Corp.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court   **District of New Jersey**

Case number:  **24–15150**

</td><td>

FILED

**U.S. Bankruptcy Court**
**District of New Jersey**

2/10/2025

**Jeanne Naughton, Clerk**

</td></tr>
</table>

## Official Form 410
## Proof of Claim

12/24

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:  Identify the Claim

| | |
|---|---|
| **1. Who is the current creditor?** | New York State Dept of Tax & Finance<br><br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor |
| **2. Has this claim been acquired from someone else?** | ☒ No<br>☐ Yes. From whom? |
| **3. Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br>New York State Dept of Tax & Finance<br><br>Name<br><br>Bankruptcy Section<br>PO Box 5300<br>Albany, NY 12205–0300<br><br>Contact phone   518–457–3160<br><br>Contact email<br><br>Uniform claim identifier (if you use one):          **Where should payments to the creditor be sent?** (if different)<br><br>Name<br><br><br>Contact phone<br><br>Contact email |
| **4. Does this claim amend one already filed?** | ☐ No<br>☒ Yes. Claim number on court claims registry (if known)   3   Filed on  05/30/2024<br>                                                        MM / DD / YYYY |
| **5. Do you know if anyone else has filed a proof of claim for this claim?** | ☒ No<br>☐ Yes. Who made the earlier filing? |

Official Form 410                         Proof of Claim                         page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

| 6. Do you have any number you use to identify the debtor? | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: | 6422 |
|---|---|---|

| 7. How much is the claim? | $    70322.91 | **Does this amount include interest or other charges?**<br>☐ No<br>☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
|---|---|---|

| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as healthcare information.<br><br>INCOME TAX |
|---|---|

| 9. Is all or part of the claim secured? | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br>**Nature of property:**<br>☐ Real estate.    If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410–A) with this *Proof of Claim.*<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:** $ _____<br><br>**Amount of the claim that is secured:** $ _____<br><br>**Amount of the claim that is unsecured:** $ _____    (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $ _____<br><br>**Annual Interest Rate** (when case was filed)    _____ %<br><br>☐ Fixed<br>☐ Variable |
|---|---|

| 10. Is this claim based on a lease? | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____ |
|---|---|

| 11. Is this claim subject to a right of setoff? | ☑ No<br>☐ Yes. Identify the property: _____ |
|---|---|

Official Form 410                    Proof of Claim                    page 2

| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☐ No | | |
| | | ☑ Yes. *Check all that apply:* | | Amount entitled to priority |

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).  $ _____

☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).  $ _____

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).  $ _____

☑ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).  $ 58213.70

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).  $ _____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies  $ _____

* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    2/10/2025

MM / DD / YYYY

/s/ Renaud/Pugliese

Signature

Print the name of the person who is completing and signing this claim:

Name    Renaud/Pugliese

First name    Middle name    Last name

Title    TCM1/Office Asst. 2

Company    New York State Dept. of Tax & Finance Bankruptcy

Identify the corporate servicer as the company if the authorized agent is a servicer

Address    P O Box 5300

Number   Street

Albany, NY 12205–0300

City   State   ZIP Code

Contact phone    518–457–3160    Email

**New York State Department of**
# Taxation and Finance

Bankruptcy Section
P O Box 5300
Albany NY 12205-0300

(518) 457-3160

| | |
|---|---|
| Statement date: | 2/12/2025 |
| Amendment: | 1st |
| Case number: | 24-15150 VFP |
| Refer to this number for inquiries | |
| Total claim amount: | $70,322.91 |

## Pre-Petition Proof of Claim

Taxpayer ID#:   B-47-3786422-5
B-TF-3343121-3

UNITED STATES BANKRUPTCY COURT
TOTAL DISTRICT OF NEW JERSEY
MLK JR FEDERAL BUILDING
50 WALNUT ST, 3RD FLOOR
NEWARK, NJ  07102-2506

This is a statement of tax liabilities for 703 BAKERY CORP. and 703 BAKERY CORP.. Penalty and interest for each liability is computed to 5/21/2024.

**Unsecured Priority Liabilities**

| Tax Type | Period End | Notice Number | Tax | Penalty | Interest | Total | Type |
|---|---|---|---|---|---|---|---|
| CORP | 12/31/22 | L-059455350-8 | 0.00 | 0.00 | 22.50 | 22.50 | ACT |
| SALES | 08/31/23 | L-058938176-6 | 52,656.10 | 0.00 | 5,535.10 | 58,191.20 | ACT |
| | | | | | SubTotal $ | 58,213.70 | |

**General Unsecured Liabilities**

| Tax Type | Period End | Notice Number | Tax | Penalty | Interest | Total | Type |
|---|---|---|---|---|---|---|---|
| CORP | 12/31/22 | L-059455350-8 | 0.00 | 724.81 | 0.00 | 724.81 | ACT |
| SALES | 08/31/23 | L-058938176-6 | 0.00 | 11,384.40 | 0.00 | 11,384.40 | ACT |
| | | | | | SubTotal $ | 12,109.21 | |

This claim amends and supercedes the previous claim dated 6/3/2024.
Current Annual Interest Rates by Tax Type: Corporation - 11%, Sales and Use - 14.5%
Liability Type Descriptions: ACT - Actual Return Filed

TC-988 (10/00)      25020730036000747

Case 24-15150-VFP    Doc 254-2    Filed 04/16/25    Entered 04/16/25 14:31 Page Desc

**Fill in this information to identify the case:**

Debtor 1  703 Bakery Corp.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court    **District of New Jersey**

