Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                    Case No.: 24−15150−VFP
                                    Chapter: 11
                                    Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   703 Bakery Corp.
   dba Patis
   323 Ridge Road
   Lyndhurst, NJ 07071

Social Security No.:

Employer's Tax I.D. No.:
   47−3786422

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 7/22/25 at 10:00 AM

to consider and act upon the following:

*261* − Creditor's Certification of Default (related document:220 Order Confirming Chapter 11 Plan) filed by Alla Kachan on behalf of Frank Gargiulo and Son Inc. d/b/a Gargiulo Produce. Objection deadline is 06/26/2025. (Attachments: # 1 Exhibit) (Kachan, Alla)

*263* − Document re: Letter to Judge regarding Cured Default (related document:261 Creditor's Certification of Default filed by Creditor Frank Gargiulo and Son Inc. d/b/a Gargiulo Produce) filed by Sari Blair Placona on behalf of 703 Bakery Corp.. (Placona, Sari)

Dated: 6/27/25

                                                              Jeanne Naughton
                                                              Clerk, U.S. Bankruptcy Court