```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
```

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter:                    11

Judge: _____

## REPORT OF DISTRIBUTIONS
## UNDER CONFIRMED CHAPTER 11 PLAN

Date of Distribution: _____    Date Plan Confirmed: _____

Check one:    ☐ Initial Distribution

☐ Subsequent Distribution

Will future distributions be made under the Plan?    ☐ Yes    ☐ No

Future distributions will be made to (*check all that apply*):

☐ Administrative fees and expenses

☐ Secured claims

☐ Priority secured claims

☐ General unsecured claims

☐ Equity security holders

Anticipated date of next distribution, if known: _____

Percentage dividend to general unsecured creditors:

Paid in this distribution: _____ %

Paid to date: _____ %

To be paid after all distributions made under Plan: _____ %

**Summary of Payments Made in This Distribution:**

$ _____  Administrative fees and expenses

$ _____  Secured claims

$ _____  Priority unsecured claims

$ _____  General unsecured claims

$ _____  Equity security holders

$ _____  TOTAL PAYMENTS MADE IN THIS DISTRIBUTION

Questions regarding plan distributions may be directed to:

Name: _____

Company: _____

Address 1: _____

Address 2: _____

City, State, ZIP: _____

Telephone: _____

Facsimile: _____

Email: _____

Relationship to Plan proponent: _____

I certify under penalty of perjury that the above is true.

Date: _____        _____
                                    Disbursing Agent

*rev.8/1/15*

703 Bakery Corp
June 26, 2025 Distribution

| Claim No. | | Amount |
|---|---|---:|
| **Administrative Claims** | | |
| 25 | Tokyo Century (USA) Inc. | 2,088.00 |
| 57 | 750 8th Ave | 36,389.73 |
| 77 | State of New Jersey, Division of Taxation | 11,623.17 |
| | MSB | 32,480.00 |
| | Vestcorp LLC | 4,131.05 |
| | Mark J. Politan, Esq. | 2,250.60 |
| | | 88,962.55 |
| **Secured Claims** | | |
| 1 | CIT | 2,000.00 |
| 48 | Targeted lending | 4,000.00 |
| 67 | CFP New York | 4,595.98 |
| 25 | Tokyo Century (USA) Inc. | 3,035.52 |
| 63 | Balboa Capital | 7,200.00 |
| 6 | Frank Gargiulo and Son Inc. d/b/a Gargiulo Produce | 7,654.44 |
| 44 | Channel Partners Capital, LLC | 396.02 |
| 49 | M2 Equipment Finance, LLC | 5,823.28 |
| | | 34,705.24 |
| **Total** | | $ 123,667.79 |