| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004-1** |
| **BECKER LLC**<br>Eisenhower Plaza Two, Suite 1500<br>354 Eisenhower Parkway<br>Livingston, New Jersey 07039<br>(973) 422-1100<br>Counsel to Balboa Capital Corporation<br>JOSEPH G. HARRAKA, JR., ESQ.<br>Email: jharraka@becker.legal |

| | |
|---|---|
| In re:<br><br>703 BAKERY CORP.,<br><br>　　　　　　　　　　Debtor. | Chapter 7<br><br>Case No. 24-15150 (VFP)<br><br>Judge: Hon. Vincent F. Papalia, U.S.B.J. |

## CREDITOR'S CERTIFICATION OF SECOND DEFAULT UNDER CONSENT ORDER

**JOSEPH G. HARRAKA, JR., ESQ.** certifies as follows:

1.　I am the attorney for Balboa Capital Corporation ("Balboa"), a secured creditor and the holder of a duly perfected purchase money security interest in various items of commercial kitchen equipment (the "Collateral") owned by and currently in the possession and control of Debtor 703 Bakery Corp. (the "Debtor").

2.　On May 21, 2024 (the "Petition Date"), 703 Bakery Corporation (the "Debtor") filed a Voluntary Petition in Bankruptcy under Chapter 11 (Subchapter V) of the Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Case").

3. On July 29, 2024, Balboa filed its proof of claim (the "Proof of Claim," POC No. 63) in the total amount of $154,547.54 with $141,197.00 of that amount secured by the Collateral.

4. On October 11, 2024, Balboa filed a Notice of § 1111(b) Election, electing to have its under-secured claim treated as fully secured under the Bankruptcy Code (ECF No. 170).

5. On October 23, 2024, the Debtor filed its Combined First Amended Plan of Reorganization and Disclosure Statement (the "Plan," ECF No. 178), which, among other things, provided that the Debtor would pay Balboa $141,197.00 over a 30-year period with no interest and with the remainder of its claim being treated as a general unsecured claim.

6. On December 5, 2024, Balboa filed an Objection to the Debtor's Plan (the "Plan Objection," ECF No. 201), which specifically, among other things, objected to the Debtor's proposed treatment of Balboa's Proof of Claim.

7. On December 12, 2024 and continuing thereafter, the Debtor and Balboa engaged in good faith negotiations to resolve the Plan Objection, which ultimately resulted in a settlement, the principal terms of which were incorporated into the Court's Order Confirming the Debtor's Combined First Amended Plan of Reorganization and Disclosure Statement Pursuant to 11 U.S.C. § 1191(b) (the "Confirmation Order," ECF No. 220) at decretal paragraph 12.

8. On December 30, 2024, respective counsel for the Debtor and Balboa entered into a *Consent Order Resolving Balboa Capital's Objection to Confirmation of the Debtor's Chapter 11 Plan and Providing for Treatment of Claim* ("Consent Order"), which is attached hereto as Exhibit "A" and incorporated herein by this reference.

9. On January 10, 2025, the Consent Order was executed and entered by the Honorable Vincent F. Papalia (ECF No. 230) in this bankruptcy.

10. Debtor has again failed to comply with, and had defaulted under, the terms of the Consent Order a second time by failing to make payments to Balboa in accordance with its obligations under Paragraph 8 of said Consent Order. Specifically, Debtor has failed to make the October 2025, November 2025 and December 2025 monthly payments due and owing to Balboa under the Consent Order. As such, the Debtor has failed to pay a total of $10,800.00 in monthly payments that were due and owing to Balboa under the Consent Order.

11. Should the Debtor not cure its Default under the Consent Order and make payment to Balboa of all of the amounts currently due and owing to Balboa under the Consent Order within ten (10) days of this Notice, Balboa intends to pursue all of the rights and remedies available to it under the Consent Order and applicable law.

> BECKER LLC
> Attorneys for Secured Creditor
> Balboa Capital Corporation
>
>
> By: /s/ Joseph J. Harraka, Jr. Esq.
>      JOSEPH G. HARRAKA, JR., ESQ.

Dated: December 9, 2025