Caption in Compliance with D.N.J. LBR 9004-1(b)

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br><br>In re:<br><br>703 BAKERY CORP.,<br><br>               Reorganized Debtor. | Case No. 24-15150 (VFP)<br><br>Chapter 11, Subchapter V |

**Order Filed on January 26, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# STIPULATION AND AGREED ORDER BETWEEN 703 BAKERY CORP. AND ROLLUX FOOD INVESTORS LLC REGARDING SCHEDULING AND DISCOVERY

The relief set forth on the following pages, numbered three (3) through four (4) is

**ORDERED**.

**DATED: January 26, 2026**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**COLE SCHOTZ P.C.**
Ryan T. Jareck, Esq.
Court Plaza North, 25 Main Street
Hackensack, NJ, 07601
Telephone: (201) 525-6278
Facsimile: (201) 489-1536
Email: rjareck@coleschotz.com
*Counsel to Rollux Food Investors LLC*

(Page | 3)

| | |
|---|---|
| Debtors: | 703 BAKERY CORP. |
| Case No. | 24-15150 (VFP) |
| Caption of Order: | Stipulation and Agreed Order Between 703 Bakery Corp. and Rollux Food Investors LLC Regarding Scheduling and Discovery |

This Stipulation and Agreed Order (the "Stipulation") is entered into by and among 703 Bakery Corp. (the "Debtor") and Rollux Food Investors LLC ("Rollux" together with the Debtor, the "Parties"). The Parties hereby stipulate and agree as follows:

WHEREAS, on May 21, 2024 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11, subchapter V of title 11 of the United States Code in the United States Bankruptcy Court for the District of New Jersey (the "Court") commencing this chapter 11 case.

WHEREAS, on December 16, 2024, the Court entered an *Order Confirming Debtors Combined First Amended Plan of Reorganization and Disclosure Statement Pursuant to 11 U.S.C. § 1191(b)* [D.I. 220].

WHEREAS, on January 16, 2026, the Debtor filed its *Motion Authorizing Modification of Debtor's Combined First Amended Plan of Reorganization and Disclosure Statement Pursuant to 11 U.S.C. § 1193(b)* (the "Motion") [D.I. 271].

WHEREAS, on January 20, 2026, Rollux, by and through its counsel, served on the Debtor a request for production of documents (the "Request for Production") and a notice of deposition under Federal Rule of Civil Procedure 30(b)(6) (the "Deposition").

WHEREAS, the return date of the Motion is currently scheduled for February 10, 2026, and any objection of Rollux to the Motion is due on February 3, 2026.

WHEREAS, the Parties have agreed, subject to approval of the Court, to the scheduling and discovery schedule as set forth in paragraph 1 below (the "Schedule").

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, AND UPON APPROVAL BY THE COURT OF THIS STIPULATION, IT IS SO ORDERED THAT:**

1. The following dates and deadlines shall govern the Motion:

(Page | 4)

Debtors: 703 BAKERY CORP.
Case No. 24-15150 (VFP)
Caption of Order: Stipulation and Agreed Order Between 703 Bakery Corp. and Rollux Food Investors LLC Regarding Scheduling and Discovery

| Event | Date |
|---|---|
| Debtor's response to the Request for Production | January 29, 2026 |
| Rule 30(b)(6) Deposition of the Debtor | February 4, 2026 |
| Rollux opposition to the Motion | February 11, 2026 |
| Debtor's reply in support of the Motion | February 14, 2026 |
| Hearing on the Motion | February 18, 2026 10:00 a.m. ET |

2. The Parties do not waive any rights, defenses, or arguments in relation to the Motion by agreeing to this Schedule.

3. The foregoing recitals are hereby incorporated by reference into this Stipulation with the same force and effect as if fully set forth hereinafter.

4. The Schedule is hereby approved, and the Parties shall comply with the dates and deadlines set forth therein.

5. The Schedule may be modified, amended, extended, or supplemented by written agreement of the Parties without further order of the Court, *provided* that upon any such modification, amendment, extension, or supplement, the Parties shall provide notice to the Court of the modified dates and deadlines, with the proposed new hearing date remaining subject to the Court's approval.

6. All rights of the Parties are hereby reserved.

7. The terms and conditions of this Stipulation will be immediately effective and enforceable upon its entry.

8. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Stipulation.

Stipulated and agreed by:

| /s/ Ryan T. Jareck | /s/ Sari B. Placona |
|---|---|
| **COLE SCHOTZ P.C.** <br> Ryan T. Jareck, Esq. <br> Court Plaza North, 25 Main Street <br> Hackensack, New Jersey 07601 <br> Telephone: (201) 525-6278 <br> Email: rjareck@coleschotz.com <br> *Counsel to Rollux Food Investors LLC* | **MCMANIMON, SCOTLAND & BAUMANN, LLC** <br> Sari B. Placona, Esq. <br> 75 Livingston Avenue, Suite 201 <br> Roseland, NJ 07068 <br> Telephone: (973) 721-5030 <br> Email: splacona@msbnj.com <br> *Counsel to 703 Bakery Corp.* |