Case number:  **24–15150**

FILED

**U.S. Bankruptcy Court**
**District of New Jersey**

2/10/2025

**Jeanne Naughton, Clerk**

Official Form 410
# Proof of Claim

12/24

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

New York State Dept of Tax & Finance

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

New York State Dept of Tax & Finance

Name

Bankruptcy Section
PO Box 5300
Albany, NY 12205–0300

Contact phone _____ 518–457–3160 _____

Contact email _____

Uniform claim identifier (if you use one):
_____

Where should payments to the creditor be sent? (if different)

Name

Contact phone _____

Contact email _____

**4. Does this claim amend one already filed?**

☐ No
☒ Yes. Claim number on court claims registry (if known)  74    Filed on  09/26/2024
                                                                        MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing?  _____

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

| | | |
|---|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☐ No ☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: | 6422 |

**7. How much is the claim?**   $ 27564.32

Does this amount include interest or other charges?
☐ No
☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as healthcare information.

SALES TAX

**9. Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**
☐ Real estate.   If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410–A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe:

**Basis for perfection:**

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**   $

**Amount of the claim that is secured:**   $

**Amount of the claim that is unsecured:**   $   (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**   $

**Annual Interest Rate** (when case was filed)   %

☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property:

---

Official Form 410    Proof of Claim    page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☐ No<br>☑ Yes. *Check all that apply:* | | Amount entitled to priority |
|---|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | | $ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | | $ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | | $ |
| | ☑ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | | $ 27564.32 |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | | $ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies | | $ |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | | |

## Part 3:  Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
**18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☑  I am the creditor.

☐  I am the creditor's attorney or authorized agent.

☐  I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐  I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    2/10/2025

MM / DD / YYYY

/s/  Renaud/Pugliese

Signature

Print the name of the person who is completing and signing this claim:

| Name | Renaud/Pugliese |
|---|---|
| | First name    Middle name    Last name |
| Title | TCM1/Office Asst. 2 |
| Company | New York State Dept. of Tax & Finance Bankruptcy |
| | Identify the corporate servicer as the company if the authorized agent is a servicer |
| Address | P O Box 5300 |
| | Number   Street |
| | Albany, NY 12205–0300 |
| | City   State   ZIP Code |
| Contact phone | 518–457–3160 | Email |

New York State Department of
**Taxation and Finance**

Bankruptcy Section
P O Box 5300
Albany NY 12205-0300

(518) 457-3160

**Statement date:** 2/12/2025

**Amendment:** 1st

**Case number:** 24-15150 VFP
Refer to this number for inquiries

**Total claim amount:** $27,564.32

## Administrative Expense Tax Liability

**Taxpayer ID#:** B-47-3786422-5
B-TF-3343121-3

UNITED STATES BANKRUPTCY COURT
TOTAL DISTRICT OF NEW JERSEY
MLK JR FEDERAL BUILDING
50 WALNUT ST, 3RD FLOOR
NEWARK, NJ  07102-2506

This is a statement of tax liabilities for 703 BAKERY CORP. and 703 BAKERY CORP..  Additional penalty and
interest will accrue if paid after 2/17/2025.

**Administrative Liabilities**

| Tax Type | Period End | Notice Number | Tax | Penalty | Interest | Total | Type |
|---|---|---|---|---|---|---|---|
| SALES | 08/31/24 | L-060764424-6 | 13,490.39 | 2,352.19 | 853.15 | 16,695.73 | ACT |
| SALES | 11/30/24 | L-061152674-9 | 9,418.90 | 1,123.05 | 326.64 | 10,868.59 | ACT |
| | | | | | Total $ | 27,564.32 | |

This claim amends and supercedes the previous claim dated 9/30/2024.
Current Annual Interest Rates by Tax Type: Sales and Use - 14.5%
Liability Type Descriptions: ACT - Actual Return Filed

TC-987 (2/01)      250207230036000749

☐ AMENDED

☐ POST-PETITION

☒ PRIORITY

☒ GENERAL UNSECURED

☐ SECURED

**Fill in this information to identify the case:**

Debtor 1 _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____

Case number _____

Official Form 410

# Proof of Claim

12/15

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

## Part 1: Identify the Claim

| | |
|---|---|
| **1. Who is the current creditor?** | Name of the current creditor (the person or entity to be paid for this claim) _____<br><br>Other names the creditor used with the debtor _____ |
| **2. Has this claim been acquired from someone else?** | ☐ No<br>☐ Yes.  From whom? _____ |

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Name _____ | Name _____ |
| Number     Street _____ | Number     Street _____ |
| City          State          ZIP Code | City          State          ZIP Code |
| Contact phone _____ | Contact phone _____ |
| Contact email _____ | Contact email _____ |

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

| | |
|---|---|
| **4. Does this claim amend one already filed?** | ☐ No<br>☐ Yes.  Claim number on court claims registry (if known) _____          Filed on _____<br>                                                                                                    MM  /  DD  / YYYY |
| **5. Do you know if anyone else has filed a proof of claim for this claim?** | ☐ No<br>☐ Yes.  Who made the earlier filing? _____ |

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---------|---------------------------------------------------------------------|

**6.** **Do you have any number you use to identify the debtor?**

☐ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____  ____  ____  ____

**7.** **How much is the claim?**    $_____. **Does this amount include interest or other charges?**

☐ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8.** **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

_____

**9.** **Is all or part of the claim secured?**

☐ No

☐ Yes.  The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**                         $_____

**Amount of the claim that is secured:**       $_____

**Amount of the claim that is unsecured:**  $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**       $_____

**Annual Interest Rate** (when case was filed) _____%

☐ Fixed

☐ Variable

**10.** **Is this claim based on a lease?**

☐ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.**       $_____

**11.** **Is this claim subject to a right of setoff?**

☐ No

☐ Yes. Identify the property: _____

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☐ No | |
|---|---|---|
| | ☐ Yes. *Check all that apply:* | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/16 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3:    Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date _____
                MM / DD / YYYY

*Erica Hamlin*
_____
Signature

**Print the name of the person who is completing and signing this claim:**

| Name | _____ |
|---|---|
| | First name            Middle name            Last name |
| Title | _____ |
| Company | _____ |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | _____ |
| | Number        Street |
| | _____ |
| | City                        State        ZIP Code |
| Contact phone | _____    Email _____ |



**State of New Jersey**

Division of Taxation
Bankruptcy Unit
PO Box 245
Trenton, NJ 08695-0245

9/27/2024

**IN THE MATTER OF:**

|  |  |
|---|---|
| **DEBTOR(S):** | PATIS |
| **PETITION NO:** | 24-15150-VFP |
| **TAX ID NO(S):** | B ***-***-422/000 |
| **CASE NO(S):** | **5** |

PRIORITY SCHEDULE OF LIABILITIES

| TYPE OF TAX | RTN PERIOD BEG | END | ITEM TYPE | TAX LIABILITY | INTEREST | AMOUNTS CREDITED | BALANCE DUE |
|---|---|---|---|---|---|---|---|
| CBT | 01/21 | 12/21 | DEF | $2,000.00 | $185.90 | $2,000.00 | $185.90 |
| CBT | 01/23 | 12/23 | DEL | $2,000.00 | $0.00 | $0.00 | $2,000.00 |
|  |  |  |  |  |  | CBT TOTAL: | $2,185.90 |
|  |  |  |  |  |  |  |  |
| S&U | 07/23 | 09/23 | DEL | $20,000.00 | $0.00 | $6,125.62 | $13,874.38 |
| S&U | 10/23 | 12/23 | DEL | $20,000.00 | $0.00 | $0.00 | $20,000.00 |
| S&U | 01/24 | 03/24 | DEL | $20,000.00 | $0.00 | $0.00 | $20,000.00 |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  | S&U TOTAL: | $53,874.38 |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  | **GRAND TOTALS:** | **$56,060.28** |

| | |
|---|---|
| DEL: | Delinquent; Return Not Filed (Estimated Tax Liab.) |
| DEF: | Deficient; Underpayment |
| S&U: | Sales and Use Tax |
| CBT: | Corporation Business Tax |
| GIT-ER: | Gross Income Tax - Employer Withholdings |
| TGI-EE: | Gross Income Tax - Individual |
| AUDIT: | Final Audit Determination |
| RF: | Collection Agency Costs of Recovery Fee |

IN REPLY REFER TO:
ERICA HAMLIN
BANKRUPTCY UNIT
PO BOX 245
TRENTON, NJ 08695-0245
Ph:609-322-6527
Fx:609-984-5754
Erica.Hamlin@treas.nj.gov



**State of New Jersey**

Division of Taxation
Bankruptcy Unit
PO Box 245
Trenton, NJ 08695-0245

9/27/2024

**IN THE MATTER OF:**

| | |
|---|---|
| **DEBTOR(S):** | 703 BAKERY CORP |
| **PETITION NO:** | 24-15150-VFP |
| **TAX ID NO(S):** | B ***-***-422/001 |
| **CASE NO(S):** | 1 |

PRIORITY SCHEDULE OF LIABILITIES

| TYPE OF TAX | RTN PERIOD BEG | END | ITEM TYPE | TAX LIABILITY | INTEREST | AMOUNTS CREDITED | BALANCE DUE |
|---|---|---|---|---|---|---|---|
| S&U | 07/22 | 09/22 | DEL | $20,000.00 | $0.00 | $0.00 | $20,000.00 |
| S&U | 10/22 | 12/22 | DEL | $20,000.00 | $0.00 | $0.00 | $20,000.00 |
| S&U | 01/23 | 03/23 | DEL | $20,000.00 | $0.00 | $0.00 | $20,000.00 |
| S&U | 04/23 | 06/23 | DEL | $20,000.00 | $0.00 | $0.00 | $20,000.00 |
| S&U | 07/23 | 09/23 | DEL | $20,000.00 | $0.00 | $0.00 | $20,000.00 |
| S&U | 10/23 | 12/23 | DEL | $20,000.00 | $0.00 | $0.00 | $20,000.00 |
| S&U | 01/24 | 03/24 | DEL | $20,000.00 | $0.00 | $0.00 | $20,000.00 |
| | | | | | | **GRAND TOTAL:** | **$140,000.00** |

| | | | |
|---|---|---|---|
| DEL: | Delinquent; Return Not Filed (Estimated Tax Liab.) | IN REPLY REFER TO: | |
| DEF: | Deficient; Underpayment | ERICA HAMLIN | |
| S&U: | Sales and Use Tax | BANKRUPTCY UNIT | |
| CBT: | Corporation Business Tax | PO BOX 245 | |
| GIT-ER: | Gross Income Tax - Employer Withholdings | TRENTON, NJ 08695-0245 | |
| TGI-EE: | Gross Income Tax - Individual | Ph:609-322-6527 | |
| AUDIT: | Final Audit Determination | Fx:609-984-5754 | |
| RF: | Collection Agency Costs of Recovery Fee | Erica.Hamlin@treas.nj.gov | |



**State of New Jersey**

Division of Taxation

Bankruptcy Unit

PO Box 245

Trenton, NJ 08695-0245

9/27/2024

**IN THE MATTER OF:**

|  |  |
|---|---|
| **DEBTOR(S):** | 703 BAKERY CORP |
| **PETITION NO:** | 24-15150-VFP |
| **TAX ID NO(S):** | B ***-***-422/003 |
| **CASE NO(S):** | **1** |

### PRIORITY SCHEDULE OF LIABILITIES

| TYPE OF TAX | RTN PERIOD BEG | END | ITEM TYPE | TAX LIABILITY | INTEREST | AMOUNTS CREDITED | BALANCE DUE |
|---|---|---|---|---|---|---|---|
| S&U | 07/22 | 09/22 | DEL | $20,000.00 | $0.00 | $0.00 | $20,000.00 |
| S&U | 10/22 | 12/22 | DEL | $20,000.00 | $0.00 | $0.00 | $20,000.00 |
| S&U | 01/23 | 03/23 | DEL | $20,000.00 | $0.00 | $0.00 | $20,000.00 |
| S&U | 04/23 | 06/23 | DEL | $20,000.00 | $0.00 | $0.00 | $20,000.00 |
| S&U | 07/23 | 09/23 | DEL | $20,000.00 | $0.00 | $0.00 | $20,000.00 |
| S&U | 10/23 | 12/23 | DEL | $20,000.00 | $0.00 | $0.00 | $20,000.00 |
| S&U | 01/24 | 03/24 | DEL | $20,000.00 | $0.00 | $0.00 | $20,000.00 |
|  |  |  |  |  |  | **GRAND TOTAL:** | **$140,000.00** |

| | | |
|---|---|---|
| DEL: | Delinquent; Return Not Filed (Estimated Tax Liab.) | IN REPLY REFER TO: |
| DEF: | Deficient; Underpayment | ERICA HAMLIN |
| S&U: | Sales and Use Tax | BANKRUPTCY UNIT |
| CBT: | Corporation Business Tax | PO BOX 245 |
| GIT-ER: | Gross Income Tax - Employer Withholdings | TRENTON, NJ 08695-0245 |
| TGI-EE: | Gross Income Tax - Individual | Ph:609-322-6527 |
| AUDIT: | Final Audit Determination | Fx:609-984-5754 |
| RF: | Collection Agency Costs of Recovery Fee | Erica.Hamlin@treas.nj.gov |



**State of New Jersey**
Division of Taxation
Bankruptcy Unit
PO Box 245
Trenton, NJ 08695-0245

9/27/2024

**IN THE MATTER OF:**

|  |  |
|---|---|
| **DEBTOR(S):** | PATIS |
| **PETITION NO:** | 24-15150-VFP |
| **TAX ID NO(S):** | B ***-***-422/000 |
| **CASE NO(S):** | 5 |

GENERAL UNSECURED SCHEDULE OF LIABILITIES

| TYPE OF TAX | RTN PERIOD BEG | END | ITEM TYPE | TAX LIABILITY | INTEREST | AMOUNTS CREDITED | BALANCE DUE |
|---|---|---|---|---|---|---|---|
| CBT | 01/19 | 12/19 | DEL | $2,000.00 | $0.00 | $1,500.00 | $500.00 |
| CBT | 01/20 | 12/20 | DEF | $2,000.00 | $377.58 | $0.00 | $2,377.58 |
| CBT | 01/20 | 12/20 | RF | $95.64 | $0.00 | $0.00 | $95.64 |
| CBT | 01/21 | 12/21 | RF | $74.75 | $0.00 | $0.00 | $74.75 |
|  |  |  |  |  |  | **CBT TOTAL:** | **$3,047.97** |
| S&U | 10/19 | 12/19 | RF | $66.72 | $0.00 | $0.00 | $66.72 |
| S&U | 01/20 | 03/20 | RF | $15.05 | $0.00 | $0.00 | $15.05 |
| S&U | 04/21 | 06/21 | RF | $52.77 | $0.00 | $0.00 | $52.77 |
| S&U | 7/23 | 09/23 | RF | $3,036.00 | $0.00 | $0.00 | $3,036.00 |
| S&U | 10/23 | 12/23 | RF | $3,036.00 | $0.00 | $0.00 | $3,036.00 |
| S&U | 01/24 | 03/24 | RF | $3,036.00 | $0.00 | $0.00 | $3,036.00 |
|  |  |  |  |  |  | **S&U TOTAL:** | **$9,242.54** |
|  |  |  |  |  |  | **GRAND TOTAL:** | **$12,290.51** |

| | |
|---|---|
| DEL: | Delinquent; Return Not Filed (Estimated Tax Liab.) |
| DEF: | Deficient; Underpayment |
| S&U: | Sales and Use Tax |
| CBT: | Corporation Business Tax |
| GIT-ER: | Gross Income Tax - Employer Withholdings |
| TGI-EE: | Gross Income Tax - Individual |
| AUDIT: | Final Audit Determination |
| RF: | Collection Agency Costs of Recovery Fee |

IN REPLY REFER TO:
ERICA HAMLIN
BANKRUPTCY UNIT
PO BOX 245
TRENTON, NJ 08695-0245
Ph:609-322-6527
Fx:609-984-5754
Erica.Hamlin@treas.nj.gov

# EXHIBIT B

ST50 - Sales Tax Quarterly Return - Confirmation Form    12/23/24, 1:10 PM

— Division of Taxation —

Services A to Z | Departments/Agencies | FAQs

## Sales and Use Tax Quarterly Return
## Confirmation

**ST-50**

| | |
|---|---|
| **FEIN:** ████████/000 | **Quarter/Yr:** 3/2023 |
| **Business Name:** 703 BAKERY CORP. | |
| **Quarter Ending Date:** 09/30/2023 | **Date Filed:** 12/23/2024 |
| **Return Due Date:** 10/20/2023 | |

**This screen enables you to review information that you have entered. It is for your use only. Please do not mail this page to the Division of Taxation.**

**Preparer Name:** yafa bresler
**Telephone Number:** ████████
**Extension:**
**E-mail Address:** yafa@nykcaterers.com
**Confirmation Number:** 55-278684101

| | | |
|---|---|---|
| 1. | **Total Gross Receipts from All Sales (To Nearest Dollar)** | $323,864 |
| 2. | **Receipts Not Subject to Sales Tax (To Nearest Dollar)** | $101,020 |
| 3. | **Receipts Subject to Sales Tax (Line 1 minus Line 2)** | $222,844 |
| 4. | **Sales Tax Calculated (Multiply Line 3 by the Applicable Sales Tax Rate)** | $14,763.42 |
| 5. | **Sales Tax Collected** | $14,763.38 |
| 6. | **Sales Tax Due (Greater of Line 4 or Line 5)** | $14,763.42 |
| 7. | **Use Tax Due** | $0.00 |
| 8. | **Total Tax Due (Line 6 plus Line 7)** | $14,763.42 |
| 9. | **Total Monthly Payments Previously Made (Month 1 plus Month 2 of This Quarter)** | $6,135.62 |
| 10. | **Quarterly Amount Due (Line 8 minus Line 9)** | $8,627.80 |
| 11. | **Penalty and Interest** | $0.00 |
| 12. | **Adjusted Amount Due (Line 10 plus Line 11)** | $8,627.80 |



**Return To Processing Center**

**Printer Friendly Version**

**Help**    **Logout**    **Contact the Division**

ST50 - Sales Tax Quarterly Return - Confirmation Form                                        12/23/24, 1:18 PM

— **Division of Taxation** —

Services A to Z | Departments/Agencies | FAQs

## Sales and Use Tax Quarterly Return
### Confirmation

**ST-50**

| | |
|---|---|
| **FEIN:** ███████/000 | **Quarter/Yr: 1/2024** |
| **Business Name: 703 BAKERY CORP.** | |

| | |
|---|---|
| **Quarter Ending Date: 03/31/2024** | **Date Filed: 12/23/2024** |
| **Return Due Date: 04/22/2024** | |

**This screen enables you to review information that you have entered. It is for your use only. Please do not mail this page to the Division of Taxation.**

| |
|---|
| **Preparer Name: yafa bresler** |
| **Telephone Number:** ██████████ |
| **Extension:** |
| **E-mail Address: yafa@nykcaterers.com** |
| **Confirmation Number: 55-77520048** |

| | | |
|---|---|---|
| 1. | **Total Gross Receipts from All Sales (To Nearest Dollar)** | $10,455 |
| 2. | **Receipts Not Subject to Sales Tax (To Nearest Dollar)** | $10,455 |
| 3. | **Receipts Subject to Sales Tax** <br> **(Line 1 minus Line 2)** | $0 |
| 4. | **Sales Tax Calculated** <br> **(Multiply Line 3 by the Applicable Sales Tax Rate)** | $0.00 |
| 5. | **Sales Tax Collected** | $0.00 |
| 6. | **Sales Tax Due** <br> **(Greater of Line 4 or Line 5)** | $0.00 |
| 7. | **Use Tax Due** | $0.00 |
| 8. | **Total Tax Due** <br> **(Line 6 plus Line 7)** | $0.00 |
| 9. | **Total Monthly Payments Previously Made** <br> **(Month 1 plus Month 2 of This Quarter)** | $0.00 |
| 10. | **Quarterly Amount Due** <br> **(Line 8 minus Line 9)** | $0.00 |
| 11. | **Penalty and Interest** | $0.00 |
| 12. | **Adjusted Amount Due** <br> **(Line 10 plus Line 11)** | $0.00 |



**Return To Processing Center**

**Printer Friendly Version**

Help    Logout    Contact the Division

ST50 - Sales Tax Quarterly Return - Confirmation Form

Case 24-15150-VFP    Doc 251-2    Filed 04/16/25    Entered 04/16/25 14:31:38    Desc    12/23/24, 1:15 PM
Certification in Support    Page 25 of 38

Division of Taxation

## Sales and Use Tax Quarterly Return
## Confirmation

**ST-50**

| | |
|---|---|
| **FEIN:** � /000 | **Quarter/Yr: 4/2023** |
| **Business Name: 703 BAKERY CORP.** | |

| | |
|---|---|
| **Quarter Ending Date: 12/31/2023** | **Date Filed: 12/23/2024** |
| **Return Due Date: 01/22/2024** | |

**This screen enables you to review information that you have entered. It is for your use only. Please do not mail this page to the Division of Taxation.**

**Preparer Name: Yafa Bresler**
**Telephone Number:** ▇
**Extension:**
**E-mail Address: yafa@nykcaterers.com**
**Confirmation Number: 55-1699665739**

| | | |
|---|---|---|
| 1. | **Total Gross Receipts from All Sales (To Nearest Dollar)** | $4,475 |
| 2. | **Receipts Not Subject to Sales Tax (To Nearest Dollar)** | $1,593 |
| 3. | **Receipts Subject to Sales Tax (Line 1 minus Line 2)** | $2,882 |
| 4. | **Sales Tax Calculated (Multiply Line 3 by the Applicable Sales Tax Rate)** | $190.93 |
| 5. | **Sales Tax Collected** | $190.92 |
| 6. | **Sales Tax Due (Greater of Line 4 or Line 5)** | $190.93 |
| 7. | **Use Tax Due** | $0.00 |
| 8. | **Total Tax Due (Line 6 plus Line 7)** | $190.93 |
| 9. | **Total Monthly Payments Previously Made (Month 1 plus Month 2 of This Quarter)** | $0.00 |
| 10. | **Quarterly Amount Due (Line 8 minus Line 9)** | $190.93 |
| 11. | **Penalty and Interest** | $0.00 |
| 12. | **Adjusted Amount Due (Line 10 plus Line 11)** | $190.93 |



**Return To Processing Center**

**Printer Friendly Version**

Help    Logout    Contact the Division

# EXHIBIT C

DLN: SW2407409557

## NEW YORK STATE

Department of Taxation and Finance

**Quarterly Recap for Monthly Filers ST-810**

12/24 V2

### New York State and Local
### Sales and Use Tax Web Filed Return

**Filing period**
09/01/2023 - 11/30/2023

| | |
|---|---|
| **Sales tax identification number** ▶ ███6422 | **Due date:**<br> 12/20/2023 |
| **Legal name**<br>703 BAKERY CORP. | You will be responsible for penalty and interest if<br>your return is not submitted by this date. |
| **Mailing address**<br>YAFA BRESLER<br>323 RIDGE RD<br>LYNDHURST,NJ 07071-2209<br>US | |

## Business information changes

Final return ☐    Amended return ☑

Has your responsible persons information changed? ..................................................................................... Yes ☐  No ☑

Has your business address or phone number(s) changed? ............................................................................. Yes ☐  No ☑

## Summary of business activity

Gross sales (include all taxable and exempt sales but not sales tax) ...................................... | 2,550,397.00

Total non-taxables sales ............................................................................................................. | 378,117.00

## Return Summary

| Task | Net taxable sales & services | Net purchases subject to tax | Total net sales & use tax |
|---|---|---|---|
| Main form | 1,968,536.00 | 0.00 | 174,707.57 |
| Schedule A | 203,745.00 | | 17,573.01 |
| | 2,172,281.00 | 0.00 | 192,280.58 |

**03012 (12/23) Page 1 of 3**

FOR YOUR RECORDS ONLY DO NOT MAIL

Sales tax
ID number ████████

**Quarterly Recap for Monthly Filers ST-810**

## Sales and use taxes by jurisdiction

Do you have anything to report on this form for this period? ................................................................ Yes ☑   No ☐

| Taxable sales and services | Credits against taxable sales and services | Net taxable sales and services | Purchases subject to tax | Credits against purchases subject to tax | Net purchases subject to tax | X | Tax rate | = | Sales & use tax |
|---|---|---|---|---|---|---|---|---|---|
| **NA 2811    Nassau County** | | | | | Over collected($): | | | | |
| | 0.00 | | | | 0.00 | | 0.08625 | | 0.00 |
| **SU 4821    Sullivan County** | | | | | Over collected($): | | | | |
| | 0.00 | | | | 0.00 | | 0.08000 | | 0.00 |
| **NE 8081    New York City/State Combined Tax** | | | | | Over collected($): | | | | |
| 1,968,536.00 | | 1,968,536.00 | | | 0.00 | | 0.08875 | | 174,707.57 |
| **Column totals:** | | | | | | | | | |
| 1,968,536.00 | 0.00 | 1,968,536.00 | 0.00 | 0.00 | 0.00 | | | | 174,707.57 |

Total tax due from main form and schedules:*    192,280.58

\* Total tax due includes any over-collected amounts.

FOR YOUR RECORDS ONLY
DO NOT MAIL

Sales tax
ID number ▉▉▉▉▉▉

## Special taxes

| | Taxable receipts | Tax rate | Special taxes | Over collected | Total Special taxes due |
|---|---|---|---|---|---|
| | | | | | |

## Fees

| | Number of items subject to fee | Fee due per item | Fees | Over collected | Total fees due |
|---|---|---|---|---|---|
| | | | | | |
| Total special taxes and fees: | | | | | 0.00 |

## Unclaimed credit

| | Credit amount |
|---|---|
| Credit for prepaid sales tax on cigarettes ................................................................ | |

## Vendor collection credit

| | Credit amount |
|---|---|
| Vendor collection credit *(can not exceed $200)* ............................................... | |
| Total tax due: | 192,280.58 |

## Advance payments

| | Credit amount |
|---|---|
| Advance payments ................................................................................................ | 236,180.97 |
| Additional payments not shown above ................................................................ | 0.00 |
| Overpayment being carried forward from a prior period ..................................... | 0.00 |
| Total advance payments: | 236,180.97 |

## Pay penalty and interest

| | |
|---|---|
| Taxpayer calculated penalty and interest ............................................................ | 0.00 |
| Over payment amount: | 43,900.39 |

## Transaction details

| Confirmation number | Transaction date/time |
|---|---|
| SW2407409557 | 12/23/2024 12:43PM |
| Tax professional ID | Tax professional name |
| | |
| Submitter phone | Submitter e-mail |
| ▉▉▉▉▉ | yafa@nykcaterers.com |
| Submitted by | |
| Yafa Bresler | |

FOR YOUR RECORDS ONLY   DO NOT MAIL

DLN: SW2407409557



Department of Taxation and Finance

**Schedule A** 

## Taxes on Selected Sales and Services
## in Nassau and Niagara Counties

**Tax period:**
09/01/2023 - 11/30/2023

| Sales tax identification number | ███6422 |
|---|---|
| **Legal name** | |
| 703 BAKERY CORP. | |

Do you have anything to report on this schedule for this period? ............................................................................  Yes ✓  No ☐

### Nassau County

| | Taxable sales | - | Credits against taxable sales | = | Net taxable sales and services | x | Tax rate | = | Sales tax |
|---|---|---|---|---|---|---|---|---|---|
| **NA 8289** | Nassau County excluding city of Long Beach<br>Food and drink; hotel/motel room occupancy | | | | | | | | |
| | | | | | | | | Over collected($): | |
| | 203,745.00 | | | | 203,745.00 | | 0.08625 | | 17,573.01 |

### Niagara County

| | Taxable sales | - | Credits against taxable sales | = | Net taxable sales and services | x | Tax rate | = | Sales tax |
|---|---|---|---|---|---|---|---|---|---|
| | | | Column totals | | 203,745.00 | | | | 17,573.01 |

FOR YOUR RECORDS ONLY
DO NOT MAIL



Department of Taxation and Finance

**New York State and Local
Sales and Use Tax Credit or Refund Details**

AU11

12/24 V24

| **Filing period** |
| 09/01/2023 - 11/30/2023 |

| Name *(Legal business name, including DBA or individual)* | | | | NYS Sales Tax ID number *(if registered)* EIN or social security number |
|---|---|---|---|---|
| 703 BAKERY CORP. | | | | ███6422 |
| Representative's name *(if any); see instructions* | | | Telephone number | Period covered by claim(date(s) of purchase) *(mm/dd/yyyy)* |
| | | | | 09/01/2023 - 11/30/2023 |
| Representative's mailing address *(number and street or rural route)* | | | | Refund claimed |
| | | | | $                    0.00 |
| City | State | Zip code | | Credit claimed |
| | | | | $                    0.00 |
| | | | | Overpayment to be carried forward |
| | | | | $              43,900.39 |

## Resale Explanations

| | |
|---|---|
| Tangible personal property or taxable services that you resold | |
| Utilities that you resold (for example, submetered to tenants) | |
| Hotel occupancy resold by room remarketers | |

## Materials incorporated into real property by a contractor Explanations

| | |
|---|---|
| The real property is located outside New York State | |
| The real property is in an empire zone | |
| The real property is owned by an Exempt Organization | |
| The materials remained tangible personal property after installation | |
| The materials were transferred to your customer in a taxable repair, maintenance, or installation service | |

## Miscellaneous Explanations

| | |
|---|---|
| Bad debt under Tax Law Section 1132(e) | |
| Tax remitted in a prior period, which was refunded to the customer during the current period | |
| Materials either stored in bulk or fabricated in NY, shipped outside NY for use outside the state | |
| Utilities used directly and exclusively in manufacturing | |
| Other | |

## Explanation of your claim

Provide explanation:

## Transaction details

| Confirmation number | Transaction date/time |
|---|---|
| SW2407409557 | 12/23/2024 12:43PM |
| **Tax professional ID** | **Tax professional name** |
| | |
| **Submitter phone** | **Submitter e-mail** |
| ▮▮▮▮▮▮▮▮ | yafa@nykcaterers.com |
| **Submitted by** | |
| Yafa Bresler | |

DLN: SW2407409656



Department of Taxation and Finance

**Quarterly Recap for Monthly Filers ST-810**

12/24 V2

## New York State and Local
## Sales and Use Tax Web Filed Return

**Filing period**
12/01/2023 - 02/29/2024

| | |
|---|---|
| **Sales tax identification number** ▶ ████6422 | **Due date:** 03/20/2024 |
| **Legal name** 703 BAKERY CORP. | You will be responsible for penalty and interest if your return is not submitted by this date. |
| **Mailing address** YAFA BRESLER 323 RIDGE RD LYNDHURST,NJ 07071-2209 US | |

Final return ☐    Amended return ☑

## Business information changes

Has your responsible persons information changed? ................................................................... Yes ☐  No ☑

Has your business address or phone number(s) changed? ................................................................... Yes ☐  No ☑

## Summary of business activity

Gross sales (include all taxable and exempt sales but not sales tax) .................... | 2,611,982.00

Total non-taxables sales ................................................................................. | 895,392.00

## Return Summary

| Task | Net taxable sales & services | Net purchases subject to tax | Total net sales & use tax |
|---|---|---|---|
| Main form | 1,541,933.00 | 0.00 | 136,846.55 |
| Schedule A | 174,658.00 | | 15,064.25 |
| | 1,716,591.00 | 0.00 | 151,910.80 |

03012 (12/23)  **Page 1 of 3**

Sales tax
ID number ████████

Quarterly Recap for Monthly Filers ST-810

### Sales and use taxes by jurisdiction

Do you have anything to report on this form for this period? ...................................................................... Yes ☑ No ☐

| Taxable sales and services | Credits against taxable sales and services | Net taxable sales and services | Purchases subject to tax | Credits against purchases subject to tax | Net purchases subject to tax | X | Tax rate | = | Sales & use tax |
|---|---|---|---|---|---|---|---|---|---|
| **NA 2811   Nassau County** | | | | | Over collected($): | | | | |
| | | 0.00 | | | 0.00 | | 0.08625 | | 0.00 |
| **SU 4821   Sullivan County** | | | | | Over collected($): | | | | |
| | | 0.00 | | | 0.00 | | 0.08000 | | 0.00 |
| **NE 8081   New York City/State Combined Tax** | | | | | Over collected($): | | | | |
| 1,541,933.00 | | 1,541,933.00 | | | 0.00 | | 0.08875 | | 136,846.55 |

| Column totals: | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1,541,933.00 | 0.00 | 1,541,933.00 | 0.00 | 0.00 | 0.00 | | | | 136,846.55 |

Total tax due from main form and schedules:* 151,910.80

\* Total tax due includes any over-collected amounts.

FOR YOUR RECORDS ONLY   DO NOT MAIL

Sales tax Certification
ID number ▮▮▮▮▮▮▮

Quarterly Recap for Monthly Filers ST-810

## Special taxes

| | Taxable receipts | Tax rate | Special taxes | Over collected | Total Special taxes due |
|---|---|---|---|---|---|

## Fees

| | Number of items subject to fee | Fee due per item | Fees | Over collected | Total fees due |
|---|---|---|---|---|---|
| Total special taxes and fees: | | | | | 0.00 |

## Unclaimed credit

| | Credit amount |
|---|---|
| Credit for prepaid sales tax on cigarettes ............................................................. | |

## Vendor collection credit

| | Credit amount |
|---|---|
| Vendor collection credit *(can not exceed $200)* ............................................. | |
| Total tax due: | 151,910.80 |

## Advance payments

| | Credit amount |
|---|---|
| Advance payments ............................................................................................. | 181,909.01 |
| Additional payments not shown above ............................................................... | 0.00 |
| Overpayment being carried forward from a prior period ...................................... | 0.00 |
| Total advance payments: | 181,909.01 |

## Pay penalty and interest

| | |
|---|---|
| Taxpayer calculated penalty and interest ......................................................... | 0.00 |
| Over payment amount: | 29,998.21 |

## Transaction details

| **Confirmation number**<br>SW2407409656 | **Transaction date/time**<br>12/23/2024 12:49PM |
|---|---|
| **Tax professional ID** | **Tax professional name** |
| **Submitter phone**<br>▮▮▮▮▮ | **Submitter e-mail**<br>yafa@nykcaterers.com |
| **Submitted by**<br>Yafa Bresler | |

FOR YOUR RECORDS ONLY   DO NOT MAIL

DLN: SW2407409656



Department of Taxation and Finance

## Taxes on Selected Sales and Services in Nassau and Niagara Counties

**Schedule A**

**A**

12/24 V1.1

**Tax period:**

12/01/2023 - 02/29/2024

| Sales tax identification number | ███6422 |
|---|---|
| **Legal name** | |
| 703 BAKERY CORP. | |

Do you have anything to report on this schedule for this period? ......................................................................................    Yes ✓    No ☐

## Nassau County

| | Taxable sales | - | Credits against taxable sales | = | Net taxable sales and services | x | Tax rate | = | Sales tax |
|---|---|---|---|---|---|---|---|---|---|
| **NA 8289** | Nassau County excluding city of Long Beach<br>Food and drink; hotel/motel room occupancy | | | | | | | Over collected($): | |
| | 174,658.00 | | | | 174,658.00 | | 0.08625 | | 15,064.25 |

## Niagara County

| | Taxable sales | - | Credits against taxable sales | = | Net taxable sales and services | x | Tax rate | = | Sales tax |
|---|---|---|---|---|---|---|---|---|---|
| | | | Column totals | | **174,658.00** | | | | **15,064.25** |

FOR YOUR RECORDS ONLY

DO NOT MAIL

DLN: SW2407409656



AU11

12/24 V24

Department of Taxation and Finance

## New York State and Local
## Sales and Use Tax Credit or Refund Details

**Filing period**
12/01/2023 - 02/29/2024

| Name *(Legal business name, including DBA or individual)* | | | NYS Sales Tax ID number *(if registered)* EIN or social security number |
|---|---|---|---|
| 703 BAKERY CORP. | | | ███████6422 |
| Representative's name *(if any); see instructions* | | Telephone number | Period covered by claim(date(s) of purchase) *(mm/dd/yyyy)* |
| | | | 12/01/2023 - 02/29/2024 |
| Representative's mailing address *(number and street or rural route)* | | | Refund claimed |
| | | | $ 0.00 |
| City | State | Zip code | Credit claimed |
| | | | $ 0.00 |
| | | | Overpayment to be carried forward |
| | | | $ 29,998.21 |

## Resale Explanations

| | |
|---|---|
| Tangible personal property or taxable services that you resold | |
| Utilities that you resold (for example, submetered to tenants) | |
| Hotel occupancy resold by room remarketers | |

## Materials incorporated into real property by a contractor Explanations

| | |
|---|---|
| The real property is located outside New York State | |
| The real property is in an empire zone | |
| The real property is owned by an Exempt Organization | |
| The materials remained tangible personal property after installation | |
| The materials were transferred to your customer in a taxable repair, maintenance, or installation service | |

## Miscellaneous Explanations

| | |
|---|---|
| Bad debt under Tax Law Section 1132(e) | |
| Tax remitted in a prior period, which was refunded to the customer during the current period | |
| Materials either stored in bulk or fabricated in NY, shipped outside NY for use outside the state | |
| Utilities used directly and exclusively in manufacturing | |
| Other | |

## Explanation of your claim

Provide explanation:

**Transaction details**

| | |
|---|---|
| **Confirmation number**<br>SW2407409656 | **Transaction date/time**<br>12/23/2024 12:49PM |
| **Tax professional ID** | **Tax professional name** |
| **Submitter phone**<br>(██████████ | **Submitter e-mail**<br>yafa@nykcaterers.com |
| **Submitted by**<br>Yafa Bresler | |